**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 17-15134 SH Judge: SARAH A. HALL

Case Name: CATHOLIC UNIVERSITY OF OKLAHOMA

For Period Ending: 01/19/18

Trustee Name: John Mashburn

Date Filed (f) or Converted (c): 12/22/17 (f)

341(a) Meeting Date: 01/23/18

Claims Bar Date: 03/27/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANCFIRST 7756 | 5,116.82 | 0.00 | | 0.00 | 0.00 |
| 2. ARVEST 1343 | 1,978.27 | 0.00 | | 0.00 | 0.00 |
| 3. ARVEST (Restricted Funds) 1330 | 121,093.00 | 0.00 | | 0.00 | 0.00 |
| 4. ARVEST 1011 | 10,526.81 | 0.00 | | 0.00 | 0.00 |
| 5. ARVEST 0011 | 3,659.55 | 0.00 | | 0.00 | 0.00 |
| 6. BANCFIRST 3878 | 4,852.88 | 0.00 | | 0.00 | 0.00 |
| 7. BANCFIRST 0285 | 502.60 | 0.00 | | 0.00 | 0.00 |
| 8. BANK OF OKLAHOMA | 1,157.41 | 0.00 | | 0.00 | 0.00 |
| 9. FNB 6148 | 1,090.48 | 0.00 | | 0.00 | 0.00 |
| 10. PREPAYMENT TO BANCFIRST INSURANCE SERVICES TO PURCHASE A ONE YEAR POLICY ELS201700143100 | 25,175.00 | | | | |
| 11. ACCOUNTS RECEIVABLE STUDENT ACCOUNTS | 197,585.21 | 0.00 | | 498.35 | 0.00 |
| 12. AMERITAS | 5,821,900.00 | 0.00 | | 0.00 | 0.00 |
| 13. 100% OF THE MEMBER INTEREST IN ST GREGORY'S MINERALS, LLC | Unknown | 0.00 | | 0.00 | 0.00 |
| 14. OFFICE FURNITURE CLASSROOM DESKS, OFFICE FURNITURE, COMPUTERS, FITNESS AND CARDIO EQUIPMENT, FREE WEIGHTS, POOL TABLES, NURSING EQUIPMENT, LIBRARY BOOKS | Unknown | 0.00 | | 0.00 | 0.00 |
| 15. 2007 MERCURY, 2007 CHEVROLET, 2006 FORD, 2006 FORD, 1997 FORD, 2005 FORD | Unknown | 0.00 | | 0.00 | 0.00 |
| 16. UNIVERSITY CAMPUS PROPERTY APPRAISAL | 28,500,000.00 | 0.00 | | 0.00 | 0.00 |
| 17. REFUNDS (u) | Unknown | Unknown | | 880.26 | Unknown |
| 18. DONATIONS (u) | Unknown | Unknown | | 20,594.72 | Unknown |
| 19. MINERAL ROYALTIES | Unknown | Unknown | | 0.52 | Unknown |
| 20. MINERAL INTERESTS | Unknown | Unknown | | 0.00 | Unknown |

LFORM1

Ver: 20.00e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 17-15134 SH Judge: SARAH A. HALL |
|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA |

| | |
|---|---|
| Trustee Name: | John Mashburn |
| Date Filed (f) or Converted (c): | 12/22/17 (f) |
| 341(a) Meeting Date: | 01/23/18 |
| Claims Bar Date: | 03/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. STUDENT TUITION REFUND/OVERPMT (u) | Unknown | 0.00 | | 693.62 | 0.00 |
| 22. ACCOUNTS RECEIVABLE - GENERAL (u) | Unknown | 0.00 | | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,694,638.03 | $0.00 | | $22,667.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/26/17 Motion to employ Atty FILED

12/26/17 Req to file claims FILED

12/29/17 Motion for approval to provide property preservation services FILED

1/4/18 124 Collection letters mailed

1/4/18 Motion to Employ McDonald FILED

1/15/18 Received several checks from St Gregorys.

1/17/18 Order on Motion for approval to provide property preservation services FILED

Initial Projected Date of Final Report (TFR): 12/22/18     Current Projected Date of Final Report (TFR): 12/22/18

LFORM1

Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 17-15134  -SH |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA |
| | |
| Taxpayer ID No: | *******5198 |
| For Period Ending: | 01/19/18 |

| | |
|---|---|
| Trustee Name: | John Mashburn |
| Bank Name: | First National Bank of Vinita |
| Account Number / CD #: | *******2958  Checking Account |
| | |
| Blanket Bond (per case limit): | $  8,946,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/18 | 17 | Imerial LLC<br>2020 N Mingo Road<br>Tulsa, OK 74116 | Refund | 1290-000 | 97.40 | | 97.40 |
| 01/09/18 | 19 | Blue Star Energy, LLC<br>PO Box 1594<br>Shawnee. OK 74802 | Royalties | 1123-000 | 0.52 | | 97.92 |
| 01/09/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590 | 1290-000 | 100.00 | | 197.92 |
| 01/09/18 | 18 | Howard Petschel<br>70 Cedar Dr<br>Sandpoint, ID 83864-8057 | Donation<br>Howard Petschel Check #6575 | 1290-000 | 50.00 | | 247.92 |
| 01/09/18 | 18 | Margaret Schroeder<br>3 Stoll CT.<br>Dix Hills, NY 11746 | Donation<br>M. Schroeder check # 4335 | 1290-000 | 100.00 | | 347.92 |
| 01/09/18 | 11 | Bruse & Rosalind Fowler<br>3409 Derek Ln<br>Norman, OK 73069 | Pmt of Student Acct<br>Bruce Fowler Chk#1069 Paid Joselyn Fowler Student Acct | 1121-000 | 498.35 | | 846.27 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Chk #4030 79871136 | 1290-000 | 406.15 | | 1,252.42 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Check # 4030 79870488 | 1290-000 | 287.47 | | 1,539.89 |
| 01/16/18 | 18 | Jose Marquez<br>5772 South Havana Court<br>Englewood, CO 8011-3928 | Donation<br>check #8611 | 1290-000 | 100.00 | | 1,639.89 |
| 01/16/18 | 18 | T.G. Theban<br>6712 E 102nd St | Donation<br>Check # 1944 | 1290-000 | 50.00 | | 1,689.89 |

| | | | | Page Subtotals | 1,689.89 | 0.00 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 01/19/18 | | Blanket Bond (per case limit): | $  8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Tulsa, OK 74133-6743 | | | | | |
| 01/16/18 | 18 | The Moran Foundation<br>PO Box 2160<br>Hobbs, NM 88241-2160 | Donation<br>Check # 1649 | 1290-000 | 500.00 | | 2,189.89 |
| 01/16/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590<br><br>Shell check #128576 dated 1/4/18 | 1290-000 | 100.00 | | 2,289.89 |
| 01/16/18 | 18 | Panda Restaurant Group, Inc<br>Panda Express-Panda Inn-Hibachi San<br>1683 Walnut Grove Ave<br>Rosemead, California 91770-3711 | Donation<br>Check #1446246 | 1290-000 | 17.40 | | 2,307.29 |
| 01/16/18 | 17 | MB OKC LLC<br>OKC Dodgers<br>4751 Wilshire Blvd 3rd Fl<br>Los Angeles, CA 90010 | Refund<br>Check #014975 | 1290-000 | 100.00 | | 2,407.29 |
| 01/16/18 | 17 | Southern New Hampshire University<br>Transcript Account<br>2500 North River Road<br>Manchester, NH 03104 | Refund<br>Check #183247 | 1290-000 | 10.00 | | 2,417.29 |
| 01/19/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund | 1290-000 | 672.86 | | 3,090.15 |
| 01/19/18 | 18 | Archdiocese of Oklahoma City<br>PO Box 32180<br>OKC, OK 73123 | Donation | 1290-000 | 19,577.32 | | 22,667.47 |

Page Subtotals     20,977.58          0.00

LFORM24

Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-15134  -SH | |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | |
| | | |
| Taxpayer ID No: | *******5198 | |
| For Period Ending: | 01/19/18 | |

| | | |
|---|---|---|
| Trustee Name: | John Mashburn | |
| Bank Name: | First National Bank of Vinita | |
| Account Number / CD #: | *******2958  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  8,946,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,667.47 | 0.00 | 22,667.47 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,667.47 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,667.47 | 0.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******2958 | | 22,667.47 | 0.00 | 22,667.47 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 22,667.47 | 0.00 | 22,667.47 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

LFORM24

Ver: 20.00e