**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-15134  SH  Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| For Period Ending: 02/16/18 | | Claims Bar Date: | 03/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANCFIRST 7756 | 5,116.82 | 8.97 | | 0.00 | 8.97 |
| 2. ARVEST 1343 | 1,978.27 | Unknown | | 44,775.06 | Unknown |
| 3. ARVEST (Restricted Funds) 1330 | 121,093.00 | Unknown | | 0.00 | Unknown |
| (A general deposit account as shown by Bank statments - not restricted funds) | | | | | |
| 4. ARVEST 1011 | 10,526.81 | Unknown | | 72.32 | Unknown |
| 5. ARVEST 0011 | 3,659.55 | Unknown | | 4,430.65 | Unknown |
| 6. BANCFIRST 3878 | 4,852.88 | Unknown | | 0.00 | Unknown |
| 7. BANCFIRST 0285 | 502.60 | Unknown | | 0.00 | Unknown |
| 8. BANK OF OKLAHOMA | 1,157.41 | Unknown | | 0.00 | Unknown |
| 9. FNB 6148 | 1,090.48 | Unknown | | 0.00 | Unknown |
| 10. PREPAYMENT TO BANCFIRST INSURANCE SERVICES TO PURCHASE A ONE YEAR POLICY ELS201700143100 | 25,175.00 | Unknown | | 0.00 | Unknown |
| 11. ACCOUNTS RECEIVABLE STUDENT ACCOUNTS | 197,585.21 | Unknown | | 4,197.08 | Unknown |
| 12. AMERITAS | 5,821,900.00 | Unknown | | 0.00 | Unknown |
| 13. 100% OF THE MEMBER INTEREST IN ST GREGORY'S MINERALS, LLC | Unknown | Unknown | | 0.00 | Unknown |
| 14. OFFICE FURNITURE CLASSROOM DESKS, OFFICE FURNITURE, COMPUTERS, FITNESS AND CARDIO EQUIPMENT, FREE WEIGHTS, POOL TABLES, NURSING EQUIPMENT, LIBRARY BOOKS | Unknown | Unknown | | 0.00 | Unknown |
| 15. 2007 MERCURY, 2007 CHEVROLET, 2006 FORD, 2006 FORD, 1997 FORD, 2005 FORD | Unknown | Unknown | | 0.00 | Unknown |
| 16. UNIVERSITY CAMPUS PROPERTY APPRAISAL | 28,500,000.00 | Unknown | | 0.00 | Unknown |
| 17. REFUNDS (u) | Unknown | Unknown | | 880.26 | Unknown |
| 18. DONATIONS (u) | Unknown | Unknown | | 20,894.72 | Unknown |

LFORM1                                                                                                                          Ver: 20.00e

Case No:  17-15134  SH  Judge: SARAH A. HALL  
Case Name:  CATHOLIC UNIVERSITY OF OKLAHOMA

Trustee Name: John Mashburn  
Date Filed (f) or Converted (c): 12/22/17 (f)  
341(a) Meeting Date: 01/23/18  
Claims Bar Date: 03/27/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. MINERAL ROYALTIES | Unknown | Unknown | | 0.52 | Unknown |
| 20. MINERAL INTERESTS | Unknown | Unknown | | 0.00 | Unknown |
| 21. STUDENT TUITION REFUND/OVERPMT (u) | Unknown | Unknown | | 693.62 | Unknown |
| 22. ACCOUNTS RECEIVABLE - GENERAL (u) | Unknown | Unknown | | 1,834.96 | Unknown |
| 23. EXCESS RETAINER-ATTY FEES REFUNDED (u) | Unknown | Unknown | | 7,961.00 | Unknown |
| 24. ARVEST 2014 (u) | 0.00 | 5,915.39 | | 5,915.39 | FA |
| 25. ARVEST 5883 (u) | 0.00 | 176,447.58 | | 176,447.58 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,694,638.03 | $182,371.94 | | $268,103.16 | $8.97 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/26/17 Motion to employ Atty FILED

12/26/17 Req to file claims FILED

12/29/17 Motion for approval to provide property preservation services FILED

1/4/18 124 Collection letters mailed

1/4/18 Motion to Employ McDonald FILED

1/15/18 Received several checks from St Gregorys.

1/17/18 Order on Motion for approval to provide property preservation services FILED

1/19/18 Interim report FILED

1/22/18 Order on App to employ Professional FILED

1/22/18 Order on App to hire Atty JDM FILED

1/23/18 Interim report FILED

1/25/18 Meeting of creditors held FILED

1/25/18 Interim report FILED

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

| | | | |
|---|---|---|---|
| Case No: | 17-15134   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| | | Claims Bar Date: | 03/27/18 |

Initial Projected Date of Final Report (TFR): 12/22/18   Current Projected Date of Final Report (TFR): 12/22/18

LFORM1   Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 02/16/18 | | Blanket Bond (per case limit): | $ 8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/09/18 | 17 | Imerial LLC<br>2020 N Mingo Road<br>Tulsa, OK 74116 | Refund | 1229-000 | 97.40 | | 97.40 |
| 01/09/18 | 19 | Blue Star Energy, LLC<br>PO Box 1594<br>Shawnee. OK 74802 | Royalties | 1123-000 | 0.52 | | 97.92 |
| 01/09/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590 | 1229-000 | 100.00 | | 197.92 |
| 01/09/18 | 18 | Howard Petschel<br>70 Cedar Dr<br>Sandpoint, ID 83864-8057 | Donation<br>Howard Petschel Check #6575 | 1229-000 | 50.00 | | 247.92 |
| 01/09/18 | 18 | Margaret Schroeder<br>3 Stoll CT.<br>Dix Hills, NY 11746 | Donation<br>M. Schroeder check # 4335 | 1229-000 | 100.00 | | 347.92 |
| 01/09/18 | 11 | Bruse & Rosalind Fowler<br>3409 Derek Ln<br>Norman, OK 73069 | Pmt of Student Acct<br>Bruce Fowler Chk#1069 Paid Joselyn Fowler Student Acct | 1121-000 | 498.35 | | 846.27 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Chk #4030 79871136 | 1229-000 | 406.15 | | 1,252.42 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Check # 4030 79870488 | 1229-000 | 287.47 | | 1,539.89 |
| 01/16/18 | 18 | Jose Marquez<br>5772 South Havana Court<br>Englewood, CO 8011-3928 | Donation<br>check #8611 | 1229-000 | 100.00 | | 1,639.89 |
| 01/16/18 | 18 | T.G. Theban<br>6712 E 102nd St | Donation<br>Check # 1944 | 1229-000 | 50.00 | | 1,689.89 |

Page Subtotals   1,689.89   0.00

LFORM24

Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
| --- | --- | --- | --- | --- |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 02/16/18 | | Blanket Bond (per case limit): | $ 8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Tulsa, OK 74133-6743 | | | | | |
| 01/16/18 | 18 | The Moran Foundation<br>PO Box 2160<br>Hobbs, NM 88241-2160 | Donation<br>Check # 1649 | 1229-000 | 500.00 | | 2,189.89 |
| 01/16/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590<br><br>Shell check #128576 dated 1/4/18 | 1229-000 | 100.00 | | 2,289.89 |
| 01/16/18 | 18 | Panda Restaurant Group, Inc<br>Panda Express-Panda Inn-Hibachi San<br>1683 Walnut Grove Ave<br>Rosemead, California 91770-3711 | Donation<br>Check #1446246 | 1229-000 | 17.40 | | 2,307.29 |
| 01/16/18 | 17 | MB OKC LLC<br>OKC Dodgers<br>4751 Wilshire Blvd 3rd Fl<br>Los Angeles, CA 90010 | Refund<br>Check #014975 | 1229-000 | 100.00 | | 2,407.29 |
| 01/16/18 | 17 | Southern New Hampshire University<br>Transcript Account<br>2500 North River Road<br>Manchester, NH 03104 | Refund<br>Check #183247 | 1229-000 | 10.00 | | 2,417.29 |
| 01/19/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund | 1229-000 | 672.86 | | 3,090.15 |
| 01/19/18 | 18 | Archdiocese of Oklahoma City<br>PO Box 32180<br>OKC, OK 73123 | Donation | 1229-000 | 19,577.32 | | 22,667.47 |
| 01/22/18 | 23 | McAfee & Taft<br>211 N Robinson Ave., Ste 1000<br>Oklahoma City, OK 73102-7103 | Refund of excess fees<br>Check #5359 | 1229-000 | 7,961.00 | | 30,628.47 |
| 01/22/18 | 11 | Garrett Bannister | Pmt of student acct | 1121-000 | 320.00 | | 30,948.47 |

Page Subtotals  29,258.58  0.00

LFORM24  Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 02/16/18 | | Blanket Bond (per case limit): | $ 8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/18 | 11 | 4916 Byron Circle<br>Yukon, OK 73099<br>Tracy Hensley<br>8910 N Harrison<br>Shawnee, OK 74804 | Cashiers chk #103386<br><br>Pmt of student acct<br>MO# 20780065788 | 1121-000 | 38.73 | | 30,987.20 |
| 01/22/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995 | 1121-000 | 100.00 | | 31,087.20 |
| 01/25/18 | 18 | William Broussard<br>1705 Mark Wood St<br>Midwest City, OK 73130-8455 | Donation<br>Check #2854 | 1229-000 | 300.00 | | 31,387.20 |
| 01/25/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | Refund<br>Check # 013367 | 1229-000 | 95.44 | | 31,482.64 |
| 01/25/18 | 22 | Blue Bell Creameries, L.P.<br>PO Box 1807<br>Brenham, Tx 77834-1807 | Electricity reimbursement<br>Check #2054773 | 1229-000 | 1,650.00 | | 33,132.64 |
| 01/25/18 | 11 | Kevin Cantrell<br>20812 Landmark Cir<br>Harrah, OK 73045 | Payment of student acct<br>Check # 1001 | 1121-000 | 1,800.00 | | 34,932.64 |
| 02/06/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | License fee<br>Check # 013367<br><br>Check # 013700  1/26/18 | 1229-000 | 19.53 | | 34,952.17 |
| 02/06/18 | 22 | Imperial LLC<br>2020 N Mingo Rd<br>Tulsa, OK 74116 | Vendor commission<br>Check #196643  1/10/18 | 1229-000 | 69.99 | | 35,022.16 |
| 02/06/18 | 11 | Preston Western<br>2810 S 74th E Ave<br>Tulsa, OK 74129 | Pmt of student acct<br>Check #55022893  1/29/18 | 1121-000 | 1,440.00 | | 36,462.16 |
| 02/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 11.74 | 36,450.42 |
| 02/15/18 | 5 | Arvest Bank | Balance to close acct | 1129-000 | 886.13 | | 37,336.55 |

Page Subtotals    6,399.82    11.74

LFORM24

Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 02/16/18 | | Blanket Bond (per case limit): | $ 8,946,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/18 | 4, 5 | PO Box 1670<br>Lowell, AR 72745<br>Arvest Bank | Check #6500000007 dated 2/14/18<br><br>Balance to close acct<br>Check #6500000006 dated 2/14/18 | 1129-000 | 18.08 | | 37,354.63 |
| 02/15/18 | 2, 4, 5 | PO Box 1670<br>Lowell, AR 72745<br>Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000003 dated 2/14/18  $14,925.02 | 1129-000 | 14,925.02 | | 52,279.65 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000004 dated 2/14/18  $5915.39<br>* NOTE *  Properties 2, 4, 5, 24 | 1229-000 | 5,915.39 | | 58,195.04 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000005 dated 2/14/18  $176,447.58<br>* NOTE *  Properties 2, 4, 5, 25 | 1229-000 | 176,447.58 | | 234,642.62 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 234,654.36 | 11.74 | 234,642.62 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 234,654.36 | 11.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 234,654.36 | 11.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2958 | 234,654.36 | 11.74 | 234,642.62 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 234,654.36 | 11.74 | 234,642.62 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        197,306.07        0.00