## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CATHOLIC UNIVERSITY OF OKLAHOMA,** | ) ) ) Case No. 17-15134 ) Chapter 7 ) |
| **Debtors.** | ) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Compass Group USA, Inc. by its attorneys Doerner, Saunders, Daniel and Anderson, L.L.P. and J. Patrick Mensching and hereby enters an appearance in the above case and requests that notice of all pleadings, notices and other matter filed of record in the above case and proceedings therein be served on its undersigned counsel.

DOERNER, SAUNDERS, DANIEL
 & ANDERSON, L.L.P.


By: */s/ J. Patrick Mensching*
J. Patrick Mensching, OBA No. 6136
Two West Second Street, Suite 700
Tulsa, OK 74103-3117
Telephone 918.591.5240
Facsimile 918.925.5240
Email pmensching@dsda.com
**Attorneys for Compass Group USA, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of February, 2018, a true and correct copy of the above and foregoing *Entry of Appearance and Request for Notice* was electronically served on the parties to the above proceeding through the Court's CM/ECF system.

/s/ *J. Patrick Mensching*
J. Patrick Mensching

4553763.1