IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

**CATHOLIC UNIVERSITY OF OKLAHOMA dba ST. GREGORY'S UNIVERSITY, INC.**

      **Debtor.**

Case No. 17-15134-SAH
(Chapter 7)

## WITHDRAWAL OF PROOF OF CLAIM NUMBER 31

Catholic University of Oklahoma dba St. Gregory's University, Inc. was used as the filer of claim number 31 instead of Oklahoma Baptist University, Interested Party/Creditor in the above-captioned cause. Oklahoma Baptist University hereby withdraws claim number 31 for $402,401.24, filed on February 26, 2018.

Dated: February 27, 2018

Respectfully submitted,

*s/Larry G. Ball*
Larry G. Ball, OBA #12205
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855
Email  lball@hallestill.com
**ATTORNEYS FOR OKLAHOMA BAPTIST UNIVERSITY**

1645648.1:630356:02062

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, I electronically transmitted the above **Withdrawal of Proof of Claim** for filing to the Clerk of Court using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

s/ *Larry G. Ball*