# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:  CATHOLIC UNIVERSITY OF      )
      OKLAHOMA,                   )        Case No. 17-15134 SAH
                                  )        Chapter 7
               Debtor.        )

## TRUSTEE'S AMENDED MOTION FOR AUTHORIZATION TO (i) USE FUNDS WHICH MAY CONSTITUTE CASH COLLATERAL, PURSUANT TO 11 U.S.C. § 363(c) AND (ii) PROVIDE ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363, NOTICE OF OPPORTUNITY FOR HEARING, AND NOTICE OF HEARINGIN EVENT OF RESPONSE

John D. Mashburn, duly appointed and acting Chapter 7 Trustee in the above-referenced bankruptcy case (hereinafter the "Trustee"), respectfully requests that the Court enter an order (a) authorizing the use of certain funds of the Estate which may constitute Cash Collateral, and (b) to determine that holders of potential Cash Collateral claims noted herein are otherwise adequately protected for such use and also have consented to use of Cash Collateral.

### Introduction

1.      For purposes of this Motion, the term "Cash Collateral" shall mean proceeds of accounts receivable, donations, deposit accounts, refunds of the Estate, or cash on hand with the Trustee in which the Estate and an entity other than the Estate may have an interest, consistent with the definition of Cash Collateral set forth in § 363(a) of the Bankruptcy Code.

2.      The Debtor is not an operating business as noted herein.  Trustee does not seek use of Cash Collateral funds to operate a business in a Chapter 7 liquidation case, which would require an order of this Court pursuant to 11 U.S.C. § 721.  This Motion seeks to fund on a limited basis, expenses to preserve, protect, and market substantial assets noted herein.

3.      Catholic University of Oklahoma (referred to hereinafter as "St. Gregory's University") had been a private university for many years, situated in Shawnee, Oklahoma, operating under the name of St. Gregory's University.  The assets of the Estate are generally

described in paragraph 3 below. The principal asset is the former campus of St. Gregory's University consisting of approximately 86 acres located at 1900 West McArthur in Shawnee, Oklahoma, together with substantial improvements thereon ("University Campus"). The University Campus was appraised on February 22, 2017, by Richard Riley, MAI, and Robert Liebel, SRA, of Real Property Services, Inc., with a value of $28,500,000. The Trustee has not commissioned an appraisal to date.

4.     The Trustee is actively engaged in preservation, administration, and marketing of the assets of this Estate which arise from the closure of St. Gregory's University. The assets of this Estate, in addition to the University Campus, include certain mineral interests, presently managed by Farmers National Association ("Mineral Interests"), which assets are believed to have a value of approximately $4,600,000.00. In addition, the Estate (a) holds certain limited accounts receivable, principally related to unpaid tuition obligations of former students in the approximate amount of $193,000.00, (b) is the beneficiary of various trusts which provide revenue or potential revenue to St. Gregory's University as beneficiary, (c) furniture, fixtures, and other assets, including a library, which includes a rare books collection believed to have a significant but as yet undetermined value,[1] and (d) other miscellaneous assets of the Estate.

**Jurisdiction and Venue**

5.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). Reference to the Court of this matter is proper pursuant to 28 U.S.C. § 157(a). This is a core proceeding as contemplated by 11 U.S.C. § 157(b)(2)(A) and (M). In addition, venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background and Operations**

---

[1] The ownership interest of certain assets, including rare books must be resolved as between St. Gregory's University and The Benedictine Fathers of Sacred Heart Mission, Inc. a/k/a St. Gregory's Abbey.

6.      On or about, December 19, 2017, the Debtor ceased its operations, prior to filing its voluntary Chapter 7 petition, on December 22, 2017.  There are no educational or other activities being conducted by the Debtor.  The Debtor has no employees at this time.

7.      The Trustee is a member of the panel of private trustees established under 28 U.S.C. § 586(a)(1).  On December 22, 2017, the Trustee was appointed by the United States Trustee to serve as the Chapter 7 Trustee in this Case, and has acted as Trustee in this Case since the date of his appointment.

8.      In order to avoid the expenditure of funds, the Trustee entered into a Limited License Agreement ("Limited License Agreement") with the Citizens Potawatomie Nation ("CPN"), which asserts secured claims against the Estate.  The Trustee, on December 29, 2017, filed Trustee's Motion Pursuant to 11 U.S.C. § 506(c) for Approval of Agreement with Citizens Potawatomie Nation to Provide Preservation Services [Dkt. No. 10].  The Court approved the Trustee's motion by Order dated January 17, 2018 [Dkt. No. 17].  Pursuant to the Limited License Agreement, CPN agreed to provide maintenance and security services for the University Campus subject to direction of the Trustee.  CPN recently filed an administrative expense claim on the 8th day of March, 2018, as Docket No. 52, asserting a claim for reimbursement of the value of services and expenditures incurred.  The Court granted CPN's administrative expense claim by Order entered March 30. 2018 [Dkt. No. 76].  The Trustee expects to continue to utilize the maintenance and security services of the CPN for the University Campus.

9.      Appropriate administration of this Estate is necessary to provide for the potential of substantial upside value on the monetization of its assets, over quick liquidation.  An appropriate sale of the University Campus (which the Trustee intends to present to the Court for approval with the possibility of higher and better bids, pursuant to 11 U.S.C. § 363), will likely require several months to achieve, prior to presentation of a contract to the Court for its

consideration.  The Trustee, in his efforts to market the University Campus, has personally conferred with representatives of three potential purchasers, and is engaged in ongoing discussions.

10.    Pursuant to § 363(c)(2)(A) of the Bankruptcy Code, a trustee may use Cash Collateral if "(A) each entity that has an interest in such Cash Collateral *consents*; or (B) the court, after notice and a hearing, authorizes such use in accordance with the provisions of this section."  11 U.S.C. § 363(c)(2).

11.    Both Foresters and CPCDC, as noted below, assert mortgages against the University Campus.  There is a substantial equity cushion in the University Campus alone sufficient to secure the claims of both Foresters and CPCDC, such that this Court can determine that such equity provides adequate protection for the use of Cash Collateral.  Although it is highly unlikely that the equity cushion would not provide adequate protection, Trustee offers to CPCDC and Foresters a replacement lien in other assets, should it be necessary, as set forth herein.

12.    Pursuant to Bankruptcy Rule 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the relevant provisions for consideration of an Order authorizing Cash Collateral are as follows:

    (a)    **Name of Each Entity with an Alleged Interest in Cash Collateral.**

        (i)    Catholic Order of Foresters ("Foresters").  The Foresters are a creditor which filed its Proof of Claim No. 73 asserting a claim pursuant to a Promissory Note dated August 23, 2016, in the unpaid principal balance of $200,000, together with accruing interest and costs.  Foresters claim a real estate mortgage against the University Campus.  In addition, Foresters claims a security

interest in "cash items and donations" and caused a UCC-1 form to be filed with

the Oklahoma County Clerk on September 2, 2016, listing collateral as

> All monies derived from fund raising activities including but not
> limited to pledges, notes, donations, credit card payments or other
> forms of promises of support, whether in cash, in kind or both

To date, Trustee is unaware of a security agreement of Debtor granting a security

interest in such "monies" assets.   Nonetheless, the potential claim in such

"monies" is the potential cash collateral interest of Foresters sought to be

protected.

(ii)    <u>The Citizens Potawatomie Community Development Corporation</u>

<u>("CPCDC")</u>.   The CPCDC asserts three claims in this Case as Proofs of Claim

No. 25, 26, and 27.   CPCDC asserts claims based on three separate promissory

notes to Debtor in the aggregate principal sum of $4,357,679.86, together with

accruing interests and costs.   CPCDC claims that such claims are secured by real

estate mortgages, and security agreements in the University Campus, and an

Assignment of Rents.   CPCDC claims additional collateral, including a claim in

equipment and in "all tuition, grants, and receivables" of Debtor.   CPCDC's

UCC-1 form financing statement filed in Oklahoma County encumbers the

following:

> All receivables of St. Gregory's University, of 1900 W.
> MacArthur, Shawnee, OK  74804 – the terms of which are as
> follows:  1. First dollar distribution of all tuition or grant proceeds
> as received or collected for school year 2015-16, as well as first
> dollar distribution of any and all payments of previously earned,
> but uncollected income or grants from all prior school years/terms.
> 2. All tuition or grant income received by the university shall be
> deposited into an account for the CPH Community Development
> Corp., held in deposit at the First National Bank of Shawnee.  3.
> Deposits to said account shall begin not more than ten (10) days
> after the date of closing of this facility, and shall continue until a

sum equal to the principal loan amount ($300,000), plus any and all accrued interest or fees, has been deposited to said account.  4. CPCDC shall have the option to attach and apply such proceeds to pay-off this credit facility, from time-to-time, as it deems appropriate.  5. Should collections from said account equal the principal loan amount plus accrued interest and fees, the CDC shall immediately release its claim(s) to any future collections of tuition, grant or other proceeds received by the university.  6. First National Bank account to be determined.

(iii)    Citizens Potawatomie Nation ("CPN").  CPN is a separate and independent corporate entity from CPCDC.  CPN has filed its Proof of Claim No. 42 in which it asserts a claim in the amount of $3,500,000 based upon an Agreement with Debtor dated July 31, 2015.  In its claim, CPN asserts that its claim is secured by a lien on real estate and university assets.  There does not appear to be a mortgage filed securing the Agreement.  There is no specific claim related to accounts receivable.  Trustee does not believe that CPN has a Cash Collateral Interest.  Trustee reserves his right to object to CPN's claimed secured status at a later date.

(b)    **Use of Cash Collateral.**  The Trustee will use the Cash Collateral to fund expenses of administration, preservation, and marketing of the assets of the Estate.  The Trustee has on hand funds in the amount of $265,703.26 from collected accounts receivable, refunds, closing of Debtor's accounts, and other receipts, and expects to collect other sums in due course.  Nothing contained in this Motion seeks authorization for the Trustee to utilize any proceeds of sale of the University Campus, the mineral properties, or the sale of other assets described herein.  However, proceeds of such sales may, upon Court approval, be utilized for payment of fees and expenses incurred and requested by auctioneers, realtors, or other professionals retained by the Trustee and used

6

to conduct such sales.  The Trustee will present any requests to utilize such funds by separate motion.

The authorization sought herein is capped at $250,000, subject to increase only upon subsequent written consent for additional amounts by CPCDC and Foresters to increase of the cap, or by Court Order.  The Trustee contemplates that payment of accruing professional fees will require use of Cash Collateral.  However, Trustee will not expend any Cash Collateral for payment of professional fees unless and until such professional fees have been presented to and approved by the Bankruptcy Court and payment from Cash Collateral has been authorized.

(c)    **Termination.**  Use of the Cash Collateral will continue until the cap is exhausted, as it may have been increased, but may be terminated based upon (a) the Trustee's failure to observe or perform any of the material terms or provisions contained in the Interim Order, or (b) the entry of an order of this Court reversing, staying, vacating, or otherwise modifying the Trustee's use of Cash Collateral, on its own motion or the motion of CPCDC or Foresters.

(d)    **Adequate Protection.**  The claims of Foresters and CPCDC are each secured by a mortgage claims on the University Campus which has a sizeable equity cushion based upon the appraised value of the University Campus.  The University Campus was appraised on February 22, 2017, to have a value of $28,500,000.  The Trustee has not commissioned an appraisal of the University Campus at this time.  The aggregate amount of the Foresters and CPCDC claims is $4,557,679, together with accruing interest and costs, and are individually and in the aggregate adequately protected by the equity cushion in the University Campus for any diminution of their respective collateral based upon use of Cash Collateral.  In addition, Trustee will conditionally grant

7

to CPCDC and Foresters a replacement lien in the priority ultimately to be determined by the Court.

**Use of Cash Collateral and Adequate Protection**

13.    The Court should approve this Motion and enter an Order to permit the use of Cash Collateral to enable the Trustee to gather, protect, and preserve the assets of the Estate, which efforts will benefit all creditors and parties-in-interest.  Without ability to utilize potential cash collateral, the administration of the Case could be impaired, with the consequence that the Trustee may not be able to obtain the highest value available for the assets.  A secured creditor seeking adequate protection "must initially demonstrate that it holds a claim secured by a valid, perfected lien upon estate property, and that a decline in value of its collateral is either occurring or is threatened.´ *See In re Box*, 324 B.R. 290, 292 (Bankr. S.D. Tex. 2005); *see also In re Panther Mountain Land Development, LLC,* 438 B.R. 169, 190 (Bankr. E.D. Ark. 2010) ("In order to establish a *prima facie* case of lack of adequate protection, the moving party must provide evidence that the value of the collateralized property is declining, or at least threatened, as a result of the automatic stay.").

14.    In this instance, it is submitted that neither CPCDC nor Foresters are at risk, because the utilization of Cash Collateral as requested herein will not impair their claims which are otherwise well collateralized by the equity cushion in the University Campus for their asserted liens.  *See In re Franklin Equip. Co.,* 416 B.R. 483, 528 (Bankr. E.D. Va. 2009). Accordingly, the Trustee believes it has satisfied the requirements of § 363(c)(2) concerning the use of Cash Collateral (if consent were not obtained).

15.    In the event that the equity cushion value of the University Campus were to be inadequate to satisfy the claims of CPCDC and/or Foresters pursuant to the terms of the Interim Order, the Trustee proposes to grant CPCDC and Foresters:

(i)       subject to existing liens and mortgages, a security interest in, and lien on, the Pre-Petition Collateral of the Debtor and all other assets of the Estate, now owned and hereafter-acquired, real and personal property, assets and rights, of any kind or nature, wherever located, and accounts receivable, proceeds, products, rents, and profits thereof, whether arising from § 552(b) of the Bankruptcy Code or otherwise (other than causes of action arising under the Bankruptcy Code, including, all of the Trustee's rights in and claims and causes of action under §§ 541, 542, 544, 545, 547, 548, 549, 550, 551, 552(b), and 553 or any other avoidance actions under the Bankruptcy Code (all such actions, the "Avoidance Actions") which replacement liens shall have no recourse to the proceeds or property recovered in respect of any Avoidance Actions, senior to any other security interest or liens, subject only to (x) valid, perfected and enforceable pre-petition liens (if any) which are senior to CPCDC and/or Forester's liens or security interest as of the Petition Date, (y) the payment of allowed professional fees and disbursements incurred by the Trustee, and (z) the payment of United States Trustee Fees, pursuant to 28 U.S.C. § 1930 ("United States Trustee's Fees") (the items identified in (y) and (z) are referred to as, collectively the "Carve-Out"); and

(ii)      an allowed administrative claim with priority over all other administrative claims in the Cases (subject only to the Carve-Out), including all claims of the kind specified under §§ 503(b) and 507(b) of the Bankruptcy Code (the Adequate Protection Claims), which administrative claim shall have recourse to and be payable from all pre- and post-petition property of the Debtor, except the proceeds or property recovered in respect of any Avoidance Actions.

9

16.     The aforementioned conditional adequate protection will sufficiently protect the CPCDC and Foresters alleged interest in the Cash Collateral.  Accordingly, the Trustee submits that the proposed adequate protection is fair and reasonably under the circumstances and satisfies the requirements of the Bankruptcy Code.

## Conclusion

17.     As set forth above, the Trustee has a need to use cash to continue to preserve, maintain, and market Estate assets.  The Trustee lacks sufficient funds with which to fund costs of preservation, maintenance and marketing without resorting to the funds which constitute potential Cash Collateral.  Without the use of the alleged Cash Collateral, the Trustee will be immediately and irreparably harmed to the detriment of its estate and all parties-in-interest.  The relief requested is, therefore, critical to preserve, maintain, and market the assets of the Estate.

18.     A proposed form of Order is appended hereto as Exhibit "A" and incorporated herein by reference.

### NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected.  You should read this document carefully and consult your attorney about your rights and the effect of this document.  If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102 no later than 14 days from the date of filing of this request for relief.  You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court.  If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.  The 14**

day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).

## NOTICE OF HEARING
### (TO BE HELD IF A RESPONSE IS FILED)

Notice is hereby given that if a response to the Motion is filed, the hearing on the matter will be held on May 9, 2018, at 9:30 a.m. before the Honorable Sarah A. Hall, in the 9th floor courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK  73102.  If no response is timely filed and the Court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.

WHEREFORE, Trustee respectfully requests entry of an order, substantially similar to the proposed form of order attached hereto, granting the relief requested herein and such other and further relief as the Court may deem just.

Date:  April 18, 2018:

Respectfully submitted,

/s/ Gary M. McDonald
Gary M. McDonald, OBA No. 5960
Chad J. Kutmas, OBA No. 19505
Mary E. Kindelt, OBA No. 21728
MCDONALD, MCCANN, METCALF
& CARWILE, LLP
15 East 5th Street, Suite 1400
Tulsa, OK  74103
(918) 430-3700
(918) 430-3770 – Facsimile
gmcdonald@mmsk.com

*Counsel for the Trustee, John D. Mashburn*

11

## CERTIFICATE OF SERVICE

       I hereby certify that on the 19th day of April, 2018, I electronically served the foregoing instrument with the Clerk of Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants that was sent to the individuals listed below.  I further certify that on the 19th day of April, 2018, a true and correct copy of the foregoing instrument was mailed with proper postage fully paid to the creditors and parties-in-interest listed on Exhibit "B" attached hereto.

Larry Glenn Ball on behalf of Interested Party Oklahoma Baptist University

Kevin M. Coffey on behalf of Creditor Britney Honsinger

Kevin M. Coffey on behalf of Plaintiff Britney Honsinger

Roger D. Everett on behalf of Creditor Ford Motor Credit Company, LLC.

Jared Dwain Giddens on behalf of Attorney Jared D Giddens

Jared Dwain Giddens on behalf of Creditor Benedictine Fathers of Sacred Heart Mission, Inc.

John B. Heatly on behalf of Creditor Catholic Order of Foresters

Christopher Carl Lind on behalf of Creditor Affordable Construction Company

John Mashburn on behalf of Trustee John D. Mashburn

John D. Mashburn

J. Patrick Mensching on behalf of Creditor Compass Group USA, Inc.

Ross A. Plourde on behalf of Debtor Catholic University of Oklahoma

Ross A. Plourde on behalf of Defendant Catholic University of Oklahoma

Courtney D. Powell on behalf of Creditor Citizen Potawatomie Community Development Corporation

Michael A Rubenstein on behalf of Interested Party Home Integration, Inc.

Ted Matthew Smith on behalf of Creditor Dana Bucko

Angela N. Stuteville on behalf of Creditor Toyota Motor Credit Corporation

United States Trustee

Bryan Joseph Wells on behalf of Attorney Bryan J Wells

Bryan Joseph Wells on behalf of Creditor Benedictine Fathers of Sacred Heart Mission, Inc.

George J Wright on behalf of Creditor Citizen Potawatomi Nation

*/s/ Gary M. McDonald*

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE:  CATHOLIC UNIVERSITY OF      )
         OKLAHOMA,                  )          **Case No. 17-15134 SAH**
                                        )          **Chapter 7**
                 **Debtor.**        )

## ORDER AUTHORIZING (I) USE OF FUNDS WHICH MAY CONSTITUTE CASH COLLATERAL, PURSUANT TO 11 U.S.C. § 363(c) AND (II) PROVIDE ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 363

This matter comes on for consideration on the Trustee's Motion for Authorization to (a) Use Funds Which May Constitute Cash Collateral, Pursuant to 11 U.S.C. § 363(c) and (b) Provide Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363, and Notice of Opportunity for Hearing, filed April ____, 2018 [Dkt. No. _____] (the "Motion"), seeking this Court's authorization pursuant to sections 105, 361, 362, and 363 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rules 2002, 4001(b), and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 9013.1(G) of the Local Rules (the "Bankruptcy Rules").

The Motion was filed upon a Notice of Opportunity for Hearing pursuant to Local Rule 9013.1(G), and the time for objection expired on _____, 2018, without any response to the Motion having been filed.  Notice has been duly and properly provided to the parties entitled to the same, as shown on the Certificate of Service;

**NOW, THEREFORE, THE COURT FINDS AS FOLLOWS:**

1.      The findings of fact set forth herein are based upon the representation of Movant's counsel, set forth in the Motion and per the Certificate of Service [Dkt. No. _____].

EXHIBIT A

2.    Consideration of the Motion constitutes a "core-proceeding" as defined in 28 U.S.C. § 157(b)(2). This Court has jurisdiction over this proceeding and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(2)(A) and (M) and 1334.

3.    Pursuant to Bankruptcy Rule 4001, due and sufficient notice of the Motion and the relief sought have been given by the Trustee to counsel to Catholic Order of Foresters ("Foresters") and The Citizens Potawatomie Community Development Corporation ("CPCDC"), which are the entities with an interest in the Cash Collateral, and to the Office of the United States Trustee.

4.    The Trustee should be granted authority pursuant to Bankruptcy Rule 4001(b)(2) to use of the alleged Cash Collateral in order to permit, among other things, the preservation of the Debtor's assets and the orderly administration of its estate.

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted and the relief requested therein is authorized. The Court authorizes the Trustee to use Cash Collateral, up to the cap amount of $250,000, for the administration, preservation, and marketing of the assets of the Estate. Such cap amount may be increased by agreement and consent of CPCDC and Foresters in writing, or by future order of this Court.

2.    As adequate protection for the usage of Cash Collateral in addition to the potential equity cushion in the University Campus, available to each CPCDC and Foresters in the event of diminution of the Cash Collateral interests of Foresters and CPCDC, the Court hereby grants to CPCDC and Foresters, in the same priority and extent of their existing pre-petition security interests in such Cash Collateral utilized:

   (i)    subject to existing liens and mortgages, a replacement lien and security interest on the Pre-Petition Collateral and all other of the Debtor's now owned and

2

hereafter-acquired real and personal property, assets and rights, of any kind or nature, wherever located, and the accounts receivable, proceeds, products, rents and profits thereof, whether arising from § 552(b) of the Bankruptcy Code or otherwise (other than causes of action arising under the Bankruptcy Code, including, all of the Debtor's rights in and claims and causes of action under §§ 541, 542, 544, 545, 547, 548, 549, 550, 551, 552(b), and 553 or any other avoidance actions under the Bankruptcy Code (all such actions, the "Avoidance Actions") which replacement liens shall have no recourse to the proceeds or property recovered in respect of any Avoidance Actions, senior to any other security interest or liens, subject only to (x) valid, perfected and enforceable pre-petition liens (if any) which are senior to CPCDC and/or Forester's liens or security interest as of the Petition Date, (y) the payment of allowed professional fees and disbursements incurred by the Debtor, and (z) the payment of United States Trustee Fees, pursuant to 28 U.S.C. § 1930 ("United States Trustee's Fees") (the items identified in (y) and (z) are referred to as, collectively the "Carve-Out"); and

(ii)     an allowed administrative claim with priority over all other administrative claims in the Cases (subject only to the Carve-Out), including all claims of the kind specified under §§ 503(b) and 507(b) of the Bankruptcy Code (the Adequate Protection Claims'), which administrative claim shall have recourse to and be payable from all pre- and post-petition property of the Debtor, except the proceeds or property recovered in respect of any Avoidance Actions.

3.     Without the necessity of the filing of financing statements, mortgages, or other documents, this Order shall be sufficient evidence of CPCDC and Foresters' perfected security interests and liens granted in the Collateral pursuant to this Order.

4.     In the event this Court stays, modifies, or vacates any of the provisions of this Order, such modifications, stays, or vacation shall not affect the rights and priorities of CPCDC and Foresters granted pursuant to this Order.

DATED this _____ day of April, 2018.


BY THE COURT:


_____
TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

3

Label Matrix for local noticing
1087-5
Case 17-15134
Western District of Oklahoma
Oklahoma City
Wed Apr 18 15:03:50 CDT 2018

Affordable Construction Company
6401 N Interstate Drive
Norman, OK 73069-9515

Catholic University of Oklahoma
1900 W. MacArthur St
Shawnee, OK 74804-2403

Citizen Potawatomi Nation
1601 S. Gordon Cooper Dr.
Shawnee, OK 74801-9002

Compass Group USA, Inc.
2400 Yorkmont Rd.
Charlotte, NC 28217-4511

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Home Integration, Inc.
c/o Michael A. Rubenstein
1503 E. 19th St.
Edmond, OK 73013-6737

Oklahoma Baptist University
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Toyota Motor Credit Corporation
c/o O. Clifton Gooding
The Gooding Law Firm, PC
204 N Robinson Ave
Suite 650
Oklahoma City, OK 73102-6807

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

AACRO DISTRIBUTION CENTER
ONE DUPONT CIRCLE, NW, SUITE 520
WASHINGTON DC 20036-1148

ACT
Finance
P O Box 4072
Iowa City IA 52243-4072

AFFORDABLE CONSTRUCTION COMPANY
6401 N INTERSTATE DRIVE, SUITE 160
NORMAN OK 73069-9524

ALAN R. STAAB AND SHARON D. VOSKUHL
2502 E. 21ST ST.
TULSA OK 74114-1756

ALBERT JULIUS SEMTNER TRUST MARY LOU COZZENS
P O BOX 60683
OKLAHOMA CITY OK 73146

ALLIED ELEVATOR SERVICES P O BOX 58
NEWCASTLE OK 73065-0058

AMANDA KASHWER
140 THACKER ROAD
CHANDLER, OK 74834-1838

AMERICAN DATABANK GROUP
110 16TH ST, 8TH FLOOR
DENVER CO 80202-5210

AMERICAN LIBRARY ASSOCIATION ALA MEMBER SERV
BOX 77-6499
CHICAGO IL 60678-6499

ANDREW M. LEASAU
10801 HUNTERS POINTE
EDMOND OK 73034-1609

ANGELA JAMES
3 TIMBERCREEK CIRCLE
SHAWNEE, OK 74804-1149

ANITA SEMTNER
103 ASHLEY DRIVE
SHAWNEE, OK 74804-9710

ANNA MARIE FORAL
3206 OTTERSON DR
OKLAHOMA CITY OK 73112-3340

ANTHONY COLEMAN
1 BELLTREE
PLYMOUTH, MA 02360-7794

ARCHDIOCESE OF OKLAHOMA CITY ATTN: SHARI CON
P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHDIOCESE OF OKLAHOMA CITY P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHIE SCOTT
1904 FLAMINGO AVE
BETHANY OK 73008-5429

ARTHUR L. DAVIS PUBLISHING AGENCY, INC. P O
CEDAR FALLS IA 50613

(p)ARVEST BANK
P O BOX 11110
FORT SMITH AR 72917-1110

EXHIBIT B

ASCAP
21678 NETWORK PLACE
CHICAGO IL 60673-1216

ASSOCIATION OF BENEDICTINE COLLEGES P O BOX
COLLEGEVILLE MN 56321

AT&T WIRELESS MOBILITY P O BOX 6463
CAROL STREAM IL 60197-6463

AUTOMATIC FIRE CONTROL, INC.
1708 S.E. 22ND ST
OKLAHOMA CITY OK 73129-7512

Affordable Construction Company
Nichols Law Firm Attn: Affordable
104 East Main Street
Norman OK 73069-1301

Ahead
270 Samuel Barnet Blvd.
New Bedford, MA 02745-1219

Amanda Dawn Kashwer
PO Box 890420
Oklahoma City OK 73189-0420

American Library Association
ALA Member Services
Box 77-6499
Chicago IL 60678-6499

Angela James
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Angela James
c/o Greg Haubrich
PO Box 890420
Oklahoma City, OK 73189-0420

Anne Machado
greg haubrich
POB 890420
OKC, OK 73189-0420

Anthony P. Coleman
1 Belltree
Plymouth, MA 02360-7794

Archdiocese of Oklahoma City
Attn:  Shari Conrady
P O Box 32180
Oklahoma City OK 73123-0380

Arthur L. Davis Publishing Agency, Inc.
P O Box 216
Cedar Falls IA 50613-0017

Arvest Bank c/o James C. Cox
P.O. Box 891027
Oklahoma City, OK 73189-1027

Association of Benedictine Colleges
P O Box 2000
Collegeville MN 56321-2000

At&T
PO Box 1809
Paramus, NJ 07653-1809

Audrie Wilson
328 N 33rd
Muskogee, OK 74401-2005

BENEDICTINE COLLEGE
1020 NORTH 2ND ST
ATCHISON KS 66002-1499

BENEDICTINE FATHERS OF THE SACRED HEART ST.
1900 W. MACARTHUR ST SHAWNEE OK 74804

BETTY GADBOIS
543 S. 89TH E. AVE
TULSA OK 74112-3407

BORDEN PERLMAN INSURANCE AGENCY
250 PHILLIPS BLVD, SUITE 280
TRENTON NJ 08618-1433

BRENT RAISLEY
125 LOCHWOOD LANE
YUKON, OK  73099-6684

BSN SPORTS
P O BOX 660176
DALLAS TX 75266-0176

Benedictine Fathers of Sacred Heart
dba St. Gregory's Abbey
1900 West MacArthur Street
Shawnee OK 74804-2403

Benedictine Fathers of the Sacred Heart
St. Gregory's Abbey
1900 W. MacArthur St
Shawnee OK 74804-2499

Brent Raisley
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Britney Honsinger and others similarly situa
c/o Mary E. Olsen, Esq.
210 S. Washington Avenue
Post Office Drawer 3103
Mobile, Al 36652-3103

CAL JAX GRAPHICS
2468 C.S. 2960
BLANCHARD OK 73010

CAMPUS MANAGEMENT
5201 CONGRESS AVE SUITE 220A
BOCA RATON FL 33487-3600

CARNELL SKANES
1405 N. COUNCIL RD #209
OKLAHOMA CITY OK 73127-4985

CAROLINA BIOLOGICAL SUPPLY CO. P O BOX 60232
CHARLOTTE NC 28260-0232

CATHOLIC ATHLETES FOR CHRIST
3073 CAMERON MILLS RD
ALEXANDRIA VA 22302

CATHOLIC CHARITIES OF ARCHDIOCESE OF OKC
1232 N. CLASSEN BLVD
OKLAHOMA CITY OK 73106-6810

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
C/O AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC FORESTERS
355 SHUMAN BLVD
NAPERVILLE IL 60563-8494

CENTRAL DISPOSAL LLC
4650 N. HARRISON
SHAWNEE OK 74804-1416

CHARLES A. ROCKWOOD FAMILY CHARLES A. ROCKWO
7703 FLOYD CURL DR
SAN ANTONIO TX 78229-3901

CHARLES AND REV. MARGOT L. NESBITT
1703 N. HUDSON
OKLAHOMA CITY OK 73103-3428

CHARLES B. WALWORTH C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

CHARTWELLS DINING
1900 W MACARTHUR
SHAWNEE OK 74804-2403

CHEA
P O BOX 75387
BALTIMORE MD 21275-7387

CHRIS MAULDIN
316 NW 18TH ST
OKLAHOMA CITY OK 73103-1904

CITIZEN POTAWATOMI NATION
1601 GORDON COOPER DRIVE
SHAWNEE OK 74801-9002

CLEARWATER ENTERPRISES, LLC
5804 WEST MONASTERY RD
HULBERT OK 74441-5698

CLETUS DOLL
C/O GERANDINE DOLL
6801 N 215TH WEST, RR #1
COLWICH KS 67030

COL. EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

COLLEGE & UNIVERSITY PROFESSIONAL ASSOC ATTN
P O BOX 26706, SECTION 109
OKLAHOMA CITY OK 73126-0706

CORNISH FAMILY CLOYD A. CORNISH
9009 N. MAY AVE
OKLAHOMA CITY OK 73120-4491

CORT BUSINSES SERVICES CORP. P O BOX 17401
BALTIMORE MD 21297-1401

COUNCIL OF INDEPENDENT COLLEGES ONE DUPONT C
WASHINGTON DC 20036

COUNSEY ENTERPRISES, INC.
12529 LYNN LANE
P O BOX 683
IDABEL OK 74745-0683

CREHAN FOUNDATION MICKEY BANISTER
1901 WALKING SKY EDMOND OK 73013

CSC SERVICEWORKS, INC. P O BOX 758698
BALTIMORE MD 21275-0001

CSC Serviceworks, Inc.
P O Box 758698
Baltimore MD 21275-0001

Campus Management
Legal Dept
5201 Congress Ave
Boca Raton FL 33487-3600

Carolina Biological Supply Co.
P O Box 60232
Charlotte NC 28260-0232

Carolina Biological Supply Company
2700 York Rd
Burlington, NC 27215-3398

Catholic Order of Foresters
c/o Ben Guzman
355 Shuman Blvd.
Naperville, IL 60563-8494

Catholic Order of Foresters
c/o John B Heatly Esq
100 N Broadway Suite 1700
Oklahoma City OK 73102-8805

Catholic University of Oklahoma dba St. Greg
c/o Larry Ball
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Citizen Potawatomie Community Development Co
Spencer Fane LLP c/o Courtney D Powell
9400 N Broadway Extension Suite 600
Oklahoma City, OK 73114-7423

Clearwater Enterprises LLC
5637 N. Classen Blvd
Oklahoma City, OK 73118-4015

Cletus Doll
Geraldine Doll
6801 N. 215th West, RR#1
colwish, KS 67030

College & University Professional Assoc
Attn: Jeff Geis
P O Box 26706, Section 109
Oklahoma City OK 73126-0706

Compass Group USA, Inc.
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

Cort Businses Services Corp.
P O Box 17401
Baltimore MD 21297-1401

Council of Independent Colleges
One Dupont Circle, NW Suite 320
Washington DC 20036-1142

D. Gregory Main
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

D2L Ltd.
500 York Road
Towson, MD 21204-5110

DALE HALL
17401 SILVER CHASE
NORMAN OK 73026-0327

DANY DOUGHAN
1712 NW 181ST STREET
EDMOND, OK 73012-4148

DAVE THOMPSON
2160 ARGYLE DR
PLANO TX 75023-5230

DAVID COLEY
2216 CROOKED OAK DR
SHAWNEE, OK 74804-2385

(c)DEAN AND LOUISE FISHER
5210 HUNTINGTON KNLS LOT 22
WOODWARD OK  73801-4511

DELLA NICHOLAS FRED NICHOLAS, JR. LENA MOGAB
4701 NW 57TH ST
OKLAHOMA CITY OK 73122-7703

DEMCO PRINTING P O BOX 367
SHAWNEE OK 74802-0367

DEPARTMENT OF VETERANS AFFAIRS
DEBT MANAGEMENT CENTER
PO BOX 11930
ST. PAUL, MN 55111-0930

DONALD SKINNER-NOBLE
4330 N  INDIANA AVENUE
OKLAHOMA CITY, OK 73118-2220

DOUGLAS MCCLURE
500 NIGHT HAWK DR
NORMAN OK 73072-8180

DR. JOSEPH E. TARON AND JERRY VANDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

DR. PAUL CARNEY
2713 OLD TOWNE TRAIL
SHAWNEE OK 74804-5601

Dany Ian Doughan
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Donald Skinner Noble
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Dr.& Mrs. Edmund Anthony Franken, Jr.
457 Hutchison
Iowa City, IA 52246-2410

EASYPERMIT POSTAGE P O BOX 371874
PITTSBURGH PA 15250-7874

EBSCO INFORMATION SERVICES PAYMENT PROCESSIN
P O BOX 204661
DALLAS TX 75320-4661

EBSCO Industries, Inc.
PO Box 1943
Legal Services
Birmingham, AL 35201-1943

ECAMPUS
28312 NETWORK PLACE
CHICAGO IL 60673-1283

ECKROAT SEED CO. P O BOX 17610
OKLAHOMA CITY OK 73136-1610

EDMUND A. FRANKEN
457 HUTCHISON
IOWA CITY IA 52246-2410

EDSPERTISE, LLC
1 BROADWAY, 14TH FLOOR
CAMBRIDGE MA 02142-1187

EDUCATIONAL TESTING SERVICE
660 ROSEDALE RD
PRINCETON NJ 08540-2218

EDWARD BOCK
C/O DEBRA WILLIAMS
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

ELLIOTT TILLMAN
12013 MOON BEAM DR
OKLAHOMA CITY OK 73162-1057

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804-2385

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804
ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
Greg Haubrich
POB 890420
OKC, OK 73189-0420

ERIC MILATZ
C/O LAURIE MILATZ
2435 FORST DR
COLUMBIA SC 29204-2026

ESTATE OF CHARLES J. AND ROSEMARY KOLKER C/O
P O BOX 398
ELGIN OK 73538-0398

ESTATE OF EMMA SENESCHAL HASH C/O PHILLIP G.
509 COUNTRY WALK CT BEL AIR MD 21015

ESTATE OF GREG MAIN BARBARA MAIN
9812 RITTER RD
OKLAHOMA CITY OK 73162-7515

ESTATE OF JANE E. ECKROAT ECKROAT RANCH
9700 NORTH MIDWEST BLVD JONES OK 73049

ESTATE OF KATHLEEN F. ROUSH C/O PRESTON W. J
P O BOX 2667
MUSKOGEE OK 74402-2667

ESTATE OF KENNETH T. JONES C/O SHERLON RUSSE
124 VALLEY OAK SCHERTZ TX 78154

ESTATE OF LEO J. SEIKEL C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

ESTATE OF LOTTIE GREEWALD C/O LINDSAY PETERS
116 N. BELL SHAWNEE OK 74801

ESTATE OF MARGARET V. WILMORE
SAVAGE O'DONNELL SCOTT MCNULTY AFFE
1100 PETROLEUM CLUB BLDG
601 S. BOULDER
TULSA OK 74119-1300

ESTATE OF MAXINE DOUGHERTY C/O DEBORAH FAULK
P O BOX 5531
SEVIERVILLE TN 37864-5531

ESTATE OF MONSIGNOR A.A. ISENBART C/O MR. &
530 RIDGWAY RD ALVA OK 73717

EUREKA WATER COMPANY P O BOX 26730
OKLAHOMA CITY OK 73126-0730

EUROSPORT
ATTN: ACCT DEPT. B. THOMAS
431 US HIGHWAY 70-A EAST
HILLSBOROUGH NC 27278-9262

EX LIBRIS USA INC.
4394 SOLUTIONS CENTER
CHICAGO IL 60677-4003

EXPRESS SERVICES, INC. P O BOX 203901
DALLAS TX 75320-3901

Ebsco Informatoin Services
Payment Processing Center
P O Box 204661
Dallas TX 75320-4661

Eckroat Seed Co.
P O Box 17610
Oklahoma City OK 73136-1610

Edward H. and Sharon Goodin
3870 East Flamingo Road   # A2-285
Las Vegas, NV 89121-6228

Elton Johnson Jr.
205 West Shawnee
Tahlequah, OK 74464-3625

Eric Milatz
Laurie Milatz
2435 Forest Dr
Columbia, SC 29204-2026

Express Services, Inc.
P O Box 203901
Dallas TX 75320-3901

FAN CLOTH
P O BOX 200577
ARLINGTON TX 76006-0577

FATHER ELMER C. ROBNETT C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

FATHER FRANCIS E. MCGOLDRICK C/O JAMES E. SM
1900 W. MACARTHUR SHAWNEE OK 74804

FELIX AND HELEN K. ROY FAMILY TRUST C/O LAWR
1819 LINDA AVE STILLWATER OK 74075

FIRELAKE DESIGNS
41707 HARDESTY RD
SHAWNEE OK 74801-8917

FORD MOTOR CREDIT COMPANY P O BOX 790072
SAINT LOUIS MO 63179-0072

FRED SPELLMAN
2105 MELROSE DR
PONCA CITY OK 74604-2412

Ford Motor Credit Company
P O Box 790072
Saint Louis MO 63179-0072

Fr. Augustine Horn
1900 W. MacArthur
Shawnee, OK 74804-2403

Francis Stephen Zaborowski
1405 W Wallace St
Shawnee, OK 74801-4641

GARY PARKER
16609 RUGOSA ROSE DR
EDMOND OK 73012-8450

GENERAL PRINTING AND DESIGN
144 TURNPIKE RD, SUITE 250
SOUTHBOROUGH MA 01772-2122

GERALD G. PIERCE, M.D. CHARITABLE REMAINDER
R. DONAL MCCARTER
516 EAGLETON COVE TRACE
PALM BEACH GARDENS FL 33418-8496

GIA PUBLICATIONS
7404 S. MASON AVE
CHICAGO IL 60638-6230

GOLF TEAM PRODUCTS, INC. P O BOX 259
BEAVERTON OR 97075-0259

GRAINGER INC. P O BOX 419267
KANSAS CITY MO 64141-6267

GRAVES FLORAL COMPANY
1525 N. BROADWAY
SHAWNEE OK 74804-3700

GREGORY MARTIN
2609 FEATHERSTONE RD, APT 207
OKLAHOMA CITY OK 73120-2109

GREY HOUSE PUBLISHING P O BOX 56
AMENIA NY 12501-0056

GRISSOMS, LLC
321 S. JIM THORPE BLVD
P O DRAWER T
PRAGUE OK 74864-1095

Golf Team Products, Inc.
P O Box 259
Beaverton OR 97075-0259

Grainger Inc.
P O Box 419267
Kansas City MO 64141-6267

H.W. WILSON P O BOX 56
AMENIA NY 12501-0056

H.W. Wilson
4919 Route 22
PO Box 56
Amenia, NY 12501-0056

HARDESTY TEAM
400 N. WALNUT AVE
OKLAHOMA CITY OK 73104-2207

HAROLD BROOKS
1012 PARSONS ST
NORMAN OK 73069-4523

HARRY AND ROSEMARY KOELSCH
1714 LIONSGATE CIRCLE
BETHANY OK 73008-6167

HENRY BOECKER
13820 ROCKBEND PL
DALLAS TX 75240-3554

HENRY BOECKER, JR.
13820 ROCKBEND PL
DALLAS TX 75240-3554

HERFF JONES INC. COLLEGIATE CAP AND GOWN P O
CHICAGO IL 60693-9292

HIGHER LEARNING COMMISSION
230 S. LASALLE ST, SUITE 7-500
CHICAGO IL 60604-1413

Herff Jones Inc.
Collegiate Cap and Gown
P O Box 99292
Chicago IL 60693-9292

I2E
840 RESEARCH PARKWAY, SUITE 250
OKLAHOMA CITY OK 73104-3618

IMAGENET CONSULTING, LLC
913 N. BROADWAY AVE
OKLAHOMA CITY OK 73102-5810

INCEPTIA
1300 O STREET
LINCOLN NE 68508-1511

INDIANA UNIVERSITY
400 E 7TH ST
POPLARS RM 501
BLOOMINGTON IN 47405-3004

IRIS DALE SIMMONS
307 DIAMOND
HOLDENVILLE OK 74848-4023

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITHAKA
GENERAL POST OFFICE
P O BOX 30959
NEW YORK NY 10087-0959

JAMES AND JO ANNE ZIEGLER
5734 E. 62ND ST
TULSA OK 74136-2713

JAMES E. AND DORI L. SMITH REV. RICHARD D. S
OKLAHOMA CITY OK 73156

JAMES H. BLOSSOMCHARITABLE REMAIDERTRUST R.
1406 TERRACE DR TULSA OK 74104

JAMES JOHNSON
5509 CLOVERLAWN DRIVE
OKLAHOMA CITY, OK 73135-5210

JAMES LOFTIS ARCHITECTS
1806 HUNTINGTON AVE
OKLAHOMA CITY OK 73116-5505

JAMES SUPPLIES & RENTAL CO. P O BOX 360
PAULS VALLEY OK 73075-0360

JANI-KING OF OKLAHOMA, INC. P O BOX 847609
DALLAS TX 75284-7609

JASMIN JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JASMIN JOHNSON JASON FUGIKAWA JEFFREY JOHNSO
JIM DECKER AND ROSE DRESHER RT. 3 BOX 29
SEMINOLE OK 74868

JASON FUGIKAWA
14906 ACME ROAD
SHAWNEE, OK 74804-9277

JEFFREY JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JESSICA VANOORT
1524 N BEARD
SHAWNEE, OK 74804-4402

JOE ROLLINS HARDWOOD FLOORS
15210
TOMAHAWK DR
YUKON OK 73099-8660

JOHN AND KAREN THUMANN
501 TERRACE PL
NORMAN OK 73069-5034

JOHN AND SUZIE LILJESTRAND
3509 WINDSOR BLVD
OKLAHOMA CITY OK 73122-1307

JOHN E. ROONEY CHARITABLE TRUST JOHN E. ROON
401 S. BOSTON AVE TULSA OK 74103

JOSEPH C. KOLB
C/O MARILYN SHOTWELL
3009 S. RIPLEY RD
AGRA OK 74824-6226

JOSEPH R. KILTZ
FR. EUGENE MARSHALL, O.S.B.
P O BOX 585
MCLOUD OK 74851-0585

JOSEPH RAWDON
5 DEL RANCHO COURT
SHAWNEE, OK 74804-3320

(c)JOSHUA YOUNG
1810 N HARRISON ST APT 216
SHAWNEE OK  74804-4005

James Johnson Jr
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

James Loftis ARCHITECTS
1806 Huntington Avenue
Nichols Hills, OK 73116-5505

James Supplies & Rental Co.
P O Box 360
Pauls Valley OK 73075-0360

Jani-King of Oklahoma, Inc.
Attn: Daniel J. Moore
16885 Dallas Parkway
Addison, TX 75001-5215

Jani-King of Oklahoma, Inc.
P O Box 847609
Dallas TX 75284-7609

Jeff Johnson
13610 Coker Road
Shawnee, OK 74804-9229

Jessica Van Oort
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Jim Decker and Rose Dresher
Rt. 3 Box 294P
Seminole, OK 74868

KAPLAN HIGHER EDUCATOIN - NIT KAPLAN, INC.
P O BOX 203930
DALLAS TX 75320-3930

KATIE TERRELL SCHOFIELD
3705 WAPLES CREST CT
OAKTON VA 22124-2136

KNIGHTS OF COLUMBUS #5266
C/O MAURY CAMPBELL
4902 WILD TURKEY RD
STILLWATER OK 74075-8700

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK 73159-5632

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK  73159
KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812

KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812

Katie Terrell Shofield
3705 Waples Crest Ct.
Oakton, VA 22124-2136

Kristina Adams
Greg Haubrich
PO Box 8990420
OKC OK  73189

LANDSCAPES USA LLC
3600 BEE CAVE RD, SUITE 201
AUSTIN TX 78746-5375

LARRY BLANKENSHIP
D. KENT MYERS, TRUSTEE OF THE
ESTATE OF LARRY BLANKENSHIP TRUST
20 N. BROADWAY, SUITE 1800
OKLAHOMA CITY OK 73102-9213

LAURA (GAYLE) FISCHER
3701 EPPERLY DRIVE
DEL CITY, OK 73115-3609

LAURA (GAYLE) FISCHER
Greg Haubrich
POB 890420
OKC, OK 73189-0420

LAWRENCE F. ROY
1819 LINDA AVE
STILLWATER OK 74075-7311

LENA E. BENZEL
5727 S. YORKTOWN
TULSA OK 74105-8825

LIBRARY & INFORMATION RESOURCES NETWORK
25400 US HIGHWAY 19 N, SUITE 220
CLEARWATER FL 33763-2144

LISA ANDERSON WEBB
4808 LUNOW DR
OKLAHOMA CITY OK 73135-3208

LISA ZARRELLA
4018 N CHAPMAN AVENUE
SHAWNEE, OK 74804-1630

LITANIA SPORTS GROUP, INC.
601 MERCURY DR
CHAMPAIGN IL 61822-9675

LOCKE SUPPLY CO. P O BOX 24980
OKLAHOMA CITY OK 73124-0980

LOVE FAMILY
C/O THOMAS LOVE
3824 NW GRAND BLVD
OKLAHOMA CITY OK 73116

Locke Supply Co.
P O Box 24980
Oklahoma City OK 73124-0980

MADELINE RUGH
910 NEBRASKA STREET
NORMAN, OK 73069-6952

MARCEL BROWN
1605 HUNTERS RIDGE DRIVE
SHAWNEE, OK 74804-1833

MARGO JUERGENS
6032 SMITH BLVD
OKLAHOMA CITY OK 73112-4128

MARIA CORDEIRO
1300 OLDE NORTH PLACE
EDMOND, OK 73034-4942

MARKETING COMMUNICATION RESOURCE, INC.
4800 EAST 3435TH ST
WILLOUGHBY OH 44094

MARTHA MEIS AARON C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

MASERGY CLOUD COMMUNICATIONS P O BOX 671122
DALLAS TX 75267-1122

MASSCO
1837 S. MERIDIAN AVE
WICHITA KS 67213-1923

MASSERGY CLOUD COMMUNICATIONS, INC. P O BOX
DALLAS TX 75267-1122

MATTHEW ALEXANDER SCHIMPF
4612 DOVE TREE LN
OKLAHOMA CITY, OK 73162-1917

MATTHEW SCHIMPF
4612 DOVE TREE LANE
OKLAHOMA CITY, OK 73162-1917

MAYDA SHORNEY
36902 45TH STREET
SHAWNEE, OK 74804-8880

MDF INSTRUMENTS, INC.
31416 AGOURA RD, SUITE 180
WESTLAKE VILLAGE CA 91361-5637

MEDCO SURGICAL SUPPLY SERVICES P O BOX 21773
21773 NETWORK PLACE CHICAGO IL 60673-121

MEGAN BRANDS
6355 S 80TH AVE, APT J
TULSA OK 74133

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK 73106-1618

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK  73106
ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

MEMBERS OF SAINT JOSEPH PARISH ST. JOSEPH CH
P O BOX 1585
ADA OK 74821-1585

MEN'S CLUB OF ST. BERNARD OF CLAIRVAUX
MSGR. PATRICK GAALAAS
4001 E. 101ST ST
TULSA OK 74137-5808

METLIFE
METROPOLITAN LIFE INSURANCE COMPANY
18210 CRANE NEST DR
TAMPA FL 33647-2748

MICHAEL M. ZIARA
918 SILVER CHASE DR
CHOCTAW OK 73020-7176

MICHAEL SCAPERLANDA
3816 WAVERLY CT
NORMAN OK 73072-3218

MIDWEST LIBRARY SERVICE
11443 ST CHARLES ROCK RD
BRIDGETON MO 63044-2724

MIDWEST WRECKING P O BOX 14668
OKLAHOMA CITY OK 73113-0668

MOLTEN USA INC.
1170 TRADEMARK DR, SUITE 109
RENO NV 89521-8949

MR. & MRS. LEON M. HOPCUS RT 2 BOX 1035
HARRAH OK 73045

MSGR. A.A. ISENBART
C/O MR. & MRS. FRED ISENBART
530 RIDGWAY RD
ALVA OK 73717-1766

MULLIN PLUMBING
2936 N. SHIELDS BLVD
MOORE OK 73160-1003

Machado, Anne
2121 Phelps Drive
Seminole, Oklahoma 74868-2664

Madeline M. Rugh
910 Nebraska St.
Norman, OK 73069-6952

Martha Mauldin
9008 Lakeaire Dr.
Oklahoma city, OK 73132-2805

Massergy Cloud Communications, Inc.
P O Box 671122
Dallas TX 75267-1122

Medco Surgical Supply Services
P O Box 21773
21773 Network Place
Chicago IL 60673-1217

Mr.& Mrs. Henry C. Boecker
13820 Rockbend Pl.
Dallas, TX 75240-3554

NACUBO
1110 VERMONT AVE NW, SUITE 800
WASHINGTON DC 20005-3593

NATIONAL ASSOCIATION OF INDEPENDENT DEPT 200
WASHINGTON DC 20042-0001

NATIONAL CATHOLIC REGISTER P O BOX 100699
IRONDALE AL 35210-0699

NATIONAL FINANCIAL SERVICES, LLC FIDELITY/AM
1050 CROWN POINTE PKWY, SUITE 1700
ATLANTA GA 30338-7704

NRCCUA
3651 NE RALPH POWELL RD
LEES SUMMIT MO 64064-2357

NUMEROUS DONORS
C/O JERRY VENDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

NUMEROUS DONORS
C/O LAWRENCE STASYSZEN, O.S.B.
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

NUMEROUS DONORS C/O ANN ROBERTS
510 N. HIGHLAND ADA OK 74820

NUMEROUS DONORS C/O JOE TARON
17006 BETHEL RD SHAWNEE OK 74801

Nan G. Walters
4917 N. Quapah Place
Oklahoma City, OK 73112-2562

National Association of Independent
Dept 2000
Washington DC 20042-0001

National Financial Services, LLC
Fidelity/Ameritas
1050 Crown Pointe Pkwy, Suite  1700
Atlanta GA 30338-7704

OACRAO
RAMAH NATION
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

OASFAA
EAST CENTRAL UNIVERSITY
1100 E 14TH ST
ADA OK 74820-6915

OKAT
311 S DUCK
STILLWATER OK 74074-3219

OKLAHOMA BAPTIST UNIVERSITY
500 W. UNIVERSITY ST
SHAWNEE OK 74804-2522

OKLAHOMA CITY UNIVERSITY
2501 N. BLACKWELDER
OKLAHOMA CITY OK 73106-1402

OKLAHOMA GAS AND ELECTRIC P O BOX 24990
OKLAHOMA CITY OK 73124-0990

OKLAHOMA JANITORIAL SUPPLY P O BOX 347
OKLAHOMA CITY OK 73101-0347

OKLAHOMA LIBRARY ASSOCIATION P O BOX 6550
EDMOND OK 73083-6550

OKLAHOMA NATURAL GAS-ALMS P O BOX 219296
KANSAS CITY MO 64121-9296

OKLAHOMA NURSING TIMES P O BOX 239
MUSTANG OK 73064-0239

OKLAHOMA SPORTS & ORTHOPEDICS
13800 BENSON RD, SUITE 201
EDMOND OK 73013-6424

OKLAHOMA TAX COMMISSION
LEGAL DIVISION
100 N BROADWAY AVENUE
SUITE 1500
OKLAHOMA CITY, OK 73102-8601

OLDE MASTER ORIGINALS
244 OLD LAGRANGE RD, SUITE 3
CRESTWOOD KY 40014

ONEAMERICA
AMERICAN UNITED LIFE INSURANCE COMPANY
ATTN: ACCT/CONTROL
5761 RELIABLE PARKWAY
CHICAGO IL 60686-0054

ONENET
655 RESEARCH PARKWAY, SUITE 200
OKLAHOMA CITY OK 73104-6217

OOHLALA MOBILE, INC.
3713 SAINT LAURENT BLVD, SUITE 301
MONTREAL QC H2X 2V7


ORVILLE B. NICHOLS C/O JOHN M. NICHOLS P O B
OKLAHOMA CITY OK 73101

OUHSC
BSEB ROOM 100
P O BOX 26901
OKLAHOMA CITY OK 73126-0901

Oklahoma Baptist University
c/o Larry Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865


Oklahoma City Community Foundation
PO Box 1146
Oklahoma City, OK 73101-1146

Oklahoma Employment Security Commission
PO BOX 53039
OKLAHOMA CITY, OK 73152-3039

Oklahoma State Regents for Higher Ed
655 Research Parkway, Suite 200
Oklahoma City OK 73104-6217


Oklahoma State Regents for Higher Education
P.O. Box 108850
Oklahoma City, OK 73101-8850

Olde Master Originals, LLC
6244 Old LaGrange Rd
Ste 3
Crestwood, KY 40014-7537

Orville B. Nichols
PO Box 1096
Oklahoma City, OK 73101-1096


PARADIGM REALTY ADVISORS, LLC
4500 S. GARNETT RD, SUITE 600
TULSA OK 74146-5211

PAUL SCHEETZ
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

PEREGRINE ACADEMIC SERVICES P O BOX 741
GILLETTE WY 82717-0741


PHIL LEDBETTER
3300 HUNTING HAWK CIRCLE
EDMOND OK 73013-6805

PING MANUFACTURING
2201 W DESERT COVE
PHOENIX AZ 85029-4912

PO Box 56
Amenia, NY 12501-0056


PO Box 741
PO
Gillette, WY 82717

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pat O
13808 Wireless Way
Oklahoma City, OK 73134-2501


Paul Carney
2713 Old Towne Trail
Shawnee, OK 74804-5601

Paul Scheetz
c/o Ralph Saenz
Nicklas, Sanez & Lile Inc
521 C Avenue
Lawton, OK 73501-4307

Pitney Bowes Global Financial Services LLC
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4301


Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

REGIS UNIVERSITY COLLEGE P O BOX 173861
DENVER CO 80217-3861


REV. DANIEL SUELLENTROP, O.S.B. C/O JAMES E.
1900 W. MACARTHUR SHAWNEE OK 74804

ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

ROBERT F. AND FRAN BIOLCHINI
1744 E. 29TH ST.
TULSA OK 74114-5402

ROBERT MARTIN CARTER
2314 HAVERHILL DR
HOUSTON TX 77008-3029

RONALD DIGGS
1004 HEARTHSTONE
NORMAN, OK 73072-3972

ROYALL & COMPANY
1920 E. PARHAM RD
RICHMOND VA 23228-2206

RR DONNELLEY
P O BOX 932721
CLEVELAND OH 44193-0015

Rev. Richard D. Stansberry
Christ the King Catholic Church
PO Box 20508
Oklahoma City, OK 73156-0508

Ronald H. Faulk
18430 Angel Ln.
Shawnee, OK 74801-5748

Ronald Wayne Diggs
1004 Hearthstone
Norman, OK 73072-3972

S. E. Hardesty Co Inc dba Hardesty Team
4001 N. Walnut Ave
Oklahoma City, OK 73105-3748

SACRAO
14049 SCENIC HIGHWAY
LOOKOUT MOUNTAIN GA 30750-4100

SCHOOLDUDE.COM, INC. P O BOX 200236
PITTSBURGH PA 15251-0236

SEAN DUPRE
1214 CAMBRIDGE DRIVE
SHAWNEE, OK 74804-2364

SEVERAL DONORS
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

SEVERAL DONORS JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

SHAWNEE CHAMBER OF COMMERCE P O BOX 1613
SHAWNEE OK 74802-1613

SHAWNEE COUNTRY CLUB P O BOX 1574
WOODWARD OK 73802-1574

SHAWNEE LIGHTING SYSTEMS, INC. P O BOX 1146
SHAWNEE OK 74802-1146

SHAWNEE NEWS-STAR P O BOX 1688
SHAWNEE OK 74802-1688

SHAWNEE PUBLIC SCHOOLS
326 N. UNION STREET
SHAWNEE OK 74801-7053

SHERYL COZAD
3100 CLASSEN
NORMAN, OK 73071-4053

SHINGI N. GOTO
2 RICE RD
SHAWNEE OK 74804-3242

SKEETER KELL SPORTING GOODS
1300 INDUSTRIAL DR
KENNETT MO 63857-1344

SLATE SCREEN PRINT & DESIGN
8405 N. ROCKWELL AVE, SUITE #11
OKLAHOMA CITY OK 73132-4224

SMITH HAMILTON P O BOX 53008
LUBBOCK TX 79453-3008

SOCCER USA
10637 N. MAY
OKLAHOMA CITY OK 73120-2612

SPARKS HEAT & AIR, INC.
128 SUMMIT DR
SHAWNEE OK 74801-6667

SRP CONSULTING LLC
300 SE 5TH AVE, UNIT 5010
BOCA RATON FL 33432-5061

STAPLES BUSINESS ADVANTAGE P O BOX 83689
DEPT DAL
CHICAGO IL 60696-3689

STAR LIGHTING & SUPPLY
1429 WEST MAIN STREET
OKLAHOMA CITY OK 73106-5225

STEPHEN H. AND ONA DORSETT
2514 WEST CANTON STREET
BROKEN ARROW OK 74012-7327

STEPHEN KAPPES
5906 TIMBERLAKE BLVD
INDIANAPOLIS IN 46237-2283

STRETCH INTERNET P O BOX 2376
GILBERT AZ 85299-2376

SUPERIOR SECURITY & INVESTIGATIONS
4419 N. BRYAN AVE
SHAWNEE OK 74804-2352

SUSAN KILLINGSWORTH
17 POST OAK ROAD
SHAWNEE, OK 74801-3913

SUSAN M. DOWD
MR. & MRS. JOSEPH DOWD
2908 E 84TH ST
TULSA OK 74137-1462

SYNERGY SPORTS TECHNOLOGY
1004 COMMERCIAL AVE, PMB 264
ANACORTES WA 98221-4117

Schooldude.com, Inc.
P O Box 200236
Pittsburgh PA 15251-0236

Shawnee Lighting Systems, Inc.
P O Box 1146
Shawnee OK 74802-1146

Sheryl Ellen Cozad
3100 Classen Blvd.
Norman, OK 73071
Norman, OK 73071-4053

Smith Southern Equipment Inc. dba Smith Hami
PO Box 53008
Lubbock, TX 79453-3008

St. Joseph Church
PO Box 1585
Ada, OK 74821-1585

Staples Business Credit
PO Box105638
Atlanta, GA 30348-5638

TACK DESIGNS
2820 N KICKAPOO
SHAWNEE OK 74804-1798

TACRAO
STAN DEMERRITT, SECRETARY
1900 W 7TH ST, CMB 598
PLAINVIEW TX 79072-6900

TASH SMITH
1625 HOMELAND AVENUE
NORMAN, OK 73072-5742

TERRY W. WEST P.O. BOX 698
WOODWARD OK 73802

THE ESTATE OF MARILYN J. TULLY C/O EARLINE V
8000 NW 131ST CIR OKLAHOMA CITY OK 73142

THE ESTATE OF VIRGINIA KERLEY CADE THE VIRGI
2708 NW 59TH
OKLAHOMA CITY OK 73112-7026

THE IDEA CENTER INC.
301 S FOURTH ST, SUITE 200
MANHATTAN KS 66502-6233

THE LOY R. & MARIAN MORRIS REVOCABLE TRU C/O
HARTZOG CONGER CASON & NEVILLE
201 ROBERT S. KERR, SUITE 1600
OKLAHOMA CITY OK 73102-4210

THE LUCILLE M. KETCHER REVOCABLE LIVING TRUS
C/O ELI KETCHER
321 W. ROSE ST
TAHLEQUAH OK 74464

THE MEADOWS
1000 S. KELLY
EDMOND OK 73003-6081

THE OKLAHOMAN P O BOX 268880
OKLAHOMA CITY OK 73126-8880

THE PETROLEUM CLUB OF OKLAHOMA CITY
100 N. BROADWAY SUITE 3400
OKLAHOMA CITY OK 73102-8869

THE VIRGINIA G. PIPER CHARITABLE TRUST DR. J
1202 E. MISSOURI AVE PHOENIX AZ 85014

THOMAS J. KELLY & KAREN KELLY BATCHELOR
3400 N. LINCOLN
OKLAHOMA CITY OK 73105-5408

TONY AND MARIE HILLERMAN C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

TOYOTA FINANCIAL SERVICES P O BOX 5855
CAROL STREAM IL 60197-5855

TRAVELERS
BANKFIRST INS SERVICES INC.
5591 S. LEWIS AVE
TULSA OK 74105-7132

TRINITY PUBLICATIONS P O BOX 140285
AUSTIN TX 78714-0285

Tash Smith
greg haubrich
POB 890420
OKC, OK 73189-0420

The Benedictine Fathers of Sacred Heart Miss
c/o Conner & Winters, LLP
Jared Giddens/Bryan Wells
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102-7136

The Estate of Evelyn Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Estate of John H. Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Oklahoman
P O Box 268880
Oklahoma City OK 73126-8880

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

United Healthcare Insurance Company
Attn: CDM/ Bankruptcy
185 Asylum Street -03B
Hartford, CT 06103-3402

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

VAN'S PIG STAND
717 E HIGHLAND
SHAWNEE OK 74801-7159

VICKIE JEAN
4105 COPPER ROCK DRIVE
EDMOND, OK  73025-2913

VIRGINIA G. PIPER CHARITABLE TRUST DR. JUDY
1202 E. MISSOURI AVE PHOENIX AZ 85014

VISA CORPORATION CARD CENTER P O BOX 22116
TULSA OK 74121-2116

VISIT SHAWNEE INC. P O BOX 405
SHAWNEE OK 74802-0405

Vans Pig Stand #3
3815 N Harrison St
Shawnee, OK 74804-2242

Vickie M. Jean
4105 Copper Rock Dr
Edmond, OK 73025-2913

Visit Shawnee Inc.
P O Box 405
Shawnee OK 74802-0405

W.F. LAND & INVESTMENT COMPANY WALSH FAMILY
3201 LAMP POST LN
OKLAHOMA CITY OK 73120-5620

WANDA ROBINSON
121 E  FEDERAL
SHAWNEE, OK 74804-3703

WILLIAM AND LUCILLE ANDERSON THE ANDERSON FA
1900 W. MACARTHUR SHAWNEE OK 74804

WILLIAM CRAWFORD
4815 S. 190TH E  AVENUE
TULSA, OK 74134-7196

WILLIAM R. JEZERCAK PROF. MELODY HARRINGTON
1900 W. MACARTHUR ST SHAWNEE OK 74804

WILLIAM R. STEWART II ROBERT S. STEWART
P O BOX 263
TECUMSEH OK 74873-0263

William T Crawford
Greg Haubrich
PO Box 890420
OKC OK 73189-0420

malody harrington
greg gaubrich
POB 890420
OKC, OK 73189-0420

Bryan J Wells
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

Chad J. Kutmas
McDonald, McCann, Metcalf & Carwile, LLP

Dana Bucko
Mulinix, Goerke, & Meyer
210 Park Ave.
Ste. 3030
Oklahoma City, OK 73102-5604

James Loftis
1806 Huntington Ave
Oklahoma City, OK 73116-5505

Jared D Giddens
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

John D. Mashburn
1616 E 19th Street, Suite 301A
Edmond, OK 73013-6519

Ross A. Plourde
McAfee & Taft
Two Leadership Square, 10th Floor
211 N Robinson
Oklahoma City, OK 73102-7109