## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>CATHOLIC UNIVERSITY OF OKLAHOMA,<br><br>Debtor. | Case No. 17-15134 SAH<br><br>Chapter 7 |

## TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST
## IN PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND
## ENCUMBRANCES PURSUANT TO 11 U.S.C.  §363(b) and (f)

### AND

### BRIEF IN SUPPORT THEREOF

### AND

### NOTICE OF HEARING

### AND

### NOTICE OF OPPORTUNITY FOR HEARING

COMES NOW, John D. Mashburn, Trustee (the "Trustee"), and pursuant to 11 U.S.C. §363(b) and (f) and Fed.R.Bankr.P. 6004(c), brings this his Motion to Sell The Estate's Interest in Property of the Bankruptcy Estate Free and Clear of Liens and Encumbrances (the "Motion"), and respectfully represents and shows to the Court the following:

### **Jurisdiction**

1.   The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §1334.

2.   This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

3.   Venue is proper before the Court pursuant to 28 U.S.C. §§1408 and 1409.

## **Background**

4.      The Trustee is a member of the panel of private trustees established under 28 U.S.C. § 586(a)(1).  On December 22, 2017, the Trustee was appointed by the United States Trustee to serve as the Chapter 7 Trustee in this Case, and has acted as Trustee in this Case since the date of his appointment.

5.      The Bankruptcy Estate (the "Estate") includes property consisting of interests in and to oil, gas and other minerals of every kind and character lying in, under and which may be produced from mineral interests and premises situated in multiple counties in Arkansas, Colorado, Kansas, Michigan, Montana, North Dakota, New Mexico, Oklahoma, South Dakota and Texas, and more particularly identified as follows, to wit:

See attached Exhibit "A"

(Hereafter the "Property").

6.      At the time of filing of Debtor's Chapter 7 petition, title to the Property was held in the name of St. Gregory's Minerals, LLC, an Oklahoma limited liability company, of which, Debtor was the sole member. Debtor's bankruptcy filing effectively assigned the entire membership interest in St. Gregory's Minerals, LLC, to the Chapter 7 Estate and the Trustee obtained all of Debtor's rights, including the right to control management of St. Gregory's Minerals, LLC. *See In re Albright*, 291 B.R. 538 (Bankr.D.Colo. 2003)

7.      Notwithstanding the accuracy or completeness of the descriptions or nature of the ownership interest set forth above or in Debtor's bankruptcy schedules, it is the intention of the Trustee to sell and convey the entire working, operating, oil, gas and other mineral interests owned by the Debtor, St. Gregory's Minerals, LLC, and the Estate as of the filing of the Petition for Relief.

8.      Potential bidders are encouraged to conduct their own due diligence prior to buying or bidding upon the Property. The Trustee does not make or imply any warranties or guarantees

2

whatsoever including, but not limited to, title, value, marketability or usefulness of the Property, or the nature and extent of the Debtor's or Estate's interest in the Property. One or more individually listed mineral properties may be grouped and sold by the auctioneer as one sale lot. The Property will be sold AS IS and title conveyed by Trustee's Quitclaim Deed.

       9.     The Trustee shall be entitled to all royalty paid under the existing oil and gas leases for oil, gas, and other hydrocarbons produced from the Property for all periods of production prior to the Sale Date as defined above. Buyer shall be entitled to receive all royalties paid under the oil and gas leases covering the Property for oil, gas, and other hydrocarbons produced from the Property for all periods of production from and after the Sale Date.

       10.    The Trustee intends to sell said Property at **public auction to be held by Dakil Auctioneers, Inc., 200 NW 114th Street, Oklahoma City,** <u>July 17, 2018</u>**, at** <u>9:00 a.m.,</u> (the "Sale Date") with closing at and upon the terms set forth herein. Due to the number of properties being sold, it is expected that the sale/auction will continue one or more consecutive days after commencement on the Sale Date. For additional property information or questions, contact Dakil Auctioneers, Inc., at 405-751-6179 and http://www.dakil.com/.

       11.    An Order authorizing the employment of Dakil Auctioneers, Inc., ("Dakil"), as auctioneer was entered April 17, 2018. Subject to approval of the Court, Dakil's compensation will be at the rates set forth in the Order and associated Application.

       12.    The Trustee has determined that the following parties may claim a mortgage, lien, or other interest in the Property being sold:

          (a).    First lien in favor of The Clarke III, LLC, pursuant to Mortgage, Deed of Trust, Security Agreement, Financing Statement and Assignments filed of record on or about May 10, 2017, through May 15, 2017, for the original principal amount of $1,637,366.55 and having a balance of $1,579,776.90 as of February 22, 2018, plus any other amounts allowable pursuant to 11 U.S.C. § 506(b).

13.     The Trustee proposes to sell the Property free and clear of all liens and encumbrances pursuant to 11 U.S.C. §363(b) and (f) and Fed.R.Bankr.P. 6004(c), upon the terms set forth herein.

14.     The entity holding said lien(s) and mortgage(s) could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of their interests.

15.     The perfected lien(s) identified above and any other liens filed of record against the Property will attach to the sale proceeds of the Property. The proceeds of the sale will be deposited into the Estate's Trustee account and will remain subject to said secured claim(s) and lien(s) until determination (if necessary) of the amount of said secured claim(s) and lien(s). The Trustee anticipates a motion by the Trustee, subsequent to said sale, to pay said secured claim(s) and lien(s) prior to closing of this case.

16.     The proceeds of the sale of the Property will be subject to disbursement for payment of the costs of sale including auctioneer commissions and costs upon approval of the Court on application and order. Payment of such auctioneer commissions and fees will not be subject to or applied against any existing disbursement cap of a Cash Collateral Order in this case.

17.     The Trustee further prays that the order upon this Motion be made effective upon entry so that the Trustee shall not be required to await the expiration of the 14-day stay period of Bankruptcy Rule 6004(h).

## Arguments and Authorities

### I
### The Court Should Approve this Sale by Public Auction.

The "business judgment" test applies to determine whether a sale under 11 U.S.C. §363(b) should be approved. *See In re Allen*, 607 Fed.Appx. 840, 843 (10th Cir. 2015) (unpublished) (stating

4

that "[t]he 'business judgment' test applies to determine whether a sale under §363(b) should be approved" and that "[u]nder this standard, the Trustee... must show sound business reasons for the sale.") (citing *In re Castre, Inc.*, 312 B.R. 426, 428 (Bankr.D.Colo. 2004). For this determination, courts consider evidence of "[a]ny improper or bad motive," whether "[t]he price is fair and the negotiations or bidding occurred at arm's length," and whether the trustee followed "[a]dequate procedures, including proper exposure to the market and accurate and reasonable notice to all parties in interest." *Id.*

Further, where a trustee proposes to sell assets of the estate, the trustee's business judgment is accorded great judicial deference, and should be approved unless it is shown that the trustee acted in an irrational, arbitrary, or capricious manner. *See In re Murphy*, 288 B.R. 1, 5 (D.Me. 2002).

Here, the Property is to be sold at public auction by arm's length bidding. The auctioneer is one used by most of the trustees in this district for mineral sales and has consistently obtained fair, full market prices for such property sales. In addition to the Trustee's notice of this motion, the auctioneer follows more than adequate procedures for marketing and notice to prospective bidders and other parties in interest.

## II.
### The Court Should Authorize the Sale of the Property Free and Clear of All Liens, Claims and Encumbrances.

Pursuant to 11 U.S.C. §363(f):

> The Trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-

(1)     applicable nonbankruptcy law permits sale of such property free and clear of such interest;

(2)     such entity consents;

(3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4)    such interest is in bona fide dispute; or

(5)    such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

The subsections of §363(f) are listed in the alternative so the Court may approve a sale "free and clear" of liens, claims, and encumbrances if the terms of any one subsection are met. Here, the entity holding the interest in the Property could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

WHEREFORE, premises considered, the Trustee provides this his motion to sell said Property free and clear of liens and encumbrances pursuant to 11 U.S.C. §363(b) and (f).

## NOTICE OF OPPORTUNITY FOR HEARING

**Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document.** If you do not want the Court to grant the motion, or you wish to have your views considered, you must file a written response to the motion with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102 no later than 21 days from the date of filing of the motion. You should also serve a file-stamped copy of the response to the undersigned [and others who are required to be served] and file a certificate of service with the Court. A hearing on the motion has been set for June 27, 2018, at 9:30 a.m. before the Honorable Sarah A. Hall , 9th Floor Courtroom, 214 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102. If no response is timely filed, the court may grant the motion without further notice.

**[Note – this is a flat twenty-one (21) days regardless of the manner of service.]**

## NOTICE OF HEARING
### (TO BE HELD IF A RESPONSE IS FILED)

Notice is hereby given that if a response to the <u>Motion to Sell</u> is filed, the hearing on the matter will be held on <u>June 27, 2018, at 9:30 a.m.</u> before the Honorable <u>Sarah A. Hall</u>, in the <u>9th</u> floor courtroom of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Avenue, Oklahoma City, OK 73102. If no response is timely filed and the court grants the requested relief prior to the above-referenced hearing date, the hearing will be stricken from the docket of the Court.

Respectfully submitted,

*/s/ John D. Mashburn*
John D. Mashburn, OBA#12763
JOHN D. MASHBURN, ATTORNEY AT LAW, P.C.
1616 E 19th Street, Suite 301A
Edmond, OK 73013
(405) 726-9795 Telephone
(405) 726-9796 Facsimile
ATTORNEY FOR TRUSTEE
john@mashburnlaw.net

## CERTIFICATE OF SERVICE

This is to certify that, on date of filing as set forth in the Clerk's filing stamp above, I mailed, first-class postage prepaid, a true and correct copy of the above and foregoing to all entities appearing on the mailing matrix attached to the original hereof and to:

The Clarke III, LLC
c/o Sidney R. Clarke III, Manager
130 N. Broadway, #200
Shawnee, OK 74802

*/s/ John D. Mashburn*
JOHN MASHBURN

# Exhibit A

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 2 | 3023015 | MINERAL INTEREST | | MI | 40.00 | AR | Franklin | 36 | 11N | 28W | SEC 36-11N-28W  NE/4 NE/4 | | |
| 3 | 3023023 | MINERAL INTEREST | | MI | 80.00 | AR | Franklin | 31 | 11N | 27W | SEC 31-11N-27W  N/2 NW/4 | | |
| 4 | 3023031 | MINERAL INTEREST | | MI | 80.00 | AR | Franklin | 30 | 11N | 27W | SEC 30-11N-27W  S/2 SE/4 | | |
| 5 | 32041116 | MINERAL INTEREST | | MI | 360.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W  SE/4 NE/4 SEC 16-6N-27W  NE/4 SE/4 SEC 16-6N-27W  N/2 NW/4 SEC 16-6N-27W  W/2 NE/4 SEC 16-6N-27W  SE/4 NW/4 SEC 16-6N-27W  NE/4 SW/4 SEC 16-6N-27W  NW/4 SE/4 | | |
| 6 | 925555 | MCCOY GU 02-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10509 | |
| 7 | 925557 | MCCOY GU 03-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10557 | |
| 8 | 925559 | MCCOY GU 04-16T | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10626 | |
| 9 | 925560 | MCCOY GU 05-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10643 | |
| 10 | 925561 | MCCOY GU 06-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10701 | |
| 11 | 925562 | MCCOY GU 07-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10702 | |
| 12 | 925563 | MCCOY GU 08-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10726 | |
| 13 | 925564 | MCCOY GU 09-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10732 | |
| 14 | 925565 | CHISMVILLE GU-2 20-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-11063 | |
| 15 | 925566 | CHISMVILLE GU-2 21-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | | |
| 16 | 925567 | MCCOY GU 18-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-11113 | |
| 17 | 925568 | MCCOY GU 19-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-11188 | |
| 18 | 925569 | MCCOY GU 20-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-11189 | |
| 19 | 925570 | CHISMVILLE GU-2 10-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10794 | |
| 20 | 925571 | CHISMVILLE GU-2 11-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10810 | |
| 21 | 925572 | CHISMVILLE GU-2 12-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10839 | |
| 22 | 925573 | CHISMVILLE GU-2 13-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10840 | |
| 23 | 925574 | CHISMVILLE GU-2 14-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10846 | |
| 24 | 925575 | CHISMVILLE GU-2 15-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10847 | |
| 25 | 925576 | CHISMVILLE GU-2 16-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10857 | |
| 26 | 925577 | CHISMVILLE GU-2 17-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10908 | |
| 27 | 925578 | CHISMVILLE GU-2 18-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10909 | |
| 28 | 925579 | CHISMVILLE GU-2 01-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10083 | |
| 29 | 925580 | CHISMVILLE GU-2 19-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10910 | |
| 30 | 925581 | CHISMVILLE GU-2 02-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10404 | |
| 31 | 925582 | CHISMVILLE GU-2 03-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10495 | |
| 32 | 925583 | CHISMVILLE GU-2 03-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10420 | |
| 33 | 925584 | CHISMVILLE GU-2 04-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10609 | |
| 34 | 925585 | CHISMVILLE GU-2 04-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10529 | |
| 35 | 925586 | CHISMVILLE GU-2 05-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10619 | |
| 36 | 925587 | CHISMVILLE GU-2 05-09 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10641 | |
| 37 | 925588 | CHISMVILLE GU-2 06-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10673 | |
| 38 | 925589 | CHISMVILLE GU-2 07-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-10700 | |
| 39 | 925590 | CHISMVILLE GU-2 08-09 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10736 | |
| 40 | 925591 | CHISMVILLE GU-2 09-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10186 | |
| 41 | 925592 | MCCOY GU 01-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10793 | |
| 42 | 925593 | MCCOY GU 10-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10811 | |
| 43 | 925594 | MCCOY GU 11-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10841 | |
| 44 | 925595 | MCCOY GU 12-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10859 | |
| 45 | 925596 | MCCOY GU 13-21 | | RI | 0.00 | AR | Logan | 21 | 6N | 27W | SEC 21-6N-27W | 03-083-10887 | |
| 46 | 925597 | MCCOY GU 14-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 47 | 925598 | MCCOY GU 15-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10889 | |
| 48 | 925599 | MCCOY GU 16-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | 03-083-10918 | |
| 49 | 925600 | MCCOY GU 17-16 | | RI | 0.00 | AR | Logan | 16 | 6N | 27W | SEC 16-6N-27W | | |
| 50 | 944750 | CHISMVILLE GU-2 22-09 | | RI | 0.00 | AR | Logan | 9 | 6N | 27W | SEC 9-6N-27W | 03-083-11428 | |
| 51 | 4008106 | MINERAL INTEREST | | MI | 120.00 | CO | Baca | 33 | 31S | 45W | SEC 33-31S-45W Lots 10,11,21 | | |
| 52 | 4008114 | MINERAL INTEREST | | MI | 225.00 | CO | Baca | 34 | 31S | 45W | SEC 34-31S-45W Lots 1,5,7; SW/4 | | |
| 53 | 4008122 | MINERAL INTEREST | | MI | 0.00 | CO | Baca | 3 | 32S | 45W | SEC 3-32S-45W S/2 Tract 44 | | |
| 54 | 4008130 | MINERAL INTEREST | | MI | 0.00 | CO | Baca | 12 | 32S | 45W | SEC 12-32S-45W Lots 25,27,29,30,31,32,53,54,55,56,57,58 SEC 12-32S-45W Lots 48,50,52 Tract 46 | | |
| 55 | 4008155 | MINERAL INTEREST | | MI | 0.00 | CO | Baca | 13 | 32S | 45W | 4,5,6,18,20,21,22 | | |
| 56 | 4008189 | MINERAL INTEREST | | MI | 160.00 | CO | Baca | 34 | 32S | 47W | SEC 34-32S-47W NE/4 | | |
| 57 | 4008197 | MINERAL INTEREST | | MI | 320.00 | CO | Baca | 30 | 33S | 45W | SEC 30-33S-45W E/2 | | |
| 58 | 4008205 | MINERAL INTEREST | | MI | 380.00 | CO | Baca | 4 | 34S | 44W | SEC 4-34S-44W SW/4 SEC 4-34S-44W W/2 SE/4 SEC 4-34S-44W SE/4 SE/4 | | |
| 59 | 4008239 | MINERAL INTEREST | | MI | 0.00 | CO | Baca | 16 | 34S | 44W | SEC 16-34S-44W Lot 17 | | |
| 60 | 4008247 | MINERAL INTEREST | | MI | 0.00 | CO | Baca | 17 | 34S | 44W | SEC 17-34S-44W Lots 2,3,6,7 SEC 17-34S-44W W/2 NE/4 SEC 17-34S-44W NW/4 SE/4 | | |
| 61 | 4008270 | MINERAL INTEREST | | MI | 160.00 | CO | Baca | 14 | 34S | 45W | SEC 14-34S-45W NE/4 | | |
| 62 | 3386059 | MINERAL INTEREST | | MI | 160.00 | CO | Morgan | 26 | 5N | 59W | SEC 26-5N-59W NW/4 | | |
| 63 | 5006026 | MINERAL INTEREST | | MI | 480.00 | KS | Barber | 13 | 33S | 13W | SEC 13-33S-13W SW/4; S/2 NW/4; S/2 NE/4 SEC 13-33S-13W SE/4 | | |
| 64 | 5006059 | MINERAL INTEREST | | MI | 40.00 | KS | Barber | 12 | 33S | 13W | SEC 12-33S-13W NE/4 NE/4 | | |
| 65 | 5006067 | MINERAL INTEREST | | MI | 640.00 | KS | Barber | 6 | 33S | 12W | SEC 6-33S-12W | | |
| 66 | 5006075 | MINERAL INTEREST | | MI | 485.00 | KS | Barber | 7 | 33S | 12W | SEC 7-33S-12W NW/4; SW/4; NE/4; N/2 SE/4 SW/4 SE/4 | | |
| 67 | 5006117 | MINERAL INTEREST | | MI | 120.00 | KS | Barber | 8 | 33S | 12W | SEC 8-33S-12W W/2 NW/4; W/4 SW/4 | | |
| 68 | 5006133 | MINERAL INTEREST | | MI | 160.00 | KS | Barber | 18 | 33S | 12W | SEC 18-33S-12W W/2 W/2 | | |
| 69 | 6006000 | MINERAL INTEREST | | MI | 160.00 | KS | Barber | 24 | 33S | 13W | SEC 24-33S-13W N/2 NW/4; W/2 NE/4 | | |
| 70 | 925755 | ALEX | | RI | 10.00 | KS | Barber | 13 | 33S | 13W | SEC 13-33S-13W NW/4 NW/4 SE/4 | 15-007-00634 | |
| 71 | 34076003 | MINERAL INTEREST | | MI | 80.00 | KS | Harper | 18 | 34S | 7W | SEC 18-34S-7W S/2 SW/4 | | |
| 72 | 926354 | LIGHT UNIT 2-8 | | RI | 0.00 | KS | Seward | 8 | 35S | 32W | SEC 8-35S-32W | 15-175-00024 | |
| 73 | 926353 | LIGHT UNIT 1 | | UC | 0.00 | KS | Seward | 8 | 35S | 32W | SEC 8-35S-32W | | |
| 74 | 3064007 | MINERAL INTEREST | | MI | 80.00 | MI | Ionia | 3 | 6N | 8W | SEC 3-6N-8W E/2 SW/4 | | |
| 75 | 308002 | MINERAL INTEREST | | MI | 160.00 | MT | Rosebud | 12 | 2N | 40E | SEC 12-2N-40E NE/4 | | |
| 76 | 8014043 | MINERAL INTEREST | | MI | 320.00 | ND | Burleigh | | | | | | |
| 77 | 8014050 | MINERAL INTEREST | | MI | 640.00 | ND | Burleigh | 8 | 138N | 76W | SEC 8-138N-76W | | |
| 78 | 3023205 | MINERAL INTEREST | | MI | 160.00 | NM | Lea | 26 | 16S | 38E | SEC 26-16S-38E SE/4 | | |
| 79 | 3026189 | MINERAL INTEREST | | MI | 320.00 | NM | Lea | 3 | 10S | 35E | SEC 3-10S-35E N/2 | | |
| 80 | 3026197 | MINERAL INTEREST | | MI | 320.00 | NM | Lea | 25 | 16S | 38E | SEC 25-16S-38E W/2 | | |
| 81 | 3026239 | MINERAL INTEREST | | MI | 160.00 | NM | Lea | 35 | 20S | 34E | SEC 35-20S-34E N/2 SE/4; SW/4 SE/4 SEC 35-20S-34E SE/4 SE/4 | | |
| 82 | 3120427 | MINERAL INTEREST | | MI | 160.00 | OK | Atoka | 34 | 2N | 12E | SEC 34-2N-12E SE/4 | | undivided 1/32nd mineral interest |
| 83 | 3120435 | MINERAL INTEREST | | MI | 40.00 | OK | Atoka | 10 | 3S | 9E | SEC 10-3S-9E NW/4 SW/4 | | undivided 1/16th mineral interest |
| 84 | 3120443 | MINERAL INTEREST | | MI | 160.00 | OK | Atoka | 2 | 3S | 10E | SEC 2-3S-10E NW/4 | | |
| 85 | 3120450 | MINERAL INTEREST | | MI | 130.00 | OK | Atoka | 3 | 3S | 10E | SEC 3-3S-10E E/2 SW/4; SW/4 NW/4; NE/4 NW/4 SW/4 | | |
| 86 | 3120484 | MINERAL INTEREST | | MI | 129.03 | OK | Atoka | 5 | 3S | 10E | SEC 5-3S-10E Lots 1,2,3; NE 9.03 acres | | |
| 87 | 3120492 | MINERAL INTEREST | | MI | 160.00 | OK | Atoka | 11 | 3S | 10E | SEC 11-3S-10E NE/4 | | |
| 88 | 3120500 | MINERAL INTEREST | | MI | 160.00 | OK | Atoka | 20 | 3S | 10E | SEC 20-3S-10E NE/4 | | |
| 89 | 3120518 | MINERAL INTEREST | | MI | 152.81 | OK | Atoka | 2 | 2S | 9E | SEC 2-2S-9E Lot 2 SW 10 acres SEC 2-2S-9E Lot 2 NE 10.47 acres SEC 2-2S-9E Lot 2 NW 21.08 acres SEC 2-2S-9E Lot 3 S 20 acres SEC 2-2S-9E Lot 3 NW 10.47 acres SEC 2-2S-9E Lot 4 SEC 2-2S-9E W/4 NW/4 | | |
| 90 | 3120567 | MINERAL INTEREST | | MI | 310.36 | OK | Atoka | 3 | 2S | 9E | SEC 3-2S-9E Lots 1,2,3,4 SEC 3-2S-9E S/2 NW/4 SEC 3-2S-9E NE/4 NE/4 SW/4 SEC 3-2S-9E W/2 SW/4 NE/4 SEC 3-2S-9E N/2 N/2 SE/4 | | |
| 91 | 926338 | HILL 1H-2 | 3120443 | UC | 0.00 | OK | Atoka | 2 | 3S | 10E | SEC 2-3S-10E | 35-005-20391 | |
| 92 | 330236 | MINERAL INTEREST | | MI | 160.00 | OK | Beaver | 17 | 6N | 26E | SEC 17-6N-26E S/2 S/2 | | undivided 1/180th mineral interest |
| 93 | 330244 | MINERAL INTEREST | | MI | 40.00 | OK | Beaver | 18 | 6N | 26E | SEC 18-6N-26E SE/4 SE/4 | | undivided 1/180th mineral interest |
| 94 | 330251 | MINERAL INTEREST | | MI | 640.00 | OK | Beaver | 20 | 6N | 26E | SEC 20-6N-26E | | undivided 1/180th mineral interest |
| 95 | 330269 | MINERAL INTEREST | | MI | 640.00 | OK | Beaver | 29 | 6N | 26E | SEC 29-6N-26E | | undivided 1/180th mineral interest |
| 96 | 330277 | MINERAL INTEREST | | MI | 40.00 | OK | Beaver | 31 | 6N | 26E | SEC 31-6N-26E NE/4 NE/4 | | undivided 1/180th mineral interest |
| 97 | 330285 | MINERAL INTEREST | | MI | 160.00 | OK | Beaver | 30 | 6N | 26E | SEC 30-6N-26E E/2 E/2 | | undivided 1/180th mineral interest |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 98 | 330293 | MINERAL INTEREST | | MI | 120.00 | OK | Beaver | 19 | 6N | 26E | SEC 19-6N-26E  E/2 SE/4 SEC 19-6N-26E  SE/4 NE/4 | | undivided 1/180th mineral interest |
| 99 | 330319 | MINERAL INTEREST | | MI | 560.00 | OK | Beaver | 14 | 6N | 27E | SEC 14-6N-27E  W/2; SE/4; S/2 NE/4 | | undivided 1/56th mineral interest |
| 100 | 330343 | MINERAL INTEREST | | MI | 640.00 | OK | Beaver | 24 | 6N | 27E | SEC 24-6N-27E | | undivided 1/128th mineral interest |
| 101 | 330350 | MINERAL INTEREST | | MI | 120.00 | OK | Beaver | 11 | 6N | 27E | SEC 11-6N-27E  Lots 3,4; SW/4 | | |
| 102 | 925871 | BERNARD 1-24 | 330343 | RI | 0.00 | OK | Beaver | 24 | 6N | 27E | SEC 24-6N-27E | | |
| 103 | 926258 | GOLDIE 1-17 | 330236 | RI | 0.00 | OK | Beaver | 17 | 6N | 26E | SEC 17-6N-26E | 35-007-25384 | |
| 104 | 926323 | HARDY 1-14 | 330319 | RI | 0.00 | OK | Beaver | 14 | 6N | 27E | SEC 14-6N-27E | 35-007-21979 | |
| 105 | 944475 | SIEBOLD 1-24 | 330343 | RI | 0.00 | OK | Beaver | 24 | 6N | 27E | SEC 24-6N-27E | 35-007-24472 | |
| 106 | 944478 | SMITH 2-10 | | RI | 0.00 | OK | Beaver | 14 | 6N | 27E | SEC 10-6N-27E | 3500723751 | |
| 107 | 925970 | PAUL BARBY 1,2 | 330285 | UC | 0.00 | OK | Beaver | 30 | 6N | 26E | SEC 30-6N-26E | 35-007-23982 | |
| 108 | 926021 | DICKERSON 19-1 | 330293 | UC | 0.00 | OK | Beaver | 19 | 6N | 26E | SEC 19-6N-26E | 35-007-23849 | |
| 109 | 926305 | FOURBAR 1,2 | 330269 | UC | 0.00 | OK | Beaver | 29 | 6N | 26E | SEC 29-6N-26E | | |
| 110 | 32872380 | MINERAL INTEREST | | MI | 80.00 | OK | Beckham | 31 | 10N | 24W | SEC 31-10N-24W  N/2 NE/4 | | |
| 111 | 340169 | MINERAL INTEREST | | MI | 140.00 | OK | Beckham | 29 | 10N | 24W | SEC 29-10N-24W  Lot 2 SEC 29-10N-24W  Lot 3 SEC 29-10N-24W NW/4 SEC 29-10N-24W  N/2 SW/4 | | 5/298.30ths mineral interest |
| 112 | 340201 | MINERAL INTEREST | | MI | 20.00 | OK | Beckham | 11 | 10N | 26W | SEC 11-10N-26W  E/2 NE/4 | | undivided 1/32nd mineral interest |
| 113 | 340219 | MINERAL INTEREST | | MI | 80.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W  E/2 SE/4 | | undivided 1/32nd mineral interest |
| 114 | 340227 | MINERAL INTEREST | | MI | 160.00 | OK | Beckham | 35 | 10N | 26W | SEC 35-10N-26W  NW/4 | | undivided 1/32nd mineral interest |
| 115 | 340235 | MINERAL INTEREST | | MI | 40.00 | OK | Beckham | 5 | 9N | 24W | SEC 5-9N-24W  SW/4 NW/4 | | |
| 116 | 340243 | MINERAL INTEREST | | MI | 80.00 | OK | Beckham | 30 | 10N | 24W | SEC 30-10N-24W  SE/4 SW/4; SW/4 SE/4 | | |
| 117 | 340276 | MINERAL INTEREST | | MI | 160.00 | OK | Beckham | 32 | 10N | 24W | SEC 32-10N-24W  SW/4 NW/4; N/2 SW/4; SE/4 SW/4 | | |
| 118 | 340292 | MINERAL INTEREST | | MI | 160.00 | OK | Beckham | 32 | 9N | 6W | SEC 32-9N-6W  E/2 SW/4; N/2 SE/4 | | |
| 119 | 340318 | MINERAL INTEREST | | MI | 80.00 | OK | Beckham | 3 | 10N | 21W | SEC 3-10N-21W  W/2 SE/4 | | |
| 120 | 925911 | SOONER 1 | 340227 | RI | 0.00 | OK | Beckham | 35 | 10N | | SEC 35-10N -26W | | |
| 121 | 925913 | AMOS 1-29 | 340169 | RI | 0.00 | OK | Beckham | 29 | 10N | 24W | SEC 29-10N-24W | 35-009-21361 | |
| 122 | 925914 | STALEY 1-29 | 340169 | RI | 320.00 | OK | Beckham | 29 | 10N | 24W | SEC 29-10N-24W  S/2 | 3500921355 | |
| 123 | 925915 | PLUNK 1-30 | 340243 | RI | 320.00 | OK | Beckham | 30 | 10N | 24W | SEC 30-10N-24W  S/2 | 35-009-21270 | |
| 124 | 925916 | SHARUM 1A-30 | 340243 | RI | 0.00 | OK | Beckham | 30 | 10N | 24W | SEC 30-10N-24W | 35-009-21382 | |
| 125 | 926001 | CARL 1-2H | 340219 | RI | 0.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W | 35-009-21847 | |
| 126 | 926265 | LISTER 1-32 | 340276 | RI | 0.00 | OK | Beckham | 32 | 10N | 24W | SEC 32-10N-24W | 3500921350 | |
| 127 | 926266 | JOE 1-31 | 32872380 | RI | 0.00 | OK | Beckham | 31 | 10N | 24W | SEC 31-10N-24W | 3500921378 | |
| 128 | 926344 | JOHN G 1-11 | 340201 | RI | 0.00 | OK | Beckham | 11 | 10N | 26W | SEC 11-10N-26W | 35-009-21413 | |
| 129 | 926362 | MARY 1-2 | 340219 | RI | 0.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W | 35-009-21529 | |
| 130 | 944494 | WANDA 1 | 340219 | RI | 0.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W | | |
| 131 | 944516 | HAAG 1-2 | | RI | 0.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W | | |
| 132 | 944517 | AMOS 1-29 | | RI | 0.00 | OK | Beckham | 29 | 10N | 24W | SEC 29-10N-24W | 35-009-21361 | |
| 133 | 944518 | SHARUM 1A-30 | | RI | 0.00 | OK | Beckham | 30 | 10N | 24W | SEC 30-10N-24W | 35-009-21382 | |
| 134 | 926010 | CLELLA 1-19 | | UC | 0.00 | OK | Beckham | 19 | 10N | 24W | SEC 19-10N-24W | 35-009-21449 | |
| 135 | 926346 | JOHN 1-2H | 340219 | UC | 0.00 | OK | Beckham | 2 | 10N | 26W | SEC 2-10N-26W | 35-009-21845 | |
| 136 | 926355 | LIZZIE B 1-11 | 340201 | UC | 0.00 | OK | Beckham | 11 | 10N | 26W | SEC 11-10N-26W | 35-009-21555 | |
| 137 | 944479 | SOONER 2-35 | 340227 | UC | 0.00 | OK | Beckham | 35 | 10N | 26W | SEC 35-10N-26W | | |
| 138 | 350226 | MINERAL INTEREST | | MI | 160.00 | OK | Blaine | 23 | 13N | 12W | SEC 23-13N-12W  NE/4 | | undivided 1/8th mineral interest |
| 139 | 350234 | MINERAL INTEREST | | MI | 160.00 | OK | Blaine | 13 | 14N | 11W | SEC 13-14N-11W  SE/4 | | |
| 140 | 350242 | MINERAL INTEREST | | MI | 0.00 | OK | Blaine | 10 | 16N | 13W | SEC 10-16N-13W  SE/4 less tract beginning S of NE corner | | undivided 1/32nd mineral interest |
| 141 | 925868 | THUNDER 1-13 | 350234 | RI | 0.00 | OK | Blaine | 13 | 14N | 11W | SEC 13-14N-11W | 35-011-22843 | |
| 142 | 925869 | MUNCY UNIT 1-13 | 350234 | RI | 0.00 | OK | Blaine | 13 | 14N | 11W | SEC 13-14N-11W | | |
| 143 | 360233 | MINERAL INTEREST | | MI | 40.00 | OK | Bryan | 16 | 8S | 8E | SEC 16-8S-8E  NE/4 NW/4 | | undivided 5/16ths mineral interest |
| 144 | 360241 | MINERAL INTEREST | | MI | 120.00 | OK | Bryan | 5 | 5S | 11E | SEC 23-5S-11E  N/2 NE/4 SEC 23-5S-11E  NE/4 NW/4 | | undivided 1/48th mineral interest |
| 145 | 360266 | MINERAL INTEREST | | MI | 230.00 | OK | Bryan | 24 | 5S | 11E | 5S-11E  NW/4 NW/4 NE/4 SEC 24-5S-11E  NE/4 NW/4 SEC 24-5S-11E E/2 SE/4 NW/4 | | 11/65ths mineral interest undivided |
| 146 | 360332 | MINERAL INTEREST | | MI | 35.00 | OK | Bryan | 25 | 5S | 11E | SEC 25-5S-11E  E 15 acres E/2 SW/4 NE/4 SEC 25-5S-11E  W/2 SE/4 NE/4 | | undivided 1.25/35 mineral interest |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 147 | 360357 | MINERAL INTEREST | | MI | 80.00 | OK | Bryan | 2 | 6N | 7E | SEC 2-6S-7E  Lots 2,3 | | |
| 148 | 360365 | MINERAL INTEREST | | MI | 130.00 | OK | Bryan | 22 | 6S | 7E | SEC 22-6S-7E  SE/4 SE/4 NE/4; E/2 SE/4; SW/4 SE/4 | | |
| 149 | 926157 | MARY HAYNIE UNIT 2-1 | 360365 | RI | 0.00 | OK | Bryan | 22 | 6S | 7E | SEC 22-6S-7E | 35-013-00560 | |
| 150 | 926331 | MARY HAYNIE 01 | 360365 | UC | 0.00 | OK | Bryan | 22 | 6S | 7E | SEC 22-6S-7E | 35-013-00281 | |
| 151 | 1371412 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 2 | 5N | 12W | SEC 2-5N-12W  Lots 3,4; S/2 NW/4 | | |
| 152 | 371263 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 28 | 7N | 13W | SEC 28-7N-13W  NW/4 | | |
| 153 | 371289 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 3 | 5N | 10W | SEC 3-5N-10W  SW/4 | | undivided 1/160th mineral interest |
| 154 | 371297 | MINERAL INTEREST | | MI | 80.00 | OK | Caddo | 2 | 7N | 9W | SEC 2-7N-9W  S/2 NW/4 | | |
| 155 | 371305 | MINERAL INTEREST | | MI | 320.00 | OK | Caddo | 3 | 7N | 9W | SEC 3-7N-9W  SW/4 SEC 3-7N-9W  SE/4 | | |
| 156 | 371339 | MINERAL INTEREST | | MI | 80.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W  S/2 NE/4(ADA Lots 10,12) | | |
| 157 | 371347 | MINERAL INTEREST | | MI | 320.00 | OK | Caddo | 12 | 7N | 9W | SEC 12-7N-9W  Lots 7,8,9,11 SEC 12-7N-9W  SW/4 | | |
| 158 | 371362 | MINERAL INTEREST | | MI | 75.71 | OK | Caddo | 23 | 7N | 10W | SEC 23-7N-10W  N/2 SW/4 SE/4; SW/4 SW/4 SE/4 SEC 23-7N-10W  E 45.71429 acres in SW/4 | | |
| 159 | 371388 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 13 | 8N | 10W | SEC 13-8N-10W  SE/4 | | undivided 1/32nd mineral interest |
| 160 | 371396 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 18 | 9N | 11W | SEC 18-9N-11W  SW/4 | | undivided 1/16th mineral interest |
| 161 | 371404 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 1 | 5N | 12W | SEC 1-5N-12W  SW/4 | | |
| 162 | 371438 | MINERAL INTEREST | | MI | 179.00 | OK | Caddo | 3 | 5N | 12W | SEC 3-5N-12W  Lots 1,2; SE/4 NE/4 less 1 acre | | |
| 163 | 371446 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 22 | 6N | 12W | SEC 22-6N-12W  SW/4 | | |
| 164 | 371487 | MINERAL INTEREST | | MI | 135.00 | OK | Caddo | 17 | 8N | 10W | SEC 17-8N-10W  W 135 acres SW/4 | | undivided 2/27ths mineral interest |
| 165 | 371495 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 26 | 8N | 11W | SEC 26-8N-11W  NE/4 | | undivided 3/160th mineral interest |
| 166 | 371503 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 18 | 9N | 9W | SEC 18-9N-9W  E/2 SW/4 SEC 18-9N-9W  Lots 3,4 in SW/4 | | 100/3138ths mineral interest |
| 167 | 371529 | MINERAL INTEREST | | MI | 157.33 | OK | Caddo | 35 | 9N | 10W | SEC 35-9N-10W  NW/4 | | undivided 3/16ths mineral interest |
| 168 | 371537 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 5 | 10N | 10W | SEC 5-10N-10W  NW/4 | | undivided 1/16th mineral interest |
| 169 | 371545 | MINERAL INTEREST | | MI | 160.00 | OK | Caddo | 26 | 10N | 10W | SEC 26-10N-10W  SW/4 | | undivided 1/32nd mineral interest |
| 170 | 371578 | MINERAL INTEREST | | MI | 240.00 | OK | Caddo | 35 | 6N | 10W | SEC 35-6N-10W  NW/4 | | mineral interest |
| 171 | 925617 | NOVY 01-11 | 371339 | RI | 0.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W | 35-015-21091 | |
| 172 | 925618 | NOVY 02-11 | 371339 | RI | 0.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W | 35-015-22299 | |
| 173 | 925619 | JACKSON 01-11 | 371339 | RI | 0.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W | 35-015-22775 | |
| 174 | 925620 | BERGEN 01-11 | 371339 | RI | 0.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W | 35-015-22978 | |
| 175 | 925621 | CADE ESTATE 01-12 | 371347 | RI | 0.00 | OK | Caddo | 12 | 7N | 9W | SEC 12-7N-9W | 35-015-21318 | |
| 176 | 925622 | IBSEN 1-2 | 371297 | RI | 0.00 | OK | Caddo | 2 | 7N | 9W | SEC 2-7N-9W | 35-015-22965 | |
| 177 | 925623 | APACHE BROMIDE SU | 1371412 | RI | 0.00 | OK | Caddo | 2 | 5N | 12W | SEC 2-5N-12W | | |
| 178 | 925780 | COWAN 1-18 | 371396 | RI | 0.00 | OK | Caddo | 18 | 9N | 11W | SEC 18-9N-11W | 35-015-21686 | |
| 179 | 925781 | HOUCK 1-18 | 371396 | RI | 0.00 | OK | Caddo | 18 | 9N | 11W | SEC 18-9N-11W | 35-015-22922 | |
| 180 | 925782 | HOUCK 2-18 | 371396 | RI | 0.00 | OK | Caddo | 18 | 9N | 11W | SEC 18-9N-11W | 35-015-23225 | |
| 181 | 925972 | BEISSNER 1-13 | 371388 | RI | 0.00 | OK | Caddo | 13 | 8N | 10W | SEC 13-8N-10W | 35-015-23244 | |
| 182 | 926097 | WVHU UNIT | 371305 | RI | 0.00 | OK | Caddo | 3 | 7N | 9W | SEC 3-7N-9W SEC 2-7N-9W | | |
| 183 | 926247 | MCVEY 01 | 371339 | RI | 0.00 | OK | Caddo | 11 | 7N | 9W | SEC 11-7N-9W | 35-015-22698 | |
| 184 | 925949 | APACHE BROMIDE SU TR 4 | 1371412 | UC | 0.00 | OK | Caddo | 2 | 5N | 12W | SEC 2-5N-12W | | |
| 185 | 925950 | APACHE BROMIDE SU TR 6 | 1371412 | UC | 0.00 | OK | Caddo | 2 | 5N | 12W | SEC 2-5N-12W | | |
| 186 | 925951 | APACHE BROMIDE SU TR 7 | 1371412 | UC | 0.00 | OK | Caddo | 2 | 5N | 12W | SEC 2-5N-12W | | |
| 187 | 926379 | NILES UNIT TR 2 | 371578 | UC | 0.00 | OK | Caddo | 35 | 6N | 10W | SEC 35-6N-10W | 35-015-22117 | |
| 188 | 926380 | NILES UNIT TR 3 | 371578 | UC | 0.00 | OK | Caddo | 35 | 6N | 10W | SEC 35-6N-10W | | |
| 189 | 926381 | NILES UNIT TR 4 | 371578 | UC | 0.00 | OK | Caddo | 35 | 6N | 10W | SEC 35-6N-10W | | |
| 190 | 926282 | FEDDERSON 4-17 | | WI | 0.00 | OK | Caddo | | | | | | |
| 191 | 380256 | MINERAL INTEREST | | MI | 80.00 | OK | Canadian | 8 | 11N | 7W | SEC 8-11N-7W  N/2 of Lots 5,6,7,8 | | undivided 1/40th mineral interest |
| 192 | 380264 | MINERAL INTEREST | | MI | 160.00 | OK | Canadian | 17 | 13N | 6W | SEC 17-13N-6W  NW/4 | | undivided 1/8th mineral interest |
| 193 | 380272 | MINERAL INTEREST | | MI | 80.00 | OK | Canadian | 21 | 14N | 10W | SEC 21-14N-10W  Lots 6,7 | | 19.188/73.81270ths mineral |
| 194 | 3840531 | MINERAL INTEREST | | MI | 200.00 | OK | Canadian | 14 | 10N | 6W | SEC 14-10N-6W  NE/4 NW/4; NE/4 | | |
| 195 | 3840532 | MINERAL INTEREST | | MI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | | |
| 196 | 3840533 | MINERAL INTEREST | | MI | 0.00 | OK | Canadian | 21 | 11N | 7W | SEC 21-11N-7W | | |
| 197 | 3840534 | MINERAL INTEREST | | MI | 0.00 | OK | Canadian | 4 | 10N | 7W | SEC 4-10N-7W | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 198 | 3840535 | MINERAL INTEREST | | MI | 0.00 | OK | Canadian | 9 | 10N | 7W | SEC 9-10N-7W | | |
| 199 | 3840609 | MINERAL INTEREST | | MI | 0.00 | OK | Canadian | 22 | 14N | 10W | SEC 22-14N-10W | | |
| 200 | 899020 | OPPEL 1H-17-20 | 3840532 | OR | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | 35-017-24912 | |
| 201 | 944758 | OPPEL 1H-16-21 | 3840533 | OR | 0.00 | OK | Canadian | 21 | 11N | 7W | SEC 21-11N-7W SEC 16-11N-7W | 35-017-24915 | |
| 202 | 1944696 | TOY DARROW 2H-8-17 | | RI | 0.00 | OK | Canadian | 8 | 10N | 5W | SEC 8-10N-5W SEC 17-10N-5W | 35-017-24908 | |
| 203 | 1944709 | TOY DARROW 2H-7-18 | | RI | 0.00 | OK | Canadian | 7 | 10N | 5W | SEC 7-10N-5W SEC 18-10N-5W | 35-017-24910 | |
| 204 | 898618 | CARPENTER 1H-11-14 | 3840531 | RI | 0.00 | OK | Canadian | 14 | 10N | 6W | SEC 14-10N-6W | 3501724939 | |
| 205 | 925546 | C FARMS | 380272 | RI | 0.00 | OK | Canadian | 21 | 14N | 10W | SEC 21-14N-10W | | |
| 206 | 925846 | MCCARLEY 2-22H | 3840609 | RI | 0.00 | OK | Canadian | 22 | 14N | 10W | SEC 22-14N-10W | 35-017-24140 | |
| 207 | 925886 | HEUPEL 17-13-6 1XH | 380264 | RI | 0.00 | OK | Canadian | 17 | 13N | 6W | SEC 17-13N-6W | 35-017-24663 | |
| 208 | 925893 | FINCH 1-21H | 380272 | RI | 0.00 | OK | Canadian | 21 | 14N | 10W | SEC 21-14N-10W | 35-017-24157 | |
| 209 | 925906 | HERBERT HUCHTEMANN 1-8 | 380256 | RI | 0.00 | OK | Canadian | 8 | 11N | 7W | SEC 8-11N-7W | 35-017-23930 | |
| 210 | 926063 | GARR 01-14 | 3840531 | RI | 160.00 | OK | Canadian | 14 | 10N | 6W | SEC 14-10N-6W  NE/4 | 35-017-22648 | |
| 211 | 926064 | GARR 02-14 | 3840531 | RI | 40.00 | OK | Canadian | 14 | 10N | 6W | SEC 14-10N-6W  NE/4 NW/4 | 35-017-23035 | |
| 212 | 945656 | DORIS 12-13-10-6 1XH | | RI | 0.00 | OK | Canadian | | | | SEC 13-10N-6W | 3501724948 | |
| 213 | 926334 | HEUPEL 2-17 | 380264 | UC | 0.00 | OK | Canadian | 17 | 13N | 6W | SEC 17-13N-6W | 35-017-20707 | |
| 214 | 926046 | EVANS D 1-9 | | WI | 0.00 | OK | Canadian | 9 | 10N | 7W | SEC 9-10N-7W | 35-017-20939 | |
| 215 | 926276 | NINMAN 2-17 | | WI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | 35-017-23402 | |
| 216 | 926277 | NINMAN 1-17 | | WI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | 35-017-23239 | |
| 217 | 926278 | TREXLER 1-17 | | WI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | | |
| 218 | 926279 | WHITE FARMS 2-4 | | WI | 0.00 | OK | Canadian | 4 | 10N | 7W | SEC 4-10N-7W | | |
| 219 | 926280 | WHITE FARMS 4-4 | | WI | 0.00 | OK | Canadian | 4 | 10N | 7W | SEC 4-10N-7W | | |
| 220 | 926281 | WHITE FARMS 5-4 | | WI | 0.00 | OK | Canadian | 4 | 10N | 7W | SEC 4-10N-7W | | |
| 221 | 926283 | NINMAN 5-17 | | WI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | | |
| 222 | 926390 | NINMAN 3-17 | | WI | 0.00 | OK | Canadian | 17 | 11N | 7W | SEC 17-11N-7W | 35-017-23426 | |
| 223 | 926391 | WHITE FARMS 3-4 | | WI | 0.00 | OK | Canadian | | | | | | |
| 224 | 926392 | SCHIEBER 1-21 | | WI | 0.00 | OK | Canadian | 21 | 11N | 7W | SEC 21-11N-7W | | |
| 225 | 898166 | SCHIEBER 2-21 | | WI | 0.00 | OK | Canadian | 21 | 11N | 7W | SEC 21-11N-7W | | |
| 226 | 898997 | MINERAL INTEREST | | MI | 0.00 | OK | Carter | 26 | 3S | 1E | SEC 26-3S-1E  S/2 NE/4 SE/4 | | undivided 1/8th mineral interest |
| 227 | 898996 | RINGER 1-26 | 898997 | MI | 0.00 | OK | Carter | 26 | 3S | 1E | SEC 26-3S-1E | | |
| 228 | 3130358 | MINERAL INTEREST | | MI | 35.00 | OK | Cleveland | 2 | 8N | 1E | SEC 2-8N-1E  Lot 1 (NE/4 NE/4) less 5 acres | | |
| 229 | 3131034 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 16 | 6N | 1E | SEC 16-6N-1E  E/2 NW/4 | | |
| 230 | 3131042 | MINERAL INTEREST | | MI | 54.00 | OK | Cleveland | 18 | 6N | 1E | SEC 18-6N-1E  NE/4 NW/4; E 14 acres NW/4 NW/4 | | |
| 231 | 3131059 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 19 | 7N | 1E | SEC 19-7N-1E  E/2 NE/4 | | |
| 232 | 3131067 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 28 | 7N | 1E | SEC 28-7N-1E  NW/4 SW/4 SEC 28-7N-1E  NE/4 SW/4 | | |
| 233 | 3131075 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 29 | 10N | 1E | SEC 29-10N-1E  E/2 SW/4 | | |
| 234 | 3131083 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 35 | 8N | 1W | SEC 35-8N-1W  NW/4 | | |
| 235 | 3131109 | MINERAL INTEREST | | MI | 78.37 | OK | Cleveland | 7 | 7N | 1W | SEC 7-7N-1W  Lot 3; NE/4 SW/4 ada N/2 SW/4 less/except 2.4 acre tract | | |
| 236 | 3131117 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 3 | 7N | 1E | SEC 3-7N-1E  W/2 SE/4 SEC 3-7N-1E  E/2 SW/4        SEC 3-7N-1E  E/2 SW/4; W/2 SE/4 | | 3/160ths mineral interest |
| 237 | 3131133 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 2 | 9N | 2W | SEC 2-9N-2W  E/2 SW/4 | | 1/32nds mineral interest |
| 238 | 3131141 | MINERAL INTEREST | | MI | 100.00 | OK | Cleveland | 29 | 6N | 1E | SEC 29-6N-1E  SE/4 SW/4; SW/4 SE/4; S/2 SW/4 SW/4 | | |
| 239 | 3131174 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 30 | 6N | 1E | SEC 30-6N-1E  E/2 SE/4 | | |
| 240 | 3131182 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 31 | 6N | 1E | SEC 31-6N-1E  Lots 1,2,3; NE/4 NW/4 SEC 31-6N-1E  NE/4 | | |
| 241 | 3131216 | MINERAL INTEREST | | MI | 20.00 | OK | Cleveland | 32 | 6N | 1E | SEC 32-6N-1E  N/2 SW/4 NW/4 | | |
| 242 | 3131240 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 11 | 7N | 1E | SEC 11-7N-1E  E/2 SE/4 | | |
| 243 | 3131257 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 24 | 7N | 1W | SEC 24-7N-1W  Lots 1,2; E/2 NE/4 | | |
| 244 | 3131273 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 13 | 7N | 1W | SEC 13-7N-1W  NE/4 | | |
| 245 | 3131281 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 29 | 7N | 1E | SEC 29-7N-1E  W/2 SW/4 | | |
| 246 | 3131299 | MINERAL INTEREST | | MI | 240.00 | OK | Cleveland | 30 | 7N | 1E | SEC 30-7N-1E  E/2 SE/4 SEC 30-7N-1E  E/2 SW/4; W/2 SE/4 | | |
| 247 | 3131323 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 1 | 7N | 2W | SEC 1-7N-2W  SW/4 | | |
| 248 | 3131331 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 13 | 7N | 2W | SEC 13-7N-2W  NE/4 | | |
| 249 | 3131349 | MINERAL INTEREST | | MI | 235.00 | OK | Cleveland | 1 | 8N | 1E | 1,2,3,4  Beginning at the Northwest corner of the South half of the Northeast quarter of said section, and running thence East 160 rods, | | |
| 250 | 3131364 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 4 | 8N | 1E | SEC 4-8N-1E  NE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 251 | 3131372 | MINERAL INTEREST | | MI | 40.00 | OK | Cleveland | 6 | 8N | 1E | SEC 6-8N-1E  SE/4 SE/4 | | |
| 252 | 3131380 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 13 | 8N | 1E | SEC 13-8N-1E  SE/4 | | |
| 253 | 3131398 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 16 | 8N | 1E | SEC 16-8N-1E  E/2 SW/4 | | |
| 254 | 3131406 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 21 | 8N | 1E | SEC 21-8N-1E  SE/4 | | |
| 255 | 3131414 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 28 | 8N | 1E | SEC 28-8N-1E  NE/4 | | |
| 256 | 3131422 | MINERAL INTEREST | | MI | 400.00 | OK | Cleveland | 24 | 8N | 1E | SEC 24-8N-1E  W/2 NE/4 SEC 24-8N-1E  S/2 | | |
| 257 | 3131448 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 36 | 8N | 2W | SEC 36-8N-2W  SE/4 | | |
| 258 | 3131455 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 19 | 9N | 1W | SEC 19-9N-1W  N/2 NW/4 | | |
| 259 | 3131463 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 21 | 9N | 1W | SEC 21-9N-1W  SE/4 | | |
| 260 | 3131471 | MINERAL INTEREST | | MI | 40.00 | OK | Cleveland | 25 | 9N | 1W | SEC 25-9N-1W  SE/4 SE/4 | | |
| 261 | 3131489 | MINERAL INTEREST | | MI | 240.00 | OK | Cleveland | 36 | 9N | 1W | SEC 36-9N-1W  E/2 NE/4 SEC 36-9N-1W  SE/4 | | |
| 262 | 3131497 | MINERAL INTEREST | | MI | 240.00 | OK | Cleveland | 29 | 9N | 1E | SEC 29-9N-1E  NW/4 SEC 29-9N-1E  S/2 SW/4 | | |
| 263 | 3131505 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 30 | 9N | 1W | SEC 30-9N-1W  E/2 | | |
| 264 | 3131513 | MINERAL INTEREST | | MI | 560.00 | OK | Cleveland | 31 | 9N | 1E | SEC 31-9N-1E  E/2 SW/4; W/2 SW/4 SEC 31-9N-1E  SE/4 SEC 31-9N-1E  Lots 1,2; E/2 NW/4 SEC 31-9N-1E  W/2 SW/4 | | |
| 265 | 3131547 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 33 | 9N | 1E | SEC 33-9N-1E  S/2 SW/4 SEC 33-9N-1E  N/2 SW/4; NW/4 SE/4 SEC 33-9N-1E  S/2 SE/4; NE/4 SE/4 | | |
| 266 | 3131554 | MINERAL INTEREST | | MI | 120.00 | OK | Cleveland | 35 | 9N | 1E | SEC 35-9N-1E  S/2 SE/4; NW/4 SE/4 | | |
| 267 | 3131562 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 36 | 9N | 1E | SEC 36-9N-1E  SW/4 | | |
| 268 | 3131588 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 1 | 9N | 2W | SEC 1-9N-2W  NE/4 | | |
| 269 | 3131596 | MINERAL INTEREST | | MI | 400.00 | OK | Cleveland | 12 | 9N | 2W | SEC 12-9N-2W  E/2 SW/4 SEC 12-9N-2W  NW/4 SEC 12-9N-2W  SE/4 | | |
| 270 | 3131620 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 13 | 9N | 2W | SEC 13-9N-2W  NE/4 SEC 13-9N-2W  NW/4 | | |
| 271 | 3131646 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 17 | 9N | 2W | SEC 17-9N-2W  S/2 NW/4 | | |
| 272 | 3131653 | MINERAL INTEREST | | MI | 120.00 | OK | Cleveland | 22 | 9N | 3W | quarter section, thence N 66rds, thence W 96 rods, 15.84 feet, thence S 66 rods, thence E 96 rods, 15.84 feet to place of beginning and also | | |
| 273 | 3131661 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 2 | 10N | 1W | SEC 2-10N-1W  N/2 SE/4 | | |
| 274 | 3131679 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 4 | 10N | 1W | SEC 4-10N-1W  Lots 1,2,3,4; S/2 NW/4; S/2 NE/4 | | |
| 275 | 3131711 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 10 | 10N | 1W | SEC 10-10N-1W  N/2 SE/4 | | |
| 276 | 3131729 | MINERAL INTEREST | | MI | 120.00 | OK | Cleveland | 11 | 10N | 1E | SEC 11-10N-1E  NE/4 NW/4; N/2 NW/4 | | |
| 277 | 3131745 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 20 | 10N | 1W | SEC 20-10N-1W  E/2 NW/4 | | |
| 278 | 3131752 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 8 | 10N | 2W | SEC 8-10N-2W  NE/4 | | |
| 279 | 3131760 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 20 | 10N | 2W | SEC 20-10N-2W  SE/4 | | |
| 280 | 3131778 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 21 | 10N | 2W | SEC 21-10N-2W  SE/4 SEC 21-10N-2W  NE/4 | | |
| 281 | 3131794 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 26 | 10N | 2W | SEC 26-10N-2W  E/2 SW/4; S/2 NW/4 | | |
| 282 | 3131810 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 28 | 10N | 2W | SEC 28-10N-2W  NE/4 | | |
| 283 | 3131828 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 32 | 10N | 2W | SEC 32-10N-2W  NW/4 | | |
| 284 | 3131836 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 34 | 10N | 2W | SEC 34-10N-2W  NE/4 | | |
| 285 | 3131844 | MINERAL INTEREST | | MI | 40.00 | OK | Cleveland | 35 | 10N | 2W | SEC 35-10N-2W  SE/4 SE/4 | | |
| 286 | 3131869 | MINERAL INTEREST | | MI | 120.00 | OK | Cleveland | 13 | 10N | 3W | SEC 13-10N-3W  S/2 NW/4; NW/4 NW/4 | | |
| 287 | 3131877 | MINERAL INTEREST | | MI | 160.00 | OK | Cleveland | 32 | 10N | 3W | SEC 32-10N-3W  SW/4 | | |
| 288 | 3131885 | MINERAL INTEREST | | MI | 320.00 | OK | Cleveland | 30 | 9N | 1E | SEC 30-9N-1E  Lots 3,4; E/2 SW/4; SE/4 | | |
| 289 | 3132099 | MINERAL INTEREST | | MI | 80.00 | OK | Cleveland | 15 | 7N | 1E | SEC 15-7N-1E  W/2 NW/4 | | |
| 290 | 3132131 | MINERAL INTEREST | | MI | 159.00 | OK | Cleveland | 5 | 10N | 1W | SEC 5-10N-1W  SE/4 less 1 acre | | |
| 291 | 925697 | HELEN 01 | 3131877 | RI | 0.00 | OK | Cleveland | 32 | 10N | 3W | SEC 32-10N-3W | | |
| 292 | 925698 | MARVEL COMMUNITY UNIT | 3131778 | RI | 0.00 | OK | Cleveland | 21 | 10N | 2W | SEC 21-10N-2W | | |
| 293 | 925801 | CHARLIE 1-36H | 3131562 | RI | 0.00 | OK | Cleveland | 36 | 9N | 1E | SEC 36-9N-1E | 35-027-21435 | |
| 294 | 925803 | CHUCK 02-36H | 3130358 | RI | 2.50 | OK | Cleveland | 2 | 8N | 1E | SEC 2-8N-1E  NE/4 NE/4 NE/4 NE/4 | | |
| 295 | 925804 | FRANKLIN COMMUNITY | 3131778 | RI | 0.00 | OK | Cleveland | 21 | 10N | 2W | SEC 21-10N-2W  SE/4 | | |
| 296 | 925881 | HELEN 32-A, 32B | 3131877 | RI | 0.00 | OK | Cleveland | 32 | 10N | 3W | SEC 32-10N-3W | | |
| 297 | 925882 | SOONER STATE FARMS | 3131182 | RI | 80.39 | OK | Cleveland | 31 | 6N | 1E | SEC 31-6N-1E  Lot 1; NE/4 NW/4 | | |
| 298 | 925885 | PATTY 01 | 3131653 | RI | 160.00 | OK | Cleveland | 22 | 9N | 3W | SEC 22-9N-3W  NE/4 | 35-027-20447 | |
| 299 | 926195 | GMA 1 | 3131299 | RI | 160.00 | OK | Cleveland | 30 | 7N | 1E | SEC 30-7N-1E  SE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 300 | 926245 | TOP GUN | 3131299 | RI | 0.00 | OK | Cleveland | 30 | 7N | 1E | SEC 30-7N-1E | 35-027-20872 | |
| 301 | 926429 | SPROW 1-28 | 3131414 | RI | 0.00 | OK | Cleveland | 28 | 8N | 1E | SEC 28-8N-1E | | |
| 302 | 944490 | TM MARVEL COMM 3,4,& 7 | | RI | 0.00 | OK | Cleveland | 29 | 17N | 4W | SEC 29-17N-4W | | |
| 303 | 3130236 | MINERAL INTEREST | | MI | 90.00 | OK | Coal | 33 | 1S | 9E | SEC 33-1S-9E   S/2 NE/4 NE/4; SE/4 NE/4; NW/4 NE/4 SE/4; E/2 E/2 SE/4 | | |
| 304 | 3140555 | MINERAL INTEREST | | MI | 510.61 | OK | Coal | 2 | 2N | 9E | SEC 2-2N-9E   W/2 SE/4 SEC 2-2N-9E   SE/4 SE/4 SEC 2-2N-9E   S/2 | | 150/51,061ths |
| 305 | 3140779 | MINERAL INTEREST | | MI | 100.00 | OK | Coal | 35 | 1S | 9E | 1S-9E   NE/4 SE/4 SW/4 SEC 35-1S-9E   N/2 SW/4 SE/4 SEC 35-1S- | | |
| 306 | 3140829 | MINERAL INTEREST | | MI | 160.00 | OK | Coal | 17 | 1N | 8E | SEC 17-1N-8E   SE/4 | | |
| 307 | 3140837 | MINERAL INTEREST | | MI | 160.00 | OK | Coal | 23 | 1N | 8E | SEC 23-1N-8E   SE/4 | | |
| 308 | 3140845 | MINERAL INTEREST | | MI | 105.21 | OK | Coal | 7 | 1N | 9E | NE/4 SW/4 NE/4 SEC 7-1N-9E   SE/4 NE/4 SEC 7-1N-9E   E/2 NE/4 less 3.19 acre right-of-way; E/2 NW/4 NE/4 less 1.6 acre right-of-way; NE/4 SW/4 NE/4 | | |
| 309 | 3140886 | MINERAL INTEREST | | MI | 80.00 | OK | Coal | 8 | 1N | 9E | NW/4 SEC 8-1N-9E   W/2 SE/4 NW/4 SEC 8-1N-9E   E/2 SW/4 NW/4 SEC 8-1N-9E   SW/4 SW/4 NW/4 | | |
| 310 | 3140944 | MINERAL INTEREST | | MI | 160.00 | OK | Coal | 22 | 1N | 9E | SEC 22-1N-9E   SW/4 | | |
| 311 | 3140951 | MINERAL INTEREST | | MI | 20.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E   E/2 of Lot 1 | | |
| 312 | 3140969 | MINERAL INTEREST | | MI | 260.00 | OK | Coal | 6 | 1N | 10E | SEC 6-1N-10E   Lots 4,5; SE/4 SW/4 NW/4 SEC 6-1N-10E   Lots 6,7; E/2 SW/4 | | |
| 313 | 3140993 | MINERAL INTEREST | | MI | 80.00 | OK | Coal | 7 | 1N | 10E | SEC 7-1N-10E   Lot 1; NE/4 NW/4 | | |
| 314 | 3141025 | MINERAL INTEREST | | MI | 120.00 | OK | Coal | 25 | 2N | 11E | SEC 25-2N-11E   E/2 SW/4; SW/4 SW/4 | | |
| 315 | 3141041 | MINERAL INTEREST | | MI | 160.00 | OK | Coal | 35 | 2N | 11E | SEC 35-2N-11E   NW/4 | | |
| 316 | 3141058 | MINERAL INTEREST | | MI | 160.00 | OK | Coal | 36 | 2N | 11E | SEC 36-2N-11E   NW/4 less CRI&R railway right-of-way | | |
| 317 | 3141140 | MINERAL INTEREST | | MI | 640.00 | OK | Coal | 6 | 1N | 11E | SEC 6-1N-11E | | |
| 318 | 3230236 | MINERAL INTEREST | | MI | 540.00 | OK | Coal | 34 | 1S | 9E | SE/4 NW/4 SEC 34-1S-9E   E/2 W/2 SW/4 SEC 34-1S-9E   E/2 SW/4 SEC 34-1S-9E   W/2 SE/4 SEC 34-1S-9E   S/2 NE/4 SE/4 SEC 34-1S- | | |
| 319 | 1944658 | OWL ROAD 1-5/8H | 3140886 | RI | 0.00 | OK | Coal | 8 | 1N | 9E | SEC 8-1N-9E | 35-029-21343 | |
| 320 | 925601 | CHANDLER 1-22 | 3140944 | RI | 0.00 | OK | Coal | 22 | 1N | 9E | SEC 22-1N-9E | 35-029-20583 | |
| 321 | 925604 | DOWNEN 1H-25 | 3141025 | RI | 0.00 | OK | Coal | 25 | 2N | 11E | SEC 25-2N-11E | | |
| 322 | 925605 | DOWNEN 2H-25 | 3141025 | RI | 0.00 | OK | Coal | 25 | 2N | 11E | SEC 25-2N-11E | 35-029-21085 | |
| 323 | 925606 | DOWNEN 3H-25 | 3141025 | RI | 0.00 | OK | Coal | 25 | 2N | 11E | SEC 25-2N-11E | 35-029-21087 | |
| 324 | 925607 | DOWNEN 4H-25 | 3141025 | RI | 0.00 | OK | Coal | 25 | 2N | 11E | SEC 25-2N-11E | 35-029-21088 | |
| 325 | 925624 | MCKINNEY 2 | 3140951 | RI | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | 35-029-20623 | |
| 326 | 925625 | MCKINNEY UNIT | 3140951 | RI | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | 35-029-20164 | |
| 327 | 925626 | MCKINNEY WOOD 6-1 | 3140951 | RI | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | 35-029-20757 | |
| 328 | 925627 | MIKE MAYER JR 1-1 | 3140951 | RI | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | | |
| 329 | 925628 | JOHNNY 3-6 | 3140969 | RI | 0.00 | OK | Coal | 6 | 1N | 10E | SEC 6-1N-10E | 35-029-20684 | |
| 330 | 925629 | MARY V. 2-6 | 3140969 | RI | 0.00 | OK | Coal | 6 | 1N | 10E | SEC 6-1N-10E | | |
| 331 | 925630 | WATSON 1-6 | 3140969 | RI | 0.00 | OK | Coal | 6 | 1N | 10E | SEC 6-1N-10E | 35-029-20641 | |
| 332 | 925631 | BEY 3-7 | 3140993 | RI | 0.00 | OK | Coal | 7 | 1N | 10E | SEC 7-1N-10E | 35-029-20668 | |
| 333 | 925632 | TERESA HAMPTON 1-6 | 3141140 | RI | 0.00 | OK | Coal | 6 | 1N | 11E | SEC 6-1N-11E | 35-029-20764 | |
| 334 | 925633 | TERESA TWIN 2-6 | 3141140 | RI | 0.00 | OK | Coal | 6 | 1N | 11E | SEC 6-1N-11E | 35-029-20807 | |
| 335 | 925634 | WARD 1-35 | 3141041 | RI | 0.00 | OK | Coal | 35 | 2N | 11E | SEC 35-2N-11E | 35-029-21013 | |
| 336 | 925635 | WOODRUFF 1-36 | 3141058 | RI | 0.00 | OK | Coal | 36 | 2N | 11E | SEC 36-2N-11E | 35-029-21054 | |
| 337 | 925636 | MCENTIRE 2-35/2H | 3141041 | RI | 0.00 | OK | Coal | 35 | 2N | 11E | SEC 35-2N-11E | 35-029-21333 | |
| 338 | 925637 | MCENTIRE 3-35/2H | 3141041 | RI | 0.00 | OK | Coal | 35 | 2N | 11E | SEC 35-2N-11E | 35-029-21333 | |
| 339 | 925654 | MILLER 2-17 | 3140829 | RI | 0.00 | OK | Coal | 17 | 1N | 8E | SEC 17-1N-8E | 35-029-21230 | |
| 340 | 926372 | MILLER 1-17 | 3140829 | RI | 0.00 | OK | Coal | 17 | 1N | 8E | SEC 17-1N-8E | 35-029-20987 | |
| 341 | 925979 | BETASSO | 3140837 | UC | 0.00 | OK | Coal | 23 | 1N | 8E | SEC 23-1N-8E | 35-029-60015 | |
| 342 | 926012 | A.R. CODY 2 | 3140951 | UC | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | 35-029-20289 | |
| 343 | 926345 | C.W. JOHNSTON 1-6 | 3140969 | UC | 0.00 | OK | Coal | 6 | 1N | 10E | SEC 6-1N-10E | 35-029-60075 | |
| 344 | 926365 | MCKINNEY 3-1 | 3140951 | UC | 0.00 | OK | Coal | 1 | 1N | 9E | SEC 1-1N-9E | 35-029-20669 | |
| 345 | 3150430 | MINERAL INTEREST | | MI | 180.00 | OK | Comanche | 6 | 3N | 9W | SEC 6-3N-9W   NW/4 SEC 6-3N-9W   S/2 SE/4 NW/4 | | |
| 346 | 3150455 | MINERAL INTEREST | | MI | 120.00 | OK | Comanche | 28 | 4N | 11W | SEC 28-4N-11W   N/2 SE/4; SW/4 SE/4 | | |
| 347 | 926335 | HIGH A 1-6 | 3150430 | RI | 0.00 | OK | Comanche | 6 | 3N | 9W | SEC 6-3N-9W | 35-031-21423 | |
| 348 | 926336 | HIGH 2-6 | 3150430 | RI | 0.00 | OK | Comanche | 6 | 3N | 9W | SEC 6-3N-9W | 35-031-21460 | |
| 349 | 3160231 | MINERAL INTEREST | | MI | 45.00 | OK | Cotton | 4 | 5S | 9W | SEC 4-5S-9W   E 45 acres of E side of NW/4 | | 6.25/45ths mineral interest |

| | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 350 | 3160249 | MINERAL INTEREST | | MI | 160.00 | OK | Cotton | 25 | 4S | 10W | SEC 25-4S-10W SE/4 | | |
| 351 | 3180197 | MINERAL INTEREST | | MI | 90.00 | OK | Creek | 12 | 18N | 8E | SEC 12-18N-8E W/2 NE/4; W/2 W/2 NE/4 NE/4 | | |
| 352 | 944509 | MINERAL INTEREST | | MI | 160.00 | OK | Custer | 9 | 13N | 20W | SEC 9-13N-20W NW/4 | | 3/32nds mineral interest |
| 353 | 926199 | WHITE | 944509 | RI | 0.00 | OK | Custer | 9 | 13N | 20W | SEC 9-13N-20W | | |
| 354 | 944515 | JOHN #1-2H | | RI | 0.00 | OK | Custer | 9 | 13N | 20W | SEC 9-13N-20W | | |
| 355 | 3210275 | MINERAL INTEREST | | MI | 400.00 | OK | Dewey | 23 | 17N | 18W | SEC 22-17N-18W NW/4 SEC 22-17N-18W SW/4 SEC 22-17N-18W W/2 SE/4 | | undivided 1/48th mineral interest |
| 356 | 3210309 | MINERAL INTEREST | | MI | 80.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W E/2 SE/4 | | |
| 357 | 3210317 | MINERAL INTEREST | | MI | 160.00 | OK | Dewey | 26 | 19N | 17W | SEC 26-19N-17W SE/4 | | undivided 1/32nd mineral interest |
| 358 | 3210325 | MINERAL INTEREST | | MI | 80.00 | OK | Dewey | 34 | 19N | 18W | SEC 34-19N-18W W/2 SE/4 | | undivided 1/16th mineral interest |
| 359 | 3210333 | MINERAL INTEREST | | MI | 160.00 | OK | Dewey | 14 | 19N | 20W | SEC 14-19N-20W N/2 NW/4; SE/4 NW/4; NE/4 SW/4 | | |
| 360 | 32530002 | MINERAL INTEREST | | MI | 320.00 | OK | Dewey | 9 | 12N | 22E | SEC 9-12N-22E W/2 E/2 | | |
| 361 | 925687 | OM TAYLOR 26-1,2,3,4 | 3210317 | RI | 0.00 | OK | Dewey | 26 | 19N | 17W | SEC 26-19N-17W | | |
| 362 | 925691 | ROSA 3-23 | 3210275 | RI | 0.00 | OK | Dewey | 23 | 17N | 18W | SEC 23-17N-18W | 35-043-22570 | |
| 363 | 925837 | CAIN 1-14 | 3210333 | RI | 0.00 | OK | Dewey | 14 | 19N | 20W | SEC 14-19N-20W | 35-043-22489 | |
| 364 | 925838 | CAIN 2-14 | 3210333 | RI | 0.00 | OK | Dewey | 14 | 19N | 20W | SEC 14-19N-20W | 35-043-22498 | |
| 365 | 926013 | COLLIER 1-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | | |
| 366 | 926014 | COLLIER 2-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | | |
| 367 | 926125 | ROSA 1-23 | 3210275 | RI | 0.00 | OK | Dewey | 23 | 17N | 18W | SEC 23-17N-18W | 35-043-21620 | |
| 368 | 926126 | SHIRLEY 1-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | 35-043-21704 | |
| 369 | 926127 | SHIRLEY 2-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | 35-043-22458 | |
| 370 | 926128 | SHIRLEY 3-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | 35-043-22488 | |
| 371 | 926129 | ROSA 2-23 | 3210275 | RI | 0.00 | OK | Dewey | 23 | 17N | 18W | SEC 23-17N-18W | 35-043-22480 | |
| 372 | 926130 | SHIRLEY 4-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | 35-043-22517 | |
| 373 | 926131 | SHIRLEY 5-22 | 3210309 | RI | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | | |
| 374 | 926196 | OM TAYLOR 26-4 | 3210317 | RI | 0.00 | OK | Dewey | 26 | 19N | 17W | SEC 26-19N-17W | 35-043-21730 | |
| 375 | 944487 | OM TAYLOR 26-2 | 3210317 | RI | 0.00 | OK | Dewey | 26 | 19N | 17W | SEC 26-19N-17W | 35-043-20702 | |
| 376 | 944488 | OM TAYLOR 26-3 | 3210317 | RI | 0.00 | OK | Dewey | 26 | 19N | 17W | SEC 26-19N-17W | 35-043-20712 | |
| 377 | 926015 | COLLIER 4 | 3210309 | UC | 0.00 | OK | Dewey | 22 | 17N | 18W | SEC 22-17N-18W | | |
| 378 | 3220118 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 9 | 17N | 22W | SEC 9-17N-22W SE/4 | | |
| 379 | 3220126 | MINERAL INTEREST | | MI | 320.00 | OK | Ellis | 10 | 17N | 22W | SEC 10-17N-22W S/2 | | |
| 380 | 3220134 | MINERAL INTEREST | | MI | 240.00 | OK | Ellis | 15 | 17N | 22W | SEC 15-17N-22W N/2 NE/4; SW/4 NE/4; N/2 NW/4; SE/4 NW/4 | | |
| 381 | 3220175 | MINERAL INTEREST | | MI | 640.00 | OK | Ellis | 16 | 17N | 22W | SEC 16-17N-22W | | |
| 382 | 3220183 | MINERAL INTEREST | | MI | 480.00 | OK | Ellis | 17 | 17N | 22W | 17N-22W S/2 NE/4 SEC 17-17N-22W S/2 NW/4 SEC 17-17N-22W NW/4 NW/4 SEC 17-17N-22W SE/4 | | |
| 383 | 3220233 | MINERAL INTEREST | | MI | 400.00 | OK | Ellis | 20 | 17N | 22W | SEC 20-17N-22W N/2; N/2 SE/4 | | |
| 384 | 3220258 | MINERAL INTEREST | | MI | 520.00 | OK | Ellis | 21 | 17N | 22W | SEC 21-17N-22W N/2; N/2 S/2; SE/4 SE/4 | | |
| 385 | 3220282 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 22 | 17N | 22W | SEC 22-17N-22W W/2 W/2 | | |
| 386 | 3220290 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W E/2 SW/4; W/2 SE/4 | | |
| 387 | 3220316 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 3 | 18N | 22W | SEC 3-18N-22W S/2 NW/4; N/2 SW/4 | | |
| 388 | 3220332 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 7 | 18N | 23W | SEC 7-18N-23W Lots 1,2; E/2 NW/4 | | |
| 389 | 3220357 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W NW/4 | | |
| 390 | 3220365 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 27 | 19N | 23W | SEC 27-19N-23W SW/4 | | |
| 391 | 3220373 | MINERAL INTEREST | | MI | 280.00 | OK | Ellis | 33 | 20N | 26W | SEC 33-20N-26W Lots 1,2,8; NW/4 | | |
| 392 | 3220399 | MINERAL INTEREST | | MI | 80.00 | OK | Ellis | 34 | 23N | 23W | SEC 34-23N-23W NW/4 SE/4; SW/4 NE/4 | | |
| 393 | 3220415 | MINERAL INTEREST | | MI | 160.00 | OK | Ellis | 28 | 24N | 24W | SEC 28-24N-24W S/2 NE/4; N/2 SE/4 | | |
| 394 | 3840608 | MINERAL INTEREST | | MI | 640.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W | | |
| 395 | 925530 | KAISER 2H-9 | 3220118 | RI | 0.00 | OK | Ellis | 9 | 17N | 22W | SEC 9-17N-22W | 35-045-22882 | |
| 396 | 925531 | MONTY 1H-15 | 3220134 | RI | 0.00 | OK | Ellis | 15 | 17N | 22W | SEC 15-17N-22W | 35-045-22900 | |
| 397 | 925532 | WIL E COYOTE 10-1HCGV | 3220126 | RI | 0.00 | OK | Ellis | 10 | 17N | 22W | SEC 10-17N-22W | 35-045-22857 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 398 | 925533 | MULLIGAN 16-2V | 3220175 | RI | 0.00 | OK | Ellis | 16 | 17N | 22W | SEC 16-17N-22W | 35-045-22986 | |
| 399 | 925534 | WAGS 21-2V | 3220258 | RI | 0.00 | OK | Ellis | 21 | 17N | 22W | SEC 21-17N-22W | 35-045-22985 | |
| 400 | 925535 | WIL E COYOTE 2H-10 | 3220126 | RI | 0.00 | OK | Ellis | 10 | 17N | 22W | SEC 10-17N-22W | 35-045-23396 | |
| 401 | 925536 | KAISER 3H-9 | 3220118 | RI | 0.00 | OK | Ellis | 9 | 17N | 22W | SEC 9-17N-22W | 35-045-23420 | |
| 402 | 925537 | WIL E COYOTE 1722 3H-10 | 3220126 | RI | 0.00 | OK | Ellis | 10 | 17N | 22W | SEC 10-17N-22W | | |
| 403 | 925538 | KAISER 1722 4H-9 | 3220118 | RI | 0.00 | OK | Ellis | 9 | 17N | 22W | SEC 9-17N-22W | | |
| 404 | 925539 | MONTY 1722 4H-15 T C | 3220134 | RI | 0.00 | OK | Ellis | 15 | 17N | 22W | SEC 15-17N-22W | 35-045-23466 | |
| 405 | 925540 | MONTY 1722 5H-15 TD | 3220134 | RI | 0.00 | OK | Ellis | 15 | 17N | 22W | SEC 15-17N-22W | 35-045-23474 | |
| 406 | 925541 | GARNER TRUST 1-7 | 3220332 | RI | 641.48 | OK | Ellis | 7 | 18N | 23W | SEC 7-18N-23W | 35-045-22823 | |
| 407 | 925699 | SUTTER E009 | 3220399 | RI | 0.00 | OK | Ellis | 34 | 23N | 23W | SEC 34-23N-23W | 35-045-20366 | |
| 408 | 925769 | DUNN 01-27 | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-22069 | |
| 409 | 925770 | DUNN 02-27 | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-0415-22092 | |
| 410 | 925771 | DUNN 03-27 | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-22129 | |
| 411 | 925772 | DUNN 04-27 | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-22334 | |
| 412 | 925773 | DUNN 05-27 | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | | |
| 413 | 925774 | DUNN 06-27H | 3220290 | RI | 2.50 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-23086 | |
| 414 | 925775 | DUNN 07-27H | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-23350 | |
| 415 | 925777 | DUNN 8-27H | 3220290 | RI | 0.00 | OK | Ellis | 27 | 17N | 24W | SEC 27-17N-24W | 35-045-23425 | |
| 416 | 925839 | JAZZ 22 1H | 3220282 | RI | 640.00 | OK | Ellis | 22 | 17N | 22W | SEC 22-17N-22W | 35-045-23146 | |
| 417 | 925840 | JAZZ 22 2H | 3220282 | RI | 640.00 | OK | Ellis | 22 | 17N | 22W | SEC 22-17N-22W | 35-045-23190 | |
| 418 | 925919 | BETTY 1H | 3220373 | RI | 0.00 | OK | Ellis | 33 | 20N | 26W | SEC 33-20N-26W | 35-045-23132 | |
| 419 | 925920 | LSS 33-20-26 1H | 3220373 | RI | 640.16 | OK | Ellis | 33 | 20N | 26W | SEC 33-20N-26W | 35-045-23371 | |
| 420 | 925973 | GEORGE BERRYMAN B 2-21 | 3220357 | RI | 0.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W | 35-045-21138 | |
| 421 | 925975 | GEORGE BERRYMAN B 4-21 | 3220357 | RI | 0.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W | 35-0415-21193 | |
| 422 | 925977 | GEORGE BERRYMAN B 6-21 | 3220357 | RI | 0.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W | 35-045-21243 | |
| 423 | 926029 | DUGGER 2-28 | 3220415 | RI | 0.00 | OK | Ellis | 28 | 24N | 24W | SEC 28-24N-24W | 35-045-22548 | |
| 424 | 926086 | MILLER 1-3 | 3220316 | RI | 0.00 | OK | Ellis | 3 | 18N | 22W | SEC 3-18N-22W | 35-045-20897 | |
| 425 | 926154 | GARTH 1-27H | 3840608 | RI | 480.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W  W/2; SE/4 | 35-045-22552 | |
| 426 | 926155 | GARTH 3-27H | 3840608 | RI | 80.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W  W/2 SE/4 | 35-045-22781 | |
| 427 | 926156 | MGS 27-21-26 1H | 3840608 | RI | 0.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W | 35-045-23365 | |
| 428 | 926312 | GARTH 2-27H | 3840608 | RI | 480.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W  W/2; SE/4 | 35-045-22591 | |
| 429 | 943766 | SHARPSHOOTER 1H-17 | 3220183 | RI | 0.00 | OK | Ellis | 17 | 17N | 22W | SEC 17-17N-22W | 35-045-23629 | |
| 430 | 945864 | MILLER & SON 1H-9 | 3220118 | RI | 0.00 | OK | Ellis | | | | SEC 9-17N-22W | 3504523650 | |
| 431 | 925994 | LOIS BROWN 27-2 | 3840608 | SI | 0.00 | OK | Ellis | 27 | 21N | 26W | SEC 27-21N-26W | | |
| 432 | 925974 | GEORGE BERRYMAN B 3-21 | 3220357 | UC | 0.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W | 35-045-21165 | |
| 433 | 925976 | GEORGE BERRYMAN B 5-21 | 3220357 | UC | 0.00 | OK | Ellis | 21 | 19N | 23W | SEC 21-19N-23W | 35-045-21194 | |
| 434 | 926028 | DUGGER 1-28 | 3220415 | UC | 0.00 | OK | Ellis | 28 | 24N | 24W | SEC 28-24N-24W | 35-045-20610 | |
| 435 | 926339 | HOHWEILER 2-34 | 3220399 | UC | 0.00 | OK | Ellis | 34 | 23N | 23W | SEC 34-23N-23W | 35-045-22431 | |
| 436 | 3231222 | MINERAL INTEREST | | MI | 160.00 | OK | Garfield | | | | SEC 28/21N-4W  NW/4 | | 1 net mineral acre interest |
| 437 | 3231230 | MINERAL INTEREST | | MI | 160.00 | OK | Garfield | 12 | 21N | 3W | SEC 12-21N-3W  SW/4 | | |
| 438 | 3231248 | MINERAL INTEREST | | MI | 80.00 | OK | Garfield | 25 | 21N | 3W | SEC 25-21N-3W  E/2 SE/4 | | |
| 439 | 3231255 | MINERAL INTEREST | | MI | 80.00 | OK | Garfield | 28 | 21N | 6W | SEC 28-21N-6W  S/2 SW/4 | | |
| 440 | 3231263 | MINERAL INTEREST | | MI | 160.00 | OK | Garfield | 33 | 21N | 6W | SEC 33-21N-6W  NE/4 | | |
| 441 | 3231271 | MINERAL INTEREST | | MI | 160.00 | OK | Garfield | 34 | 21N | 6W | SEC 34-21N-6W  NE/4 | | |
| 442 | 926161 | SEBRANEK 12-21N-03W 1MH | 3231230 | RI | 0.00 | OK | Garfield | 12 | 21N | 3W | SEC 12-21N-3W | 35-047-24861 | |
| 443 | 926162 | TOMCAT 1-12H | 3231230 | RI | 0.00 | OK | Garfield | 12 | 21N | 3W | SEC 12-21N-3W | 35-047-24637 | |
| 444 | 926249 | SCHMIDT | 3231230 | RI | 0.00 | OK | Garfield | 12 | 21N | 3W | SEC 12-21N-3W | | |
| 445 | 944474 | SEMRAD 1-33 | 3231263 | UC | 0.00 | OK | Garfield | 33 | 21N | 6W | SEC 33-21N-6W | | |
| 446 | 3242526 | MINERAL INTEREST | | MI | 240.00 | OK | Garvin | 33 | 3N | 1E | SEC 33-3N-1E   S/2 NE/4 SEC 33-3N-1E   SE/4 | | undivided 1/240th mineral interest |
| 447 | 3242542 | MINERAL INTEREST | | MI | 212.57 | OK | Garvin | 3 | 4N | 2E | 4N-2E  S 20  of Lot 4 SEC 3-4N-2E   NW/4 SE/4 NW/4 SEC 3-4N-2E N/2 SW/4 NW/4 SEC 3-4N-2E  SW/4 SW/4 NW/4 SEC 3-4N-2E  W/2 | | undivided 1/4th mineral interest |
| 448 | 3242641 | MINERAL INTEREST | | MI | 20.00 | OK | Garvin | 4 | 4N | 2E | SEC 4-4N-2E  E/2 SE/4 SE/4 lying E of the railroad | | mineral interest |
| 449 | 3242658 | MINERAL INTEREST | | MI | 210.00 | OK | Garvin | 6 | 1N | 1E | SW/4 SW/4 NE/4 SEC 6-1N-1E  E/2 SE/4 SEC 6-1N-1E  NW/4 SE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 450 | 3242716 | MINERAL INTEREST | | MI | 60.00 | OK | Garvin | 16 | 2N | 2W | SEC 16-2N-2W  NE/4 SE/4; E/2 SE/4 SE/4 | | |
| 451 | 3242732 | MINERAL INTEREST | | MI | 60.00 | OK | Garvin | 4 | 3N | 1E | SEC 4-3N-1E  Lot 3; N/2 SE/4 NW/4 | | |
| 452 | 3242757 | MINERAL INTEREST | | MI | 80.00 | OK | Garvin | 18 | 3N | 1W | SEC 18-3N-1W  S/2 SE/4 | | |
| 453 | 3242765 | MINERAL INTEREST | | MI | 80.00 | OK | Garvin | 19 | 3N | 1W | SEC 19-3N-1W  N/2 NE/4 | | |
| 454 | 3242773 | MINERAL INTEREST | | MI | 80.00 | OK | Garvin | 1 | 3N | 2W | SEC 1-3N-2W  S/2 SW/4 | | |
| 455 | 3242781 | MINERAL INTEREST | | MI | 120.00 | OK | Garvin | 2 | 3N | 2W | SEC 2-3N-2W  N/2 SW/4; NW/4 SE/4 | | |
| 456 | 3242807 | MINERAL INTEREST | | MI | 400.00 | OK | Garvin | 12 | 3N | 2W | SEC 4 SE/4 SEC 12-3N-2W  W/2 SW/4 SEC 12-3N-2W  E/2 SE/4 SE/4; SW/4 SE/4 SE/4 | | |
| 457 | 3242872 | MINERAL INTEREST | | MI | 170.00 | OK | Garvin | 13 | 3N | 2W | SEC 13-3N-2W  N/2 NE/4 NE/4; SW/4 NE/4 NE/4; NW/4 NE/4 SEC 13-3N-2W  SW/4 NW/4; S/2 SE/4 NW/4; NW/4 SE/4 NW/4 | | |
| 458 | 3242930 | MINERAL INTEREST | | MI | 170.00 | OK | Garvin | 16 | 3N | 2E | 3N-2E  N/2 NE/4 SW/4 SEC 16-3N-2E  NE/4 NW/4 SW/4 SEC 16-3N-2E  SE/4 SW/4 NW/4 SEC 16-3N-2E  SE/4 NW/4 SW/4 SEC 16-3N-2E  S/2 3W  S/2 NW/4 SW/4 SEC 24-3N-3W  N/2 S/2 SE/4 SEC 24-3N-3W | | |
| 459 | 3243011 | MINERAL INTEREST | | MI | 190.00 | OK | Garvin | 24 | 3N | 3W | SEC 25-3N-3W  NW/4 NW/4 | | |
| 460 | 3243060 | MINERAL INTEREST | | MI | 40.00 | OK | Garvin | 25 | 3N | 3W | | | |
| 461 | 3243078 | MINERAL INTEREST | | MI | 106.46 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W  SW 10 acres of Lot 3; Lot 4; SW/4 NW/4 SEC 2-3N-4W  W/2 SE/4 NW/4 less 3.54 acres of the SW corner | | |
| 462 | 3243102 | MINERAL INTEREST | | MI | 100.00 | OK | Garvin | 34 | 3N | 4W | SEC 34-3N-4W  S/2 SE/4 NE/4; E/2 SE/4 | | |
| 463 | 3243128 | MINERAL INTEREST | | MI | 20.00 | OK | Garvin | 35 | 3N | 4W | SEC 35-3N-4W  E/2 NE/4 NW/4 | | |
| 464 | 3243136 | MINERAL INTEREST | | MI | 200.00 | OK | Garvin | 14 | 4N | 1W | 1W  S/2 NE/4 SW/4 SEC 14-4N-1W  NW/4 SE/4 SEC 14-4N-1W  SW/4 NE/4 SE/4 SEC 14-4N-1W  NW/4 SE/4 SE/4 | | |
| 465 | 3243193 | MINERAL INTEREST | | MI | 120.00 | OK | Garvin | 8 | 4N | 2E | SEC 8-4N-2E  SE/4 SW/4 | | |
| 466 | 3243219 | MINERAL INTEREST | | MI | 40.00 | OK | Garvin | 17 | 4N | 2E | SEC 17-4N-2E  E/2 NE/4 NW/4; W/2 NW/4 NE/4 | | |
| 467 | 3243235 | MINERAL INTEREST | | MI | 220.00 | OK | Garvin | 27 | 4N | 2W | SEC 27-4N-2W  S/2 NW/4 NW/4 SW/4 SEC 27-4N-2W  S/2 NW/4 SEC 27-4N-2W  N/2 S/2 SW/4 | | |
| 468 | 3243276 | MINERAL INTEREST | | MI | 240.00 | OK | Garvin | 10 | 4N | 3E | SEC 10-4N-3E  S/2 NW/4; SW/4 | | |
| 469 | 3243656 | MINERAL INTEREST | | MI | 220.00 | OK | Garvin | 10 | 3N | 3W | 10-3N-3W  N/2 NE/4 SW/4 SEC 10-3N-3W  NW/4 SW/4 SEC 10-3N-3W  SW/4 SW/4 NW/4; N/2 NW/4 SW/4 SEC 10-3N-3W  SW/4 SW/4 | | |
| 470 | 926440 | MINERAL INTEREST | | MI | 110.00 | OK | Garvin | 21 | 1N | 3W | SEC 21-1N-3W  NE/4 NE/4 NE/4; S/2 NW/4 NE/4; SW/4 NE/4; W/2 SE/4 NE/4 E/2 NE/4 SE/4 | | 6/110ths mineral interest |
| 471 | 925608 | TINA 1H-26X | 3243128 | RI | 0.00 | OK | Garvin | 26 | 3N | 4W | SEC 26-3N-4W SEC 35-3N-4W | | |
| 472 | 925609 | BRIAR 2H-35X | 3243128 | RI | 0.00 | OK | Garvin | 35 | 3N | 4W | SEC 35-3N-4W | 35-137-27161 | |
| 473 | 925610 | BRIAR 4H-35X | 3243128 | RI | 0.00 | OK | Garvin | 35 | 3N | 4W | SEC 35-3N-4W | 35-137-27158 | |
| 474 | 925656 | GRACE A 02 10.1 | 3243656 | RI | 0.00 | OK | Garvin | 10 | 3N | 3W | SEC 10-3N-3W | 35-049-24134 | |
| 475 | 925657 | MCCASKILL A 01 24.1 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W  W/2 SW/4 | 35-049-22307 | |
| 476 | 925658 | MCCASKILL A 02 24.1 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W  W/2 SW/4 | 35-049-24053 | |
| 477 | 925659 | MCCASKILL B 02 24.1 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W  E/2 SW/4 | 35-049-24048 | |
| 478 | 925660 | MCCASKILL C 01 24.1 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W  W/2 SE/4 | 35-049-22582 | |
| 479 | 925661 | MCCASKILL C 01 24.2 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W | | |
| 480 | 925662 | MCCASKILL C 02 24.1 | 3243011 | RI | 80.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W  W/2 SE/4 | 35-049-24059 | |
| 481 | 925663 | SANFORD D 02 10.1 | | RI | 0.00 | OK | Garvin | 13 | 3N | 2W | SEC 13-3N-2W | | |
| 482 | 925664 | TERRY A 01 25.1 | 3243060 | RI | 80.00 | OK | Garvin | 25 | 3N | 3W | SEC 25-3N-3W  W/2 NW/4 | 35-049-22150 | |
| 483 | 925665 | TERRY A 02 25.1 | 3243060 | RI | 80.00 | OK | Garvin | 25 | 3N | 3W | SEC 25-3N-3W  W/2 NW/4 | 35-049-24028 | |
| 484 | 925794 | 3R 1-34H | 3243102 | RI | 640.00 | OK | Garvin | 34 | 3N | 4W | SEC 34-3N-4W | | |
| 485 | 925836 | GRACE A 1-10 | 3243656 | RI | 0.00 | OK | Garvin | 10 | 3N | 3W | SEC 10-3N-3W | 35-049-23167 | |
| 486 | 925845 | CABERNET 1-13 FKA JUSTICE 1-13 | 350234 | RI | 0.00 | OK | Garvin | 13 | 14N | 11W | SEC 13-14N-11W | 35-011-23381 | |
| 487 | 925883 | HOWARD 1 | 3243235 | RI | 40.00 | OK | Garvin | 27 | 4N | 2W | SEC 27-4N-2W  SE/4 SW/4 | 35-049-22022 | |
| 488 | 925934 | MISS GRACIE 1-18 | 3242757 | RI | 40.00 | OK | Garvin | 18 | 3N | 1W | SEC 18-3N-1W  SW/4 SE/4 | 35-049-24757 | |
| 489 | 925971 | BECK UNIT 1-35 | 3243128 | RI | 640.00 | OK | Garvin | 35 | 3N | 4W | SEC 35-3N-4W | 35-049-24526 | |
| 490 | 926002 | CARNELL 3-12 | 3242807 | RI | 40.00 | OK | Garvin | 12 | 3N | 2W | SEC 12-3N-2W  SW/4 SW/4 | 35-049-22432 | |
| 491 | 926087 | NEPHU I13 I14 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 492 | 926088 | NEPHU J13 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 493 | 926089 | NEPHU J14 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 494 | 926090 | NEPSU J-13 (WI) | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 495 | 926091 | NEPSU J-14 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 496 | 926092 | NEPSU I13 I14 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 497 | 926093 | REV | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 498 | 926094 | SEBSSU A M11 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 499 | 926095 | SEBSSU A N11 | 3243078 | RI | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 500 | 926106 | SIMMONS 01 | | RI | 0.00 | OK | Garvin | 2 | 3N | 2E | SEC 2-3N-2E | 35-049-22322 | |

| | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 501 | 926115 | NE ELMORE TRACT 44 | 3242716 | RI | 40.00 | OK | Garvin | 16 | 2N | 2W | SEC 16-2N-2W  NE/4 SE/4 | | |
| 502 | 926116 | NE ELMORE TRACT 52 | 3242716 | RI | 40.00 | OK | Garvin | 16 | 2N | 2W | SEC 16-2N-2W  SE/4 SE/4 | | |
| 503 | 926359 | MAGGIE KAY 1-24 | 3243011 | RI | 0.00 | OK | Garvin | 24 | 3N | 3W | SEC 24-3N-3W | 35-049-22671 | |
| 504 | 926363 | MAZIE "A" 1 | 3243102 | RI | 0.00 | OK | Garvin | 34 | 3N | 4W | SEC 34-3N-4W | 3504923145 | |
| 505 | 928964 | PERRY NED 44 | | RI | 0.00 | OK | Garvin | | | | | | |
| 506 | 928965 | HOFFMAN-OLIVER NED 52 | 3242716 | RI | 0.00 | OK | Garvin | | | | SEC 16-2N-2W | 3504936125 | |
| 507 | 944476 | WILLIE SMITH 12-2 | 3242807 | RI | 0.00 | OK | Garvin | 12 | 3N | 2W | SEC 12-3N-2W | | |
| 508 | 899135 | W B SMITH #2-13 | 3242872 | UC | 640.00 | OK | Garvin | 13 | 3N | 2W | SEC 13-3N-2W  NE/4 NE/4 | 35-049-21563 | |
| 509 | 926364 | MCCARTHEY 1-18 | | UC | 0.00 | OK | Garvin | 18 | 10N | 5W | SEC 18-10N-5W | | |
| 510 | 926378 | NE PURDY PLANT REV | 3243078 | UC | 0.00 | OK | Garvin | 2 | 3N | 4W | SEC 2-3N-4W | | |
| 511 | 31877169 | MINERAL INTEREST | | MI | 40.00 | OK | Grady | 17 | 10N | 5W | SEC 17-10N-5W  Lot 4 | | |
| 512 | 3252509 | MINERAL INTEREST | | MI | 160.00 | OK | Grady | 9 | 7N | 8W | SEC 9-7N-8W  NW/4 | | |
| 513 | 3252517 | MINERAL INTEREST | | MI | 160.00 | OK | Grady | 30 | 10N | 8W | SEC 30-10N-8W  NE/4 | | undivided 1/16th mineral interest |
| 514 | 3252525 | MINERAL INTEREST | | MI | 80.00 | OK | Grady | 35 | 3N | 8W | SEC 35-3N-8W  S/2 SW/4 | | |
| 515 | 3252533 | MINERAL INTEREST | | MI | 100.00 | OK | Grady | 3 | 4N | 5W | SEC 3-4N-5W  Lot 2; SW/4 NE/4; E/2 SE/4 NW/4 | | |
| 516 | 3252566 | MINERAL INTEREST | | MI | 80.00 | OK | Grady | 11 | 4N | 5W | SEC 11-4N-5W  W/2 NE/4 | | |
| 517 | 3252574 | MINERAL INTEREST | | MI | 160.00 | OK | Grady | 30 | 4N | 8W | SEC 30-4N-8W  SE/4 | | |
| 518 | 3252582 | MINERAL INTEREST | | MI | 160.00 | OK | Grady | 33 | 4N | 8W | SEC 33-4N-8W  NE/4 | | |
| 519 | 3252590 | MINERAL INTEREST | | MI | 360.00 | OK | Grady | 22 | 9N | 5W | SEC 22-9N-5W  SE/4 SEC 22-9N-5W  E/2 SW/4 NW/4 SEC 22-9N-5W SE/4 NW/4 SEC 22-9N-5W  SW/4 NE/4 SEC 22-9N-5W  W/2 SW/4 SEC 22-9N-5W  W/2 NE/4 SW/4 | | |
| 520 | 3252657 | MINERAL INTEREST | | MI | 160.75 | OK | Grady | 17 | 9N | 7W | SEC 17-9N-7W  Lot 16; W/2 NW/4; NW/4 SW/4; NE/4 SW/4 SW/4 & SE/4 SW/4 | | |
| 521 | 3252699 | MINERAL INTEREST | | MI | 540.00 | OK | Grady | 23 | 10N | 6W | 6W  NE/4 NW/4 (ADA Lot 1) SEC 23-10N-6W  S/2 NW/4 SEC 23-10N-6W  SE/4 SEC 23-10N-6W  N/2 SE/4 SEC 23-10N-6W  NE/4 | | |
| 522 | 3252756 | MINERAL INTEREST | | MI | 380.13 | OK | Grady | 24 | 10N | 6W | 10N-6W  S/2 SW/4 NW/4 SEC 24-10N-6W  S/2 SE/4 NW/4; NE/4 SW/4; E/2 NW/4 SW/4 Lying N & W of (Moore) SEC 24-10N-6W  NE/4 | | |
| 523 | 3252806 | MINERAL INTEREST | | MI | 280.00 | OK | Grady | 13 | 10N | 6W | SEC 13-10N-6W  Lots 9,10,11,12 SEC 13-10N-6W  SE/4 SW/4; S/2 SE/4 | | |
| 524 | 3252830 | MINERAL INTEREST | | MI | 272.94 | OK | Grady | 19 | 10N | 5W | SEC 19-10N-5W  NW/4; Lot 2 8.83 acres (NW/4 SW/4 NW/4) SEC 19-10N-5W  N/2 NE/4 NW/4 less 2.76 acres for railway right-of-way SEC | | |
| 525 | 3253168 | MINERAL INTEREST | | MI | 160.00 | OK | Grady | 35 | 3N | 5W | SEC 35-3N-5W  E/2 SE/4; SW/4 SE/4; NE/4 SW/4 | | |
| 526 | 3253200 | MINERAL INTEREST | | MI | 120.00 | OK | Grady | 14 | 10N | 6W | SEC 14-10N-6W  Lots 9,10,11 | | |
| 527 | 926163 | MINERAL INTEREST | | MI | 220.00 | OK | Grady | 18 | 6N | 7W | SEC 18-6N-7W  NE/4; N/2 NE/4 SE/4; NW/4 SE/4 Donor:  Other 18-10N-5W  W/2 Lot 14; Lots 10,11 SEC 18-10N-5W  Lot 4 SEC 18- | | |
| 528 | 926226 | MINERAL INTEREST | | MI | 320.00 | OK | Grady | 18 | 10N | 5W | 10N-5W  E/2 Lot 14; Lots 15,16 SEC 18-10N-5W  E/2 SW/4 SE/4 | | |
| 529 | 899019 | JACKSON 25-24-10-6 1XH | 3252756 | RI | 0.00 | OK | Grady | 24 | 10N | 6W | SEC 24-10N-6W | | |
| 530 | 925602 | FREDA 1-11 | 3252566 | RI | 0.00 | OK | Grady | 11 | 4N | 5W | SEC 11-4N-5W | 35-051-23160 | |
| 531 | 925603 | DOWNING 2-11 | 3252566 | RI | 0.00 | OK | Grady | 11 | 4N | 5W | SEC 11-4N-5W | 35-051-22989 | |
| 532 | 925655 | BRAUM 1-18 | 926226 | RI | 256.66 | OK | Grady | 18 | 10N | 5W | Railroad Right-of-Way W/2 of Lots 4,5,7,8,14 lying within the SW/4 .67 acres SE/4 SW/4 | 35-051-22443 | |
| 533 | 925682 | MCNEFF 6-24 | 3252830 | RI | 0.00 | OK | Grady | 19 | 10N | 5W | SEC 19-10N-5W | | |
| 534 | 925748 | MARY 1-18PH | 926163 | RI | 638.20 | OK | Grady | 18 | 6N | 7W | SEC 18-6N-7W | 35-051-23898 | |
| 535 | 925783 | HARDESTY 2-13 | 3252806 | RI | 160.00 | OK | Grady | 13 | 10N | 6W | SEC 13-10N-6W  SW/4 | 35-017-22668 | |
| 536 | 925784 | THELMA 1-23 | 3252699 | RI | 0.00 | OK | Grady | 23 | 10N | 6W | SEC 23-10N-6W | 35-051-21548 | |
| 537 | 925785 | HARDESTY 1-18 | 926226 | RI | 0.00 | OK | Grady | 18 | 10N | 5W | SEC 18-10N-5W | 35-051-21565 | |
| 538 | 925786 | BRAUM 1-24 | 3252756 | RI | 0.00 | OK | Grady | 24 | 10N | 6W | SEC 24-10N-6W | 35-051-22372 | |
| 539 | 925787 | SKAGGS 1-24 | 3252756 | RI | 0.00 | OK | Grady | 24 | 10N | 6W | SEC 24-10N-6W | | |
| 540 | 925788 | BRAUM 1-23 | 3252699 | RI | 0.00 | OK | Grady | 23 | 10N | 6W | SEC 23-10N-6W | 35-051-22509 | |
| 541 | 925789 | MCCARTHY 1-22 | 3252590 | RI | 0.00 | OK | Grady | 22 | 9N | 5W | SEC 22-9N-5W | 35-051-22728 | |
| 542 | 925790 | THELMA 2-23 | 3252699 | RI | 0.00 | OK | Grady | 23 | 10N | 6W | SEC 23-10N-6W | 35-051-23014 | |
| 543 | 925791 | BRAUM 2-23 | 3252699 | RI | 0.00 | OK | Grady | 23 | 10N | 6W | SEC 23-10N-6W | 35-051-23179 | |
| 544 | 925792 | ROBINETT 1-24D | 3252756 | RI | 0.00 | OK | Grady | 24 | 10N | 6W | SEC 24-10N-6W | 35-051-23238 | |
| 545 | 925793 | BRAUM 2-24 | 3252756 | RI | 0.00 | OK | Grady | 24 | 10N | 6W | SEC 24-10N-6W | 35-051-23430 | |
| 546 | 925872 | BRAUM 1-14 | 3253200 | RI | 0.00 | OK | Grady | 14 | 10N | 6W | SEC 14-10N-6W | 35-051-23119 | |
| 547 | 925938 | ADAMS C-1 | 3252566 | RI | 0.00 | OK | Grady | 11 | 4N | 5W | SEC 11-4N-5W | | |
| 548 | 926234 | TURNER 1-35H | 3253168 | RI | 0.00 | OK | Grady | 35 | 3N | 5W | SEC 35-3N-5W | | |
| 549 | 926235 | BRAGG 2-35X02H | 3253168 | RI | 0.00 | OK | Grady | 35 | 3N | 5W | SEC 35-3N-5W | 35-051-24000 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 550 | 926236 | BRAGG 3-35X02H | 3253168 | RI | 0.00 | OK | Grady | 35 | 3N | 5W | SEC 35-3N-5W | 35-051-24001 | |
| 551 | 926297 | KEELER 1-3 | 3252533 | RI | 0.00 | OK | Grady | 3 | 4N | 5W | SEC 3-4N-5W | 35-051-22433 | |
| 552 | 944525 | OSBORN 1H-19 | 3252830 | RI | 0.00 | OK | Grady | 19 | 10N | 5W | SEC 19-10N-5W | | |
| 553 | 944554 | HUFFMAN 1H-30-19 | 3252830 | RI | 0.00 | OK | Grady | 30 | 10N | 5W | SEC 30-10N-5W | 35-051-24026 | |
| 554 | 944555 | HUFFMAN 2H-30-19 | 3252830 | RI | 0.00 | OK | Grady | 30 | 10N | 5W | SEC 30-10N-5W | 35-051-24036 | |
| 555 | 945655 | DREAM COOLER 13-12-10-6 2XH | 3252756 | RI | 0.00 | OK | Grady | | | | SEC 12-10N-6W | 3505124081 | |
| 556 | 945695 | CUADRILLA 1-13-10WXH | | RI | 0.00 | OK | Grady | | | | SEC 10-4N-5W | 3505124096 | |
| 557 | 925937 | ABERNATHY A 1-35 | 3253168 | UC | 0.00 | OK | Grady | 35 | 3N | 5W | SEC 35-3N-5W | 35-051-21783 | |
| 558 | 926369 | MCNEFF 5-19 | 3252830 | UC | 0.00 | OK | Grady | 19 | 10N | 5W | SEC 19-10N-5W | 35-051-21632 | |
| 559 | 944497 | WHITING 1 | | UC | 0.00 | OK | Grady | 24 | 6N | 7W | SEC 24-6N-7W | 35-051-20759 | |
| 560 | 3260023 | MINERAL INTEREST | | MI | 160.00 | OK | Grant | 6 | 28N | 3W | SEC 6-28N-3W   SE/4   non-participating as to bonuses & rentals | | |
| 561 | 3280054 | MINERAL INTEREST | | MI | 160.00 | OK | Harmon | 22 | 1N | 25W | SEC 22-1N-25W  NW/4 | | |
| 562 | 3280062 | MINERAL INTEREST | | MI | 80.00 | OK | Harmon | 19 | 2N | 6W | SEC 19-2N-6W  E/2 SE/4 | | |
| 563 | 3280070 | MINERAL INTEREST | | MI | 80.00 | OK | Harmon | 20 | 2N | 26W | SEC 20-2N-26W  W/2 SW/4 | | |
| 564 | 3280088 | MINERAL INTEREST | | MI | 160.00 | OK | Harmon | 32 | 2N | 6W | SEC 32-2N-6W  NW/4 | | |
| 565 | 3280096 | MINERAL INTEREST | | MI | 160.00 | OK | Harmon | 24 | 2N | 27W | SEC 24-2N-27W  SW/4 | | |
| 566 | 3280104 | MINERAL INTEREST | | MI | 80.00 | OK | Harmon | 25 | 2N | 27W | SEC 25-2N-27W  W/2 NE/4 | | |
| 567 | 3280112 | MINERAL INTEREST | | MI | 80.00 | OK | Harmon | 23 | 3N | 24W | SEC 23-3N-24W  W/2 SW/4 | | |
| 568 | 3290228 | MINERAL INTEREST | | MI | 320.00 | OK | Harper | 36 | 27N | 23W | SEC 36-27N-23W  S/2 | | |
| 569 | 3290236 | MINERAL INTEREST | | MI | 320.00 | OK | Harper | 24 | 28N | 23W | SEC 24-28N-23W  N/2 | | |
| 570 | 3290244 | MINERAL INTEREST | | MI | 160.00 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W  Lots 1,2; E/2 SW/4 | | |
| 571 | 926272 | LAUER 1-31 | | RI | 0.00 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W | | |
| 572 | 926273 | WAUGH 2-31 | | RI | 0.00 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W | 35-059-22483 | |
| 573 | 926274 | WAUGH 1-31 | | RI | 0.00 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W | 35-059-22160 | |
| 574 | 926275 | ROBERTSON 1-31H | | RI | 0.00 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W | 35-059-22546 | |
| 575 | 926322 | HALE 1-31R | | UC | 2.50 | OK | Harper | 31 | 28N | 23W | SEC 31-28N-23W  NE/4 SW/4 NE/4 NE/4 | 35-059-22452 | |
| 576 | 3310471 | MINERAL INTEREST | | MI | 40.00 | OK | Hughes | 2 | 6N | 8E | SEC 2-6N-8E  SE/4 SE/4 | | |
| 577 | 3310489 | MINERAL INTEREST | | MI | 40.00 | OK | Hughes | 20 | 6N | 8E | SEC 20-6N-8E  SW/4 NE/4     Seminole County | | |
| 578 | 3310497 | MINERAL INTEREST | | MI | 30.00 | OK | Hughes | 28 | 6N | 8E | SEC 28-6N-8E  N/2 NW/4 NW/4; N/2 S/2 NW/4 NW/4 | | |
| 579 | 3310513 | MINERAL INTEREST | | MI | 40.00 | OK | Hughes | 4 | 7N | 8E | SEC 4-7N-8E  NW/4 NE/4 | | |
| 580 | 3310521 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 15 | 7N | 8E | SEC 15-7N-8E  SW/4 | | |
| 581 | 3310539 | MINERAL INTEREST | | MI | 40.00 | OK | Hughes | 34 | 7N | 8E | SEC 34-7N-8E  NW/4 NW/4 | | |
| 582 | 3310547 | MINERAL INTEREST | | MI | 40.00 | OK | Hughes | 16 | 7N | 9E | SEC 16-7N-9E  NW/4 SW/4 | | |
| 583 | 3310554 | MINERAL INTEREST | | MI | 97.67 | OK | Hughes | 32 | 7N | 9E | SEC 32-7N-9E  SW/4 SE/4 less 3.45 acres SEC 32-7N-9E  E/2 E/2 E/2 SE/4 SW/4 SEC 32-7N-9E  NW/4 SE/4 less 1.88 acres | | |
| 584 | 3310588 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 24 | 7N | 11E | SEC 24-7N-11E  NE/4 | | |
| 585 | 3310596 | MINERAL INTEREST | | MI | 80.00 | OK | Hughes | 23 | 8N | 8E | SEC 23-8N-8E  W/2 SW/4 | | |
| 586 | 3310604 | MINERAL INTEREST | | MI | 135.00 | OK | Hughes | 26 | 8N | 8E | SEC 26-8N-8E  E/2 NW/4 SEC 26-8N-8E  NW/4 NW/4 SEC 26-8N-8E N/2 N/2 SW/4 NW/4 SEC 26-8N-8E  N/2 S/2 N/2 SW/4 NW/4 | | |
| 587 | 3310646 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 5 | 8N | 9E | SEC 5-8N-9E  SE/4 | | |
| 588 | 3310653 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 10 | 8N | 9E | SEC 10-8N-9E  SW/4 | | |
| 589 | 3310661 | MINERAL INTEREST | | MI | 80.00 | OK | Hughes | 12 | 8N | 9E | SEC 12-8N-9E  S/2 SE/4 | | |
| 590 | 3310679 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 13 | 8N | 9E | SEC 13-8N-9E  W/2 SW/4 SEC 13-8N-9E  E/2 SW/4 | | |
| 591 | 3310695 | MINERAL INTEREST | | MI | 80.00 | OK | Hughes | 29 | 8N | 9E | SEC 29-8N-9E  W/2 SE/4 | | |
| 592 | 3310703 | MINERAL INTEREST | | MI | 80.00 | OK | Hughes | 9 | 8N | 9E | SEC 9-8N-9E  W/2 SE/4 | | |
| 593 | 3310711 | MINERAL INTEREST | | MI | 160.00 | OK | Hughes | 24 | 9N | 9E | SEC 24-9N-9E  SE/4 | | |
| 594 | 925638 | LOUVRE 15-3H | | RI | 640.00 | OK | Hughes | 15 | 7N | 8E | SEC 15-7N-8E | 35-063-24509 | |
| 595 | 925756 | HUGHES BOOCH SAND UNIT | | RI | 557.50 | OK | Hughes | 2 | 6N | 8E | NE/4 NE/4 SE/4; S/2 NE/4 SE/4; W/2 NW/4 NE/4 SE/4; SE/4 NW/4 NE/4 SE/4; NW/4 SE/4 SE/4 SEC 11-6N-8E  NW/4; W/2 NE/4; NE/4 NE/4 | | |
| 596 | 926052 | GREENLEE 1-5 | | RI | 0.00 | OK | Hughes | 5 | 8N | 9E | SEC 5-8N-9E | 35-063-23349 | |
| 597 | 926077 | SCOTT 5 | | RI | 0.00 | OK | Hughes | 10 | 8N | 9E | SEC 10-8N-9E | 35-063-22141 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 598 | 926107 | GUTOWSKY GODFREY | 3310604 | RI | 0.00 | OK | Hughes | 26 | 8N | 8E | SEC 26-8N-8E | | |
| 599 | 926108 | HALL | | RI | 0.00 | OK | Hughes | 28 | 6N | 8E | SEC 28-6N-8E | | |
| 600 | 926382 | NOBLE 1 | | RI | 39.44 | OK | Hughes | 4 | 7N | 8E | SEC 4-7N-8E  Lot 2  NW/4 NE/4 | 35-063-20240 | |
| 601 | 944473 | SCOTT 3 | | RI | 0.00 | OK | Hughes | 10 | 8N | 9E | SEC 10-8N-9E | 35-063-00817 | |
| 602 | 926030 | DYLAN 1-24W | | SI | 0.00 | OK | Hughes | 24 | 7N | 11E | SEC 24-7N-11E | 35-063-23777 | |
| 603 | 926005 | CHAPMAN RANCH BOOCH | | UC | 0.00 | OK | Hughes | 16 | 7N | 9E | SEC 16-7N-9E | | |
| 604 | 926018 | CUMMINS | | UC | 0.00 | OK | Hughes | 29 | 8N | 9E | SEC 29-8N-9E | 35-063-20637 | |
| 605 | 926304 | FGM 02 | | UC | 0.00 | OK | Hughes | 23 | 8N | 8E | SEC 23-8N-8E | 35-063-24329 | |
| 606 | 945075 | CROOK | 3310711 | UC | 0.00 | OK | Hughes | 24 | 9N | 9E | SEC 24-9N-9E | | .0044824219 |
| 607 | 3320058 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 24 | 3N | 21W | SEC 24-3N-21W  NE/4 | | undivided 5/32nds mineral interest |
| 608 | 3320066 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 19 | 3N | 20W | SEC 19-3N-20W  NW/4 | | undivided 5/32nds mineral interest |
| 609 | 3320074 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 29 | 2N | 22W | SEC 29-2N-22W  W/2 SE/4 SEC 29-2N-22W  W/2 NW/4 | | undivided 1/3rd mineral interest |
| 610 | 3320090 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 17 | 1N | 20W | SEC 17-1N-20W  NE/4 | | |
| 611 | 3320108 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 5 | 1N | 23W | SEC 5-1N-23W  SE/4 | | |
| 612 | 3320116 | MINERAL INTEREST | | MI | 160.00 | OK | Jackson | 32 | 2N | 23W | SEC 32-2N-23W  SE/4 | | |
| 613 | 3331816 | MINERAL INTEREST | | MI | 160.00 | OK | Jefferson | 25 | 3S | 9W | SEC 25-3S-9W  SW/4 | | |
| 614 | 3340346 | MINERAL INTEREST | | MI | 100.00 | OK | Johnston | 25 | 2S | 8E | SEC 25-2S-8E  NW/4 NW/4 NW/4 SEC 25-2S-8E  S/2 NW/4 NW/4 SEC 25-2S-8E  NE/4 NE/4 SEC 25-2S-8E  NE/4 SW/4 NW/4 | | 17.5/100ths mineral interest |
| 615 | 3350030 | MINERAL INTEREST | | MI | 40.00 | OK | Kay | 24 | 26N | 1W | SEC 24-26N-1W  E/2 E/2 SE/4 | | |
| 616 | 3350048 | MINERAL INTEREST | | MI | 160.00 | OK | Kay | 25 | 26N | 1W | SEC 25-26N-1W  NE/4 | | |
| 617 | 926004 | CAUDILLO WOOD 04 | | OR | 10.00 | OK | Kay | 24 | 26N | 1W | SEC 24-26N-1W  SW/4 NE/4 SE/4 | 35-071-20619 | |
| 618 | 926050 | FATH 01 | | OR | 80.00 | OK | Kay | 24 | 26N | 1W | SEC 24-26N-1W  E/2 E/2 SE/4 | | |
| 619 | 3360492 | MINERAL INTEREST | | MI | 160.00 | OK | Kingfisher | 1 | 18N | 5W | SEC 1-18N-5W  NE/4 | | |
| 620 | 3360500 | MINERAL INTEREST | | MI | 160.00 | OK | Kingfisher | 27 | 18N | 9W | SEC 27-18N-9W  SE/4 | | |
| 621 | 3360518 | MINERAL INTEREST | | MI | 160.00 | OK | Kingfisher | 21 | 19N | 5W | SEC 21-19N-5W  NE/4 | | |
| 622 | 3360526 | MINERAL INTEREST | | MI | 160.00 | OK | Kingfisher | 27 | 19N | 5W | SEC 27-19N-5W  SW/4 | | |
| 623 | 926114 | LEE 01 | | OR | 0.00 | OK | Kingfisher | 27 | 19N | 5W | SEC 27-19N-5W | | |
| 624 | 925931 | FLYNN 1-1 | | RI | 40.00 | OK | Kingfisher | 1 | 18N | 5W | SEC 1-18N-5W  SE/4 NE/4 | 35-073-23089 | |
| 625 | 926311 | FUKSA 19-1 | | RI | 0.00 | OK | Kingfisher | 19 | 19N | 4W | SEC 19-19N-4W | 35-083-20681 | |
| 626 | 944756 | BRETT 21-W1H | 3360518 | RI | 0.00 | OK | Kingfisher | 21 | 19N | 5W | SEC 21-19N-5W | 35-073-24826 | |
| 627 | 944757 | CROKA 27-M2H | 3360526 | RI | 0.00 | OK | Kingfisher | 27 | 19N | 5W | SEC 27-19N-5W | 35-073-25127 | |
| 628 | 926445 | POPE 27-1 | | UC | 0.00 | OK | Kingfisher | 27 | 18N | 9W | SEC 27-18N-9W | 35-073-23855 | |
| 629 | 3370079 | MINERAL INTEREST | | MI | 160.00 | OK | Kiowa | 29 | 6N | 16W | SEC 29-6N-16W  SW/4 | | undivided 1/32nd mineral interest |
| 630 | 3370087 | MINERAL INTEREST | | MI | 160.00 | OK | Kiowa | 8 | 7N | 19W | SEC 8-7N-19W  NW/4 | | |
| 631 | 3380052 | MINERAL INTEREST | | MI | 80.00 | OK | Latimer | 5 | 5N | 18E | SEC 5-5N-18E  W/2 NW/4 | | |
| 632 | 3380060 | MINERAL INTEREST | | MI | 60.00 | OK | Latimer | 8 | 5N | 18E | SEC 8-5N-18E  NE/4 SW/4; S/2 SE/4 NW/4 | | |
| 633 | 3380086 | MINERAL INTEREST | | MI | 100.00 | OK | Latimer | 10 | 5N | 18E | SEC 10-5N-18E  E/2 SE/4; E/2 NW/4 SE/4 | | |
| 634 | 3380102 | MINERAL INTEREST | | MI | 290.00 | OK | Latimer | 11 | 5N | 18E | SEC 11-5N-18E  SW/4 NW/4 & NE/4 NW/4 SEC 11-5N-18E  S/2 SW/4; S/2 NE/4 NW/4; SE/4 NW/4 SW/4 | | |
| 635 | 3380128 | MINERAL INTEREST | | MI | 480.00 | OK | Latimer | 12 | 5N | 18E | SEC 12-5N-18E  N/2 NE/4 NW/4 SEC 12-5N-18E  N/2 NW/4 NE/4 SEC 12-5N-18E  SE/4 | | |
| 636 | 3380185 | MINERAL INTEREST | | MI | 60.00 | OK | Latimer | 7 | 5N | 19E | SEC 7-5N-19E  SW/4 SW/4; S/2 NW/4 SW/4 | | |
| 637 | 925543 | FORWOODSON 01 | | RI | 0.00 | OK | Latimer | 8 | 5N | 18E | SEC 8-5N-18E | 35-077-21653 | |
| 638 | 925544 | FORWOODSON 02 | | RI | 0.00 | OK | Latimer | 8 | 5N | 18E | SEC 8-5N-18E | 35-077-21697 | |
| 639 | 925545 | FORWOODSON 03 | | RI | 0.00 | OK | Latimer | 8 | 5N | 18E | SEC 8-5N-18E | 35-077-21725 | |
| 640 | 925615 | SAWYER LELA 2-5 | | RI | 0.00 | OK | Latimer | 5 | 5N | 18E | SEC 5-5N-18E | 35-077-21378 | |
| 641 | 925616 | SAWYER LELA 1-5 | | RI | 0.00 | OK | Latimer | 5 | 5N | 18E | SEC 5-5N-18E | 35-077-60004 | |
| 642 | 926020 | DAVIS A | | RI | 0.00 | OK | Latimer | 11 | 5N | 18E | SEC 11-5N-18E | | |
| 643 | 926197 | MCALESTER "A" | | RI | 0.00 | OK | Latimer | 10 | 5N | 18E | SEC 10-5N-18E | | |
| 644 | 926198 | ROBINSON GAS UNIT | | RI | 0.00 | OK | Latimer | 12 | 5N | 18E | SEC 12-5N-18E | | |
| 645 | 926200 | SAWYER 3 | 3380052 | RI | 0.00 | OK | Latimer | 5 | 5N | 18E | SEC 5-5N-18E | 35-077-21474 | |
| 646 | 944468 | QUAID GAS UNIT 7-1 | | UC | 0.00 | OK | Latimer | 7 | 5N | 19E | SEC 7-5N-19E | | |

| | A Asset Number | B Asset Name | C Base Mineral Interest 1 | D Asset Interest Type | E Gross Acres | F Asset State 1 | G Asset County 1 | H Section | I Township | J Range | K Legal Description | L API Number | M Net/Fractional Mineral Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 647 | 31400645 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 8 | 12N | 3E | SEC 8-12N-3E  NW/4 | | |
| 648 | 31850762 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 11 | 13N | 5E | SEC 11-13N-5E  SE/4 | | |
| 649 | 3400546 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 18 | 15N | 3E | SEC 18-15N-3E  SE/4 | | |
| 650 | 3400553 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 14 | 12N | 3E | SEC 14-12N-3E  W/2 SE/4 | | undivided 1/4th mineral interest |
| 651 | 3400561 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 35 | 12N | 2E | SEC 35-12N-2E  NW/4 | | undivided 1/32nd mineral interest |
| 652 | 3400579 | MINERAL INTEREST | | MI | 240.00 | OK | Lincoln | 11 | 14N | 3E | SEC 11-14N-3E  NW/4 | | undivided 1/64th mineral interest |
| 653 | 3400587 | MINERAL INTEREST | | MI | 70.00 | OK | Lincoln | 3 | 12N | 2E | SEC 3-12N-2E  SE/4 SE/4; S/2 NE/4 SE/4; SE/4 NW | | |
| 654 | 3400611 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 15 | 12N | 2E | SEC 15-12N-2E  E/2 SW/4 SEC 15-12N-2E | | |
| 655 | 3400629 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 22 | 12N | 3E | SEC 22-12N-3E  NE/4 | | |
| 656 | 3400637 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 7 | 12N | 3E | SEC 7-12N-3E  NE/4 | | |
| 657 | 3400652 | MINERAL INTEREST | | MI | 155.90 | OK | Lincoln | 18 | 12N | 4E | SEC 18-12N-4E  Lots 1,2; E/2 NW/4 | | |
| 658 | 3400678 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 27 | 12N | 4E | SEC 27-12N-4E  S/2 SW/4 | | |
| 659 | 3400686 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 13 | 13N | 2E | SEC 13-13N-2E  NW/4 | | |
| 660 | 3400694 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 2 | 13N | 3E | SEC 2-13N-3E  E/2 NW/4 (Lot 3; SE/4 NW/4) | | |
| 661 | 3400702 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 24 | 13N | 3E | SEC 24-13N-3E  E/2 NW/4; N/2 NE/4 | | |
| 662 | 3400728 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 32 | 13N | 3E | SEC 32-13N-3E  E/2 NW/4 | | |
| 663 | 3400736 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 34 | 13N | 3E | SEC 34-13N-3E  S/2 NW/4 | | |
| 664 | 3400744 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 1 | 13N | 4E | SEC 1-13N-4E  SE/4 | | |
| 665 | 3400769 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 7 | 13N | 6E | SEC 7-13N-6E  NW/4 | | |
| 666 | 3400777 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 18 | 13N | 6E | SEC 18-13N-6E  W/2 SE/4 | | |
| 667 | 3400785 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 1 | 14N | 2E | SEC 1-14N-2E  SW/4 | | |
| 668 | 3400793 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 1 | 14N | 3E | SEC 1-14N-3E  NE/4 | | |
| 669 | 3400801 | MINERAL INTEREST | | MI | 120.00 | OK | Lincoln | 2 | 14N | 3E | SEC 2-14N-3E  W/2 NW/4; SE/4 NW/4 | | |
| 670 | 3400827 | MINERAL INTEREST | | MI | 120.00 | OK | Lincoln | 4 | 14N | 3E | SEC 4-14N-3E  W/2 SW/4; SE/4 SW/4 | | |
| 671 | 3400850 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 27 | 14N | 3E | SEC 27-14N-3E  NW/4 | | |
| 672 | 3400868 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 28 | 14N | 3E | SEC 28-14N-3E  E/2 SW/4 | | |
| 673 | 3400876 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 8 | 14N | 4E | SEC 8-14N-4E  SW/4 | | |
| 674 | 3400884 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 29 | 14N | 4E | SEC 29-14N-4E  S/2 NW/4 | | |
| 675 | 3400892 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 13 | 15N | 2E | SEC 13-15N-2E  SE/4 | | |
| 676 | 3400900 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 12 | 15N | 3E | SEC 12-15N-3E  SW/4 | | |
| 677 | 3400918 | MINERAL INTEREST | | MI | 25.00 | OK | Lincoln | 32 | 15N | 3E | SEC 32-15N-3E  SE/4 SW/4 SE/4; S 15 acres of N/2 SW/4 SE/4 | | |
| 678 | 3400926 | MINERAL INTEREST | | MI | 80.00 | OK | Lincoln | 10 | 15N | 5E | SEC 10-15N-5E  W/2 SE/4 | | |
| 679 | 3400934 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 14 | 16N | 4E | SEC 14-16N-4E  SW/4 | | |
| 680 | 3400942 | MINERAL INTEREST | | MI | 160.00 | OK | Lincoln | 25 | 17N | 4E | SEC 25-17N-4E  NE/4 | | |
| 681 | 3400959 | MINERAL INTEREST | | MI | 120.00 | OK | Lincoln | 7 | 15N | 4E | SEC 7-15N-4E  S/2 NW/4; NW/4 NW/4 | | |
| 682 | 925529 | TURNER 1-H | | RI | 0.00 | OK | Lincoln | 1 | 14N | 3E | SEC 1-14N-3E | 35-081-24044 | |
| 683 | 925553 | HAYDEN 1-2 | | RI | 160.00 | OK | Lincoln | 2 | 14N | 3E | SEC 2-14N-3E | | |
| 684 | 925694 | BRYANT, JOE 01, 02 | | RI | 160.00 | OK | Lincoln | 32 | 15N | 3E | SEC 32-15N-3E  SE/4 | | |
| 685 | 926075 | STEFFENSON 1-1 | | RI | 0.00 | OK | Lincoln | 1 | 14N | 2E | SEC 1-14N-2E | 35-081-22697 | |
| 686 | 944489 | TELLURIDE 1-10H | 3400926 | RI | 0.00 | OK | Lincoln | 10 | 15N | 5E | SEC 10-15N-5E | 35-081-24216 | |
| 687 | 925987 | BORRSON 1-27 | | UC | 0.00 | OK | Lincoln | 27 | 14N | 3E | SEC 27-14N-3E | 35-081-23927 | |
| 688 | 926016 | CRAWFISH 1-13H | | UC | 480.00 | OK | Lincoln | 13 | 15N | 2E | SEC 13-15N-2E  E/2; SW/4 | 35-081-23818 | |
| 689 | 926366 | MCLAIN 1-28 HUNT/OSWEGO | | UC | 320.00 | OK | Lincoln | 28 | 14N | 3E | SEC 28-14N-3E  W/2 | 35-081-23865 | |
| 690 | 926371 | SKINNER SAND UNIT | | UC | 0.00 | OK | Lincoln | 2 | 13N | 3E | SEC 2-13N-3E | | |
| 691 | 944480 | SPYGLASS 1-11H | | UC | 0.00 | OK | Lincoln | 11 | 13N | 5E | SEC 11-13N-5E | 35-081-24095 | |
| 692 | 926376 | MOUNT VERNON UNIT | | WI | 640.00 | OK | Lincoln | 12 | 15N | 3E | SEC 12-15N-3E | | |
| 693 | 33888704 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 35 | 15W | 1E | SEC 35-15W-1E  SW/4 | | |
| 694 | 3410875 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 31 | 18N | 3W | SEC 31-18N-3W  NE/4 | | undivided 1/80th mineral interest |
| 695 | 3410883 | MINERAL INTEREST | | MI | 213.70 | OK | Logan | 7 | 16N | 2W | rods (more info needed) E of SW corner of SE/4 NW/4 of Sec. 7-16N-2W; thence E 299.7'; thence N to ROW of St. Louis, El Reno & Western | | 1.73/3.73 mineral interest in |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 696 | 3410891 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 3 | 15N | 1E | SEC 3-15N-1E  Lots 1,2; S/2 NE/4 | | |
| 697 | 3410917 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 6 | 15N | 1E | SEC 6-15N-1E  Lots 3,4 of NW/4 | | |
| 698 | 3410925 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 8 | 15N | 1W | SEC 8-15N-1W  W/2 SW/4 | | |
| 699 | 3410933 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 8 | 15N | 1E | SEC 8-15N-1E  N/2 SW/4 | | |
| 700 | 3410941 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 9 | 15N | 1E | SEC 9-15N-1E  N/2 NE/4 | | |
| 701 | 3410958 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 9 | 5N | 1E | SEC 9-5N-1E  W/2 SW/4 | | |
| 702 | 3410966 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 10 | 15N | 1W | SEC 10-15N-1W  NE/4 | | |
| 703 | 3410974 | MINERAL INTEREST | | MI | 40.00 | OK | Logan | 18 | 15N | 1W | SEC 18-15N-1W  N/2 S/2 NE/4 | | |
| 704 | 3410982 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 19 | 15N | 1W | SEC 19-15N-1W  Lots 3,4; E/2 SW/4 | | |
| 705 | 3411006 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 22 | 15N | 1E | SEC 22-15N-1E  N/2 SW/4 SEC 22-15N-1E  N/2 SE/4 | | |
| 706 | 3411022 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 35 | 15N | 1E | SEC 35-15N-1E  SW/4 | | |
| 707 | 3411030 | MINERAL INTEREST | | MI | 210.00 | OK | Logan | 13 | 15N | 2W | SEC 13-15N-2W  SE/4; E 50 acres SW/4 | | |
| 708 | 3411048 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 16 | 15N | 2W | SEC 16-15N-2W  SE/4 | | |
| 709 | 3411055 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 25 | 15N | 2W | SEC 25-15N-2W  NW/4 | | |
| 710 | 3411063 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 1 | 15N | 3W | SEC 1-15N-3W  SW/4 | | |
| 711 | 3411071 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 12 | 15N | 3W | SEC 12-15N-3W  E/2 NE/4 | | |
| 712 | 3411089 | MINERAL INTEREST | | MI | 180.00 | OK | Logan | 22 | 15N | 3W | SEC 22-15N-3W  E/2 SW/4; E/2 SW/4 SW/4 SEC 22-15N-3W  N/2 SE/4 | | |
| 713 | 3411113 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 23 | 15N | 3W | SEC 23-15N-3W  SE/4 SEC 23-15N-3W  S/2 SE/4 SEC 23-15N-3W  S/2 SW/4 | | |
| 714 | 3411147 | MINERAL INTEREST | | MI | 200.00 | OK | Logan | 26 | 15N | 3W | SEC 26-15N-3W  SW/4 SE/4 SEC 26-15N-3W  NE/4 | | |
| 715 | 3411162 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 34 | 15N | 3W | SEC 34-15N-3W  NW/4 | | |
| 716 | 3411170 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 1 | 16N | 1W | SEC 1-16N-1W  SE/4 | | |
| 717 | 3411188 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 2 | 16N | 1W | SEC 2-16N-1W  SW/4 | | |
| 718 | 3411196 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 3 | 16N | 1W | SEC 3-16N-1W  Lots 1,2 in NE/4 | | |
| 719 | 3411204 | MINERAL INTEREST | | MI | 120.00 | OK | Logan | 3 | 16N | 1E | SEC 3-16N-1E  Lot 4; S/2 NW/4 | | |
| 720 | 3411220 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 4 | 16N | 1E | SEC 4-16N-1E  Lots 1,2; S/2 N/4 | | |
| 721 | 3411246 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 10 | 16N | 1W | SEC 10-16N-1W  SW/4 SE/4 SEC 10-16N-1W  N/2 SE/4; SE/4 SE/4 | | |
| 722 | 3411279 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 11 | 16N | 1W | SEC 11-16N-1W  SE/4 SEC 11-16N-1W  NE/4 | | |
| 723 | 3411295 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 14 | 16N | 1W | SEC 14-16N-1W  N/2 SW/4 | | |
| 724 | 3411303 | MINERAL INTEREST | | MI | 480.00 | OK | Logan | 15 | 16N | 1W | SEC 15-16N-1W  NW/4 SEC 15-16N-1W  NE/4 SEC 15-16N-1W  SE/4 | | |
| 725 | 3411337 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 15 | 16N | 1E | SEC 15-16N-1E  N/2 NE/4 SEC 15-16N-1E  S/2 NE/4 | | |
| 726 | 3411352 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 7 | 16N | 1W | SEC 7-16N-1W  N/2 SW/4 | | |
| 727 | 3411360 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 18 | 16N | 1W | SEC 18-16N-1W  N/2 SE/4 | | |
| 728 | 3411378 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 20 | 16N | 1W | SEC 20-16N-1W  NW/4 | | |
| 729 | 3411386 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 21 | 16N | 1W | SEC 21-16N-1W  SW/4   non-participating as to bonuses & rentals | | |
| 730 | 3411394 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 22 | 16N | 1W | SEC 22-16N-1W  N/2 SEC 22-16N-1W  NW/4 | | |
| 731 | 3411410 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 25 | 16N | 1W | SEC 25-16N-1W  W/2 SW/4 | | |
| 732 | 3411428 | MINERAL INTEREST | | MI | 120.00 | OK | Logan | 26 | 16N | 1W | SEC 26-16N-1W  NW/4 SE/4; S/2 SE/4 | | |
| 733 | 3411444 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 27 | 16N | 1W | SEC 27-16N-1W  SE/4 | | |
| 734 | 3411451 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 29 | 16N | 1W | SEC 29-16N-1W  S/2 NW/4 | | |
| 735 | 3411469 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 30 | 16N | 1W | SEC 30-16N-1W  S/2 of Lot 2; E/2 NW/4; W 60 acres of NE/4 | | |
| 736 | 3411485 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 30 | 16N | 1E | SEC 30-16N-1E  Lot 3; NE/4 SW/4 | | |
| 737 | 3411501 | MINERAL INTEREST | | MI | 260.00 | OK | Logan | 34 | 16N | 1W | SEC 34-16N-1W  N/2 SE/4; E/2 SW/4 SE/4 SEC 34-16N-1W  NW/4 | | |
| 738 | 3411527 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 35 | 16N | 1W | SEC 35-16N-1W  SE/4 | | |
| 739 | 3411535 | MINERAL INTEREST | | MI | 128.00 | OK | Logan | 18 | 16N | 2W | SEC 18-16N-2W  Lots 1,2; SE/4 NW/4; W 8 acres of NE/4 NW/4 | | |
| 740 | 3411550 | MINERAL INTEREST | | MI | 240.00 | OK | Logan | 23 | 16N | 4W | SEC 23-16N-4W  SW/4 SEC 23-16N-4W  E/2 NW/4   non participating as to bonuses & rentals | | |
| 741 | 3411576 | MINERAL INTEREST | | MI | 40.00 | OK | Logan | 8 | 17N | 1W | SEC 8-17N-1W  NW/4 SW/4 | | |
| 742 | 3411584 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 21 | 17N | 1W | SEC 21-17N-1W  N/2 NW/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 743 | 3411592 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 24 | 17N | 1W | SEC 24-17N-1W  W/2 NW/4 | | |
| 744 | 3411600 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 30 | 17N | 1W | SEC 30-17N-1W  NE/4 | | |
| 745 | 3411626 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 35 | 17N | 1E | SEC 35-17N-1E  SW/4 | | |
| 746 | 3411634 | MINERAL INTEREST | | MI | 308.40 | OK | Logan | 9 | 17N | 2W | SEC 9-17N-2W  Lots 6,7,8,9 (ada E/2 E/2) | | |
| 747 | 3411659 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 27 | 17N | 4W | SEC 27-17N-4W  SW/4 | | |
| 748 | 3411667 | MINERAL INTEREST | | MI | 240.00 | OK | Logan | 28 | 17N | 4W | SEC 28-17N-4W  E/2 NW/4 SEC 28-17N-4W  SW/4 less 1 acre | | |
| 749 | 3411683 | MINERAL INTEREST | | MI | 280.00 | OK | Logan | 29 | 17N | 4W | SEC 29-17N-4W  E/2 SE/4; NW/4 SE/4 SEC 29-17N-4W  NW/4 | | |
| 750 | 3411717 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 31 | 17N | 4W | SEC 31-17N-4W  NW/4 SEC 31-17N-4W  NE/4 | | |
| 751 | 3411733 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 33 | 17N | 4W | SEC 33-17N-4W  N/2 NE/4 SEC 33-17N-4W  S/2 NE/4 | | |
| 752 | 3411758 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 25 | 18N | 2W | SEC 25-18N-2W  S/2 SW/4 | | |
| 753 | 3411766 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 32 | 18N | 3W | SEC 32-18N-3W  E/2 NW/4 | | |
| 754 | 3411774 | MINERAL INTEREST | | MI | 79.12 | OK | Logan | 4 | 18N | 4W | SEC 4-18N-4W  W/2 of Lots 3,4; S/2 NW/4 (aka W/2 NW/4) | | |
| 755 | 3411782 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 8 | 18N | 4W | SEC 8-18N-4W  SW/4 | | |
| 756 | 3411790 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 15 | 18N | 4W | SEC 15-18N-4W  S/2 | | |
| 757 | 3411808 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 17 | 18N | 4W | SEC 17-18N-4W  NW/4 SEC 17-18N-4W  SW/4 | | |
| 758 | 3411824 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 20 | 18N | 4W | SEC 20-18N-4W  SW/4 | | |
| 759 | 3411832 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 22 | 18N | 4W | SEC 22-18N-4W  SW/4 | | |
| 760 | 3411840 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 28 | 18N | 4W | SEC 28-18N-4W  NW/4 | | |
| 761 | 3411857 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 30 | 18N | 4W | SEC 30-18N-4W  SE/4 | | |
| 762 | 3411865 | MINERAL INTEREST | | MI | 320.00 | OK | Logan | 2 | 19N | 3W | SEC 2-19N-3W  Lots 1,2; S/2 NE/4 SEC 2-19N-3W  Lots 3,4; S/2 NW/4 | | |
| 763 | 3411907 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 3 | 19N | 3W | SEC 3-19N-3W  Lots 3,4; S/2 NW/4 | | |
| 764 | 3411923 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 19 | 19N | 4W | SEC 19-19N-4W  SW/4 | | |
| 765 | 3411931 | MINERAL INTEREST | | MI | 400.00 | OK | Logan | 31 | 19N | 4W | SEC 31-19N-4W  E/2 SW/4 SEC 31-19N-4W  NW/4 SEC 31-19N-4W  SE/4   non participating as to bonuses & rentals | | |
| 766 | 3411972 | MINERAL INTEREST | | MI | 81.21 | OK | Logan | 16 | 17N | 2W | SEC 16-17N-2W  Lots 6,7 in NE/4 | | |
| 767 | 3411998 | MINERAL INTEREST | | MI | 40.00 | OK | Logan | 33 | 17N | 1E | SEC 33-17N-1E  S/2 S/2 SE/4 | | |
| 768 | 3840616 | MINERAL INTEREST | | MI | 80.00 | OK | Logan | 17 | 16N | 1W | SEC 17-16N-1W  N/2 SW/4 | | |
| 769 | 926164 | MINERAL INTEREST | | MI | 160.00 | OK | Logan | 17 | 17N | 2W | SEC 17-17N-2W  NW/4 | | |
| 770 | 925525 | MYERS | | RI | 0.00 | OK | Logan | 29 | 17N | 4W | SEC 29-17N-4W | | |
| 771 | 925526 | T-J 1-29H | 3411683 | RI | 0.00 | OK | Logan | 29 | 17N | 4W | SEC 29-17N-4W | 35-083-20031 | |
| 772 | 925527 | VIETH 1-31H | 3411717 | RI | 320.00 | OK | Logan | 31 | 17N | 4W | SEC 31-17N-4W  W/2 | | |
| 773 | 925528 | THEILEN 1903 1-2CH | | RI | 647.52 | OK | Logan | 2 | 19N | 3W | SEC 2-19N-3W | 35-083-24322 | |
| 774 | 925692 | HOLMES 1 | 3411626 | RI | 0.00 | OK | Logan | 35 | 17N | 1E | SEC 35-17N-1E | | |
| 775 | 925693 | SUE | 3411204 | RI | 0.00 | OK | Logan | 3 | 16N | 1E | SEC 3-16N-1E | | |
| 776 | 925695 | LORI 1-22 | | RI | 0.00 | OK | Logan | 22 | 15N | 1E | SEC 22-15N-1E | | |
| 777 | 925696 | JOHNSON 1A | | RI | 0.00 | OK | Logan | 22 | 15N | 1E | SEC 22-15N-1E | | |
| 778 | 925776 | ARMOUR B-1 | | RI | 0.00 | OK | Logan | 28 | 17N | 4W | SEC 28-17N-4W | 35-083-20092 | |
| 779 | 925805 | MYERS 1,2,3 -29 | | RI | 0.00 | OK | Logan | 29 | 17N | 4W | SEC 29-17N-4W | | |
| 780 | 925842 | RIGDON UNIT 02-28 | | RI | 0.00 | OK | Logan | 28 | 18N | 4W | SEC 28-18N-4W | 35-083-30246 | |
| 781 | 925866 | STALDER 31-2 | | RI | 40.00 | OK | Logan | 31 | 19N | 4W | SEC 31-19N-4W  SW/4 SE/4 | | |
| 782 | 925867 | STALDER 31-3 | | RI | 20.00 | OK | Logan | 31 | 19N | 4W | SEC 31-19N-4W  N/2 NW/4 SE/4 | 35-083-23040 | |
| 783 | 925945 | FLOSSIE 1-33H | 3411998 | RI | 0.00 | OK | Logan | 33 | 17N | 1E | SEC 33-17N-1E | 3508323859 | |
| 784 | 925947 | ANNIS 1-30-31H | | RI | 0.00 | OK | Logan | 31 | 18N | 3W | SEC 31-18N-3W | 35-083-24234 | |
| 785 | 925993 | BRIDAL 01 | 3411667 | RI | 160.00 | OK | Logan | 28 | 17N | 4W | SEC 28-17N-4W  NW/4 | 35-083-23901 | |
| 786 | 926047 | EVEREST 1-9MH | | RI | 0.00 | OK | Logan | 9 | 17N | 2W | SEC 9-17N-2W | 35-083-24339 | |
| 787 | 926078 | FICKEN A-1 | | RI | 160.00 | OK | Logan | 17 | 18N | 4E | SEC 17-18N-4E  NE/4 | 3508320787 | |
| 788 | 926079 | GRAGG 02 | | RI | 160.00 | OK | Logan | 8 | 18N | 4W | SEC 8-18N-4W  SW/4 | 35-083-23058 | |
| 789 | 926105 | SKELETON | 3411931 | RI | 0.00 | OK | Logan | 31 | 19N | 4W | SEC 31-19N-4W  E/2 NW/4 | | |
| 790 | 926109 | KERFOOT | | RI | 0.00 | OK | Logan | 31 | 18N | 3E | SEC 31-18N-3E | | |
| 791 | 926120 | LAMDIN 1-3CH | | RI | 640.00 | OK | Logan | 3 | 19N | 3W | SEC 3-19N-3W | 35-083-24307 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 792 | 926159 | SPARKS 25-18N-2W 1WH | | RI | 0.00 | OK | Logan | 25 | 18N | 2W | SEC 25-18N-2W | 35-119-24140 | |
| 793 | 926193 | WEST GUTHRIE CLVLD UNIT | | RI | 1,600.00 | OK | Logan | 13 | 16N | 2W | SW/4; NE/4 SW/4; SE/4 SW/4; N/2 SE/4; SE/4 SE/4; SW/4 SE/4 SEC 18-16N-2W  W/2 NW/4; NW/4 NW/4 SW/4; SW/4 SW/4 SEC 14-16N-3W  E/2 | |
| 794 | 926248 | SO LANGSTON CLEVELAND | | RI | 0.00 | OK | Logan | 1 | 16N | 1W | SEC 1-16N-1W | |
| 795 | 926290 | RATLIFF FARMS 2-8 | | RI | 0.00 | OK | Logan | 8 | 17N | 1W | SEC 8-17N-1W | 35-083-23986 | |
| 796 | 926317 | GRAY 01 | | RI | 0.00 | OK | Logan | 20 | 18N | 4W | SEC 20-18N-4W | 35-083-22597 | |
| 797 | 944483 | DOROTHY STONE 1-10 | | RI | 0.00 | OK | Logan | 10 | 16N | 1W | SEC 10-16N-1W | 35-083-23840 | |
| 798 | 944493 | VIETH 31-2 | | RI | 0.00 | OK | Logan | 31 | 17N | 4W | SEC 31-17N-4W | 35-083-20342 | |
| 799 | 944501 | WILLIAMS 2-17 | | RI | 80.00 | OK | Logan | 17 | 18N | 4W | SEC 17-18N-4W  E/2 SW/4 | |
| 800 | 944772 | WILCOX 2-17MH | 926164 | RI | 0.00 | OK | Logan | 17 | 17N | 2W | SEC 17-17N-2W | 35-083-24393 | |
| 801 | 945565 | ANDERSON 17N-4W-27-1HM | 3411659 | RI | 0.00 | OK | Logan | | | | SEC 27-17N-4W | 3508324310 | |
| 802 | 744812 | KELLOGG A 1 & 2 | | UC | 0.00 | OK | Logan | 24 | 16N | 3W | SEC 24-16N-3W  NW/4 | |
| 803 | 925985 | BOBCAT 1-3H | | UC | 0.00 | OK | Logan | 3 | 16N | 1E | SEC 3-16N-1E | 35-083-23666 | |
| 804 | 926315 | GRAEBER, E E 4 | | UC | 0.00 | OK | Logan | 26 | 15N | 3W | SEC 26-15N-3W  SW/4 SE/4 | 35-083-35287 | |
| 805 | 926318 | GRAY 02 | | UC | 0.00 | OK | Logan | 20 | 18N | 4W | SEC 20-18N-4W | 35-083-22767 | |
| 806 | 926396 | PEDERSEN 1 | | UC | 0.00 | OK | Logan | 35 | 15W | 1E | SEC 35-15W-1E | |
| 807 | 926441 | PETUSKEY #1-22 | | UC | 0.00 | OK | Logan | 22 | 15N | 3W | SEC 22-15N-3W | 35-083-22980 | |
| 808 | 926444 | POLLARD 2 | | UC | 0.00 | OK | Logan | 31 | 19N | 4W | SEC 31-19N-4W  SE/4 SW/4 | |
| 809 | 943778 | HIGHWAY 1-15 | | UC | 0.00 | OK | Logan | 15 | 16N | 1W | SEC 15-16N-1W | 35-083-23813 | |
| 810 | 944500 | WILLIAMS 1-17 | 3411808 | UC | 80.00 | OK | Logan | 17 | 18N | 4W | SEC 17-18N-4W  W/2 SW/4 | |
| 811 | 3421286 | MINERAL INTEREST | | MI | 140.00 | OK | Love | 6 | 6S | 3W | SEC 6-6S-3W  S/2 NE/4 NE/4; NE/4 SE/4 NE/4; N/2 SE/4 NE/4 SEC 6-6S-3W  NW/4 SW/4 SE/4 | | 5/120ths mineral interest |
| 812 | 3421328 | MINERAL INTEREST | | MI | 40.00 | OK | Love | 21 | 7S | 1E | SEC 21-7S-1E  SE/4 SW/4 | | undivided 3/16ths mineral interest |
| 813 | 3421336 | MINERAL INTEREST | | MI | 320.00 | OK | Love | 28 | 7S | 1E | SEC 28-7S-1E  W/2 NE/4; E/2 NW/4; E/2 W/2 NW/4; Lots 1,2 SEC 28-7S-1E  NW/4 SE/4 | | undivided 3/16ths mineral interest |
| 814 | 3421377 | MINERAL INTEREST | | MI | 60.00 | OK | Love | 11 | 7S | 3E | SEC 11-7S-3E  NE/4 NE/4; N/2 SE/4 NE/4 | | undivided 1/12th mineral interest |
| 815 | 3421393 | MINERAL INTEREST | | MI | 140.00 | OK | Love | 8 | 9S | 2E | SEC 8-9S-2E  N/2 NE/4; N/2 S/2 NE/4; N/2 S/2 S/2 NE/4 | |
| 816 | 925542 | THOMPSON 01-21H28X | | RI | 640.00 | OK | Love | 28 | 7S | 1E | SEC 28-7S-1Er | 35-085-21221 | |
| 817 | 3460284 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 6 | 21N | 14W | SEC 6-21N-14W  Lot 2; SW/4 NE/4; W/2 SE/4 | |
| 818 | 3460292 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 19 | 20N | 15W | SEC 19-20N-15W  Lots 3,4; E/2 SW/4 | |
| 819 | 3460318 | MINERAL INTEREST | | MI | 40.00 | OK | Major | 2 | 21N | 11W | SEC 2-21N-11W  NW/4 SW/4 | |
| 820 | 3460326 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 11 | 21N | 11W | SEC 11-21N-11W  NE/4 | |
| 821 | 3460334 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 18 | 21N | 10W | SEC 18-21N-10W  N/2 N/2 | |
| 822 | 3460342 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 18 | 21N | 9W | SEC 18-21N-9W  SW/4 | |
| 823 | 3460359 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 35 | 21N | 9W | SEC 35-21N-9W  SE/4 | |
| 824 | 3460367 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W  SE/4 | |
| 825 | 3460375 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W  NW/4 | |
| 826 | 3460383 | MINERAL INTEREST | | MI | 160.00 | OK | Major | 35 | 22N | 9W | SEC 35-22N-9W  NW/4 | |
| 827 | 925613 | EDWARDS 1-6 | | RI | 160.00 | OK | Major | 6 | 21N | 14W | SEC 6-21N-14W  SE/4 | 35-093-24957 | |
| 828 | 925614 | EDWARDS 2-6 | | RI | 40.00 | OK | Major | 6 | 21N | 14W | SEC 6-21N-14W  NE/4 NE/4 | 35-093-24968 | |
| 829 | 925806 | HUTCHINGS 1 & 2 | | RI | 0.00 | OK | Major | 18 | 21N | 10W | SEC 18-21N-10W | |
| 830 | 925841 | MCQUOWN 4-19 | | RI | 10.00 | OK | Major | 19 | 20N | 15W | SEC 19-20N-15W  NW/4 NW/4 NE/4 | 35-093-22487 | |
| 831 | 925909 | L.A. 02-26 | | RI | 0.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W | 35-093-24632 | |
| 832 | 925910 | FLORENCE 1-26 | | RI | 0.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W | 35-093-21858 | |
| 833 | 925986 | BORELLI 1 | 3460359 | RI | 0.00 | OK | Major | 35 | 21N | 9W | SEC 35-21N-9W | 3509322510 | |
| 834 | 926027 | DOW 02-26A | | RI | 0.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W | 35-093-23975 | |
| 835 | 926039 | EDWARDS F 02-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-23815 | |
| 836 | 926040 | EDWARDS F 03-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-23864 | |
| 837 | 926041 | EDWARDS F 04-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-23980 | |
| 838 | 926042 | EDWARDS F 05-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-24010 | |
| 839 | 926043 | EDWARDS F 06-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-24382 | |
| 840 | 926044 | EDWARDS F 07-30 | | RI | 0.00 | OK | Major | 30 | 21N | 14W | SEC 30-21N-14W | 35-093-24903 | |
| 841 | 926100 | SW RINGWOOD TRACT 5 | | RI | 0.00 | OK | Major | 11 | 21N | 11W | SEC 11-21N-11W | |
| 842 | 926101 | TRACT 8 | | RI | 0.00 | OK | Major | 11 | 21N | 11W | SEC 11-21N-11W | |
| 843 | 926102 | TRACT 9 | | RI | 0.00 | OK | Major | 11 | 21N | 11W | SEC 11-21N-11W | |
| 844 | 926332 | HERBERT 25 | 3460383 | RI | 0.00 | OK | Major | 35 | 22N | 9W | SEC 35-22N-9W | 35-093-22777 | |
| 845 | 926341 | HUTCHINGS-MANNING | 3460334 | RI | 0.00 | OK | Major | 18 | 21N | 10W | SEC 18-21N-10W | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 846 | 926342 | HUTCHINGS 2-18 | 3460334 | RI | 0.00 | OK | Major | 18 | 21N | 10W | SEC 18-21N-10W | | |
| 847 | 926352 | L.A. 01-26 | | RI | 0.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W | 3509323527 | |
| 848 | 926370 | MCQUOWN 1 | | UC | 10.00 | OK | Major | 19 | 20N | 15W | SEC 19-20N-15W  center of NW/4 | 35-093-20944 | |
| 849 | 944498 | WILCOX 26-A | | UC | 0.00 | OK | Major | 26 | 21N | 14W | SEC 26-21N-14W | | |
| 850 | 31471034 | MINERAL INTEREST | | MI | 80.00 | OK | Marshall | 11 | 6S | 6E | SEC 11-6S-6E  NE/4 NW/4 SEC 11-6S-6E  NW/4 NW/4 | | |
| 851 | 31471075 | MINERAL INTEREST | | MI | 160.00 | OK | Marshall | 3 | 6S | 7E | SEC 3-6S-7E  NE/4 | | |
| 852 | 3470929 | MINERAL INTEREST | | MI | 80.00 | OK | Marshall | 14 | 6S | 6E | SEC 14-6S-6E  SW/4 NW/4; NW/4 SW/4 | | undivided 1/20th mineral interest |
| 853 | 3470945 | MINERAL INTEREST | | MI | 20.00 | OK | Marshall | 15 | 6S | 6E | SEC 15-6S-6E  N/2 SE/4 NE/4 | | |
| 854 | 3470952 | MINERAL INTEREST | | MI | 10.00 | OK | Marshall | 31 | 5S | 4E | SEC 31-5S-4E  NW 10 acres of Lot 3 | | undivided ½ mineral interest |
| 855 | 3470960 | MINERAL INTEREST | | MI | 120.00 | OK | Marshall | 10 | 6S | 6E | 10-6S-6E  NW/4 NE/4 SE/4 NW/4 NE/4 SW/4 NE/4 SEC 10-6S-6E  W/2 SW/4 NE/4 less 2-13/100 acres for Railway SEC 10-6S-6E  NW/4 | | 18.64/117.87 mineral interest |
| 856 | 3471059 | MINERAL INTEREST | | MI | 40.00 | OK | Marshall | 2 | 6S | 7E | SEC 2-6S-7E  W/2 NW/4 NW/4; N/2 SW/4 NW/4 | | |
| 857 | 925761 | AYLESWORTH UT TR 03(GIPSON-NEF | | RI | 0.00 | OK | Marshall | 11 | 6S | 6E | SEC 11-6S-6E | 35-095-00401 | |
| 858 | 925762 | AYLESWORTH UT TR 04 (S GIPSON) | | RI | 0.00 | OK | Marshall | 11 | 6S | 6E | SEC 11-6S-6E | 35-095-00924 | |
| 859 | 925763 | 26 | | RI | 0.00 | OK | Marshall | 11 | 6S | 6E | SEC 11-6S-6E | | |
| 860 | 925764 | GIPSON DRUMMOND UNIT 1-11 | | RI | 0.00 | OK | Marshall | 11 | 6S | 6E | SEC 11-6S-6E | | |
| 861 | 925894 | USA 1-3 | | RI | 0.00 | OK | Marshall | 3 | 6S | 7E | SEC 3-6S-7E | 35-095-00508 | |
| 862 | 926239 | LAKE UNIT | | RI | 0.00 | OK | Marshall | 10 | 6S | 6E | SEC 10-6S-6E | 35-095-20097 | |
| 863 | 31431582 | MINERAL INTEREST | | MI | 40.00 | OK | McClain | 25 | 7N | 3W | SEC 25-7N-3W  SE/4 SW/4 | | |
| 864 | 31431921 | MINERAL INTEREST | | MI | 640.00 | OK | McClain | 24 | 7N | 11E | SEC 24-7N-11E | | |
| 865 | 3431210 | MINERAL INTEREST | | MI | 120.00 | OK | McClain | 35 | 5N | 2W | SEC 35-5N-2W  N/2 SE/4; SW/4 SE/4 | | |
| 866 | 3431244 | MINERAL INTEREST | | MI | 120.00 | OK | McClain | 5 | 5N | 2W | SEC 5-5N-2W  W 20.10 acres Lot 2; Lot 3; W/2 SE/4 NW/4; SW/4 NW/4 | | |
| 867 | 3431269 | MINERAL INTEREST | | MI | 320.00 | OK | McClain | 10 | 5N | 2W | SEC 10-5N-2W  NE/4 SEC 10-5N-2W  SE/4 | | |
| 868 | 3431285 | MINERAL INTEREST | | MI | 260.00 | OK | McClain | 18 | 5N | 2W | SEC 18-5N-2W  Lots 2,3,4 SEC 18-5N-2W  SE/4 NW/4; E/2 SW/4; W/2 SW/4 SE/4 | | |
| 869 | 3431343 | MINERAL INTEREST | | MI | 40.00 | OK | McClain | 20 | 5N | 2W | SEC 20-5N-2W  NW/4 NE/4 | | |
| 870 | 3431350 | MINERAL INTEREST | | MI | 40.00 | OK | McClain | 23 | 5N | 2W | SEC 23-5N-2W  SW/4 SE/4 | | |
| 871 | 3431368 | MINERAL INTEREST | | MI | 180.00 | OK | McClain | 26 | 5N | 2W | SEC 26-5N-2W  NE/4; N/2 NE/4 SE/4 | | |
| 872 | 3431400 | MINERAL INTEREST | | MI | 30.00 | OK | McClain | 19 | 6N | 4W | SEC 19-6N-4W  SE/4 SW/4 SE/4; S/2 SE/4 SE/4 | | |
| 873 | 3431426 | MINERAL INTEREST | | MI | 80.00 | OK | McClain | 20 | 6N | 4W | SEC 20-6N-4W  S/2 SW/4 | | |
| 874 | 3431434 | MINERAL INTEREST | | MI | 140.00 | OK | McClain | 30 | 6N | 4W | SEC 30-6N-4W  NW/4 NE/4 NE/4; SE/4 NE/4; E/2 SE/4; NE/4 NW/4 NE/4 | | |
| 875 | 3431475 | MINERAL INTEREST | | MI | 120.00 | OK | McClain | 23 | 7N | 2W | NE/4; W/2 NE/4 NE/4 W of Atchison, Topeka and Santa Fe Railway Donor:  Wood SEC 23-7N-2W | | |
| 876 | 3431491 | MINERAL INTEREST | | MI | 330.00 | OK | McClain | | | | | | |
| 877 | 3431574 | MINERAL INTEREST | | MI | 20.00 | OK | McClain | 22 | 7N | 3W | SEC 22-7N-3W  E/2 SE/4 SE/4 | | |
| 878 | 3431582 | MINERAL INTEREST | | MI | 160.00 | OK | McClain | 36 | 7N | 3W | SEC 36-7N-3W  NW/4 | | |
| 879 | 3431590 | MINERAL INTEREST | | MI | 67.18 | OK | McClain | 6 | 8N | 3W | SEC 6-8N-3W  Lot 1 (NE/4 NE/4); N/2 SE/4 NE/4; SW/4 SE/4 NE/4 | | |
| 880 | 3431616 | MINERAL INTEREST | | MI | 80.00 | OK | McClain | 31 | 9N | 3W | SEC 31-9N-3W  S/2 SE/4 | | |
| 881 | 3431921 | MINERAL INTEREST | | MI | 60.00 | OK | McClain | 25 | 5N | 1W | SEC 25-5N-1W  E/2 NW/4 SEC 25-5N-1W  E/2 NE/4 SW/4 | | 7/176ths mineral interest |
| 882 | 3431988 | MINERAL INTEREST | | RI | 0.00 | OK | McClain | 25 | 7N | 2W | SEC 25-7N-2W SEC 25-7N-2W  E/2 SE/4; SW/4 SE/4; N/2 NW/4 SE/4; SE/4 NW/4 SE/4; E/2 NE/4 SE/4 SW/4 | | |
| 883 | 3431996 | MINERAL INTEREST | | MI | 640.00 | OK | McClain | 26 | 7N | 2W | SEC 26-7N-2W | | |
| 884 | 3432002 | MINERAL INTEREST | | MI | 110.00 | OK | McClain | 25 | 5N | 2W | SEC 25-5N-2W  W/2 NW/4; N/2 NW/4 SW/4; SE/4 NW/4 SW/4 | | |
| 885 | 3432010 | MINERAL INTEREST | | MI | 320.00 | OK | McClain | 29 | 5N | 2W | SEC 29-5N-2W  NE/4; N/2 N/2 SE/4; N/2 SE/4 NE/4; E/2 SE/4 SW/4 | | |
| 886 | 3432028 | MINERAL INTEREST | | MI | 200.00 | OK | McClain | 31 | 5N | 2W | SEC 31-5N-2W  E/2 SE/4; E/2 NE/4; E/2 W/2 SE/4 | | |
| 887 | 3432036 | MINERAL INTEREST | | MI | 100.21 | OK | McClain | 4 | 5N | 2W | SEC 4-5N-2W  Lots 2,3; N 20.21 acres of Lot 4 | | |
| 888 | 3432044 | MINERAL INTEREST | | MI | 180.00 | OK | McClain | 4 | 6N | 3W | SEC 4-6N-3W  SE/4; S/2 SE/4 NE/4 | | |
| 889 | 3432085 | MINERAL INTEREST | | MI | 400.00 | OK | McClain | 32 | 5N | 2W | SEC 32-5N-2W  E/2 SE/4; E/2 NE/4; E/2 W/2 SE/4 SEC 32-5N-2W  E/2 NW/4 SE/4; E/2 NE/4; NE/4 SW/4 SE/4; E/2 SE/4; SE/4 W/4 SE/4 | | |
| 890 | 3432143 | MINERAL INTEREST | | MI | 66.50 | OK | McClain | | | | Block 120  E 66' 5" of Lot 2 | | |
| 891 | 3432150 | MINERAL INTEREST | | MI | 0.00 | OK | McClain | | | | Block 108  Lot 1 Block 108  Lots 4,5,6,7; W 22' of Lot 2 | | |
| 892 | 3432168 | MINERAL INTEREST | | MI | 50.00 | OK | McClain | | | | Block 171  Lot 2; E 10' of Lot 1 | | |
| 893 | 3432176 | MINERAL INTEREST | | MI | 120.00 | OK | McClain | | | | Block 117  Lots 14,15,16 | | |
| 894 | 3432192 | MINERAL INTEREST | | MI | 2.25 | OK | McClain | 10 | 5N | 1E | SEC 10-5N-1E  2 1/4 acres in NW corner of S/2 SE/4 | | |
| 895 | 3432200 | MINERAL INTEREST | | MI | 95.00 | OK | McClain | 30 | 5N | 1W | SEC 30-5N-1W  Lot 2(aka SW/4 NW/4); Lots 3,4(aka W/2 SW/4); W 15 acres of E/2 SW/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 896 | 3432218 | MINERAL INTEREST | | MI | 90.00 | OK | McClain | 35 | 7N | 3W | SEC 35-7N-3W  E/2 NE/4; NE/4 NE/4 SW/4 | | |
| 897 | 3432226 | MINERAL INTEREST | | MI | 200.00 | OK | McClain | 23 | 6N | 3W | SEC 23-6N-3W  SW/4 NW/4; SW/4 | | |
| 898 | 945949 | MINERAL INTEREST | | MI | 330.00 | OK | McClain | | | | SEC 10-7N-3W  SE/4 SW/4; SW/4 SE/4; E/2 NW/4 SE/4 SEC 10-7N-3W  E/2 SE/4; E/2 NE/4; SW/4 NE/4; S/2 NW/4 NE/4 NE/4 NW/4 NE/4 | | |
| 899 | 944714 | FLINT CREEK UNIT | | OR | 0.00 | OK | McClain | 1 | 5N | 3W | SEC 1-5N-3W | | |
| 900 | 925683 | TR 13 | | RI | 0.00 | OK | McClain | 5 | 5N | 2W | SEC 5-5N-2W | | |
| 901 | 925684 | MORGAN-K OIL UNIT TR 14 | | RI | 0.00 | OK | McClain | 5 | 5N | 2W | SEC 5-5N-2W | | |
| 902 | 925685 | TR 15 | | RI | 0.00 | OK | McClain | 5 | 5N | 2W | SEC 5-5N-2W | | |
| 903 | 925757 | MARRIS 1-30 | 3432200 | RI | 20.00 | OK | McClain | 30 | 5N | 1W | SEC 30-5N-1W  W/2 NW/4 SE/4 | 35-087-20563 | |
| 904 | 925758 | MAULDIN 1-30 | 3432200 | RI | 25.00 | OK | McClain | 30 | 5N | 1W | SEC 30-5N-1W  E/2 E/2 SW/4; E 25 acres W/2 E/2 SW/4 | 35-087-20945 | |
| 905 | 925760 | KNIGHT 1 | 3431343 | RI | 80.00 | OK | McClain | 20 | 5N | 2W | SEC 20-5N-2W  N/2 NE/4 | 35-087-21999 | |
| 906 | 925843 | CHRISTIAN 1-23 | | RI | 0.00 | OK | McClain | 23 | 6N | 3W | SEC 23-6N-3W | 35-087-21493 | |
| 907 | 926011 | CLIFTON 1,2 | 3431269 | RI | 0.00 | OK | McClain | 10 | 5N | 2W | SEC 10-5N-2W | 35-087-35215 | |
| 908 | 926024 | DOANN 1-23H | | RI | 480.00 | OK | McClain | 23 | 5N | 2W | SEC 23-5N-2W  E/2; E/2 W/2 | 35-087-21929 | |
| 909 | 926060 | MOSS 1-10 | | RI | 0.00 | OK | McClain | 10 | 5N | 2W | SEC 10-5N-2W | | |
| 910 | 926080 | HUNTER 1-18 | | RI | 0.00 | OK | McClain | 18 | 5N | 2W | SEC 18-5N-2W | 35-087-21938 | |
| 911 | 926081 | JUNE 1-36 | | RI | 0.00 | OK | McClain | 36 | 7N | 3W | SEC 36-7N-3W | 35-087-21889 | |
| 912 | 926298 | KATHY 1-24H | 31431921 | RI | 0.00 | OK | McClain | 24 | 5N | 2W | SEC 24-5N-2W | | |
| 913 | 4450228 | MINERAL INTEREST | | MI | 40.00 | OK | McIntosh | 9 | 10N | 16E | SEC 9-10N-16E  NE/4 NW/4 | | |
| 914 | 925992 | BRIAN 1-17H | | SI | 320.00 | OK | McIntosh | 17 | 9N | 15E | SEC 17-9N-15E  S/2 | 35-091-21750 | |
| 915 | 926428 | MINERAL INTEREST | | SI | 160.00 | OK | McIntosh | 17 | 9N | 15E | SEC 17-9N-15E  S/2 NW/4; S/2 SW/4 | | |
| 916 | 926049 | FARROW 1-17 | | UC | 320.00 | OK | McIntosh | 17 | 9N | 15E | SEC 17-9N-15E | 35-091-21404 | |
| 917 | 3490570 | MINERAL INTEREST | | MI | 20.00 | OK | Murray | 26 | 1S | 1E | SEC 26-1S-1E  S/2 SE/4 NW/4 | | |
| 918 | 31872007 | MINERAL INTEREST | | MI | 320.00 | OK | Noble | 3 | 22N | 2E | SEC 3-22N-2E  SE/4; SW/4 | | |
| 919 | 32872007 | MINERAL INTEREST | | MI | 80.00 | OK | Noble | 25 | 24N | 1E | SEC 25-24N-1E  W/2 SW/4 | | |
| 920 | 33872007 | MINERAL INTEREST | | MI | 40.00 | OK | Noble | 36 | 24N | 1E | SEC 36-24N-1E  NW/4 NW/4 | | |
| 921 | 34872007 | MINERAL INTEREST | | MI | 80.00 | OK | Noble | 26 | 20N | 1W | SEC 26-20N-1W  S/2 SW/4 | | |
| 922 | 3510252 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 13 | 21N | 2W | SEC 13-21N-2W  NE/4 | | undivided 1/32nd mineral interest |
| 923 | 3510260 | MINERAL INTEREST | | MI | 80.00 | OK | Noble | 13 | 20N | 1W | SEC 13-20N-1W  S/2 NE/4 | | |
| 924 | 3510286 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 17 | 21N | 1W | SEC 17-21N-1W  NW/4 | | |
| 925 | 3510302 | MINERAL INTEREST | | MI | 80.00 | OK | Noble | 14 | 21N | 2W | SEC 14-21N-2W  W/2 SW/4 | | |
| 926 | 3510328 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 29 | 22N | 1W | SEC 29-22N-1W  SE/4 | | |
| 927 | 3510351 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 22 | 22N | 2W | SEC 22-22N-2W  NW/4 | | |
| 928 | 3510369 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 26 | 23N | 1W | SEC 26-23N-1W  NW/4  SW/4 | | |
| 929 | 35872007 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 22 | 20N | 1E | SEC 22-20N-1E  NW/4 | | |
| 930 | 3510394 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 6 | 21N | 2E | SEC 6-21N-2E  SE/4 | | |
| 931 | 37872007 | MINERAL INTEREST | | MI | 160.00 | OK | Noble | 15 | 21N | 2W | SEC 15-21N-2W  NW/4 | | |
| 932 | 925884 | FOURDEE MS LIMESTONE UNIT | 3510328 | RI | 0.00 | OK | Noble | 24 | 22N | 2W | NE/4; E/2 NE/4; NE/4 SE/4 SEC 25-22N-2W  N/2; SE/4 SW/4; NW/4 SW/4 SEC 36-22N-2W  E/2; E/2 W/2 SEC 19-22N-1W  S/2; SE/4 | | |
| 933 | 926082 | S LONE ELM CLEVELAND SU | | RI | 0.00 | OK | Noble | 13 | 20N | 1W | SEC 13-20N-1W | | |
| 934 | 926110 | SHORT | | RI | 0.00 | OK | Noble | 17 | 21N | 1W | SEC 17-21N-1W | | |
| 935 | 926160 | SULLINS 6-21N-2E 1MH | | RI | 0.00 | OK | Noble | 6 | 21N | 2E | SEC 6-21N-2E | 35-103-24481 | |
| 936 | 926222 | MORTON HAY | | UC | 0.00 | OK | Noble | 14 | 21N | 2W | SEC 14-21N-2W  NW/4 SW/4 SW/4 | | |
| 937 | 3530250 | MINERAL INTEREST | | MI | 40.00 | OK | Okfuskee | 20 | 12N | 7E | SEC 20-12N-7E  SW/4 SE/4 | | |
| 938 | 3530268 | MINERAL INTEREST | | MI | 80.00 | OK | Okfuskee | 13 | 11N | 8E | SEC 13-11N-8E  S/2 SW/4 | | 41/160ths mineral interest |
| 939 | 3530276 | MINERAL INTEREST | | MI | 200.00 | OK | Okfuskee | 10 | 10N | 10E | SEC 10-10N-10E  SW/4 SW/4 SEC 10-10N-10E  SE/4 | | |
| 940 | 3530292 | MINERAL INTEREST | | MI | 80.00 | OK | Okfuskee | 20 | 10N | 10E | SEC 20-10N-10E  E/2 SW/4 | | |
| 941 | 3530300 | MINERAL INTEREST | | MI | 160.00 | OK | Okfuskee | 30 | 10N | 11E | SEC 30-10N-11E  NE/4 | | |
| 942 | 3530318 | MINERAL INTEREST | | MI | 160.00 | OK | Okfuskee | 2 | 11N | 8E | SEC 2-11N-8E  SW/4 | | |
| 943 | 3530326 | MINERAL INTEREST | | MI | 120.00 | OK | Okfuskee | 11 | 11N | 8E | SEC 11-11N-8E  W/2 SE/4; SE/4 SE/4 | | |
| 944 | 3530342 | MINERAL INTEREST | | MI | 160.00 | OK | Okfuskee | 29 | 11N | 9E | SEC 29-11N-9E  SE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 945 | 3530359 | MINERAL INTEREST | | MI | 40.00 | OK | Okfuskee | 19 | 11N | 11E | SEC 19-11N-11E  NE/4 SW/4 | | |
| 946 | 3530367 | MINERAL INTEREST | | MI | 160.00 | OK | Okfuskee | 21 | 13N | 8E | SEC 21-13N-8E  NE/4 | | |
| 947 | 925807 | DILL UNIT TR-4 | | RI | 0.00 | OK | Okfuskee | 2 | 11N | 8E | SEC 2-11N-8E | | |
| 948 | 925808 | DILL UNIT TR-10 | | RI | 0.00 | OK | Okfuskee | 2 | 11N | 8E | SEC 2-11N-8E | | |
| 949 | 925835 | EXCHANGE 1-29H | | RI | 640.00 | OK | Okfuskee | 29 | 11N | 9E | SEC 29-11N-9E | 35-107-23436 | |
| 950 | 926158 | JULIA JOHN (ANNIE LOWE) | 3530292 | RI | 0.00 | OK | Okfuskee | 20 | 10N | 10E | SEC 20-10N-10E | | |
| 951 | 926307 | FOXWORTHY 1-13H | | RI | 10.00 | OK | Okfuskee | 13 | 11N | 8E | SEC 13-11N-8E | 35-107-23511 | |
| 952 | 943839 | ANNIE LOWE #2 | 3530292 | RI | 0.00 | OK | Okfuskee | 20 | 10N | 10E | SEC 20-10N-10E | 3510721210 | |
| 953 | 926022 | DILL UNIT | | UC | 0.00 | OK | Okfuskee | 11 | 11N | 8E | SEC 11-11N-8E  2-11N-8E | | |
| 954 | 31873759 | MINERAL INTEREST | | MI | 158.62 | OK | Oklahoma | 2 | 14N | 2W | SEC 2-14N-2W  Lots 3,4; S/2 NW/4 (ada NW/4) | | |
| 955 | 3540770 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 31 | 11N | 1E | SEC 31-11N-1E  E/2 SE/4 | | |
| 956 | 3540788 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 11 | 11N | 3E | SEC 11-11N-3E  NW/4 | | |
| 957 | 3540796 | MINERAL INTEREST | | MI | 126.00 | OK | Oklahoma | 24 | 11N | 1E | SEC 24-11N-1E  E/2 SW/4; NW/4 SW/4; S/2 SW/4 SW/4; Less 14 acres of SW corner | | |
| 958 | 3540812 | MINERAL INTEREST | | MI | 120.00 | OK | Oklahoma | 35 | 11N | 1E | SEC 35-11N-1E  N/2 NE/4; SW/4 NE/4 | | |
| 959 | 3540820 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 17 | 11N | 2W | SEC 17-11N-2W  S/2 SE/4 | | |
| 960 | 3540838 | MINERAL INTEREST | | MI | 240.00 | OK | Oklahoma | 22 | 11N | 3W | SEC 22-11N-3W  Block 17  Lots 21,22,35,36,37,38 Carney Heights | | |
| 961 | 3540846 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | 29 | 11N | 3W | SEC 29-11N-3W  Block 17   Turner Reed Addition | | |
| 962 | 3540853 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 35 | 11N | 3W | SEC 35-11N-3W  SE/4 | | |
| 963 | 3540861 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 11 | 12N | 1E | SEC 11-12N-1E  SE/4 | | |
| 964 | 3540879 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 21 | 12N | 2W | SEC 21-12N-2W  Lots 7,8 | | |
| 965 | 3540887 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 34 | 12N | 3W | SEC 34-12N-3W  Block 7   Lots 14,15   Meades Eastside Addition | | |
| 966 | 3540895 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 2 | 13N | 1E | SEC 2-13N-1E  SW/4 | | |
| 967 | 3540903 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 3 | 13N | 1E | SEC 3-13N-1E  SE/4 SE/4; NW/4 SE/4 | | |
| 968 | 3540929 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 11 | 13N | 1E | SEC 11-13N-1E  NW/4 | | |
| 969 | 3540937 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 3 | 13N | 1W | SEC 3-13N-1W  E/2 SE/4 | | |
| 970 | 3540945 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 5 | 13N | 1W | SEC 5-13N-1W  SW/4 | | |
| 971 | 3540952 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 11 | 13N | 1W | SEC 11-13N-1W  SE/4 | | |
| 972 | 3540960 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 23 | 13N | 1E | SEC 23-13N-1E  SW/4 | | |
| 973 | 3540978 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 24 | 13N | 1E | SEC 24-13N-1E  SW/4 | | |
| 974 | 3540986 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 28 | 13N | 1E | SEC 28-13N-1E  S/2 NE/4 SEC 28-13N-1E  E/2 SE/4 | | |
| 975 | 3541000 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 29 | 13N | 1E | SEC 29-13N-1E  N/2 NE/4 | | |
| 976 | 3541018 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 29 | 13N | 1W | SEC 29-13N-1W  NW/4 | | |
| 977 | 3541026 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | 28 | 13N | 3W | SEC 28-13N-3W  Block 24  Lots 1-48  Glenaire Addition | | |
| 978 | 3541034 | MINERAL INTEREST | | MI | 320.00 | OK | Okfuskee | 33 | 13N | 4W | SEC 33-13N-4W  NW/4 SEC 33-13N-4W  NE/4 | | |
| 979 | 3541059 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 34 | 13N | 3W | SEC 34-13N-3W  NE/4 | | |
| 980 | 3541067 | MINERAL INTEREST | | MI | 240.00 | OK | Oklahoma | 3 | 14N | 1W | SEC 3-14N-1W  N/2 NW/4 (aka Lots 3,4) SEC 3-14N-1W  NE/4 | | |
| 981 | 3541083 | MINERAL INTEREST | | MI | 40.00 | OK | Oklahoma | 11 | 14N | 1W | SEC 11-14N-1W  SE/4 SE/4 | | |
| 982 | 3541091 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 17 | 14N | 1E | SEC 17-14N-1E  NW/4 | | |
| 983 | 3541109 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 24 | 14N | 1E | SEC 24-14N-1E  SW/4 | | |
| 984 | 3541117 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 19 | 14N | 2W | SEC 19-14N-2W  SW/4 | | |
| 985 | 3541141 | MINERAL INTEREST | | MI | 120.00 | OK | Oklahoma | 10 | 14N | 3W | SEC 10-14N-3W  W/2 NW/4; NE/4 NW/4 | | |
| 986 | 3541166 | MINERAL INTEREST | | MI | 120.00 | OK | Oklahoma | 11 | 14N | 3W | SEC 11-14N-3W  E/2 W/2 NE/4; E/2 NE/4 | | |
| 987 | 3541182 | MINERAL INTEREST | | MI | 80.00 | OK | Oklahoma | 12 | 14N | 3W | SEC 12-14N-3W  N/2 NW/4 | | |
| 988 | 3541190 | MINERAL INTEREST | | MI | 564.00 | OK | Oklahoma | 13 | 14N | 3W | & Santa Fe Railway Company right-of-way) SEC 13-14N-3W   SE/4 SEC 13-14N-3W   N/2 SW/4; SW/4 SW/4 SW/4 (less Atchison, Topeka & Santa Fe Railway Company right-of-way) | | |
| 989 | 3541240 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 24 | 14N | 3W | SEC 24-14N-3W  NE/4 | | |
| 990 | 3541257 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 30 | 14N | 4W | SEC 30-14N-4W  Lots 3,4; E/2 SW/4 | | |
| 991 | 3541299 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | Block 1  Lots 23,24  Belle View Addition | | |
| 992 | 3541307 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | 15, Barrows Addition, thence South 140 feet, thence West 150 feet, thence North 140 feet, thence East 150 feet to the place of beginning, | | undivided 1/8th mineral interest |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 993 | 3541315 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | Block 18   Lot 26   Oak Park Addition | | undivided 1/8th mineral interest |
| 994 | 3541323 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | of Lot 3; Lot 4; W 5' of Lot 5   Jordan Addition Block 2   E 15' of Lot 2; W 20' Lot 3   Block 2, Subdivision of Lot 2, Block 3,         Jordan Addition | | undivided 1/16th mineral |
| 995 | 3541331 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | 5.4 feet East of the Northwest corner of Lot 4, for a place of beginning, thence West 5.4 feet, thence South 140 feet, thence East 28.5 feet, | | undivided 1/16th mineral |
| 996 | 3541356 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | Lots 5,6,7,8,9,10,11,12 Block 125   Lots 13,14,15,16 | | mineral |
| 997 | 3541398 | MINERAL INTEREST | | MI | 0.00 | OK | Oklahoma | | | | Block 10   Lots 5,6   Oak Park amended Addition | | undivided 1/16th mineral |
| 998 | 3541430 | MINERAL INTEREST | | MI | 70.00 | OK | Oklahoma | 3 | 11N | 1E | SEC 3-11N-1E  N 70 acres of W/2 SW/4 | | |
| 999 | 3541455 | MINERAL INTEREST | | MI | 70.00 | OK | Oklahoma | 17 | 12N | 4W | SEC 17-12N-4W  SE/4 | | |
| 1000 | 3541463 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 16 | 12N | 4W | SEC 16-12N-4W  SW/4 | | |
| 1001 | 3541471 | MINERAL INTEREST | | MI | 160.00 | OK | Oklahoma | 21 | 12N | 4W | SEC 21-12N-4W  NW/4 | | |
| 1002 | 925641 | WEHLU TR 421,422,436,437 | 3541257 | RI | 0.00 | OK | Oklahoma | 30 | 14N | 4W | SEC 30-14N-4W | | |
| 1003 | 925642 | WEHLU TR 693,694,700 | | RI | 0.00 | OK | Oklahoma | 33 | 13N | 4W | SEC 33-13N-4W | | |
| 1004 | 925643 | WEHLU TR 695,696,701,702 | 3541034 | RI | 0.00 | OK | Oklahoma | 33 | 13N | 4W | SEC 33-13N-4W | | |
| 1005 | 925697 | WEHLU TR 697,698,703,704 | 3541034 | RI | 0.00 | OK | Oklahoma | 33 | 13N | 4W | SEC 33-13N-4W | | |
| 1006 | 925686 | GLENAIRE 2 | | RI | 80.00 | OK | Oklahoma | 28 | 13N | 3W | SEC 28-13N-3W  S/2 NE/4 | | |
| 1007 | 925767 | CLEAVER 1 | | RI | 0.00 | OK | Oklahoma | 13 | 14N | 3W | SEC 13-14N-3W | | |
| 1008 | 925809 | PIERSOL 4 | | RI | 0.00 | OK | Oklahoma | 33 | 13N | 4W | SEC 33-13N-4W | | |
| 1009 | 925928 | RAIZY 1 | | RI | 0.00 | OK | Oklahoma | 3 | 14N | 1W | SEC 3-14N-1W  Lots 3,4 | 35-109-22372 | |
| 1010 | 925932 | BETHANY 1-16 | | RI | 0.00 | OK | Oklahoma | 16 | 12N | 4W | SEC 16-12N-4W | 35-109-22225 | |
| 1011 | 925933 | WILEY POST 3-17H | | RI | 0.00 | OK | Oklahoma | 17 | 12N | 4W | SEC 17-12N-4W | 35-109-22409 | |
| 1012 | 925940 | ALDEN 1 | | RI | 0.00 | OK | Oklahoma | 13 | 14N | 3W | SEC 13-14N-3W | 35-109-37886 | |
| 1013 | 925995 | BRUMFIELD 28-2 | | RI | 0.00 | OK | Oklahoma | 29 | 11N | 3W | SEC 29-11N-3W | 35-109-21562 | |
| 1014 | 925997 | BRUMFIELD 29-1 | 3540846 | RI | 0.00 | OK | Oklahoma | 29 | 11N | 3W | SEC 29-11N-3W | 3510921548 | |
| 1015 | 926009 | CLEAVER 3 | | RI | 0.00 | OK | Oklahoma | 13 | 14N | 3W | SEC 13-14N-3W | | |
| 1016 | 926025 | DOLESE 22-1 | 3540838 | RI | 320.00 | OK | Oklahoma | 22 | 11N | 3W | SEC 22-11N-3W  E/2 | 3510922113 | |
| 1017 | 926118 | WITCHER REDFORK EAST | | RI | 0.00 | OK | Oklahoma | 21 | 12N | 2W | SEC 21-12N-2W | | |
| 1018 | 926119 | WITCHER | | RI | 0.00 | OK | Oklahoma | 21 | 12N | 2W | SEC 21-12N-2W | | |
| 1019 | 926308 | FRAIM 1-11 | | RI | 0.00 | OK | Oklahoma | 11 | 14N | 3W | SEC 11-14N-3W | 35-109-21906 | |
| 1020 | 926008 | CLEAVER 1-13 | | UC | 0.00 | OK | Oklahoma | 13 | 14N | 3W | SEC 13-14N-3W | | |
| 1021 | 926316 | GRANT 24-1A (GRANT 1-24) | | UC | 0.00 | OK | Oklahoma | 24 | 14N | 1E | SEC 24-14N-1E | 35-109-22243 | |
| 1022 | 3580099 | MINERAL INTEREST | | MI | 120.00 | OK | Pawnee | 20 | 23N | 3E | SEC 20-23N-3E  W/2 SW/4; W/2 E/2 SW/4 | | |
| 1023 | 3590312 | MINERAL INTEREST | | MI | 80.00 | OK | Payne | 8 | 17N | 2E | SEC 8-17N-2E  Lots 6,7 SEC 8-17N-2E  Lots 1,2 in SE/4 | | undivided 1/64th mineral interest |
| 1024 | 3590338 | MINERAL INTEREST | | MI | 100.00 | OK | Payne | 9 | 17N | 2E | SEC 9-17N-2E  Lots 6,7; S/2 of Lot 8 | | mineral interest |
| 1025 | 3590346 | MINERAL INTEREST | | MI | 40.00 | OK | Payne | 1 | 17N | 1E | SEC 1-17N-1E  SE/4 NE/4 | | |
| 1026 | 3590353 | MINERAL INTEREST | | MI | 0.00 | OK | Payne | 3 | 17N | 6E | NE corner of said quarter section for a point of beginning running thence | | |
| 1027 | 3590379 | MINERAL INTEREST | | MI | 80.00 | OK | Payne | 12 | 18N | 1E | SEC 12-18N-1E  N/2 SE/4 | | |
| 1028 | 3590387 | MINERAL INTEREST | | MI | 80.00 | OK | Payne | 18 | 18N | 2E | SEC 18-18N-2E  S/2 SE/4 | | |
| 1029 | 3590395 | MINERAL INTEREST | | MI | 320.00 | OK | Payne | 19 | 18N | 2E | SEC 19-18N-2E  Lots 1,2; E/2 NW/4 SEC 19-18N-2E  NE/4 | | |
| 1030 | 3590429 | MINERAL INTEREST | | MI | 40.00 | OK | Payne | 26 | 18N | 6E | SEC 26-18N-6E  NW/4 SW/4 | | |
| 1031 | 3590437 | MINERAL INTEREST | | MI | 80.00 | OK | Payne | 10 | 19N | 5E | SEC 10-19N-5E  S/2 NW/4 | | |
| 1032 | 925640 | SINGLE SHOT 1-1H | | RI | 0.00 | OK | Payne | 6 | 17N | 2E | SEC 6-17N-2E | 35-119-23733 | |
| 1033 | 926321 | GUILLIAMS 1-18 | 3590387 | UC | 0.00 | OK | Payne | 18 | 18N | 2E | SEC 18-18N-2E | 35-119-23767 | |
| 1034 | 33865674 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 20 | 4N | 8E | SEC 20-4N-8E  W/2 NW/4 | | |
| 1035 | 34865674 | MINERAL INTEREST | | MI | 30.00 | OK | Pontotoc | 2 | 3N | 8E | SEC 2-3N-8E  E/2 NE/4 SE/4; NW/4 NE/4 SE/4 SEC 2-3N-8E  N/2 NE/4 SE/4; NE/4 SE/4 | | |
| 1036 | 35865674 | MINERAL INTEREST | | MI | 160.00 | OK | Pontotoc | 1 | 3N | 8E | SEC 1-3N-8E  SW/4 | | |
| 1037 | 3610789 | MINERAL INTEREST | | MI | 140.00 | OK | Pontotoc | 33 | 2N | 7E | SEC 33-2N-7E  S/2 NW/4; W/2 NE/4 SW/4; NW/4 SW/4 | | |
| 1038 | 3610847 | MINERAL INTEREST | | MI | 188.00 | OK | Pontotoc | 11 | 3N | 8E | SEC 11-3N-8E  N/2 SE/4; E/2 NE/4; S/2 SW/4 NE/4; NW/4 SW/4 NE/4 & NW/4 NE/4 less 2 acres | | |
| 1039 | 3610883 | MINERAL INTEREST | | MI | 480.00 | OK | Pontotoc | 12 | 3N | 8E | SEC 12-3N-8E  N/2; SE/4 | | |
| 1040 | 3610904 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 9 | 4N | 4E | SEC 9-4N-4E  E/2 NE/4 | | |
| 1041 | 3610912 | MINERAL INTEREST | | MI | 35.92 | OK | Pontotoc | 21 | 4N | 5E | SEC 21-4N-5E  SW/4 SW/4 less 4.08 acres for Railway Right-of-Way | | |
| 1042 | 3610920 | MINERAL INTEREST | | MI | 640.00 | OK | Pontotoc | 1 | 4N | 7E | SEC 1-4N-7E | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1043 | 3610938 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 12 | 4N | 7E | SEC 12-4N-7E  SE/4 SE/4; E/2 SW/4 SE/4; S/2 NE/4 SE/4 | | |
| 1044 | 3610961 | MINERAL INTEREST | | MI | 140.00 | OK | Pontotoc | 11 | 4N | 7E | SEC 11-4N-7E  S/2 SE/4; SE/4 SW/4; S/2 NE/4 SW/4 | | |
| 1045 | 3610995 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 14 | 4N | 7E | SEC 14-4N-7E  N/2 NE/4 | | |
| 1046 | 3611001 | MINERAL INTEREST | | MI | 110.00 | OK | Pontotoc | 6 | 4N | 8E | SEC 6-4N-8E  NW/4 NW/4 SE/4; E/2 W/2 SE/4; W/2 E/2 SE/4; E/2 SE/4 SE/4 | | |
| 1047 | 3611043 | MINERAL INTEREST | | MI | 50.00 | OK | Pontotoc | 18 | 4N | 8E | SEC 18-4N-8E  SW/4 SE/4; SE/4 SW/4 | | |
| 1048 | 3611068 | MINERAL INTEREST | | MI | 150.00 | OK | Pontotoc | 19 | 4N | 8E | SEC 19-4N-8E  N/2 NE/4; SE/4 NE/4; SE/4 SW/4 NE/4; N/2 SW/4 NE/4 | | |
| 1049 | 3611217 | MINERAL INTEREST | | MI | 240.00 | OK | Pontotoc | 21 | 4N | 8E | SEC 21-4N-8E  SE/4; W/2 SW/4 | | |
| 1050 | 3611233 | MINERAL INTEREST | | MI | 300.00 | OK | Pontotoc | 28 | 4N | 8E | SEC 28-4N-8E  S/2 S/2 SW/4; W/2 SW/4 SE/4; N/2 N/2; SW/4 NE/4; SE/4 NW/4 | | |
| 1051 | 3611282 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 20 | 5N | 5E | SEC 20-5N-5E  SW/4 NE/4; NW/4 SE/4 | | |
| 1052 | 3611308 | MINERAL INTEREST | | MI | 150.00 | OK | Pontotoc | 30 | 5N | 5E | SEC 30-5N-5E  N/2 NE/4; N/2 SW/4 NE/4; S/2 SE/4 NE/4; NW/4 SE/4 NE/4; SE/4 NE/4 NW/4; NE/4 SE/4 NW/4 | | |
| 1053 | 3611365 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 8 | 5N | 6E | SEC 8-5N-6E  E/2 NE/4 | | |
| 1054 | 3611373 | MINERAL INTEREST | | MI | 40.00 | OK | Pontotoc | 9 | 5N | 6E | SEC 9-5N-6E  W/2 W/2 NW/4 | | |
| 1055 | 3611381 | MINERAL INTEREST | | MI | 40.00 | OK | Pontotoc | 16 | 5N | 6E | SEC 16-5N-6E  S/2 SW/4 NE/4; N/2 NW/4 SE/4 | | |
| 1056 | 3611407 | MINERAL INTEREST | | MI | 100.00 | OK | Pontotoc | 31 | 5N | 7E | SEC 31-5N-7E  E/2 SE/4; E/2 SE/4 NE/4 | | |
| 1057 | 3611423 | MINERAL INTEREST | | MI | 80.00 | OK | Pontotoc | 32 | 5N | 7E | SEC 32-5N-7E  SW/4 NW/4; E/2 NW/4 NW/4; NW/4 NE/4 NW/4 SW/4 NW/4 | | |
| 1058 | 3611464 | MINERAL INTEREST | | MI | 220.00 | OK | Pontotoc | 17 | 5N | 8E | SEC 17-5N-8E  Lot 6; NE/4 SW/4; S/2 SW/4; E/2 NW/4 SE/4; SW/4 SE/4 | | |
| 1059 | 3611514 | MINERAL INTEREST | | MI | 40.00 | OK | Pontotoc | 18 | 5N | 8E | SEC 18-5N-8E  Lot 8 | | |
| 1060 | 36865674 | MINERAL INTEREST | | MI | 320.00 | OK | Pontotoc | 23 | 4N | 8E | SEC 23-4N-8E  S/2 | | |
| 1061 | 37865674 | MINERAL INTEREST | | MI | 40.00 | OK | Pontotoc | 25 | 4N | 8E | SEC 25-4N-8E  W/2 W/2 NW/4 | | |
| 1062 | 38865674 | MINERAL INTEREST | | MI | 280.00 | OK | Pontotoc | 26 | 4N | 8E | SEC 26-4N-8E  N/2 NW/4; NE/4 NE/4; NE/4 SE/4; N/2 SE/4 SE/4; E/2 SW/4 NW/4 SE/4; SW/4 SE/4 SE/4; N/2 SE/4 SE/4; NE/4 NW/4 SE/4 | | |
| 1063 | 925547 | HARJO 'A' | | RI | 0.00 | OK | Pontotoc | 17 | 5N | 8E | SEC 17-5N-8E | | |
| 1064 | 925550 | MCELROY 'A' & 'B' | | RI | 40.00 | OK | Pontotoc | 17 | 5N | 8E | SEC 17-5N-8E  NW/4 SE/4   limited to Gilcrease Formation | | |
| 1065 | 925810 | MOST | | RI | 2.50 | OK | Pontotoc | 20 | 5N | 5E | SEC 20-5N-5E  SW/4 NE/4 NW/4 SE/4 | | |
| 1066 | 925811 | JONAS UNIT 01 | | RI | 40.00 | OK | Pontotoc | 17 | 5N | 8E | SEC 17-5N-8E  NE/4 SW/4 | 35-123-00246 | |
| 1067 | 925812 | RAMSAY-MILNER 06 | | RI | 60.00 | OK | Pontotoc | 17 | 5N | 8E | SEC 17-5N-8E  NW/4 SW/4 SEC 18-5N-8E  SE/4 SE/4 SE/4; SE/4 NE/4 SE/4 | | |
| 1068 | 926098 | HATCHER 1,2 | | RI | 0.00 | OK | Pontotoc | 30 | 5N | 5E | SEC 30-5N-5E | | |
| 1069 | 926099 | R E HATCHER 1 | 3611308 | RI | 0.00 | OK | Pontotoc | 30 | 5N | 5E | SEC 30-5N-5E | 3512300726 | |
| 1070 | 926111 | R E HATCHER | | RI | 0.00 | OK | Pontotoc | 30 | 5N | 5E | SEC 30-5N-5E | | |
| 1071 | 944735 | LESTER 1 | 3611282 | RI | 0.00 | OK | Pontotoc | 20 | 5N | 5E | SEC 20-5N-5E | 35-123-21996 | |
| 1072 | 925953 | BALLINGER | | UC | 0.00 | OK | Pontotoc | 32 | 5N | 7E | SEC 32-5N-7E | 35-123-04029 | |
| 1073 | 925999 | BURNS A | | UC | 0.00 | OK | Pontotoc | 33 | 2N | 7E | SEC 33-2N-7E | 35-123-03351 | |
| 1074 | 926007 | CLARKE 1 | | UC | 0.00 | OK | Pontotoc | 6 | 4N | 8E | SEC 6-4N-8E | | |
| 1075 | 31625704 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 15 | 10N | 3E | SEC 15-10N-3E  Lot 7 | | |
| 1076 | 31873951 | MINERAL INTEREST | | MI | 320.57 | OK | Pottawatomie | 17 | 6N | 5E | SEC 17-6N-5E  S/2 N/2; N/2 S/2; tract in NW/4 beginning a point S of the NW corner | | |
| 1077 | 32873951 | MINERAL INTEREST | | MI | 320.00 | OK | Pottawatomie | 7 | 6N | 5E | SEC 7-6N-5E  S/2 | | |
| 1078 | 33873951 | MINERAL INTEREST | | MI | 230.72 | OK | Pottawatomie | 18 | 6N | 5E | SEC 18-6N-5E  N/2 less a tract beginning at the SE corner of NE/4 SEC 18; less a tract beginning at SW corner; less a tract 64' x 71' as Sisters of Mercy cemetery | | |
| 1079 | 3623113 | MINERAL INTEREST | | MI | 0.00 | OK | Pottawatomie | 13 | 6N | 4E | SEC 13-6N-4E  S/2; S/2 SE/4 SEC 13-6N-4E   beginning at center corner of SEC 13 (more) SEC 13-6N-4E  E/2 SE/4 | | |
| 1080 | 3624087 | MINERAL INTEREST | | MI | 20.00 | OK | Pottawatomie | 3 | 9N | 2E | SEC 3-9N-2E  W/2 E/2 W/2 SE/4 | | |
| 1081 | 3624137 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 19 | 6N | 5E | SEC 19-6N-5E  NW/4 NE/4 SEC 19-6N-5E  E/2 NE/4 | | |
| 1082 | 3624152 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 33 | 7N | 5E | SEC 33-7N-5E  SW/4 NW/4 SEC 33-7N-5E  NE/4 SW/4 SEC 33-7N-5E  SE/2 SW/4 Donor:  Other SEC 33-7N-5E  SE/4 NW/4 | | |
| 1083 | 3624194 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 1 | 6N | 4E | SEC 1-6N-4E  SE/2 SW/4 | | |
| 1084 | 3624228 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 2 | 11N | 2E | SEC 2-11N-2E  NW/4 | | |
| 1085 | 3624236 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 5 | 5N | 2E | SEC 5-5N-2E  Lot 3; W/2 NE/4 | | |
| 1086 | 3624251 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 19 | 11N | 2E | SEC 19-11N-2E  W/2 NE/4 | | |
| 1087 | 3624269 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 23 | 11N | 2E | SEC 23-11N-2E  SW/4 SE/4 SEC 23-11N-2E  SE/4 SE/4 | | |
| 1088 | 3624285 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 25 | 11N | 2E | SEC 25-11N-2E  Lot 2; SW/4 NW/4 | | |
| 1089 | 3624301 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 26 | 11N | 2E | SEC 26-11N-2E  S/2 NW/4 | | |
| 1090 | 3624319 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 35 | 11N | 2E | SEC 35-11N-2E  NE/4 SW/4 SEC 35-11N-2E  NW/4 SW/4 | | |

| | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1091 | 3624335 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 8 | 10N | 2E | SEC 8-10N-2E  NW/4 NW/4 SEC 8-10N-2E  E/2 NW/4 | | |
| 1092 | 3624350 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 24 | 7N | 3E | SEC 24-7N-3E  SE/4 NE/4 | | |
| 1093 | 3624467 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 15 | 6N | 3E | SEC 15-6N-3E  NE/4 | | undivided 1/160th mineral interest |
| 1094 | 3624475 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 5 | 6N | 4E | SEC 5-6N-4E  NW/4 | | undivided 1/80th mineral interest |
| 1095 | 3624483 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 32 | 6N | 4E | SEC 32-6N-4E  NE/4 NE/4 | | undivided 1/40th mineral interest |
| 1096 | 3624491 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 6 | 7N | 2E | SEC 6-7N-2E  W/2 SW/4 (aka Lots 6,7) | | mineral interest |
| 1097 | 3624517 | MINERAL INTEREST | | MI | 188.50 | OK | Pottawatomie | 14 | 7N | 4E | E/2 SW/4 SEC 14-7N-4E  N/2 SW/4 NE/4; SE/4 SW/4 NE/4 | | mineral interest |
| 1098 | 3624533 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 3 | 8N | 3E | SEC 3-8N-3E  NW/4 (aka Lot 3-39.28 acres & Lot 4; S/2 NW/4) | | mineral interest |
| 1099 | 3624541 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 4 | 8N | 3E | SEC 4-8N-3E  E/2 SE/4 | | 7/160ths mineral interest |
| 1100 | 3624558 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 9 | 8N | 3E | SEC 9-8N-3E  NE/4 | | 3/160ths mineral interest |
| 1101 | 3624566 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 1 | 8N | 4E | SEC 1-8N-4E  W/2 NE/4 | | undivided 1/160th mineral interest |
| 1102 | 3624574 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 3 | 8N | 4E | SEC 3-8N-4E  W/2 NE/4 (aka Lot 2; SW/4 NE/4) | | undivided 1/32nd mineral interest |
| 1103 | 3624582 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 21 | 8N | 4E | SEC 21-8N-4E  SW/4 SW/4 | | undivided 1/20th mineral interest |
| 1104 | 3624590 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 32 | 8N | 4E | SEC 32-8N-4E  S/2 SE/4 | | undivided 3/80ths mineral interest |
| 1105 | 3624608 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 28 | 9N | 3E | SEC 28-9N-3E  E/2 E/2 SW/4 | | mineral interest |
| 1106 | 3624616 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 32 | 9N | 3E | SEC 32-9N-3E  NE/4 | | 11/160ths mineral interest |
| 1107 | 3624624 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 33 | 9N | 3E | SEC 33-9N-3E  E/2 NE/4 | | undivided 1/16th mineral interest |
| 1108 | 3624632 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 36 | 9N | 4E | SEC 36-9N-4E  SE/4 | | mineral interest |
| 1109 | 3624640 | MINERAL INTEREST | | MI | 0.00 | OK | Pottawatomie | 24 | 10N | 3E | 24-10N-3E   of I.M.; thence N 1615 ft.; thence E 643 ½ ft.; thence S 1615 ft.; thence W 643 ½ ft. to the point of beginning and a  Tract beginning at | | undivided 1/3rd mineral interest |
| 1110 | 3624681 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 13 | 11N | 4E | SEC 13-11N-4E  Lots 5,6,7,8 | | 4/156.06ths mineral interest |
| 1111 | 3624699 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 14 | 11N | 4E | SEC 14-11N-4E  Lots 1,5 | | 4/156.06ths mineral interest |
| 1112 | 3624707 | MINERAL INTEREST | | MI | 100.00 | OK | Pottawatomie | 31 | 6N | 2E | SEC 31-6N-2E  S/2 NW/4 NE/4 | | |
| 1113 | 3624715 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 2 | 6N | 3E | SEC 2-6N-3E  SE/4 NW/4 | | |
| 1114 | 3624723 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 8 | 6N | 3E | SEC 8-6N-3E  S/2 SE/4 | | |
| 1115 | 3624756 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 21 | 6N | 3E | SEC 21-6N-3E  S/2 SW/4 | | |
| 1116 | 3624764 | MINERAL INTEREST | | MI | 350.00 | OK | Pottawatomie | 22 | 6N | 3E | S/2 SW/4 SEC 22-6N-3E   SW/4 NW/4 SEC 22-6N-3E   SE/4 NW/4 SEC 22-6N-3E  SW/4 NE/4; N/2 SE/4 NE/4; SW/4 NE/4 | | |
| 1117 | 3624848 | MINERAL INTEREST | | MI | 90.00 | OK | Pottawatomie | 23 | 6N | 3E | SEC 23-6N-3E  NW/4 NW/4 SE/4 SEC 23-6N-3E   S/2 SE/4 | | |
| 1118 | 3624863 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 16 | 6N | 4E | SEC 16-6N-4E  N/2 NW/4 | | |
| 1119 | 3624889 | MINERAL INTEREST | | MI | 236.00 | OK | Pottawatomie | 25 | 7N | 3E | SEC 25-7N-3E  W/2 SE/4 SEC 25-7N-3E   S/2 SW/4 less 2 acres SEC 25-7N-3E  S/2 NW/4 less 2 acres | | |
| 1120 | 3624897 | MINERAL INTEREST | | MI | 230.00 | OK | Pottawatomie | 10 | 7N | 4E | SEC 10-7N-4E  S/2 NE/4; N/2 SE/4 | | |
| 1121 | 3624947 | MINERAL INTEREST | | MI | 117.00 | OK | Pottawatomie | 15 | 7N | 4E | SEC 15-7N-4E  SE/4 NW/4 SEC 15-7N-4E   S/2 SE/4 less 3 acres | | |
| 1122 | 3624954 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 17 | 7N | 4E | SEC 17-7N-4E  SE/4 SW/4 | | |
| 1123 | 3624962 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 20 | 7N | 4E | SEC 20-7N-4E  NE/4 SW/4 | | |
| 1124 | 3624970 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 23 | 7N | 4E | SEC 23-7N-4E  SE/4 NW/4 | | |
| 1125 | 3624988 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 25 | 7N | 4E | SEC 25-7N-4E  NE/4 NW/4 | | |
| 1126 | 3624996 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 30 | 7N | 4E | SEC 30-7N-4E  E/2 NE/4 | | |
| 1127 | 3625001 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 36 | 7N | 4E | SEC 36-7N-4E  W/2 SE/4 | | |
| 1128 | 3625019 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 19 | 7N | 5E | SEC 19-7N-5E  E/2 NW/4 SEC 19-7N-5E  S/2 NE/4 | | |
| 1129 | 3625035 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 31 | 7N | 5E | SEC 31-7N-5E  N/2 SW/4 | | |
| 1130 | 3625043 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 32 | 7N | 5E | SEC 32-7N-5E  E/2 NW/4 | | |
| 1131 | 3625050 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 15 | 8N | 3E | SEC 15-8N-3E  W/2 land lying N & W of Gulf, Colorado, and Santa Fe Railroad Company | | |
| 1132 | 3625068 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 27 | 8N | 3E | SEC 27-8N-3E  NE/4 | | |
| 1133 | 3625076 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 31 | 8N | 3E | SEC 31-8N-3E  SW/4 | | |
| 1134 | 3625084 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 35 | 8N | 3E | SEC 35-8N-3E  SW/4 | | |
| 1135 | 3625092 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 11 | 8N | 4E | SEC 11-8N-4E  SE/4 | | |
| 1136 | 3625100 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 26 | 8N | 4E | SEC 26-8N-4E  W/2 SE/4 | | |
| 1137 | 3625118 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 28 | 8N | 4E | SEC 28-8N-4E  SE/4 SE/4 | | |
| 1138 | 3625126 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 8 | 8N | 5E | SEC 8-8N-5E  NE/4 | | |
| 1139 | 3625134 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 13 | 9N | 4E | SEC 13-9N-4E  SE/4 | | |
| 1140 | 3625142 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 18 | 9N | 5E | SEC 18-9N-5E  N/2 SE/4; SW/4 SE/4 | | |
| 1141 | 3625167 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 19 | 9N | 5E | SEC 19-9N-5E  NE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1142 | 3625175 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 20 | 10N | 2E | SEC 20-10N-2E  SE/4 | | |
| 1143 | 3625183 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 10 | 11N | 2E | SEC 10-11N-2E  Lots 1,2,3 of NW/4 | | |
| 1144 | 3625191 | MINERAL INTEREST | | MI | 160.00 | OK | Pottawatomie | 18 | 10N | 4E | SEC 18-10N-4E  SW/4 | | |
| 1145 | 3625209 | MINERAL INTEREST | | MI | 320.00 | OK | Pottawatomie | 21 | 11N | 2E | SEC 21-11N-2E  SW/4 SEC 21-11N-2E  W/2 SE/4 SEC 21-11N-2E E/2 SE/4 | | |
| 1146 | 3625233 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 11 | 11N | 4E | SEC 11-11N-4E  N/2 NW/4 | | |
| 1147 | 3625241 | MINERAL INTEREST | | MI | 120.00 | OK | Pottawatomie | 29 | 9N | 2E | SEC 29-9N-2E  N/2 SE/4; NE/4 SW/4 | | |
| 1148 | 3625266 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 19 | 10N | 5E | SEC 19-10N-5E  W/2 SE/4 | | |
| 1149 | 36252661 | MINERAL INTEREST | | MI | 640.00 | OK | Pottawatomie | 11 | 10N | 5E | SEC 11-10N-5E | | |
| 1150 | 3625654 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 6 | 6N | 5E | SEC 6-6N-5E  Lot 4 (NW/4 NW/4) | | |
| 1151 | 3625704 | MINERAL INTEREST | | MI | 0.00 | OK | Pottawatomie | 14 | 10N | 3E | SEC 14-10N-3E  Lots 2,7; parts of Lots 1,3 | | |
| 1152 | 3625712 | MINERAL INTEREST | | MI | 40.00 | OK | Pottawatomie | 35 | 7N | 5E | SEC 35-7N-5E  SE/4 NW/4 | | |
| 1153 | 3625738 | MINERAL INTEREST | | MI | 0.00 | OK | Pottawatomie | 30 | 6N | 3E | SEC 30-6N-3E  Block 27  Lots 3-12 | | |
| 1154 | 3625803 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 13 | 10N | 3E | SEC 13-10N-3E  N/2 NW/4 | | |
| 1155 | 82865674 | MINERAL INTEREST | | MI | 80.00 | OK | Pottawatomie | 19 | 7N | 2E | SEC 19-7N-2E  W/2 NE/4 SEC 19-7N-2E  NW/4 | | |
| 1156 | 899016 | MCKOWN #1 | 3624152 | RI | 0.00 | OK | Pottawatomie | 33 | 7N | 5E | SEC 33-7N-5E | 35-125-21628 | |
| 1157 | 899021 | MEYER 1-3 | 3624533 | RI | 0.00 | OK | Pottawatomie | 3 | 8N | 3E | SEC 3-8N-3E  NW/4 NW/4 | 3512523902 | |
| 1158 | 925551 | MG 2 & 7 | | RI | 0.00 | OK | Pottawatomie | 14 | 7N | 4E | SEC 14-7N-4E | 35-125-21944 | |
| 1159 | 925552 | MG 4 & 5 | | RI | 0.00 | OK | Pottawatomie | 23 | 7N | 4E | SEC 23-7N-4E | | |
| 1160 | 925795 | EFFIE 1-31 | | RI | 0.00 | OK | Pottawatomie | 31 | 6N | 2E | SEC 31-6N-2E | 35-125-03563 | |
| 1161 | 925797 | SPS 6-26H | | RI | 120.00 | OK | Pottawatomie | 26 | 8N | 4E | SEC 26-8N-4E  SW/4 SE/4 SEC 35-8N-4E  N/2 NE/4 | | |
| 1162 | 925800 | SPS 4-26 | 3625100 | RI | 0.00 | OK | Pottawatomie | 26 | 8N | 4E | SEC 26-8N-4E | | |
| 1163 | 925802 | CUSTOM FOR CARLOS 1-H | | RI | 0.00 | OK | Pottawatomie | 1 | 8N | 1E | SEC 1-8N-1E | 35-125-23691 | |
| 1164 | 925813 | WILLIAMS, C W | | RI | 0.00 | OK | Pottawatomie | 14 | 7N | 4E | SEC 14-7N-4E | | |
| 1165 | 925814 | WEST ASHER WANNETTE | | RI | 0.00 | OK | Pottawatomie | 23 | 6N | 3E | SEC 23-6N-3E | | |
| 1166 | 925815 | SO HOTULKE UNIT TR-2 | | RI | 0.00 | OK | Pottawatomie | 13 | 9N | 4E | SEC 13-9N-4E | | |
| 1167 | 925816 | COUNTY LINE 33-6 | | RI | 0.00 | OK | Pottawatomie | 33 | 7N | 5E | SEC 33-7N-5E | 35-125-21610 | |
| 1168 | 925817 | SASSY-BO 1 | | RI | 0.00 | OK | Pottawatomie | 15 | 7N | 4E | SEC 15-7N-4E | 35-125-21325 | |
| 1169 | 925818 | KYLEE LYNN 1 | | RI | 10.00 | OK | Pottawatomie | 36 | 7N | 4E | SEC 36-7N-4E  SE/4 NW/4 SE/4 | 35-125-21392 | |
| 1170 | 925819 | WANO | | RI | 0.00 | OK | Pottawatomie | 19 | 7N | 5E | SEC 19-7N-5E | | |
| 1171 | 925834 | PYBAS 34-8 | | RI | 0.00 | OK | Pottawatomie | 8 | 6N | 3E | SEC 8-6N-3E | 35-125-21494 | |
| 1172 | 925942 | ANDREWS 1-6 | 3624491 | RI | 0.00 | OK | Pottawatomie | 6 | 7N | 2E | SEC 6-7N-2E | 3512523645 | |
| 1173 | 925981 | BICKFORD 01 | | RI | 0.00 | OK | Pottawatomie | 30 | 7N | 4E | SEC 30-7N-4E | 35-125-21620 | |
| 1174 | 926031 | EARLSBORO 18-5 | 3625142 | RI | 0.00 | OK | Pottawatomie | 18 | 9N | 5E | SEC 18-9N-5E | 35-125-23022 | |
| 1175 | 926032 | EAST CURLEY | | RI | 0.00 | OK | Pottawatomie | 33 | 7N | 5E | SEC 33-7N-5E | | |
| 1176 | 926048 | E WANETTE LAYTON SU | | RI | 0.00 | OK | Pottawatomie | 30 | 6N | 3E | SEC 30-6N-3E | | |
| 1177 | 926051 | FAUBLE | | RI | 0.00 | OK | Pottawatomie | 36 | 10N | 3E | SEC 36-10N-3E | | |
| 1178 | 926194 | ROYSTER 1 & 5 | | RI | 0.00 | OK | Pottawatomie | 21 | 6N | 3E | SEC 21-6N-3E | | |
| 1179 | 926284 | P-18 | | RI | 0.00 | OK | Pottawatomie | 17 | 7N | 4E | SEC 17-7N-4E  SE/4 SW/4 | | |
| 1180 | 926377 | NADEAU 02 | 3625167 | RI | 640.00 | OK | Pottawatomie | 19 | 9N | 5E | SEC 19-9N-5E | 35-125-23320 | |
| 1181 | 926442 | PHU TRACT 32 | | RI | 0.00 | OK | Pottawatomie | 30 | 7N | 4E | SEC 30-8N-4E | | |
| 1182 | 944482 | ST LOUIS EARLSBORO | | RI | 0.00 | OK | Pottawatomie | 10 | 7N | 4E | SEC 10-7N-4E | | |
| 1183 | 944496 | WEST CHERRY HILL 1 | 3624970 | RI | 0.00 | OK | Pottawatomie | 23 | 7N | 4E | SEC 23-7N-4E | 35-125-23218 | |
| 1184 | 944499 | WILSIE 32-1 | 3624590 | RI | 40.00 | OK | Pottawatomie | 32 | 8N | 4E | SEC 32-8N-4E  SW/4 SE/4 | 3512523822 | |
| 1185 | 926019 | CUSTOM FOR CARLOS 2-1H | | UC | 0.00 | OK | Pottawatomie | 1 | 8N | 1E | SEC 1-8N-1E | 35-125-23724 | |
| 1186 | 926324 | HARJO MISENER HUNTON | 3624566 | UC | 0.00 | OK | Pottawatomie | 1 | 8N | 4E | SEC 1-8N-4E  W/2 NE/4 | | |
| 1187 | 926360 | MARIE 33-1 | | UC | 0.00 | OK | Pottawatomie | 33 | 7N | 5E | SEC 33-7N-5E | 35-125-21611 | |
| 1188 | 926388 | NORRIS 1-15 | | UC | 0.00 | OK | Pottawatomie | 15 | 6N | 3E | SEC 15-6N-3E  NE/4 | 35-125-23764 | |
| 1189 | 944484 | STSU TRACT G | | UC | 0.00 | OK | Pottawatomie | 14 | 10N | 3E | SEC 14-10N-3E | | |
| 1190 | 944485 | STSU TRACT M | | UC | 0.00 | OK | Pottawatomie | 14 | 10N | 3E | SEC 14-10N-3E | | |
| 1191 | 944486 | STSU TRACT R | | UC | 0.00 | OK | Pottawatomie | 18 | 10N | 4E | SEC 18-10N-4E | | |
| 1192 | 31640778 | MINERAL INTEREST | | MI | 350.00 | OK | Roger Mills | 33 | 15N | 26W | SEC 33-15N-26W  W/2; 30 acres of NE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1193 | 3640604 | MINERAL INTEREST | | MI | 80.00 | OK | Roger Mills | 9 | 11N | 24W | SEC 9-11N-24W  S/2 SW/4 | | |
| 1194 | 3640612 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 26 | 12N | 24W | SEC 26-12N-24W  W/2 NE/4; E/2 NW/4 | | |
| 1195 | 3640638 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 25 | 13N | 26W | SEC 25-13N-26W  NE/4 | | |
| 1196 | 3640646 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 1 | 15N | 26W | SEC 1-15N-26W  Lots 1,2; S/2 NE/4 | | |
| 1197 | 3640679 | MINERAL INTEREST | | MI | 80.00 | OK | Roger Mills | 6 | 15N | 25W | SEC 6-15N-25W  Lots 3,4 | | |
| 1198 | 3640703 | MINERAL INTEREST | | MI | 400.00 | OK | Roger Mills | 10 | 14N | 25W | SEC 10-14N-25W  SW/4; N/2 SE/4; S/2 NE/4 SEC 10-14N-25W   S/2 SE/4 | | |
| 1199 | 3640729 | MINERAL INTEREST | | MI | 240.00 | OK | Roger Mills | 15 | 14N | 25W | SEC 15-14N-25W  N/2 NE/4 SEC 15-14N-25W   NW/4 | | |
| 1200 | 3640752 | MINERAL INTEREST | | MI | 320.00 | OK | Roger Mills | 12 | 14N | 26W | SEC 12-14N-26W  SW/4 SEC 12-14N-26W   SE/4 | | |
| 1201 | 3640778 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 32 | 15N | 26W | SEC 32-15N-26W  SE/4 | | |
| 1202 | 3640786 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 36 | 15N | 26W | SEC 36-15N-26W  NE/4 | | |
| 1203 | 92865674 | MINERAL INTEREST | | MI | 160.00 | OK | Roger Mills | 1 | 14N | 26W | SEC 1-14N-26W  Lots 3,4; S/2 NW/4 | | |
| 1204 | 925836 | GUENZEL 1-12 | | RI | 0.00 | OK | Roger Mills | 12 | 14N | 26W | SEC 12-14N-26W | | |
| 1205 | 925917 | MANHART 6-15-25 1H | 3640679 | RI | 0.00 | OK | Roger Mills | 6 | 15N | 25W | SEC 6-15N-25W  Lots 3 & 4 | 3512923605 | |
| 1206 | 925918 | PENNER 1-1H | 3640646 | RI | 0.00 | OK | Roger Mills | 1 | 15N | 26W | SEC 1-15N-26W | 3512923499 | |
| 1207 | 925982 | B&W MAHOTA 1-26 | | RI | 0.00 | OK | Roger Mills | 26 | 12N | 24W | SEC 26-12N-24W | 35-129-23289 | |
| 1208 | 925982 | BIG MOUTH 1-32 | 3640786 | RI | 0.00 | OK | Roger Mills | 36 | 15N | 26W | SEC 36-15N-26W | 3512923395 | |
| 1209 | 925984 | GREY HAWK 1H-1 | | RI | 640.40 | OK | Roger Mills | 1 | 14N | 26W | SEC 1-14N-26W | 35-129-23718 | |
| 1210 | 926083 | KLOPFENSTEIN 26 01RE | | RI | 0.00 | OK | Roger Mills | 26 | 12N | 24W | SEC 26-12N-24W | 35-129-21121 | |
| 1211 | 926084 | HUDGENS 26 01 | | RI | 0.00 | OK | Roger Mills | 26 | 12N | 24W | SEC 26-12N-24W | 35-129-22294 | |
| 1212 | 926085 | MAHOTA 26 01 | | RI | 0.00 | OK | Roger Mills | 26 | 12N | 24W | SEC 26-12N-24W | 35-129-22930 | |
| 1213 | 926243 | LITTLE ROBE 1H-33 | | RI | 0.00 | OK | Roger Mills | 33 | 15N | 26W | SEC 33-15N-26W | 35-129-23698 | |
| 1214 | 944502 | WOOD 9 02 | | RI | 0.00 | OK | Roger Mills | 9 | 11N | 24W | SEC 9-11N-24W | | |
| 1215 | 31665031 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 13 | 5N | 5E | SEC 13-5N-5E  NE/4 NE/4 | | |
| 1216 | 3663713 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 22 | 7N | 5E | SEC 22-7N-5E  NW/4 NW/4 | | 13/40ths mineral interest |
| 1217 | 3663721 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 4 | 10N | 8E | SEC 4-10N-8E  S/2 NE/4 | | 3/128ths mineral interest |
| 1218 | 3663747 | MINERAL INTEREST | | MI | 240.00 | OK | Seminole | 11 | 5N | 6E | SEC 11-5N-6E  NE/4 SEC 11-5N-6E   N/2 SE/4 | | undivided 1/48th mineral interest |
| 1219 | 3663754 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 16 | 7N | 6E | SEC 16-7N-6E  NE/4 SE/4 | | undivided 1/8th mineral interest |
| 1220 | 3663762 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 16 | 8N | 7E | SEC 16-8N-7E  N/2 NW/4 | | undivided 1/48th mineral interest |
| 1221 | 3663770 | MINERAL INTEREST | | MI | 360.00 | OK | Seminole | 2 | 9N | 5E | SEC 2-9N-5E  S/2 SE/4 SEC 2-9N-5E  NW/4 SE/4 SEC 2-9N-5E SW/4 SEC 2-9N-5E   W/2 NW/4 | | undivided 1/240th mineral interest |
| 1222 | 3663796 | MINERAL INTEREST | | MI | 240.00 | OK | Seminole | 7 | 5N | 6E | SEC 7-5N-6E  Lots 5,6,7,8; NE/4 SW/4; SE/4 SW/4 | | |
| 1223 | 3663820 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 18 | 5N | 6E | SEC 18-5N-6E  N/2 NW/4; SW/4 NW/4 | | |
| 1224 | 3663846 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 2 | 6N | 5E | SEC 2-6N-5E  S/2 NE/4 | | |
| 1225 | 3663853 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 1 | 6N | 6E | SEC 1-6N-6E  N/2 NW/4; SW/4 NW/4 | | |
| 1226 | 3663879 | MINERAL INTEREST | | MI | 100.00 | OK | Seminole | 4 | 6N | 6E | SEC 4-6N-6E  S/2 SW/4; S/2 N/2 SW/4 | | |
| 1227 | 3663895 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 5 | 6N | 6E | SEC 5-6N-6E  NE/4 SE/4 | | |
| 1228 | 3663903 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 35 | 6N | 7E | SEC 35-6N-7E  N/2 NW/4 | | |
| 1229 | 3663911 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 19 | 6N | 8E | SEC 19-6N-8E  Lot 2 (ada SW/4 NW/4) | | |
| 1230 | 3663929 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 14 | 7N | 5E | SEC 14-7N-5E  NW/4 SE/4; NE/4 SW/4 | | |
| 1231 | 3663945 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 2 | 7N | 6E | SEC 2-7N-6E  SE/4 SE/4 | | |
| 1232 | 3663952 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 11 | 7N | 6E | SEC 11-7N-6E  SE/4 NW/4 | | |
| 1233 | 3663960 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 14 | 7N | 6E | SEC 14-7N-6E  S/2 SW/4 | | |
| 1234 | 3663978 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 15 | 7N | 6E | SEC 15-7N-6E  E/2 SW/4 | | |
| 1235 | 3663986 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 18 | 7N | 6E | SEC 18-7N-6E  E/2 SE/4 | | |
| 1236 | 3663994 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 21 | 7N | 6E | SEC 21-7N-6E  S/2 SW/4 | | |
| 1237 | 3664000 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 28 | 7N | 6E | SEC 28-7N-6E  NE/4 NW/4 | | |
| 1238 | 3664018 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 32 | 7N | 6E | SEC 32-7N-6E  SW/4 SE/4 | | |
| 1239 | 3664026 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 4 | 7N | 7E | SEC 4-7N-7E  SW/4 NW/4 SEC 4-7N-7E  NE/4 NW/4 | | |
| 1240 | 3664042 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 5 | 7N | 7E | SEC 5-7N-7E  E/2 E/2 | | |
| 1241 | 3664059 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 9 | 7N | 7E | SEC 9-7N-7E  NW/4 NE/4 | | |
| 1242 | 3664067 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 10 | 7N | 7E | SEC 10-7N-7E  NE/4 NW/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1243 | 3664075 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 25 | 7N | 7E | SEC 25-7N-7E  NE/4 NE/4 | | |
| 1244 | 3664083 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 27 | 7N | 7E | SEC 27-7N-7E  SW/4 SW/4 | | |
| 1245 | 3664091 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 31 | 7N | 7E | SEC 31-7N-7E  SW/4 | | |
| 1246 | 3664109 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 35 | 7N | 7E | SEC 35-7N-7E  NE/4 SW/4 | | |
| 1247 | 3664117 | MINERAL INTEREST | | MI | 56.02 | OK | Seminole | 5 | 7N | 8E | SEC 5-7N-8E  Lot 4; N 24.21 acres of Lot 5 | | |
| 1248 | 3664133 | MINERAL INTEREST | | MI | 20.00 | OK | Seminole | 6 | 7N | 8E | SEC 6-7N-8E  N/2 NE/4 NE/4 D | | |
| 1249 | 3664141 | MINERAL INTEREST | | MI | 240.00 | OK | Seminole | 30 | 7N | 8E | SEC 30-7N-8E  SW/4 NE/4; SE/4 NW/4; W/2 E/2 SW/4 SEC 30-7N-8E  SW/4 NW/4 (Lot 2) SEC 30-7N-8E  N/2 NW/4 | | |
| 1250 | 3664190 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 31 | 7N | 8E | SEC 31-7N-8E  E/2 NE/4 | | |
| 1251 | 3664208 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 11 | 8N | 5E | SEC 11-8N-5E  E/2 SW/4; SW/4 SW/4 | | |
| 1252 | 3664224 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 14 | 8N | 5E | SEC 14-8N-5E  SE/4 SE/4 | | |
| 1253 | 3664232 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 12 | 8N | 6E | SEC 12-8N-6E  S/2 SW/4 | | |
| 1254 | 3664240 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 25 | 8N | 6E | SEC 25-8N-6E  S/2 NW/4 | | |
| 1255 | 3664265 | MINERAL INTEREST | | MI | 200.00 | OK | Seminole | 26 | 8N | 6E | SEC 26-8N-6E  SW/4; NW/4 SE/4 | | |
| 1256 | 3664281 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 4 | 8N | 7E | SEC 4-8N-7E  S/2 NW/4 | | |
| 1257 | 3664299 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 5 | 8N | 7E | SEC 5-8N-7E  NE/4 | | |
| 1258 | 3664307 | MINERAL INTEREST | | MI | 106.67 | OK | Seminole | 21 | 8N | 7E | SEC 21-8N-7E  N/2 NE/4; E 26.67 acres of S/2 NE/4 | | |
| 1259 | 3664323 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 25 | 8N | 7E | SEC 25-8N-7E  W/2 SW/4 | | |
| 1260 | 3664331 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 27 | 8N | 7E | SEC 27-8N-7E  W/2 NW/4 | | |
| 1261 | 3664349 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 29 | 8N | 7E | SEC 29-8N-7E  SE/4 NW/4 | | |
| 1262 | 3664356 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 31 | 8N | 7E | SEC 31-8N-7E  W/2 SE/4; E/2 SW/4 | | |
| 1263 | 3664372 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 32 | 8N | 7E | SEC 32-8N-7E  N/2 SW/4 | | |
| 1264 | 3664380 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 27 | 8N | 8E | SEC 27-8N-8E  NE/4 SE/4 | | |
| 1265 | 3664398 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 28 | 8N | 8E | SEC 28-8N-8E  S/2 SW/4 | | |
| 1266 | 3664414 | MINERAL INTEREST | | MI | 320.00 | OK | Seminole | 22 | 9N | 5E | SEC 22-9N-5E  NW/4 SEC 22-9N-5E  E/2 E/2 | | |
| 1267 | 3664430 | MINERAL INTEREST | | MI | 480.00 | OK | Seminole | 23 | 9N | 5E | SEC 23-9N-5E  W/2; E/2 NE/4; NE/4 SE/4; SW/4 SE/4 | | |
| 1268 | 3664471 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 3 | 9N | 6E | SEC 3-9N-6E  NE/4 NE/4 | | |
| 1269 | 3664489 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 4 | 9N | 6E | SEC 4-9N-6E  N/2 NW/4; NW/4 NE/4 | | |
| 1270 | 3664505 | MINERAL INTEREST | | MI | 320.00 | OK | Seminole | 14 | 9N | 6E | SEC 14-9N-6E  N/2 | | |
| 1271 | 3664513 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 18 | 9N | 6E | SEC 18-9N-6E  NE/4 NE/4 SEC 18-9N-6E  E/2 NE/4; NW/4 NE/4 SEC 18-9N-6E  NE/4 NE/4; NW/4 SE/4 | | |
| 1272 | 3664562 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 23 | 9N | 6E | SEC 23-9N-6E  NE/4 SE/4 | | |
| 1273 | 3664570 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 24 | 9N | 6E | SEC 24-9N-6E  NE/4 SW/4 SEC 24-9N-6E  S/2 NW/4 | | |
| 1274 | 3664596 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 26 | 9N | 6E | SEC 26-9N-6E  E/2 SE/4; NW/4 SE/4 | | |
| 1275 | 3664612 | MINERAL INTEREST | | MI | 20.00 | OK | Seminole | 4 | 9N | 7E | SEC 4-9N-7E  N/2 NE/4 SE/4 | | |
| 1276 | 3664620 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 1 | 9N | 7E | SEC 1-9N-7E  N/2 NE/4 SE/4 | | |
| 1277 | 3664638 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 12 | 9N | 7E | SEC 12-9N-7E  W/2 SW/4; SE/4 SW/4 | | |
| 1278 | 3664653 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 18 | 9N | 7E | SEC 18-9N-7E  W/2 SW/4; W/2 E/2 SW/4 | | |
| 1279 | 3664679 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 28 | 9N | 7E | SEC 28-9N-7E  S/2 SE/4 | | of 3.2 acres interest |
| 1280 | 3664687 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 29 | 9N | 7E | SEC 29-9N-7E  SE/4 SE/4 | | |
| 1281 | 3664695 | MINERAL INTEREST | | MI | 20.00 | OK | Seminole | 30 | 9N | 8E | SEC 30-9N-8E  E/2 SE/4 SE/4 | | |
| 1282 | 3664703 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 26 | 10N | 5E | SEC 26-10N-5E  W/2 SW/4; NE/4 SW/4 | | |
| 1283 | 3664729 | MINERAL INTEREST | | MI | 200.00 | OK | Seminole | 27 | 10N | 5E | SEC 27-10N-5E  S/2 SW/4; SW/4 SE/4 SEC 27-10N-5E  NE/4 SW/4; NW/4 SE/4 | | |
| 1284 | 3664760 | MINERAL INTEREST | | MI | 160.00 | OK | Seminole | 34 | 10N | 5E | SEC 34-10N-5E  NE/4 NE/4 SEC 34-10N-5E  Lots 2,3,4 | | |
| 1285 | 3664786 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  NW/4 NE/4; E/2 NE/4 | | |
| 1286 | 3664802 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 14 | 10N | 6E | SEC 14-10N-6E  NE/4 SE/4 | | |
| 1287 | 3664810 | MINERAL INTEREST | | MI | 120.00 | OK | Seminole | 21 | 10N | 6E | SEC 21-10N-6E  E/2 NW/4; SW/4 NW/4 | | |
| 1288 | 3664836 | MINERAL INTEREST | | MI | 180.00 | OK | Seminole | 22 | 10N | 7E | SEC 22-10N-7E  NW/4 NW/4; N/2 NE/4 NW/4; W/2 SW/4 NW/4; E/2 SE/4 NW/4 SEC 22-10N-7E  N/2 NE/4 | | |
| 1289 | 3664885 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 30 | 10N | 8E | SEC 30-10N-8E  SE/4 SW/4 | | |
| 1290 | 3664893 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 8 | 11N | 8E | SEC 8-11N-8E  W/2 SE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1291 | 3664919 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 17 | 10N | 6E | SEC 17-10N-6E  SE/4 SE/4 | | |
| 1292 | 3664927 | MINERAL INTEREST | | MI | 80.00 | OK | Seminole | 32 | 10N | 6E | SEC 32-10N-6E  W/2 NE/4 | | |
| 1293 | 3664943 | MINERAL INTEREST | | MI | 40.00 | OK | Seminole | 33 | 7N | 5E | SEC 33-7N-5E  SE/4 NW/4 | | undivided 1/8th mineral interest |
| 1294 | 3665031 | MINERAL INTEREST | | MI | 20.00 | OK | Seminole | 12 | 5N | 5E | SEC 12-5N-5E  E/2 SW/4 SW/4 | | |
| 1295 | 4900011 | MINERAL INTEREST | | MI | 640.00 | OK | Seminole | 18 | 10N | 7E | SEC 18-10N-7E | | |
| 1296 | 899017 | BRINKER 1-23 | 3664562 | RI | 40.00 | OK | Seminole | 23 | 9N | 6E | SEC 23-9N-6E  NE/4 SE/4 | 35-133-25213 | |
| 1297 | 925548 | MAYHUE, G C | | RI | 80.00 | OK | Seminole | 14 | 9N | 6E | SEC 14-9N-6E  W/2 NW/4 | | |
| 1298 | 925549 | MAYHUE, W E 7, 10 | | RI | 200.00 | OK | Seminole | 14 | 9N | 6E | SEC 14-9N-6E  E/2 NW/4; W/2 NE/4; SE/4 NE/4 | | |
| 1299 | 925701 | EMPIRE STATE 20-1H | | RI | 0.00 | OK | Seminole | 29 | 6N | 8E | SEC 29-6N-8E | 35-133-25070 | |
| 1300 | 925702 | ALLIANCE 19-7H | | RI | 0.00 | OK | Seminole | 19 | 6N | 8E | SEC 19-6N-8E | 35-133-25083 | |
| 1301 | 925703 | EMPIRE STATE 20-2H | | RI | 0.00 | OK | Seminole | 29 | 6N | 8E | SEC 29-6N-8E | 35-133-25072 | |
| 1302 | 925704 | EMPIRE STATE 20-4H | | RI | 0.00 | OK | Seminole | 29 | 6N | 8E | SEC 29-6N-8E | | |
| 1303 | 925705 | EMPIRE STATE 20-6H | | RI | 0.00 | OK | Seminole | 29 | 6N | 8E | SEC 29-6N-8E | | |
| 1304 | 925706 | EMPIRE STATE 20-8H | | RI | 0.00 | OK | Seminole | 29 | 6N | 8E | SEC 29-6N-8E | | |
| 1305 | 925707 | BOA 4-3H | | RI | 0.00 | OK | Seminole | 4 | 7N | 7E | SEC 4-7N-7E | 35-133-25131 | |
| 1306 | 925759 | KATIE PAYNE #4 | | RI | 0.00 | OK | Seminole | 5 | 7N | 7E | SEC 5-7N-7E | 35-133-02311 | |
| 1307 | 925768 | ALLIANCE 19-8H | | RI | 0.00 | OK | Seminole | 19 | 6N | 8E | SEC 19-6N-8E | 35-133-25084 | |
| 1308 | 925778 | VARNUM 4-2H | | RI | 160.00 | OK | Seminole | 4 | 9N | 6E | SEC 4-9N-6E  SW/4; W/2 | 35-133-25168 | |
| 1309 | 925779 | VARNUM 4-1H | | RI | 320.78 | OK | Seminole | 4 | 9N | 6E | SEC 4-9N-6E  W/2 | 35-133-25121 | |
| 1310 | 925796 | FOSTER 1B-28 | 3664398 | RI | 20.00 | OK | Seminole | 28 | 8N | 8E | SEC 28-8N-8E  S/2 S/2 SW/4 | 35-133-24778 | |
| 1311 | 925798 | FOSTER 2 | | RI | 160.00 | OK | Seminole | 28 | 8N | 8E | SEC 28-8N-8E  SW/4 | 3513320492 | |
| 1312 | 925799 | FOSTER, C. 3,4 | | RI | 0.00 | OK | Seminole | 28 | 8N | 8E | SEC 28-8N-8E | | |
| 1313 | 925820 | EAST CROMWELL UNIT | 3663721 | RI | 0.00 | OK | Seminole | 4 | 10N | 8E | SEC 4-10N-8E  S/2 NE/4 | | |
| 1314 | 925821 | KEOKUK EARLSBORO SU | 3664786 | RI | 0.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E | | |
| 1315 | 925822 | SOUTH MAUD UNIT | 3663713 | RI | 0.00 | OK | Seminole | 22 | 7N | 5E | SEC 22-7N-5E  NW/4 NW/4 | | |
| 1316 | 925823 | ANNA PADGETT #01 | 3664836 | RI | 0.00 | OK | Seminole | 22 | 10N | 7E | SEC 22-10N-7E  NE/4 NW/4 | 35-133-24077 | |
| 1317 | 925824 | E COKER 2, 10 | | RI | 0.00 | OK | Seminole | 11 | 8N | 5E | SEC 11-8N-5E | | |
| 1318 | 925825 | DEBBIE 1-A | | RI | 0.00 | OK | Seminole | 4 | 7N | 7E | SEC 4-7N-7E | 35-133-21917 | |
| 1319 | 925826 | WEST SASAKWA | | RI | 0.00 | OK | Seminole | 11 | 5N | 6E | SEC 11-5N-6E | | |
| 1320 | 925827 | HARRIS B3 | | RI | 0.00 | OK | Seminole | 11 | 5N | 6E | SEC 11-5N-6E | 35-133-23878 | |
| 1321 | 925828 | MAYHUE 1, 2 | 3664505 | RI | 0.00 | OK | Seminole | 14 | 9N | 6E | SEC 14-9N-6E | 35-133-30072 | |
| 1322 | 925829 | NORVELL 1-29 | | RI | 0.00 | OK | Seminole | 29 | 8N | 7E | SEC 29-8N-7E  SW/4 | | |
| 1323 | 925830 | VARNUM A 0-4, 0-19 | | RI | 0.00 | OK | Seminole | 4 | 9N | 6E | SEC 4-9N-6E | | |
| 1324 | 925895 | DAVIS, E 04 | | RI | 20.00 | OK | Seminole | 6 | 7N | 8E | SEC 6-7N-8E  N/2 NE/4 NE/4 | 35-133-06058 | |
| 1325 | 925939 | AKERMAN 1,2 | | RI | 0.00 | OK | Seminole | 30 | 10N | 8E | SEC 30-10N-8E | 35-133-24195 | |
| 1326 | 925943 | ANGUS 1-11H | | RI | 80.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  W/2 NE/4 | 35-133-24494 | |
| 1327 | 925983 | BLACKJACK 1 | | RI | 5.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  N/2 SW/4 SW/4 NE/4 | 35-133-24279 | |
| 1328 | 925991 | BOB BOWLEGS | | RI | 0.00 | OK | Seminole | 26 | 9N | 6E | SEC 26-9N-6E | | |
| 1329 | 926026 | DORA FIELD EAST SU | | RI | 40.00 | OK | Seminole | 32 | 7N | 6E | SEC 32-7N-6E  SE/4 NE/4 | | |
| 1330 | 926054 | ROBYN 1 | | RI | 2.50 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  NW/4 SE/4 NE/4 SW/4 | 35-133-24278 | |
| 1331 | 926055 | ROBYN 2 | | RI | 160.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  SW/4 | 35-133-24339 | |
| 1332 | 926056 | ROBYN 3H | | RI | 160.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  SW/4 | 35-133-24511 | |
| 1333 | 926057 | KEOKUK NORTH 1 | | RI | 80.00 | OK | Seminole | 11 | 10N | 6E | SEC 11-10N-6E  W/2 SE/4 | 35-133-23667 | |
| 1334 | 926058 | ROYAL PAYNE 1-17 | | RI | 160.00 | OK | Seminole | 17 | 10N | 6E | SEC 17-10N-6E  NE/4 | 35-133-24597 | |
| 1335 | 926059 | WALNUT 2-20H | | RI | 0.00 | OK | Seminole | 20 | 10N | 6E | SEC 20-10N-6E  E/2 SEC 21-10N-6E  W/2 | 35-133-24786 | |
| 1336 | 926061 | FLOSSIE 1-17 | | RI | 160.00 | OK | Seminole | 17 | 10N | 6E | SEC 17-10N-6E  SE/4 | 35-133-25208 | |
| 1337 | 926076 | JOSEPH 1 | | RI | 40.00 | OK | Seminole | 34 | 10N | 5E | SEC 34-10N-5E  Lot 2 (SW/4 NW/4) | 35-133-24182 | |
| 1338 | 926112 | PHILLIP "B" | | RI | 0.00 | OK | Seminole | 5 | 7N | 7E | SEC 5-7N-7E | | |
| 1339 | 926113 | THIRD EARLSBORO UNIT | | RI | 0.00 | OK | Seminole | 18 | 9N | 6E | SEC 18-9N-6E | | |
| 1340 | 926117 | TALLEY 2A | | RI | 0.00 | OK | Seminole | 14 | 7N | 6E | SEC 14-7N-6E | | |
| 1341 | 926244 | RENEE | | RI | 0.00 | OK | Seminole | 10 | 9N | 7E | SEC 10-9N-7E | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1342 | 926310 | FREDDIE 1-22 | 3664836 | RI | 0.00 | OK | Seminole | 22 | 10N | 7E | SEC 22-10N-7E  SE/4 NW/4 NW/4 | 35-133-24154 | |
| 1343 | 926357 | LOS BLUFFS 05 | | RI | 0.00 | OK | Seminole | 6 | 6N | 7E | SEC 6-6N-7E | 3513324290 | |
| 1344 | 926358 | LOS BLUFFS 06 | 3663853 | RI | 0.00 | OK | Seminole | 1 | 6N | 6E | SEC 1-6N-6E | 3513324379 | |
| 1345 | 926443 | POE 22-1 | | RI | 0.00 | OK | Seminole | 22 | 9N | 5E | SEC 22-9N-5E | 35-133-21135 | |
| 1346 | 944470 | RIVER BLUFFS 01 | 3664091 | RI | 0.00 | OK | Seminole | 31 | 7N | 7E | SEC 31-7N-7E  SE/4 SW/4 | 35-133-24056 | |
| 1347 | 944477 | SMITH 1-22 | | RI | 0.00 | OK | Seminole | 22 | 9N | 5E | SEC 22-9N-5E | 35-133-23956 | |
| 1348 | 944492 | VARNUM B | | RI | 0.00 | OK | Seminole | 4 | 9N | 6E | SEC 4-9N-6E | | |
| 1349 | 925948 | ANSON 29-21 | | UC | 0.00 | OK | Seminole | 29 | 9N | 7E | SEC 29-9N-7E | 35-133-07942 | |
| 1350 | 926003 | CATHERINE 25-1 | 3664240 | UC | 80.00 | OK | Seminole | 25 | 8N | 6E | SEC 25-8N-6E  N/2 NW/4 | | |
| 1351 | 926023 | J D DINGLER 1-28 | | UC | 40.00 | OK | Seminole | 28 | 8N | 8E | SEC 28-8N-8E  SE/4 SW/4 | 35-133-20296 | |
| 1352 | 926306 | FOUR CORNERS 1-22 | | UC | 10.00 | OK | Seminole | 22 | 10N | 7E | SEC 22-10N-7E  NE/4 SE/4 NW/4 | | |
| 1353 | 926319 | GREEN 1-5 | | UC | 40.00 | OK | Seminole | 5 | 6N | 6E | SEC 5-6N-6E  NE/4 SE/4 limited production from the Cromwell Formation | 35-133-23524 | |
| 1354 | 926320 | J GROUNDS | | UC | 40.00 | OK | Seminole | 23 | 9N | 5E | SEC 23-9N-5E | 35-133-20579 | |
| 1355 | 926375 | MOSS 1-18H | | UC | 640.00 | OK | Seminole | 18 | 10N | 7E | SEC 18-10N-7E | 35-133-24771 | |
| 1356 | 926389 | OPAL 12-1 | | UC | 0.00 | OK | Seminole | 12 | 8N | 6E | SEC 12-8N-6E | 35-133-24861 | |
| 1357 | 944469 | REEVES 1-7H | | UC | 0.00 | OK | Seminole | 7 | 5N | 6E | SEC 7-5N-6E | 35-133-24994 | |
| 1358 | 945858 | NW ALLEN THURMAN SAND UNIT | 3663796 | UC | 0.00 | OK | Seminole | | | | SEC 12-5N-5E SEC 13-5N-5E | | |
| 1359 | 3778966 | MINERAL INTEREST | | MI | 280.00 | OK | Stephens | 35 | 1S | 5W | SEC 35-1S-5W  E/2 W/2 SEC 35-1S-5W  E/2 NW/4 SEC 35-1S-5W SW/4 NW/4 | | |
| 1360 | 3779055 | MINERAL INTEREST | | MI | 40.00 | OK | Stephens | 6 | 2N | 7W | SEC 6-2N-7W  SE/4 NW/4 | | |
| 1361 | 3779063 | MINERAL INTEREST | | MI | 160.00 | OK | Stephens | 7 | 2N | 7W | SEC 7-2N-7W  Lots 9,10,13,14 | | |
| 1362 | 3779071 | MINERAL INTEREST | | MI | 160.00 | OK | Stephens | 11 | 2S | 7W | SEC 11-2S-7W  NE/4 | | |
| 1363 | 3779089 | MINERAL INTEREST | | MI | 80.00 | OK | Stephens | 1 | 2S | 7W | SEC 1-2S-7W  S/2 SW/4 | | |
| 1364 | 3779097 | MINERAL INTEREST | | MI | 80.00 | OK | Stephens | 19 | 2N | 7W | SEC 19-2N-7W  Lot 6; NE/4 NW/4 | | |
| 1365 | 3779113 | MINERAL INTEREST | | MI | 160.00 | OK | Stephens | 5 | 2N | 8W | SEC 5-2N-8W  Lots 3,4; S/2 NW/4 | | |
| 1366 | 3779139 | MINERAL INTEREST | | MI | 160.00 | OK | Stephens | 6 | 2N | 8W | SEC 6-2N-8W  SE/4 | | |
| 1367 | 3779147 | MINERAL INTEREST | | MI | 0.00 | OK | Stephens | 12 | 2N | 8W | NE/4 & SE/4 NW/4 & NW/4 NE/4 NE/4 & NE/4 SW/4 NE/4 & W/2 SW/4 NE/4 | | |
| 1368 | 3779212 | MINERAL INTEREST | | MI | 80.00 | OK | Stephens | 3 | 2N | 9W | SEC 3-2N-9W  S/2 NW/4 | | |
| 1369 | 3779575 | MINERAL INTEREST | | MI | 0.00 | OK | Stephens | 8 | 2N | 7W | SEC 8-2N-7W  NW/4 except 4 tracts | | |
| 1370 | 925611 | BRIAR 1H-35X | | RI | 0.00 | OK | Stephens | 35 | 3N | 4W | SEC 35-3N-4W | 35-137-27160 | |
| 1371 | 925612 | BRIAR 3H-35XR | | RI | 0.00 | OK | Stephens | 35 | 3N | 4W | SEC 35-3N-4W | 35-137-27164 | |
| 1372 | 925873 | SARAH 1-7 | | RI | 0.00 | OK | Stephens | 7 | 2N | 7W | SEC 7-2N-7W | 35-137-25846 | |
| 1373 | 925896 | WHEAT 1-8 | | RI | 0.00 | OK | Stephens | 8 | 2N | 7W | SEC 8-2N-7W | 35-137-26005 | |
| 1374 | 925897 | BONNER 1-12 | | RI | 160.00 | OK | Stephens | 12 | 2N | 8W | SEC 12-2N-8W  NW/4 | 35-137-26060 | |
| 1375 | 925899 | WALLER BERGER 1-6 | | RI | 0.00 | OK | Stephens | 6 | 2N | 8W | SEC 6-2N-8W | 35-137-26066 | |
| 1376 | 925900 | ATTAWAY 1-5 | | RI | 480.00 | OK | Stephens | 5 | 2N | 8W | SEC 5-2N-8W  S/2; S/2 | 35-137-26198 | |
| 1377 | 925903 | SARAH 3-7 | | RI | 0.00 | OK | Stephens | 7 | 2N | 7W | SEC 7-2N-7W | 35-137-26477 | |
| 1378 | 925905 | CHISHOLM 1-8 | | RI | 0.00 | OK | Stephens | 8 | 2N | 7W | SEC 8-2N-7W | | |
| 1379 | 926033 | EBI 1-7 | | RI | 0.00 | OK | Stephens | 7 | 2N | 7W | SEC 7-2N-7W | 35-137-26000 | |
| 1380 | 926397 | PERCIVAL | | RI | 0.00 | OK | Stephens | 12 | 2N | 8W | SEC 12-2N-8W | 35-137-20933 | |
| 1381 | 944472 | SARAH 2-7 | | RI | 0.00 | OK | Stephens | 7 | 2N | 7W | SEC 7-2N-7W | | |
| 1382 | 926398 | CLAUDE PERCIVAL 1 | | UC | 0.00 | OK | Stephens | 12 | 2N | 8W | SEC 12-2N-8W  NW/4 | 35-137-20399 | |
| 1383 | 944481 | STIEFEL B | | UC | 0.00 | OK | Stephens | 35 | 1S | 5W | SEC 35-1S-5W | | |
| 1384 | 3690062 | MINERAL INTEREST | | MI | 160.00 | OK | Texas | 15 | 4N | 13E | SEC 15-4N-13E  SW/4 | | undivided 1/16th mineral interest |
| 1385 | 3690070 | MINERAL INTEREST | | MI | 160.00 | OK | Texas | 23 | 4N | 13E | SEC 23-4N-13E  NE/4 | | 9/320ths mineral interest |
| 1386 | 926006 | CITIES SERVICE H 3 | | RI | 0.00 | OK | Texas | 15 | 4N | 13E | SEC 15-4N-13E | 35-139-22991 | |
| 1387 | 926096 | WILSON 1 23 MARMATON | | RI | 0.00 | OK | Texas | 23 | 4N | 13E | SEC 23-4N-13E | | |
| 1388 | 926225 | WACKER 1-23 | | RI | 0.00 | OK | Texas | 23 | 4N | 13E | SEC 23-4N-13E | 35-139-01689 | |
| 1389 | 3740164 | MINERAL INTEREST | | MI | 160.00 | OK | Washita | 29 | 11N | 14W | SEC 29-11N-14W  SE/4 | | undivided 1/32nd mineral interest |
| 1390 | 3740172 | MINERAL INTEREST | | MI | 0.00 | OK | Washita | 31 | 8N | 17W | SEC 31-8N-17W  S/2 SE/4 SEC 31-8N-17W  Lots 3,4,9,10,11 in SW/4 | | |
| 1391 | 3740198 | MINERAL INTEREST | | MI | 120.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W  Lot 4 N of Kiowa Line SEC 32-8N-17W  Lot 5 S of Kiowa Line SEC 32-8N-17W  SW/4 SW/4 | | |
| 1392 | 3740222 | MINERAL INTEREST | | MI | 160.00 | OK | Washita | 5 | 8N | 20W | SEC 5-8N-20W  SW/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1393 | 3740230 | MINERAL INTEREST | | MI | 320.00 | OK | Washita | 9 | 8N | 20W | SEC 9-8N-20W  W/2 SW/4; NE/4 SW/4; NW/4 SE/4 SEC 9-8N-20W NE/4 | | |
| 1394 | 3740271 | MINERAL INTEREST | | MI | 160.00 | OK | Washita | 9 | 9N | 16W | SEC 9-9N-16W  SE/4 | | |
| 1395 | 3740289 | MINERAL INTEREST | | MI | 80.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W  S/2 NW/4 | | |
| 1396 | 3740297 | MINERAL INTEREST | | MI | 160.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W  SE/4 | | |
| 1397 | 3740305 | MINERAL INTEREST | | MI | 160.00 | OK | Washita | 30 | 11N | 14W | SEC 30-11N-14W  NE/4 | | |
| 1398 | 925849 | JOHNSON 9-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-21244 | |
| 1399 | 925850 | MARY 4-4 | | RI | 0.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | | |
| 1400 | 925851 | CAROLYN 5-4 | | RI | 640.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | 35-149-21280 | |
| 1401 | 925852 | BLANTON 7-4 | | RI | 640.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | 35-149-21391 | |
| 1402 | 925853 | JOHNSON 12-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-21360 | |
| 1403 | 925854 | PARKER 8-4 | | RI | 0.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | | |
| 1404 | 925855 | PIERCEY 9-4 | | RI | 0.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | 35-149-21429 | |
| 1405 | 925856 | JOHNSON IRA 1 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20086 | |
| 1406 | 925857 | FLYING J 1-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20688 | |
| 1407 | 925858 | RUSSELL TRISSELL 2-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20700 | |
| 1408 | 925859 | T&T 1-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | | |
| 1409 | 925860 | MCGHEE 1-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20821 | |
| 1410 | 925861 | TRISSELL 6-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20911 | |
| 1411 | 925862 | MCGHEE 7-10 | | RI | 0.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-20942 | |
| 1412 | 925863 | FLYING J 10-10 | | RI | 640.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-21287 | |
| 1413 | 925864 | FLYING J 11-10 | | RI | 640.00 | OK | Washita | 10 | 9N | 19W | SEC 10-9N-19W | 35-149-21323 | |
| 1414 | 925865 | PARKER 6-4 | | RI | 0.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | | |
| 1415 | 925887 | BUDDY 1-32 | | RI | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | 35-149-20736 | |
| 1416 | 925888 | HILL 2-31 | | RI | 0.00 | OK | Washita | 31 | 8N | 17W | SEC 31-8N-17W | 35-149-20925 | |
| 1417 | 925889 | HILL 3-31 | | RI | 0.00 | OK | Washita | 31 | 8N | 17W | SEC 31-8N-17W | 35-149-21103 | |
| 1418 | 925890 | BUDDY 4-32 | | RI | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | 35-149-21094 | |
| 1419 | 925891 | BUDDY 3-32 | | RI | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | | |
| 1420 | 925892 | BUDDY 7-32 | | RI | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | 35-149-21166 | |
| 1421 | 925912 | MORRIS 1-9 | 3740271 | RI | 0.00 | OK | Washita | 9 | 9N | 16W | SEC 9-9N-16W | 3514921533 | |
| 1422 | 925990 | BOWIE 3-9 | 3740230 | RI | 0.00 | OK | Washita | 9 | 8N | 20W | SEC 9-8N-20W | 3514920544 | |
| 1423 | 925998 | BUDDY 6-32 | | RI | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | 35-149-21141 | |
| 1424 | 926017 | CROWDER 01-29 | | RI | 0.00 | OK | Washita | 29 | 11N | 14W | SEC 29-11N-14W | 3514920119 | |
| 1425 | 926395 | PARKER 4-1 | | RI | 0.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W | 35-149-20661 | |
| 1426 | 944495 | WARKENTIN 1-30 | | RI | 0.00 | OK | Washita | 30 | 11N | 14W | SEC 30-11N-14W | 35-149-20108 | |
| 1427 | 925988 | BOWIE 1-9 | | UC | 0.00 | OK | Washita | 9 | 8N | 20W | SEC 9-8N-20W | 35-149-20158 | |
| 1428 | 925989 | BOWIE 2-9 | | UC | 0.00 | OK | Washita | 9 | 8N | 20W | SEC 9-8N-20W | 35-149-20503 | |
| 1429 | 925996 | BUDDY 5-32 | | UC | 0.00 | OK | Washita | 32 | 8N | 17W | SEC 32-8N-17W | 35-149-21124 | |
| 1430 | 926034 | ECHO 1-5 | | UC | 0.00 | OK | Washita | 5 | 8N | 20W | SEC 5-8N-20W D | 35-149-20999 | |
| 1431 | 926337 | HILL 1-31 | | UC | 0.00 | OK | Washita | 31 | 8N | 17W | SEC 31-8N-17W | 35-149-20746 | |
| 1432 | 926356 | LOFTISS BROACH 3-4 | | UC | 160.00 | OK | Washita | 4 | 9N | 19W | SEC 4-9N-19W  SE/4 | 35-149-20786 | |
| 1433 | 3750106 | MINERAL INTEREST | | MI | 120.00 | OK | Woods | 3 | 22N | 14W | SEC 3-22N-14W  Lots 1,2,6 | | |
| 1434 | 3750114 | MINERAL INTEREST | | MI | 40.00 | OK | Woods | 27 | 23N | 14W | SEC 27-23N-14W  SE/4 SE/4 | | |
| 1435 | 3750122 | MINERAL INTEREST | | MI | 40.00 | OK | Woods | 34 | 23N | 14W | SEC 34-23N-14W  NE/4 NE/4 | | |
| 1436 | 3750130 | MINERAL INTEREST | | MI | 80.00 | OK | Woods | 35 | 23N | 14W | SEC 35-23N-14W  N/2 NW/4 | | |
| 1437 | 3750148 | MINERAL INTEREST | | MI | 160.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W  NW/4 | | |
| 1438 | 3750155 | MINERAL INTEREST | | MI | 320.00 | OK | Woods | 5 | 27N | 19W | SEC 5-27N-19W  NW/4 SEC 5-27N-19W  SW/4 | | |
| 1439 | 3750171 | MINERAL INTEREST | | MI | 160.00 | OK | Woods | 31 | 27N | 17W | SEC 31-27N-17W  NE/4 | | |
| 1440 | 3750189 | MINERAL INTEREST | | MI | 160.00 | OK | Woods | 32 | 28N | 19W | SEC 32-28N-19W  SW/4 | | |
| 1441 | 3750197 | MINERAL INTEREST | | MI | 320.00 | OK | Woods | 36 | 28N | 20W | SEC 36-28N-20W  NE/4 SEC 36-28N-20W  SE/4 | | |
| 1442 | 925688 | HEPNER 1-34 | | RI | 0.00 | OK | Woods | 34 | 23N | 14W | SEC 34-23N-14W | 35-151-20290 | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1443 | 925689 | HEPNER C 1-34 | | RI | 0.00 | OK | Woods | 34 | 23N | 14W | SEC 34-23N-14W | 35-151-20621 | |
| 1444 | 925690 | HEPNER D 1-34 | | RI | 0.00 | OK | Woods | 34 | 23N | 14W | SEC 34-23N-14W | 35-151-21666 | |
| 1445 | 925870 | MORRIS HULL 1-34 | | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | | |
| 1446 | 925898 | HELENE 1-34 | | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22501 | |
| 1447 | 925901 | ABBY 1-34 | | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22570 | |
| 1448 | 925902 | EMMA 1-34 | | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22576 | |
| 1449 | 925904 | NATHANIEL 1-34 | | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22235 | |
| 1450 | 925907 | LOUISE HEPNER 1-27 | | RI | 0.00 | OK | Woods | 27 | 23N | 14W | SEC 27-23N-14W | 35-151-22816 | |
| 1451 | 926062 | MCCAMON | | RI | 0.00 | OK | Woods | 31 | 27N | 17W | SEC 31-27N-17W | | |
| 1452 | 926246 | HEPNER 1-3 | | RI | 160.00 | OK | Woods | 3 | 22N | 14W | SEC 3-22N-14W  NW/4 | 35-059-22546 | |
| 1453 | 926270 | HEPNER 2-3 | | RI | 160.00 | OK | Woods | 3 | 22N | 14W | SEC 3-22N-14W  SW/4 | 35-093-20908 | |
| 1454 | 926271 | HEPNER 4-3 | | RI | 160.00 | OK | Woods | 3 | 22N | 14W | SEC 3-22N-14W | 35-151-24743 | |
| 1455 | 926374 | MORRIS HULL 2-34 | 3750148 | RI | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-21489 | |
| 1456 | 96272 | HEPNER 5-3 | | RI | 0.00 | OK | Woods | 3 | 22N | 14W | SEC 3-22N-14W | 35-151-23384 | |
| 1457 | 926303 | FAY 35-A | | SI | 0.00 | OK | Woods | 35 | 23N | 14W | SEC 35-23N-14W | | |
| 1458 | 925941 | AMI 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22686 | |
| 1459 | 925946 | ANNA 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22571 | |
| 1460 | 926045 | ELEANOR 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | | |
| 1461 | 926309 | FRANCINE 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22463 | |
| 1462 | 926313 | GAYLAND 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22485 | |
| 1463 | 926333 | HESS 35 A | | UC | 0.00 | OK | Woods | 35 | 23N | 14W | SEC 35-23N-14W | 35-151-21619 | |
| 1464 | 926343 | JILLY 27-A | | UC | 0.00 | OK | Woods | 27 | 23N | 14W | SEC 27-23N-14W | 35-151-20602 | |
| 1465 | 926361 | MARNE 1-34 | | UC | 0.00 | OK | Woods | 34 | 24N | 15W | SEC 34-24N-15W | 35-151-22700 | |
| 1466 | 944491 | TREVOR 1-35 | | UC | 0.00 | OK | Woods | 35 | 23N | 14W | SEC 35-23N-14W | 35-151-23164 | |
| 1467 | 3760881 | MINERAL INTEREST | | MI | 160.00 | OK | Woodward | 18 | 21N | 20W | SEC 18-21N-20W  E/2 NE/4 SEC 18-21N-20W  SW/4 NE/4 SEC 18-21N-20W  NW/4 SE/4 | | undivided 1/32nd mineral interest |
| 1468 | 3760915 | MINERAL INTEREST | | MI | 80.00 | OK | Woodward | 15 | 22N | 18W | SEC 15-22N-18W  W/2 SW/4 | | undivided 1/8th mineral interest |
| 1469 | 3760923 | MINERAL INTEREST | | MI | 160.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W  SE/4 | | undivided 1/32nd mineral interest |
| 1470 | 3760931 | MINERAL INTEREST | | MI | 37.31 | OK | Woodward | 15 | 20N | 17W | SEC 15-20N-17W  Lot 2 | | |
| 1471 | 3760949 | MINERAL INTEREST | | MI | 160.00 | OK | Woodward | 15 | 20N | 22W | SEC 15-20N-22W  SE/4 | | |
| 1472 | 3760956 | MINERAL INTEREST | | MI | 80.00 | OK | Woodward | 2 | 23N | 20W | SEC 2-23N-20W  E/2 SE/4 | | |
| 1473 | 3760964 | MINERAL INTEREST | | MI | 80.00 | OK | Woodward | 1 | 23N | 20W | SEC 1-23N-20W  W/2 SW/4 | | |
| 1474 | 3760972 | MINERAL INTEREST | | MI | 160.00 | OK | Woodward | 15 | 23N | 20W | SEC 15-23N-20W  NE/4 | | |
| 1475 | 3760980 | MINERAL INTEREST | | MI | 160.00 | OK | Woodward | 26 | 26N | 19W | SEC 26-26N-19W  NE/4 | | |
| 1476 | 3760998 | MINERAL INTEREST | | MI | 320.00 | OK | Woodward | 30 | 26N | 19W | SEC 30-26N-19W  NE/4 SEC 30-26N-19W  SE/4 | | |
| 1477 | 925639 | WIC 4 | | RI | 0.00 | OK | Woodward | 15 | 23N | 20W | | | |
| 1478 | 925908 | BARANSY UNIT 1 | | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | 35-153-30020 | |
| 1479 | 925965 | BARANSY 02-01 | 3760923 | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | 3515321237 | |
| 1480 | 925966 | BARANSY 03-01 | | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | 35-153-21799 | |
| 1481 | 925967 | BARANSY 04-01 | | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | 35-153-22196 | |
| 1482 | 925968 | BARANSY 05-01 | | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | | |
| 1483 | 925969 | BARANSY 06-01 | | RI | 0.00 | OK | Woodward | 1 | 24N | 19W | SEC 1-24N-19W | 35-153-23450 | |
| 1484 | 926103 | WHITE, MARY 01-15 | | RI | 0.00 | OK | Woodward | 15 | 22N | 18W | SEC 15-22N-18W | | |
| 1485 | 926104 | WHITE, MARY 02-15 | | RI | 0.00 | OK | Woodward | 15 | 22N | 18W | SEC 15-22N-18W | 35-153-22299 | |
| 1486 | 926254 | YOUNG 1-2 | | RI | 0.00 | OK | Woodward | 2 | 23N | 20W | SEC 2-23N-20W | 35-153-21389 | |
| 1487 | 926348 | KEHL UN/B/1-18 | 3760881 | RI | 0.00 | OK | Woodward | 18 | 21N | 20W | SEC 18-21N-20W | 351530046 | |
| 1488 | 926394 | P&G 1-26 | | UC | 0.00 | OK | Woodward | 26 | 26N | 19W | SEC 26-26N-19W | 35-153-22156 | |
| 1489 | 944471 | ROBERTS 1A-15C | | UC | 0.00 | OK | Woodward | 15 | 22N | 18W | SEC 15-22N-18W | | |
| 1490 | 2500039 | MINERAL INTEREST | | MI | 320.00 | SD | Haakon | 3 | 2N | 19E | SEC 3-2N-19E  SW/4 | | |
| 1491 | 2500047 | MINERAL INTEREST | | MI | 640.00 | SD | Haakon | 4 | 2N | 19E | SEC 4-2N-19E  S/2 | | |
| 1492 | 2500054 | MINERAL INTEREST | | MI | 320.00 | SD | Haakon | 9 | 2N | 19E | SEC 9-2N-19E  NE/4 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1493 | 4540001 | MINERAL INTEREST | | MI | 320.00 | SD | Perkins | 13 | 13N | 16E | SEC 13-13N-16E  SW/4 NW/4; E/2 NE/4; SW/4 NE/4 | | |
| 1494 | 4540019 | MINERAL INTEREST | | MI | 240.00 | SD | Perkins | 18 | 13N | 17E | SEC 18-13N-17E  NW/4; W/2 NE/4 | | |
| 1495 | 4540027 | MINERAL INTEREST | | MI | 0.00 | SD | Perkins | 4 | 13N | 16E | SEC 4-13N-16E  Lots 2,3; SW/4 NE/4; SE/4 NW/4 SEC 4-13N-16E  Lot 4 | | |
| 1496 | 4540043 | MINERAL INTEREST | | MI | 0.00 | SD | Perkins | 5 | 13N | 16E | SEC 5-13N-16E  SW/4 NW/4; NW/4 SW/4 SEC 5-13N-16E  Lots 1,2,3,4; SE/4 NE/4 | | |
| 1497 | 4540068 | MINERAL INTEREST | | MI | 0.00 | SD | Perkins | 6 | 13N | 16E | SEC 6-13N-16E  Lots 1,6,7; SE/4 NE/4; E/2 SW/4 SE/4 | | |
| 1498 | 4540076 | MINERAL INTEREST | | MI | 0.00 | SD | Perkins | 7 | 13N | 16E | SEC 7-13N-16E  Lots 1,2; E/2 NW/4; E/2 SW/4; E/2 | | |
| 1499 | 4540084 | MINERAL INTEREST | | MI | 480.00 | SD | Perkins | 8 | 13N | 16E | SEC 8-13N-16E  S/2 SEC 8-13N-16E  SE/4 | | |
| 1500 | 4540092 | MINERAL INTEREST | | MI | 160.00 | SD | Perkins | 9 | 13N | 16E | SEC 9-13N-16E  SE/4 | | |
| 1501 | 944503 | MINERAL INTEREST | | MI | 215.66 | TX | Anderson | | | | Headright Survey 3/4 League   148 acres James Wilson Headright Survey   265 acres | | |
| 1502 | 926000 | J.A. CAMPBELL | 944503 | RI | 0.00 | TX | Anderson | | | | James Wilson Headright | 42-001-00818 | |
| 1503 | 926035 | J.N. EDENS 'B' | 944503 | RI | 0.00 | TX | Anderson | | | | James Wilson Headright | | |
| 1504 | 926036 | J.N. EDENS UNIT 1-D,2 | 944503 | RI | 0.00 | TX | Anderson | | | | James Wilson Headright | | |
| 1505 | 926037 | EDENS GAS UNIT 2-2F | 944503 | RI | 0.00 | TX | Anderson | | | | James Wilson Headright | | |
| 1506 | 926038 | EDENS GAS UNIT 2,3 | | RI | 0.00 | TX | Anderson | | | | James Wilson Survey, A-793 | 42-001-32277 | |
| 1507 | 944504 | MINERAL INTEREST | | MI | 80.00 | TX | Archer | | | | SEC 2  N 40 acres of SE/4; S 40 acres of NE/4 Southern Pacific Railway Company Survey, Cert. #16/148 | | |
| 1508 | 944505 | MINERAL INTEREST | | MI | 0.00 | TX | Callahan | | | | Lavaca Survey No. 6 | | |
| 1509 | 944506 | MINERAL INTEREST | | MI | 0.00 | TX | Cooke | | | | SEC 1  NE/4 | | 1150/9600 mineral interest |
| 1510 | 925980 | B F WATSON | | RI | 0.00 | TX | Cooke | | | | V.C. Marshall Survey, A-1409 | | |
| 1511 | 3910007 | MINERAL INTEREST | | MI | 480.00 | TX | Dallam | | | | SEC 79  Block 7  W/2; SE/4   Capitol Syndicate Subdivision, A-332,337,338 | | |
| 1512 | 3910015 | MINERAL INTEREST | | MI | 12.00 | TX | Dallam | | | | SEC 63  Block 7  Capitol Syndicate Survey No. 63 | | |
| 1513 | 31063004 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 33  Block 2   Texas and New Orleans Railway Company Survey | | |
| 1514 | 31968005 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 38  Block 2   Texas and New Orleans Railroad Company Survey | | |
| 1515 | 32968005 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 47  Block 2   Texas and New Orleans Railroad Company Survey | | |
| 1516 | 33968005 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 52  Block 2   Texas and New Orleans Railroad Company Survey | | |
| 1517 | 34968005 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 55  Block 2   Texas and New Orleans Railroad Company Survey | | |
| 1518 | 3968013 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | Block X   Survey 3 | | |
| 1519 | 3968021 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 100  Block 5   N&GN Railway Survey | | |
| 1520 | 5968005 | MINERAL INTEREST | | MI | 0.00 | TX | Garza | | | | SEC 35  Block 2   Texas and New Orleans Railroad Company Survey | | |
| 1521 | 3978046 | MINERAL INTEREST | | MI | 0.00 | TX | Gray | | | | Block 3   portions of Surveys 26,27 S of center line; Survey 28 | | |
| 1522 | 3980075 | MINERAL INTEREST | | MI | 0.00 | TX | Grayson | | | | SEC 10   J. J. Morris Survey  (W/2 of Section 10, League 42) | | undivided 1/64 mineral interest |
| 1523 | 3980083 | MINERAL INTEREST | | MI | 255.00 | TX | Grayson | | | | On the waters of Mineral Creek   metes/bounds part of survey originally granted to E.L. Stickney | | undivided 5/255 mineral interest |
| 1524 | 3980166 | MINERAL INTEREST | | MI | 0.00 | TX | Grayson | | | | Lots 4,5   R. Nall Survey, A-901 | | |
| 1525 | 925677 | SANDUSKY OIL CREEK UNIT | 3980166 | RI | 0.00 | TX | Grayson | | | | Lots 4,5   R. Nall Survey, A-901 | | |
| 1526 | 925700 | NORTH SADLER PENN UNIT | 3980166 | RI | 0.00 | TX | Grayson | | | | Lots 4,5   R. Nall Survey, A-901 | | |
| 1527 | 3982188 | MINERAL INTEREST | | MI | 0.00 | TX | Gregg | | | | Lots 4,5   R. Nall Survey, A-901 | | |
| 1528 | 31111019 | MINERAL INTEREST | | MI | 240.00 | TX | Hemphill | | | | SEC 46  Block 1  SW/4 International and Great Northern Railroad Company Survey SEC 46  Block 1  W/2 SE/4 International and Great Northern Railroad Company Survey | | |
| 1529 | 925744 | ETHEREDGE A 1-46 (U & L) | 31111019 | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-30988 | |
| 1530 | 925748 | ETHEREDGE A 3-46 | 31111019 | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-31891 | |
| 1531 | 925746 | ETHEREDGE A 46-4H | | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-35097 | |
| 1532 | 925747 | ETHEREDGE A 46-5H | | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-35102 | |
| 1533 | 925749 | WALSER A 1-46L & 1-46U | | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-30498 | |
| 1534 | 925751 | WALSER A 2-46 | | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-31131 | |
| 1535 | 925752 | YEAGER A 1-46 U | | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-30728 | |
| 1536 | 944580 | ETHEREDGE A 7-46 | | RI | 0.00 | TX | Hemphill | | | | SEC 228  Block C   C&MMB&A Svy, A-557 | | |
| 1537 | 944581 | ETHEREDGE A 8-46 | 31111019 | RI | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-31131 | |
| 1538 | 944582 | ETHEREDGE A 9-46 | | RI | 0.00 | TX | Hemphill | | | | SEC 228  Block C   C&MMB&A Svy, A-557 | 42-211-30728 | |
| 1539 | 926340 | HOOBLER A 1-46 | | UC | 0.00 | TX | Hemphill | | | | SEC 46  Block 1 International and Great Northern Railroad Company Survey, A-381 | 42-211-30429 | |
| 1540 | 942453 | ETHEREDGE A 1046U | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46  Blk 1   I&GN RR CO Svy, A-381 | 42-211-30988 | |
| 1541 | 942454 | ETHEREDGE A 1146L | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46  Blk 1   I&GN RR CO Svy | | |

| | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1542 | 942455 | ETHEREDGE A 1146U | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy, A-381 | 42-211-31942 | |
| 1543 | 942456 | ETHEREDGE A 6046 | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1544 | 942457 | ETHEREDGE A 7046L | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1545 | 942458 | ETHEREDGE A 7046U | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1546 | 942459 | ETHEREDGE A 8046 | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1547 | 942460 | ETHEREDGE A 9046L | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1548 | 942461 | ETHEREDGE A 9046U | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1549 | 942462 | ETHEREDGE A 2-46 | 31111019 | UC | 0.00 | TX | Hemphill | | | | SEC 46 Blk 1  I&GN RR CO Svy | | |
| 1550 | 31036067 | MINERAL INTEREST | | MI | 171.50 | TX | Jack | | | | Isaac Hughson Survey, A-256 conveyed to J.T.O. Smith by J.R. Hayhurst v E-29, p 125 | | 4.71% Abst. |
| 1551 | 31062006 | MINERAL INTEREST | | MI | 0.00 | TX | Kent | | | | SEC 160 Block G  Waco and Northwestern Railway Company Survey | | |
| 1552 | 31062014 | MINERAL INTEREST | | MI | 0.00 | TX | Kent | | | | SEC 57 Block 7  Houston and Great Northern Railway Company Survey | | |
| 1553 | 32062006 | MINERAL INTEREST | | MI | 0.00 | TX | Kent | | | | SEC 200 Block G  Waco and Northwestern Railway Company Survey | | |
| 1554 | 31078002 | MINERAL INTEREST | | MI | 136.00 | TX | Lamb | | | | SEC 70 Block 1  S/2 | | |
| 1555 | 31116109 | MINERAL INTEREST NON EXECUTIVE | | MI | 320.00 | TX | Martin | | | | SEC 23 Block 38 -1N  2N Texas & Pacific Railway Company Survey, A-280 | | |
| 1556 | 31116117 | MINERAL INTEREST | | MI | 0.00 | TX | Martin | | | | SEC 39 Block 35 -3N  Texas and Pacific Railway Company Survey | | |
| 1557 | 31116125 | MINERAL INTEREST | | MI | 320.00 | TX | Martin | | | | SEC 16 Block 36 -2N  S/2  Texas and Pacific Railway Company Survey | | |
| 1558 | 31116133 | MINERAL INTEREST | | MI | 320.00 | TX | Martin | | | | SEC 12 Block 37 -1S  N/2  Texas and Pacific Railway Company Survey | | |
| 1559 | 32116109 | MINERAL INTEREST | | MI | 0.00 | TX | Martin | | | | SEC 29 Block 38 -1N  Texas and Pacific Railway Company Survey | | |
| 1560 | 32116117 | MINERAL INTEREST | | MI | 0.00 | TX | Martin | | | | SEC 40 Block 35 -3N  Texas and Pacific Railway Company Survey | | |
| 1561 | 33116109 | MINERAL INTEREST | | MI | 0.00 | TX | Martin | | | | SEC 30 Block 38 -1N  Texas and Pacific Railroad Company Survey | | |
| 1562 | 912722 | G W GLASS 1 & 2 | | RI | 0.00 | TX | Martin | | | | | | |
| 1563 | 925721 | POWELL A 2 | | RI | 0.00 | TX | Martin | | | | SEC 12 Block 37 -1S  Texas & Pacific Railway Company Survey, A-924 | 42-317-38641 | |
| 1564 | 925722 | POWELL A 3 | | RI | 0.00 | TX | Martin | | | | SEC 12 Block 37 -1S  Texas & Pacific Railway Company Survey, A-924 | | |
| 1565 | 925723 | POWELL B-1, C-1 | | RI | 160.00 | TX | Martin | | | | SEC 12 Block 37 -1S  Texas & Pacific Railway Company Survey, A-924 | | |
| 1566 | 925724 | GLASS DD 03 | | RI | 0.00 | TX | Martin | | | | SEC 23 Block 38 -1N  Texas & Pacific Railway Company Survey | 42-317-34562 | |
| 1567 | 925725 | GLASS RANCH C 201H | | RI | 0.00 | TX | Martin | | | | SEC 23 Block 38 -1N  Texas & Pacific Railway Company Survey | 42-317-39485 | |
| 1568 | 925726 | GLASS RANCH D 204H | | RI | 640.00 | TX | Martin | | | | Survey, A-855 SEC 39 Block 38 -1N  NE/4; SE/4 Texas and Pacific Railroad Company Survey, A-861 SEC 23 Block 38 -1N  NE/4 Texas | 42-317-39891 | |
| 1569 | 925727 | GLASS RANCH D 408H | | RI | 640.00 | TX | Martin | | | | Survey, A-855 SEC 39 Block 38 -1N  NE/4; SE/4 Texas and Pacific Railroad Company Survey, A-861 SEC 23 Block 38 -1N  NE/4 Texas | 42-317-39893 | |
| 1570 | 925728 | GLASS B 01 | | RI | 0.00 | TX | Martin | | | | SEC 30 Block 38 -1N  Texas & Pacific Railway Company Survey | 42-317-32634 | |
| 1571 | 925729 | GLASS C 01,02 | | RI | 0.00 | TX | Martin | | | | SEC 29 Block 38 -1N  Texas and Pacific Railway Company Survey | | |
| 1572 | 925730 | GLASS E 02 | | RI | 320.00 | TX | Martin | | | | SEC 30 Block 38 -1N  S/2  Texas and Pacific Railway Company Survey | 42-317-30851 | |
| 1573 | 925731 | GLASS H 01 | | RI | 0.00 | TX | Martin | | | | SEC 30 Block 38 -1N  SW/4  Texas and Pacific Railway Company Survey | 42-317-33384 | |
| 1574 | 925732 | GLASS W 01 | | RI | 0.00 | TX | Martin | | | | SEC 23 Block 38 -1N  Texas and Pacific Railway Company Surve | 42-317-33579 | |
| 1575 | 925733 | GLASS B 02 | | RI | 0.00 | TX | Martin | | | | SEC 30 Block 38 -1N  Texas and Pacific Railway Company Survey | 42-317-33979 | |
| 1576 | 925921 | HOLCOMB "39A" 03 | | RI | 0.00 | TX | Martin | | | | SEC 39 Block 35 -3N  Texas and Pacific Railway Company Survey, A-103 | 42-317-39186 | |
| 1577 | 925922 | HOLCOMB "39A" 01 | | RI | 0.00 | TX | Martin | | | | SEC 39 Block 35 -3N  Texas and Pacific Railroad Company Survey, A-103 | 42-317-34763 | |
| 1578 | 925923 | HOLCOMB "39A" 02 | | RI | 0.00 | TX | Martin | | | | SEC 39 Block 35 -3N  Texas and Pacific Railroad Company Survey, A-103 | 42-317-36798 | |
| 1579 | 925924 | HOLCOMB "40" 01 | | RI | 0.00 | TX | Martin | | | | SEC 40 Block 35 -3N  Texas and Pacific Railway Company Survey, A-103 | 42-317-35026 | |
| 1580 | 925925 | TUNNELL "16" 01 | | RI | 0.00 | TX | Martin | | | | SEC 16 Block 35 -3N  Texas and Pacific Railway Company Survey, A-103 | 42-317-35970 | |
| 1581 | 925926 | HOLCOMB "39" 01 | | RI | 0.00 | TX | Martin | | | | 103 | 42-317-30366 | |
| 1582 | 926053 | POWELL 01 | | RI | 160.00 | TX | Martin | | | | SEC 12 Block 37 -1S  NE/4 Texas and Pacific Railway Company Survey | 42-317-32037 | |
| 1583 | 926121 | HOLCOMB "40" 02 | | RI | 0.00 | TX | Martin | | | | SEC 40 Block 35 -3N  Texas and Pacific Railroad Company Survey | 42-317-37267 | |
| 1584 | 926122 | HOLCOMB "40" 03 | | RI | 0.00 | TX | Martin | | | | SEC 40 Block 35 -3N  Texas and Pacific Railway Company Survey | 42-317-38925 | |
| 1585 | 926123 | HOLCOMB "40" 04 | | RI | 0.00 | TX | Martin | | | | SEC 40 Block 35 -3N  Texas and Pacific Railway Company Survey, A-818 | 42-317-39615 | |
| 1586 | 926124 | TUNNELL "16" 02 | | RI | 0.00 | TX | Martin | | | | SEC 16 Block 35 -2N  Texas and Pacific Railroad Company Survey, A-817 | 42-317-36429 | |
| 1587 | 926314 | GLASS RANCH 23 | 31116109 | RI | 0.00 | TX | Martin | | | | SEC 23 Block 38 -1N  NW/4  T&P RR Co Svy, A-280 | 42-317-38399 | |
| 1588 | 925927 | POWELL A | | UC | 0.00 | TX | Martin | | | | SEC 12 Block 37 -1S  C. J. Adair Survey, A-924 Texas & Pacific Railroad Company Survey | | |
| 1589 | 31140000 | MINERAL INTEREST | | MI | 640.00 | TX | Moore | | | | SEC 7 Block 1  J. Poitevant Survey, A-224 | | |
| 1590 | 925847 | LANGMACK, C.P. | | SI | 0.00 | TX | Moore | | | | SEC 7 Block 1  J. Poitevant Survey, A-224 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1591 | 31162004 | MINERAL INTEREST | | MI | 0.00 | TX | Palo Pinto | | | | Blocks 28,80,81  Lots 17,18 | | |
| 1592 | 31170114 | MINERAL INTEREST | | MI | 0.00 | TX | Pecos | | | | SEC 35  Block 100 | | |
| 1593 | 31170148 | MINERAL INTEREST | | MI | 320.00 | TX | Pecos | | | | SEC 21  Block C-4   S/2 Gulf, Colorado, and Santa Fe Railroad Company Survey | | |
| 1594 | 32170148 | MINERAL INTEREST | | MI | 320.00 | TX | Pecos | | | | SEC 23  Block C-4   S/2 Gulf, Colorado, and Santa Fe Railroad Company Survey | | |
| 1595 | 33170148 | MINERAL INTEREST | | MI | 320.00 | TX | Pecos | | | | SEC 33  Block C-4   S/2 Gulf, Colorado, and Santa Fe Railroad Company Survey | | |
| 1596 | 925848 | MITCHELL, ROSA | | RI | 0.00 | TX | Pecos | | | | SEC 35  Block 100 | | |
| 1597 | 31182044 | MINERAL INTEREST | | MI | 640.00 | TX | Reagan | | | | SEC 4  Block H   Longview and Sabine Valley Railway Company Survey | | |
| 1598 | 31182051 | MINERAL INTEREST | | MI | 640.00 | TX | Reagan | | | | SEC 3  Block M   Texas Central Railway Company Survey | | |
| 1599 | 31182069 | MINERAL INTEREST | | MI | 646.60 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey | | |
| 1600 | 31182077 | MINERAL INTEREST | | MI | 1,280.00 | TX | Reagan | | | | Block Y   Texas Central Railway Company Survey | | |
| 1601 | 926065 | HALFF 42 1,2,3,4,5 & 8 | | RI | 0.00 | TX | Reagan | | | | SEC 42  Block Y   Texas Central Railway Company Survey, A-851 | | |
| 1602 | 926066 | HARTGROVE B 1,2,3,6 & 7 | | RI | 0.00 | TX | Reagan | | | | SEC 3  Block M   Texas Central Railway Company Survey | | |
| 1603 | 926067 | HARTGROVE E 10 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey, A-923 | 42-383-35922 | |
| 1604 | 926068 | HARTGROVE E 11 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railroad Company Survey, A-923 | 42-383-35667 | |
| 1605 | 926069 | HARTGROVE E 09 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey | | |
| 1606 | 926070 | MITCHELL 12 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block H Longview and Sabine Valley Railroad Company Survey, A-61 | 42-383-35881 | |
| 1607 | 926071 | MITCHELL 3,4,5,6,7,8,11 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block H   Longview and Sabine Valley Railroad Company Survey | | |
| 1608 | 926073 | HARTGROVE E 03 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey | 42-383-30637 | |
| 1609 | 926074 | HARTGROVE E 05 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey, A-923 | 42-383-33573 | |
| 1610 | 926325 | HARTGROVE E 02 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey | 42-383-30625 | |
| 1611 | 926326 | HARTGROVE E 07 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey | 42-383-33579 | |
| 1612 | 926327 | HARTGROVE E 08 | | RI | 0.00 | TX | Reagan | | | | SEC 4  Block M   Texas Central Railway Company Survey, A-923 | 42-383-33580 | |
| 1613 | 926373 | MITCHELL TM | | UC | 0.00 | TX | Reagan | | | | SEC 4  Block H   Longview and Sabine Valley Railway Company Survey | | |
| 1614 | 31212023 | MINERAL INTEREST | | MI | 0.00 | TX | Schleicher | | | | SEC 61  Block M Galveston, Harrisburg, and San Antonio Railroad Company Survey | | |
| 1615 | 31232005 | MINERAL INTEREST | | MI | 160.00 | TX | Stonewall | | | | J. C. Burnes Survey, A-953 | | |
| 1616 | 31232013 | MINERAL INTEREST | | MI | 160.00 | TX | Stonewall | | | | Survey, A-360 | | |
| 1617 | 31232021 | MINERAL INTEREST | | MI | 320.00 | TX | Stonewall | | | | SEC 17 Block U   S/2   Texas and Pacific Railroad Company Survey, A-432 | | |
| 1618 | 31232039 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | SEC 325 Block 2   A-95 | | |
| 1619 | 31232047 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | Survey | | |
| 1620 | 31232054 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | SEC 161 Block 1   S/2   A-394 | | |
| 1621 | 31232062 | MINERAL INTEREST | | MI | 40.00 | TX | Stonewall | | | | T. Tate Survey, A-949 | | |
| 1622 | 32232039 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | SEC 316 Block 2   A-1259 | | |
| 1623 | 32232047 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | SEC 151 Block 1   Houston and Texas Central Railway Company Survey | | |
| 1624 | 32232054 | MINERAL INTEREST | | MI | 0.00 | TX | Stonewall | | | | SEC 160 Block 1   A-1844 | | |
| 1625 | 33232039 | MINERAL INTEREST | | MI | 480.00 | TX | Stonewall | | | | SEC 317 Block 2   S/2; NW/4   A-1259 | | |
| 1626 | 925765 | DOUBLE MOUNTAIN UNIT TR 2 | | RI | 0.00 | TX | Stonewall | | | | SEC 315 Block 2 | | |
| 1627 | 925766 | DOUBLE MOUNTAIN UNIT TR 3 | | RI | 0.00 | TX | Stonewall | | | | SEC 315 Block 2 | | |
| 1628 | 925831 | MCMILLIN CANYON S U "A" | 31232021 | RI | 0.00 | TX | Stonewall | | | | SEC 17 Block U   Texas and Pacific Railway Company Survey, A-432 | | |
| 1629 | 925832 | MCMILLIN CANYON S U 49 | 31232021 | RI | 0.00 | TX | Stonewall | | | | SEC 17 Block U   Texas and Pacific Railway Company Survey, A-432 | | |
| 1630 | 925833 | MCMILLIN CANYON S U "B" | 31232021 | RI | 0.00 | TX | Stonewall | | | | SEC 17 Block U   Texas and Pacific Railway Company Survey, A-432 | | |
| 1631 | 926367 | MCMILLIN CANYON S U 48 | 31232021 | RI | 0.00 | TX | Stonewall | | | | SEC 17 Block U   Texas and Pacific Railway Company Survey, A-432 | | |
| 1632 | 926368 | MCMILLIN CANYON S U 50 | 31232021 | RI | 0.00 | TX | Stonewall | | | | SEC 17 Block U   Texas and Pacific Railway Company Survey, A-432 | | |
| 1633 | 31260014 | MINERAL INTEREST | | MI | 320.00 | TX | Upton | | | | SEC 3  Block D   N/2   Dallas and Wichita Railway Company Survey | | |
| 1634 | 31260030 | MINERAL INTEREST | | MI | 640.00 | TX | Upton | | | | SEC 23  Block D   East Line and Red River Railway Company Survey | | |
| 1635 | 31260048 | MINERAL INTEREST | | MI | 320.00 | TX | Upton | | | | SEC 5  Block D   S/2   Dallas and Wichita Railway Company Survey  A-123 | | |
| 1636 | 31260105 | MINERAL INTEREST | | MI | 640.00 | TX | Upton | | | | SEC 28  Block B   CCSD&RGNG Railway Company Survey | | |
| 1637 | 31260113 | MINERAL INTEREST | | MI | 0.00 | TX | Upton | | | | SEC 24  Block D | | |
| 1638 | 31260121 | MINERAL INTEREST | | MI | 659.66 | TX | Upton | | | | SEC 26  Block 40  -5S   Texas and Pacific Railway Company Survey | | |
| 1639 | 31260139 | MINERAL INTEREST | | MI | 640.00 | TX | Upton | | | | SEC 34  Block 41  -5S   Texas and Pacific Railway Company Survey | | |
| 1640 | 32260113 | MINERAL INTEREST | | MI | 0.00 | TX | Upton | | | | SEC 25  Block D | | |
| 1641 | 925554 | POWELL 26 1,2 | | RI | 0.00 | TX | Upton | | | | SEC 26  Block 40  -5S Texas and Pacific Railway Company Survey, A-1511 | | |
| 1642 | 925556 | POWELL 26 3,4 | | RI | 0.00 | TX | Upton | | | | SEC 26  Block 40  -5S Texas and Pacific Railway Company Survey, A-1511 | | |
| 1643 | 925558 | POWELL 26 B | | RI | 160.00 | TX | Upton | | | | SEC 26  Block 40  -5S   NE/4 Texas and Pacific Railway Company Survey, A-1511 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Asset Number | Asset Name | Base Mineral Interest 1 | Asset Interest Type | Gross Acres | Asset State 1 | Asset County 1 | Section | Township | Range | Legal Description | API Number | Net/Fractional Mineral Acres |
| 1644 | 925645 | POWELL 34-1 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S SW/4 SW/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-31817 | |
| 1645 | 925646 | POWELL 34-2 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S SW/4 SW/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-31854 | |
| 1646 | 925647 | POWELL 34-3 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-34063 | |
| 1647 | 925666 | PEMBROOK UNIT TRACT 20 | | RI | 160.00 | TX | Upton | | | | SEC 23 Block D NW/4 East Line and Red River Railway Company Survey, A-147 | | |
| 1648 | 925667 | PEMBROOK UNIT TRACT 21 | | RI | 160.00 | TX | Upton | | | | SEC 23 Block D NW/4 East Line and Red River Railway Company Survey, A-147 | | |
| 1649 | 925668 | PEMBROOK UNIT TRACT 22 | | RI | 320.00 | TX | Upton | | | | SEC 23 Block D S/2 East Line and Red River Railway Company Survey, A-147 | | |
| 1650 | 925669 | PEMBROOK UNIT TRACT 24 | | RI | 320.00 | TX | Upton | | | | SEC 3 Block D N/2 Dallas and Wichita Railway Company Survey, A-122 | 42-461-80516 | |
| 1651 | 925670 | PEMBROOK UNIT TRACT 70 | | RI | 160.00 | TX | Upton | | | | SEC 25 Block D NW/4 East Line and Red River Railway Company Survey, A-148 | | |
| 1652 | 925671 | PEMBROOK UNIT TRACT 71 | | RI | 160.00 | TX | Upton | | | | SEC 25 Block D SE/4 East Line and Red River Railway Company Survey, A-148 | | |
| 1653 | 925672 | PEMBROOK UNIT TRACT 72 | | RI | 0.00 | TX | Upton | | | | SEC 25 Block D NE/4; SW/4 East Line and Red River Railway Company Survey, A-148 | | |
| 1654 | 925673 | TRACT 74 | | RI | 320.00 | TX | Upton | | | | 123 | | |
| 1655 | 925674 | DAVISON 02 | | RI | 0.00 | TX | Upton | | | | Sec 23 Block D East Line and Red River Railway Company Survey, A-147 | | |
| 1656 | 925675 | XBC 21 | | RI | 0.00 | TX | Upton | | | | SEC 23 Block D East Line and Red River Railway Company Survey, A-147 | | |
| 1657 | 925676 | HORN 1-B | | RI | 0.00 | TX | Upton | 22 | 22N | 2W | SEC 22-22N-2W | | |
| 1658 | 925678 | MORGAN 28A 01 | | RI | 160.00 | TX | Upton | | | | SEC 28 Block B BE/4 CCSD&RGNG Railway Company Survey, A-1488 | | |
| 1659 | 925708 | POWELL 34-4 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-34062 | |
| 1660 | 925709 | POWELL 34-5 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37175 | |
| 1661 | 925710 | POWELL 34-6 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37176 | |
| 1662 | 925711 | POWELL 34-7 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37177 | |
| 1663 | 925712 | POWELL 34-8 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37178 | |
| 1664 | 925713 | POWELL 34-9 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37371 | |
| 1665 | 925714 | POWELL 34-10 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37771 | |
| 1666 | 925715 | POWELL 34-11 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37770 | |
| 1667 | 925716 | POWELL 34-12 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37772 | |
| 1668 | 925717 | POWELL 34-13 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37774 | |
| 1669 | 925718 | POWELL 34-14 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37773 | |
| 1670 | 925719 | POWELL 34-15 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37777 | |
| 1671 | 925720 | POWELL 34-16 | | RI | 0.00 | TX | Upton | | | | SEC 34 Block 41 -5S NW/4 SE/4 Texas and Pacific Railway Company Survey, A-1430 | 42-461-37776 | |
| 1672 | 925734 | MORGAN 28 03 | | RI | 0.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-36179 | |
| 1673 | 925735 | MORGAN 28 04 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-37418 | |
| 1674 | 925736 | MORGAN 28 05 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-36951 | |
| 1675 | 925737 | MORGAN 28 06 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-36949 | |
| 1676 | 925738 | MORGAN 28 07 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-36760 | |
| 1677 | 925739 | MORGAN 28 08 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-37985 | |
| 1678 | 925740 | MORGAN 28 09 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-37986 | |
| 1679 | 925741 | MORGAN 28 10 | | RI | 480.00 | TX | Upton | | | | SEC 28 Block B N/2; SW/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-37987 | |
| 1680 | 925742 | MORGAN 28A 02 | | RI | 160.00 | TX | Upton | | | | SEC 28 Block B SE/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-36933 | |
| 1681 | 925743 | MORGAN 28A 03R | | RI | 160.00 | TX | Upton | | | | SEC 28 Block B SE/4 CCSD&RGNG Railway Company Survey, A-1488 | 42-461-37285 | |
| 1682 | 926072 | HALFF 06-42 | | RI | 0.00 | TX | Upton | | | | SEC 42 Block Y Texas Central Railroad Company Survey | | |
| 1683 | 926439 | PEMBROOK UNIT TRACT 23 | | RI | 320.00 | TX | Upton | | | | SEC 23 Block D S/2 East Line and Red River Railway Company Survey, A-147 | | |
| 1684 | 944466 | POWELL 28 3 | | UC | 0.00 | TX | Upton | | | | SEC 28 Block 40 -5S Texas and Pacific Railroad Company Survey, A-1274 | 42-461-35662 | |
| 1685 | 944467 | POWELL 28 4 | | UC | 0.00 | TX | Upton | | | | SEC 28 Block 40 -5S Texas and Pacific Railroad Company Survey, A-1274 | 42-461-37011 | |
| 1686 | 944508 | MINERAL INTEREST | | MI | 160.00 | TX | Ward | | | | SEC 106 Block 34 E/4 Houston and Texas Central Railroad Company Survey | | |
| 1687 | | | | | | | | | | | | | |

Label Matrix for local noticing
1087-5
Case 17-15134
Western District of Oklahoma
Oklahoma City
Thu May 17 12:49:27 CDT 2018

Affordable Construction Company
6401 N Interstate Drive
Norman, OK 73069-9515

Catholic University of Oklahoma
1900 W. MacArthur St
Shawnee, OK 74804-2403

Citizen Potawatomi Nation
1601 S. Gordon Cooper Dr.
Shawnee, OK 74801-9002

Compass Group USA, Inc.
2400 Yorkmont Rd.
Charlotte, NC 28217-4511

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Home Integration, Inc.
P.O. Box 722783
Norman, OK 73070-9112

Home Integration, Inc.
c/o Michael A. Rubenstein
1503 E. 19th St.
Edmond, OK 73013-6737

National Institute on Developmental Delays
P.O. Box 722783
Norman, OK 73070-9112

Oklahoma Baptist University
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Toyota Motor Credit Corporation
c/o O. Clifton Gooding
The Gooding Law Firm, PC
204 N Robinson Ave
Suite 650
Oklahoma City, OK 73102-6807

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

AACRO DISTRIBUTION CENTER
ONE DUPONT CIRCLE, NW, SUITE 520
WASHINGTON DC 20036-1148

ACT
Finance
P  O Box 4072
Iowa City IA 52243-4072

AFFORDABLE CONSTRUCTION COMPANY
6401 N INTERSTATE DRIVE, SUITE 160
NORMAN OK 73069-9524

ALAN R. STAAB AND SHARON D. VOSKUHL
2502 E. 21ST ST.
TULSA OK 74114-1756

ALBERT JULIUS SEMTNER TRUST MARY LOU COZZENS
P O BOX 60683
OKLAHOMA CITY OK 73146

ALLIED ELEVATOR SERVICES P O BOX 58
NEWCASTLE OK 73065-0058

AMANDA KASHWER
140 THACKER ROAD
CHANDLER, OK 74834-1838

AMERICAN DATABANK GROUP
110 16TH ST, 8TH FLOOR
DENVER CO 80202-5210

AMERICAN LIBRARY ASSOCIATION ALA MEMBER SERV
BOX 77-6499
CHICAGO IL 60678-6499

ANDREW M. LEASAU
10801 HUNTERS POINTE
EDMOND OK 73034-1609

ANGELA JAMES
3 TIMBERCREEK CIRCLE
SHAWNEE, OK 74804-1149

ANITA SEMTNER
103 ASHLEY DRIVE
SHAWNEE, OK 74804-9710

ANNA MARIE FORAL
3206 OTTERSON DR
OKLAHOMA CITY OK 73112-3340

ANTHONY COLEMAN
1 BELLTREE
PLYMOUTH, MA 02360-7794

ARCHDIOCESE OF OKLAHOMA CITY ATTN: SHARI CON
P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHDIOCESE OF OKLAHOMA CITY P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHIE SCOTT
1904 FLAMINGO AVE
BETHANY OK 73008-5429

ARTHUR L. DAVIS PUBLISHING AGENCY, INC. P O
CEDAR FALLS IA 50613

(p)ARVEST BANK
P O BOX 11110
FORT SMITH AR 72917-1110

ASCAP
21678 NETWORK PLACE
CHICAGO IL 60673-1216

ASSOCIATION OF BENEDICTINE COLLEGES P O BOX
COLLEGEVILLE MN 56321

AT&T WIRELESS MOBILITY P O BOX 6463
CAROL STREAM IL 60197-6463

AUTOMATIC FIRE CONTROL, INC.
1708 S.E. 22ND ST
OKLAHOMA CITY OK 73129-7512

Affordable Construction Company
Nichols Law Firm Attn: Affordable
104 East Main Street
Norman OK 73069-1301

Ahead
270 Samuel Barnet Blvd.
New Bedford, MA 02745-1219

Amanda Dawn Kashwer
PO Box 890420
Oklahoma City OK 73189-0420

American Library Association
ALA Member Services
Box 77-6499
Chicago IL 60678-6499

Angela James
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Angela James
c/o Greg Haubrich
PO Box 890420
Oklahoma City, OK 73189-0420

Anne Machado
greg haubrich
POB 890420
OKC, OK 73189-0420

Anthony P. Coleman
1 Belltree
Plymouth, MA 02360-7794

Archdiocese of Oklahoma City
Attn:  Shari Conrady
P O Box 32180
Oklahoma City OK 73123-0380

Arthur L. Davis Publishing Agency, Inc.
P O Box 216
Cedar Falls IA 50613-0017

Arvest Bank c/o James C. Cox
P.O. Box 891027
Oklahoma City, OK 73189-1027

Association of Benedictine Colleges
P O Box 2000
Collegeville MN 56321-2000

At&T
PO Box 1809
Paramus, NJ 07653-1809

Audrie Wilson
328 N 33rd
Muskogee, OK 74401-2005

BENEDICTINE COLLEGE
1020 NORTH 2ND ST
ATCHISON KS 66002-1499

BENEDICTINE FATHERS OF THE SACRED HEART ST.
1900 W. MACARTHUR ST SHAWNEE OK 74804

BETTY GADBOIS
543 S. 89TH E. AVE
TULSA OK 74112-3407

BORDEN PERLMAN INSURANCE AGENCY
250 PHILLIPS BLVD, SUITE 280
TRENTON NJ 08618-1433

BRENT RAISLEY
125 LOCHWOOD LANE
YUKON, OK  73099-6684

BSN SPORTS
P O BOX 660176
DALLAS TX 75266-0176

Benedictine Fathers of Sacred Heart
dba St. Gregory's Abbey
1900 West MacArthur Street
Shawnee OK 74804-2403

Benedictine Fathers of the Sacred Heart
St. Gregory's Abbey
1900 W. MacArthur St
Shawnee OK 74804-2499

Brent Raisley
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Britney Honsinger and others similarly situa
c/o Mary E. Olsen, Esq.
210 S. Washington Avenue
Post Office Drawer 3103
Mobile, Al 36652-3103

CAL JAX GRAPHICS
2468 C.S. 2960
BLANCHARD OK 73010

CAMPUS MANAGEMENT
5201 CONGRESS AVE SUITE 220A
BOCA RATON FL 33487-3600

CARNELL SKANES
1405 N. COUNCIL RD #209
OKLAHOMA CITY OK 73127-4985

CAROLINA BIOLOGICAL SUPPLY CO. P O BOX 60232
CHARLOTTE NC 28260-0232

CATHOLIC ATHLETES FOR CHRIST
3073 CAMERON MILLS RD
ALEXANDRIA VA 22302

CATHOLIC CHARITIES OF ARCHDIOCESE OF OKC
1232 N. CLASSEN BLVD
OKLAHOMA CITY OK 73106-6810

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
C/O AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC FORESTERS
355 SHUMAN BLVD
NAPERVILLE IL 60563-8494

CENTRAL DISPOSAL LLC
4650 N. HARRISON
SHAWNEE OK 74804-1416

CHARLES A. ROCKWOOD FAMILY CHARLES A. ROCKWO
7703 FLOYD CURL DR
SAN ANTONIO TX 78229-3901

CHARLES AND REV. MARGOT L. NESBITT
1703 N. HUDSON
OKLAHOMA CITY OK 73103-3428

CHARLES B. WALWORTH C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

CHARTWELLS DINING
1900 W MACARTHUR
SHAWNEE OK 74804-2403

CHEA
P O BOX 75387
BALTIMORE MD 21275-7387

CHRIS MAULDIN
316 NW 18TH ST
OKLAHOMA CITY OK 73103-1904

CITIZEN POTAWATOMI NATION
1601 GORDON COOPER DRIVE
SHAWNEE OK 74801-9002

CLEARWATER ENTERPRISES, LLC
5804 WEST MONASTERY RD
HULBERT OK 74441-5698

CLETUS DOLL
C/O GERANDINE DOLL
6801 N 215TH WEST, RR #1
COLWICH KS 67030

COL. EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

COLLEGE & UNIVERSITY PROFESSIONAL ASSOC ATTN
P O BOX 26706, SECTION 109
OKLAHOMA CITY OK 73126-0706

CORNISH FAMILY CLOYD A. CORNISH
9009 N. MAY AVE
OKLAHOMA CITY OK 73120-4491

CORT BUSINSES SERVICES CORP. P O BOX 17401
BALTIMORE MD 21297-1401

COUNCIL OF INDEPENDENT COLLEGES ONE DUPONT C
WASHINGTON DC 20036

COUNSEY ENTERPRISES, INC.
12529 LYNN LANE
P O BOX 683
IDABEL OK 74745-0683

CREHAN FOUNDATION MICKEY BANISTER
1901 WALKING SKY EDMOND OK 73013

CSC SERVICEWORKS, INC. P O BOX 758698
BALTIMORE MD 21275-0001

CSC Serviceworks, Inc.
P O Box 758698
Baltimore MD 21275-0001

Campus Management
Legal Dept
5201 Congress Ave
Boca Raton FL 33487-3600

Carolina Biological Supply Co.
P O Box 60232
Charlotte NC 28260-0232

Carolina Biological Supply Company
2700 York Rd
Burlington, NC 27215-3398

Catholic Order of Foresters
c/o Ben Guzman
355 Shuman Blvd.
Naperville, IL 60563-8494

Catholic Order of Foresters
c/o John B Heatly Esq
100 N Broadway Suite 1700
Oklahoma City OK 73102-8805

Catholic University of Oklahoma dba St. Greg
c/o Larry Ball
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Citizen Potawatomie Community Development Co
Spencer Fane LLP c/o Courtney D Powell
9400 N Broadway Extension Suite 600
Oklahoma City, OK 73114-7423

Clearwater Enterprises LLC
5637 N. Classen Blvd
Oklahoma City, OK 73118-4015

Cletus Doll
Geraldine Doll
6801 N. 215th West, RR#1
colwish, KS 67030

College & University Professional Assoc
Attn: Jeff Geis
P O Box 26706, Section 109
Oklahoma City OK 73126-0706

Compass Group USA, Inc.
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

Cort Businses Services Corp.
P O Box 17401
Baltimore MD 21297-1401

Council of Independent Colleges
One Dupont Circle, NW Suite 320
Washington DC 20036-1142

D. Gregory Main
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

D2L Ltd.
500 York Road
Towson, MD 21204-5110

DALE HALL
17401 SILVER CHASE
NORMAN OK 73026-0327

DANY DOUGHAN
1712 NW 181ST STREET
EDMOND, OK 73012-4148

DAVE THOMPSON
2160 ARGYLE DR
PLANO TX 75023-5230

DAVID COLEY
2216 CROOKED OAK DR
SHAWNEE, OK 74804-2385

(c)DEAN AND LOUISE FISHER
5210 HUNTINGTON KNLS LOT 22
WOODWARD OK  73801-4511

DELLA NICHOLAS FRED NICHOLAS, JR. LENA MOGAB
4701 NW 57TH ST
OKLAHOMA CITY OK 73122-7703

DEMCO PRINTING P O BOX 367
SHAWNEE OK 74802-0367

DEPARTMENT OF VETERANS AFFAIRS
DEBT MANAGEMENT CENTER
PO BOX 11930
ST. PAUL, MN 55111-0930

DONALD SKINNER-NOBLE
4330 N  INDIANA AVENUE
OKLAHOMA CITY, OK 73118-2220

DOUGLAS MCCLURE
500 NIGHT HAWK DR
NORMAN OK 73072-8180

DR. JOSEPH E. TARON AND JERRY VANDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

DR. PAUL CARNEY
2713 OLD TOWNE TRAIL
SHAWNEE OK 74804-5601

Dany Ian Doughan
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Donald Skinner Noble
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Dr.& Mrs. Edmund Anthony Franken, Jr.
457 Hutchison
Iowa City, IA 52246-2410

EASYPERMIT POSTAGE P O BOX 371874
PITTSBURGH PA 15250-7874

EBSCO INFORMATION SERVICES PAYMENT PROCESSIN
P O BOX 204661
DALLAS TX 75320-4661

EBSCO Industries, Inc.
PO Box 1943
Legal Services
Birmingham, AL 35201-1943

ECAMPUS
28312 NETWORK PLACE
CHICAGO IL 60673-1283

ECKROAT SEED CO. P O BOX 17610
OKLAHOMA CITY OK 73136-1610

EDMUND A. FRANKEN
457 HUTCHISON
IOWA CITY IA 52246-2410

EDSPERTISE, LLC
1 BROADWAY, 14TH FLOOR
CAMBRIDGE MA 02142-1187

EDUCATIONAL TESTING SERVICE
660 ROSEDALE RD
PRINCETON NJ 08540-2218

EDWARD BOCK
C/O DEBRA WILLIAMS
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

ELLIOTT TILLMAN
12013 MOON BEAM DR
OKLAHOMA CITY OK 73162-1057

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804-2385

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804
ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
Greg Haubrich
POB 890420
OKC, OK 73189-0420

ERIC MILATZ
C/O LAURIE MILATZ
2435 FORST DR
COLUMBIA SC 29204-2026

ESTATE OF CHARLES J. AND ROSEMARY KOLKER C/O
P O BOX 398
ELGIN OK 73538-0398

ESTATE OF EMMA SENESCHAL HASH C/O PHILLIP G.
509 COUNTRY WALK CT BEL AIR MD 21015

ESTATE OF GREG MAIN BARBARA MAIN
9812 RITTER RD
OKLAHOMA CITY OK 73162-7515

ESTATE OF JANE E. ECKROAT ECKROAT RANCH
9700 NORTH MIDWEST BLVD JONES OK 73049

ESTATE OF KATHLEEN F. ROUSH C/O PRESTON W. J
P O BOX 2667
MUSKOGEE OK 74402-2667

ESTATE OF KENNETH T. JONES C/O SHERLON RUSSE
124 VALLEY OAK SCHERTZ TX 78154

ESTATE OF LEO J. SEIKEL C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

ESTATE OF LOTTIE GREEWALD C/O LINDSAY PETERS
116 N. BELL SHAWNEE OK 74801

ESTATE OF MARGARET V. WILMORE
SAVAGE O'DONNELL SCOTT MCNULTY AFFE
1100 PETROLEUM CLUB BLDG
601 S. BOULDER
TULSA OK 74119-1300

ESTATE OF MAXINE DOUGHERTY C/O DEBORAH FAULK
P O BOX 5531
SEVIERVILLE TN 37864-5531

ESTATE OF MONSIGNOR A.A. ISENBART C/O MR. &
530 RIDGWAY RD ALVA OK 73717

EUREKA WATER COMPANY P O BOX 26730
OKLAHOMA CITY OK 73126-0730

EUROSPORT
ATTN: ACCT DEPT. B. THOMAS
431 US HIGHWAY 70-A EAST
HILLSBOROUGH NC 27278-9262

EX LIBRIS USA INC.
4394 SOLUTIONS CENTER
CHICAGO IL 60677-4003

EXPRESS SERVICES, INC. P O BOX 203901
DALLAS TX 75320-3901

Ebsco Informatoin Services
Payment Processing Center
P O Box 204661
Dallas TX 75320-4661

Eckroat Seed Co.
P O Box 17610
Oklahoma City OK 73136-1610

Edward H. and Sharon Goodin
3870 East Flamingo Road   # A2-285
Las Vegas, NV 89121-6228

Elton Johnson Jr.
205 West Shawnee
Tahlequah, OK 74464-3625

Eric Milatz
Laurie Milatz
2435 Forest Dr
Columbia, SC 29204-2026

Express Services, Inc.
P O Box 203901
Dallas TX 75320-3901

FAN CLOTH
P O BOX 200577
ARLINGTON TX 76006-0577

FATHER ELMER C. ROBNETT C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

FATHER FRANCIS E. MCGOLDRICK C/O JAMES E. SM
1900 W. MACARTHUR SHAWNEE OK 74804

FELIX AND HELEN K. ROY FAMILY TRUST C/O LAWR
1819 LINDA AVE STILLWATER OK 74075

FIRELAKE DESIGNS
41707 HARDESTY RD
SHAWNEE OK 74801-8917

FORD MOTOR CREDIT COMPANY P O BOX 790072
SAINT LOUIS MO 63179-0072

FRED SPELLMAN
2105 MELROSE DR
PONCA CITY OK 74604-2412

Ford Motor Credit Company
P O Box 790072
Saint Louis MO 63179-0072

Fr. Augustine Horn
1900 W. MacArthur
Shawnee, OK 74804-2403

Francis Stephen Zaborowski
1405 W Wallace St
Shawnee, OK 74801-4641

GARY PARKER
16609 RUGOSA ROSE DR
EDMOND OK 73012-8450

GENERAL PRINTING AND DESIGN
144 TURNPIKE RD, SUITE 250
SOUTHBOROUGH MA 01772-2122

GERALD G. PIERCE, M.D. CHARITABLE REMAINDER
R. DONAL MCCARTER
516 EAGLETON COVE TRACE
PALM BEACH GARDENS FL 33418-8496

GIA PUBLICATIONS
7404 S. MASON AVE
CHICAGO IL 60638-6230

GOLF TEAM PRODUCTS, INC. P O BOX 259
BEAVERTON OR 97075-0259

GRAINGER INC. P O BOX 419267
KANSAS CITY MO 64141-6267

GRAVES FLORAL COMPANY
1525 N. BROADWAY
SHAWNEE OK 74804-3700

GREGORY MARTIN
2609 FEATHERSTONE RD, APT 207
OKLAHOMA CITY OK 73120-2109

GREY HOUSE PUBLISHING P O BOX 56
AMENIA NY 12501-0056

GRISSOMS, LLC
321 S. JIM THORPE BLVD
P O DRAWER T
PRAGUE OK 74864-1095

Golf Team Products, Inc.
P O Box 259
Beaverton OR 97075-0259

Grainger Inc.
P O Box 419267
Kansas City MO 64141-6267

H.W. WILSON P O BOX 56
AMENIA NY 12501-0056

H.W. Wilson
4919 Route 22
PO Box 56
Amenia, NY 12501-0056

HARDESTY TEAM
400 N. WALNUT AVE
OKLAHOMA CITY OK 73104-2207

HAROLD BROOKS
1012 PARSONS ST
NORMAN OK 73069-4523

HARRY AND ROSEMARY KOELSCH
1714 LIONSGATE CIRCLE
BETHANY OK 73008-6167

HENRY BOECKER
13820 ROCKBEND PL
DALLAS TX 75240-3554

HENRY BOECKER, JR.
13820 ROCKBEND PL
DALLAS TX 75240-3554

HERFF JONES INC. COLLEGIATE CAP AND GOWN P O
CHICAGO IL 60693-9292

HIGHER LEARNING COMMISSION
230 S. LASALLE ST, SUITE 7-500
CHICAGO IL 60604-1413

Herff Jones Inc.
Collegiate Cap and Gown
P O Box 99292
Chicago IL 60693-9292

I2E
840 RESEARCH PARKWAY, SUITE 250
OKLAHOMA CITY OK 73104-3618

IMAGENET CONSULTING, LLC
913 N. BROADWAY AVE
OKLAHOMA CITY OK 73102-5810

INCEPTIA
1300 O STREET
LINCOLN NE 68508-1511

INDIANA UNIVERSITY
400 E 7TH ST
POPLARS RM 501
BLOOMINGTON IN 47405-3004

IRIS DALE SIMMONS
307 DIAMOND
HOLDENVILLE OK 74848-4023

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITHAKA
GENERAL POST OFFICE
P O BOX 30959
NEW YORK NY 10087-0959

JAMES AND JO ANNE ZIEGLER
5734 E. 62ND ST
TULSA OK 74136-2713

JAMES E. AND DORI L. SMITH REV. RICHARD D. S
OKLAHOMA CITY OK 73156

JAMES H. BLOSSOMCHARITABLE REMAIDERTRUST R.
1406 TERRACE DR TULSA OK 74104

JAMES JOHNSON
5509 CLOVERLAWN DRIVE
OKLAHOMA CITY, OK 73135-5210

JAMES LOFTIS ARCHITECTS
1806 HUNTINGTON AVE
OKLAHOMA CITY OK 73116-5505

JAMES SUPPLIES & RENTAL CO. P O BOX 360
PAULS VALLEY OK 73075-0360

JANI-KING OF OKLAHOMA, INC. P O BOX 847609
DALLAS TX 75284-7609

JASMIN JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JASMIN JOHNSON JASON FUGIKAWA JEFFREY JOHNSO
JIM DECKER AND ROSE DRESHER RT. 3 BOX 29
SEMINOLE OK 74868

JASON FUGIKAWA
14906 ACME ROAD
SHAWNEE, OK 74804-9277

JEFFREY JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JESSICA VANOORT
1524 N  BEARD
SHAWNEE, OK 74804-4402

JOE ROLLINS HARDWOOD FLOORS
15210
TOMAHAWK DR
YUKON OK 73099-8660

JOHN AND KAREN THUMANN
501 TERRACE PL
NORMAN OK 73069-5034

JOHN AND SUZIE LILJESTRAND
3509 WINDSOR BLVD
OKLAHOMA CITY OK 73122-1307

JOHN E. ROONEY CHARITABLE TRUST JOHN E. ROON
401 S. BOSTON AVE TULSA OK 74103

JOSEPH C. KOLB
C/O MARILYN SHOTWELL
3009 S. RIPLEY RD
AGRA OK 74824-6226

JOSEPH R. KILTZ
FR. EUGENE MARSHALL, O.S.B.
P O BOX 585
MCLOUD OK 74851-0585

JOSEPH RAWDON
5 DEL RANCHO COURT
SHAWNEE, OK 74804-3320

(c)JOSHUA YOUNG
1810 N HARRISON ST APT 216
SHAWNEE OK  74804-4005

James Johnson Jr
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

James Loftis ARCHITECTS
1806 Huntington Avenue
Nichols Hills, OK 73116-5505

James Supplies & Rental Co.
P O Box 360
Pauls Valley OK 73075-0360

Jani-King of Oklahoma, Inc.
Attn: Daniel J. Moore
16885 Dallas Parkway
Addison, TX 75001-5215

Jani-King of Oklahoma, Inc.
P O Box 847609
Dallas TX 75284-7609

Jeff Johnson
13610 Coker Road
Shawnee, OK 74804-9229

Jessica Van Oort
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Jim Decker and Rose Dresher
Rt. 3 Box 294P
Seminole, OK 74868

KAPLAN HIGHER EDUCATOIN - NIT KAPLAN, INC.
P O BOX 203930
DALLAS TX 75320-3930

KATIE TERRELL SCHOFIELD
3705 WAPLES CREST CT
OAKTON VA 22124-2136

KNIGHTS OF COLUMBUS #5266
C/O MAURY CAMPBELL
4902 WILD TURKEY RD
STILLWATER OK 74075-8700

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK 73159-5632

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK  73159
KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812

KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812

Katie Terrell Shofield
3705 Waples Crest Ct.
Oakton, VA 22124-2136

Kristina Adams
Greg Haubrich
PO Box 8990420
OKC OK  73189

LANDSCAPES USA LLC
3600 BEE CAVE RD, SUITE 201
AUSTIN TX 78746-5375

LARRY BLANKENSHIP
D. KENT MYERS, TRUSTEE OF THE
ESTATE OF LARRY BLANKENSHIP TRUST
20 N. BROADWAY, SUITE 1800
OKLAHOMA CITY OK 73102-9213

LAURA (GAYLE) FISCHER
3701 EPPERLY DRIVE
DEL CITY, OK 73115-3609

LAURA (GAYLE) FISCHER
Greg Haubrich
POB 890420
OKC, OK 73189-0420

LAWRENCE F. ROY
1819 LINDA AVE
STILLWATER OK 74075-7311

LENA E. BENZEL
5727 S. YORKTOWN
TULSA OK 74105-8825

LIBRARY & INFORMATION RESOURCES NETWORK
25400 US HIGHWAY 19 N, SUITE 220
CLEARWATER FL 33763-2144

LISA ANDERSON WEBB
4808 LUNOW DR
OKLAHOMA CITY OK 73135-3208

LISA ZARRELLA
4018 N CHAPMAN AVENUE
SHAWNEE, OK 74804-1630

LITANIA SPORTS GROUP, INC.
601 MERCURY DR
CHAMPAIGN IL 61822-9675

LOCKE SUPPLY CO. P O BOX 24980
OKLAHOMA CITY OK 73124-0980

LOVE FAMILY
C/O THOMAS LOVE
3824 NW GRAND BLVD
OKLAHOMA CITY OK 73116

Locke Supply Co.
P O Box 24980
Oklahoma City OK 73124-0980

MADELINE RUGH
910 NEBRASKA STREET
NORMAN, OK 73069-6952

MARCEL BROWN
1605 HUNTERS RIDGE DRIVE
SHAWNEE, OK 74804-1833

MARGO JUERGENS
6032 SMITH BLVD
OKLAHOMA CITY OK 73112-4128

MARIA CORDEIRO
1300 OLDE NORTH PLACE
EDMOND, OK 73034-4942

MARKETING COMMUNICATION RESOURCE, INC.
4800 EAST 3435TH ST
WILLOUGHBY OH 44094

MARTHA MEIS AARON C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

MASERGY CLOUD COMMUNICATIONS P O BOX 671122
DALLAS TX 75267-1122

MASSCO
1837 S. MERIDIAN AVE
WICHITA KS 67213-1923

MASSERGY CLOUD COMMUNICATIONS, INC. P O BOX
DALLAS TX 75267-1122

MATTHEW ALEXANDER SCHIMPF
4612 DOVE TREE LN
OKLAHOMA CITY, OK 73162-1917

MATTHEW SCHIMPF
4612 DOVE TREE LANE
OKLAHOMA CITY, OK 73162-1917

MAYDA SHORNEY
36902 45TH STREET
SHAWNEE, OK 74804-8880

MDF INSTRUMENTS, INC.
31416 AGOURA RD, SUITE 180
WESTLAKE VILLAGE CA 91361-5637

MEDCO SURGICAL SUPPLY SERVICES P O BOX 21773
21773 NETWORK PLACE CHICAGO IL 60673-121

MEGAN BRANDS
6355 S 80TH AVE, APT J
TULSA OK 74133

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK 73106-1618

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK  73106
ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

MEMBERS OF SAINT JOSEPH PARISH ST. JOSEPH CH
P O BOX 1585
ADA OK 74821-1585

MEN'S CLUB OF ST. BERNARD OF CLAIRVAUX
MSGR. PATRICK GAALAAS
4001 E. 101ST ST
TULSA OK 74137-5808

METLIFE
METROPOLITAN LIFE INSURANCE COMPANY
18210 CRANE NEST DR
TAMPA FL 33647-2748

MICHAEL M. ZIARA
918 SILVER CHASE DR
CHOCTAW OK 73020-7176

MICHAEL SCAPERLANDA
3816 WAVERLY CT
NORMAN OK 73072-3218

MIDWEST LIBRARY SERVICE
11443 ST CHARLES ROCK RD
BRIDGETON MO 63044-2724

MIDWEST WRECKING P O BOX 14668
OKLAHOMA CITY OK 73113-0668

MOLTEN USA INC.
1170 TRADEMARK DR, SUITE 109
RENO NV 89521-8949

MR. & MRS. LEON M. HOPCUS RT 2 BOX 1035
HARRAH OK 73045

MSGR. A.A. ISENBART
C/O MR. & MRS. FRED ISENBART
530 RIDGWAY RD
ALVA OK 73717-1766

MULLIN PLUMBING
2936 N. SHIELDS BLVD
MOORE OK 73160-1003

Machado, Anne
2121 Phelps Drive
Seminole, Oklahoma 74868-2664

Madeline M. Rugh
910 Nebraska St.
Norman, OK 73069-6952

Martha Mauldin
9008 Lakeaire Dr.
Oklahoma city, OK 73132-2805

Massergy Cloud Communications, Inc.
P O Box 671122
Dallas TX 75267-1122

Medco Surgical Supply Services
P O Box 21773
21773 Network Place
Chicago IL 60673-1217

Mr.& Mrs. Henry C. Boecker
13820 Rockbend Pl.
Dallas, TX 75240-3554

NACUBO
1110 VERMONT AVE NW, SUITE 800
WASHINGTON DC 20005-3593

NATIONAL ASSOCIATION OF INDEPENDENT DEPT 200
WASHINGTON DC 20042-0001

NATIONAL CATHOLIC REGISTER P O BOX 100699
IRONDALE AL 35210-0699

NATIONAL FINANCIAL SERVICES, LLC FIDELITY/AM
1050 CROWN POINTE PKWY, SUITE 1700
ATLANTA GA 30338-7704

NRCCUA
3651 NE RALPH POWELL RD
LEES SUMMIT MO 64064-2357

NUMEROUS DONORS
C/O JERRY VENDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

NUMEROUS DONORS
C/O LAWRENCE STASYSZEN, O.S.B.
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

NUMEROUS DONORS C/O ANN ROBERTS
510 N. HIGHLAND ADA OK 74820

NUMEROUS DONORS C/O JOE TARON
17006 BETHEL RD SHAWNEE OK 74801

Nan G. Walters
4917 N. Quapah Place
Oklahoma City, OK 73112-2562

National Association of Independent
Dept 2000
Washington DC 20042-0001

National Financial Services, LLC
Fidelity/Ameritas
1050 Crown Pointe Pkwy, Suite  1700
Atlanta GA 30338-7704

OACRAO
RAMAH NATION
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

OASFAA
EAST CENTRAL UNIVERSITY
1100 E 14TH ST
ADA OK 74820-6915

OKAT
311 S DUCK
STILLWATER OK 74074-3219

OKLAHOMA BAPTIST UNIVERSITY
500 W. UNIVERSITY ST
SHAWNEE OK 74804-2522

OKLAHOMA CITY UNIVERSITY
2501 N. BLACKWELDER
OKLAHOMA CITY OK 73106-1402

OKLAHOMA GAS AND ELECTRIC P O BOX 24990
OKLAHOMA CITY OK 73124-0990

OKLAHOMA JANITORIAL SUPPLY P O BOX 347
OKLAHOMA CITY OK 73101-0347

OKLAHOMA LIBRARY ASSOCIATION P O BOX 6550
EDMOND OK 73083-6550

OKLAHOMA NATURAL GAS-ALMS P O BOX 219296
KANSAS CITY MO 64121-9296

OKLAHOMA NURSING TIMES P O BOX 239
MUSTANG OK 73064-0239

OKLAHOMA SPORTS & ORTHOPEDICS
13800 BENSON RD, SUITE 201
EDMOND OK 73013-6424

OKLAHOMA TAX COMMISSION
LEGAL DIVISION
100 N BROADWAY AVENUE
SUITE 1500
OKLAHOMA CITY, OK 73102-8601

OLDE MASTER ORIGINALS
244 OLD LAGRANGE RD, SUITE 3
CRESTWOOD KY 40014

ONEAMERICA
AMERICAN UNITED LIFE INSURANCE COMPANY
ATTN: ACCT/CONTROL
5761 RELIABLE PARKWAY
CHICAGO IL 60686-0054

ONENET
655 RESEARCH PARKWAY, SUITE 200
OKLAHOMA CITY OK 73104-6217

OOHLALA MOBILE, INC.
3713 SAINT LAURENT BLVD, SUITE 301
MONTREAL QC H2X 2V7

ORVILLE B. NICHOLS C/O JOHN M. NICHOLS P O B
OKLAHOMA CITY OK 73101

OUHSC
BSEB ROOM 100
P O BOX 26901
OKLAHOMA CITY OK 73126-0901

Oklahoma Baptist University
c/o Larry Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Oklahoma City Community Foundation
PO Box 1146
Oklahoma City, OK 73101-1146

Oklahoma Employment Security Commission
PO BOX 53039
OKLAHOMA CITY, OK 73152-3039

Oklahoma State Regents for Higher Ed
655 Research Parkway, Suite 200
Oklahoma City OK 73104-6217

Oklahoma State Regents for Higher Education
P.O. Box 108850
Oklahoma City, OK 73101-8850

Olde Master Originals, LLC
6244 Old LaGrange Rd
Ste 3
Crestwood, KY 40014-7537

Orville B. Nichols
PO Box 1096
Oklahoma City, OK 73101-1096

PARADIGM REALTY ADVISORS, LLC
4500 S. GARNETT RD, SUITE 600
TULSA OK 74146-5211

PAUL SCHEETZ
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

PEREGRINE ACADEMIC SERVICES P O BOX 741
GILLETTE WY 82717-0741

PHIL LEDBETTER
3300 HUNTING HAWK CIRCLE
EDMOND OK 73013-6805

PING MANUFACTURING
2201 W DESERT COVE
PHOENIX AZ 85029-4912

PO Box 56
Amenia, NY 12501-0056

PO Box 741
PO
Gillette, WY 82717

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pat O
13808 Wireless Way
Oklahoma City, OK 73134-2501

Paul Carney
2713 Old Towne Trail
Shawnee, OK 74804-5601

Paul Scheetz
c/o Ralph Saenz
Nicklas, Sanez & Lile Inc
521 C Avenue
Lawton, OK 73501-4307

Pitney Bowes Global Financial Services LLC
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4301

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

REGIS UNIVERSITY COLLEGE P O BOX 173861
DENVER CO 80217-3861

REV. DANIEL SUELLENTROP, O.S.B. C/O JAMES E.
1900 W. MACARTHUR SHAWNEE OK 74804

ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

ROBERT F. AND FRAN BIOLCHINI
1744 E. 29TH ST.
TULSA OK 74114-5402

ROBERT MARTIN CARTER
2314 HAVERHILL DR
HOUSTON TX 77008-3029

RONALD DIGGS
1004 HEARTHSTONE
NORMAN, OK 73072-3972

ROYALL & COMPANY
1920 E. PARHAM RD
RICHMOND VA 23228-2206

RR DONNELLEY
P O BOX 932721
CLEVELAND OH 44193-0015

Rev. Richard D. Stansberry
Christ the King Catholic Church
PO Box 20508
Oklahoma City, OK 73156-0508

Ronald H. Faulk
18430 Angel Ln.
Shawnee, OK 74801-5748

Ronald Wayne Diggs
1004 Hearthstone
Norman, OK 73072-3972

S. E. Hardesty Co Inc dba Hardesty Team
4001 N. Walnut Ave
Oklahoma City, OK 73105-3748

SACRAO
14049 SCENIC HIGHWAY
LOOKOUT MOUNTAIN GA 30750-4100

SCHOOLDUDE.COM, INC. P O BOX 200236
PITTSBURGH PA 15251-0236

SEAN DUPRE
1214 CAMBRIDGE DRIVE
SHAWNEE, OK 74804-2364

SEVERAL DONORS
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

SEVERAL DONORS JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

SHAWNEE CHAMBER OF COMMERCE P O BOX 1613
SHAWNEE OK 74802-1613

SHAWNEE COUNTRY CLUB P O BOX 1574
WOODWARD OK 73802-1574

SHAWNEE LIGHTING SYSTEMS, INC. P O BOX 1146
SHAWNEE OK 74802-1146

SHAWNEE NEWS-STAR P O BOX 1688
SHAWNEE OK 74802-1688

SHAWNEE PUBLIC SCHOOLS
326 N. UNION STREET
SHAWNEE OK 74801-7053

SHERYL COZAD
3100 CLASSEN
NORMAN, OK 73071-4053

SHINGI N. GOTO
2 RICE RD
SHAWNEE OK 74804-3242

SKEETER KELL SPORTING GOODS
1300 INDUSTRIAL DR
KENNETT MO 63857-1344

SLATE SCREEN PRINT & DESIGN
8405 N. ROCKWELL AVE, SUITE #11
OKLAHOMA CITY OK 73132-4224

SMITH HAMILTON P O BOX 53008
LUBBOCK TX 79453-3008

SOCCER USA
10637 N. MAY
OKLAHOMA CITY OK 73120-2612

SPARKS HEAT & AIR, INC.
128 SUMMIT DR
SHAWNEE OK 74801-6667

SRP CONSULTING LLC
300 SE 5TH AVE, UNIT 5010
BOCA RATON FL 33432-5061

STAPLES BUSINESS ADVANTAGE P O BOX 83689
DEPT DAL
CHICAGO IL 60696-3689

STAR LIGHTING & SUPPLY
1429 WEST MAIN STREET
OKLAHOMA CITY OK 73106-5225

STEPHEN H. AND ONA DORSETT
2514 WEST CANTON STREET
BROKEN ARROW OK 74012-7327

STEPHEN KAPPES
5906 TIMBERLAKE BLVD
INDIANAPOLIS IN 46237-2283

STRETCH INTERNET P O BOX 2376
GILBERT AZ 85299-2376

SUPERIOR SECURITY & INVESTIGATIONS
4419 N. BRYAN AVE
SHAWNEE OK 74804-2352

SUSAN KILLINGSWORTH
17 POST OAK ROAD
SHAWNEE, OK 74801-3913

SUSAN M. DOWD
MR. & MRS. JOSEPH DOWD
2908 E 84TH ST
TULSA OK 74137-1462

SYNERGY SPORTS TECHNOLOGY
1004 COMMERCIAL AVE, PMB 264
ANACORTES WA 98221-4117

Schooldude.com, Inc.
P O Box 200236
Pittsburgh PA 15251-0236

Shawnee Lighting Systems, Inc.
P O Box 1146
Shawnee OK 74802-1146

Sheryl Ellen Cozad
3100 Classen Blvd.
Norman, OK 73071
Norman, OK 73071-4053

Smith Southern Equipment Inc. dba Smith Hami
PO Box 53008
Lubbock, TX 79453-3008

St. Joseph Church
PO Box 1585
Ada, OK 74821-1585

Staples Business Credit
PO Box105638
Atlanta, GA 30348-5638

TACK DESIGNS
2820 N KICKAPOO
SHAWNEE OK 74804-1798

TACRAO
STAN DEMERRITT, SECRETARY
1900 W 7TH ST, CMB 598
PLAINVIEW TX 79072-6900

TASH SMITH
1625 HOMELAND AVENUE
NORMAN, OK 73072-5742

TERRY W. WEST P.O. BOX 698
WOODWARD OK 73802

THE ESTATE OF MARILYN J. TULLY C/O EARLINE V
8000 NW 131ST CIR OKLAHOMA CITY OK 73142

THE ESTATE OF VIRGINIA KERLEY CADE THE VIRGI
2708 NW 59TH
OKLAHOMA CITY OK 73112-7026

THE IDEA CENTER INC.
301 S FOURTH ST, SUITE 200
MANHATTAN KS 66502-6233

THE LOY R. & MARIAN MORRIS REVOCABLE TRU C/O
HARTZOG CONGER CASON & NEVILLE
201 ROBERT S. KERR, SUITE 1600
OKLAHOMA CITY OK 73102-4210

THE LUCILLE M. KETCHER REVOCABLE LIVING TRUS
C/O ELI KETCHER
321 W. ROSE ST
TAHLEQUAH OK 74464

THE MEADOWS
1000 S. KELLY
EDMOND OK 73003-6081

THE OKLAHOMAN P O BOX 268880
OKLAHOMA CITY OK 73126-8880

THE PETROLEUM CLUB OF OKLAHOMA CITY
100 N. BROADWAY SUITE 3400
OKLAHOMA CITY OK 73102-8869

THE VIRGINIA G. PIPER CHARITABLE TRUST DR. J
1202 E. MISSOURI AVE PHOENIX AZ 85014

THOMAS J. KELLY & KAREN KELLY BATCHELOR
3400 N. LINCOLN
OKLAHOMA CITY OK 73105-5408

TONY AND MARIE HILLERMAN C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

TOYOTA FINANCIAL SERVICES P O BOX 5855
CAROL STREAM IL 60197-5855

TRAVELERS
BANKFIRST INS SERVICES INC.
5591 S. LEWIS AVE
TULSA OK 74105-7132

TRINITY PUBLICATIONS P O BOX 140285
AUSTIN TX 78714-0285

Tash Smith
greg haubrich
POB 890420
OKC, OK 73189-0420

The Benedictine Fathers of Sacred Heart Miss
c/o Conner & Winters, LLP
Jared Giddens/Bryan Wells
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102-7136

The Estate of Evelyn Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Estate of John H. Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Oklahoman
P O Box 268880
Oklahoma City OK 73126-8880

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

United Healthcare Insurance Company
Attn: CDM/ Bankruptcy
185 Asylum Street -03B
Hartford, CT 06103-3402

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

VAN'S PIG STAND
717 E HIGHLAND
SHAWNEE OK 74801-7159

VICKIE JEAN
4105 COPPER ROCK DRIVE
EDMOND, OK  73025-2913

VIRGINIA G. PIPER CHARITABLE TRUST DR. JUDY
1202 E. MISSOURI AVE PHOENIX AZ 85014

VISA CORPORATION CARD CENTER P O BOX 22116
TULSA OK 74121-2116

VISIT SHAWNEE INC. P O BOX 405
SHAWNEE OK 74802-0405

Vans Pig Stand #3
3815 N Harrison St
Shawnee, OK 74804-2242

Vickie M. Jean
4105 Copper Rock Dr
Edmond, OK 73025-2913

Visit Shawnee Inc.
P O Box 405
Shawnee OK 74802-0405

W.F. LAND & INVESTMENT COMPANY WALSH FAMILY
3201 LAMP POST LN
OKLAHOMA CITY OK 73120-5620

WANDA ROBINSON
121 E  FEDERAL
SHAWNEE, OK 74804-3703

WILLIAM AND LUCILLE ANDERSON THE ANDERSON FA
1900 W. MACARTHUR SHAWNEE OK 74804

WILLIAM CRAWFORD
4815 S. 190TH E  AVENUE
TULSA, OK 74134-7196

WILLIAM R. JEZERCAK PROF. MELODY HARRINGTON
1900 W. MACARTHUR ST SHAWNEE OK 74804

WILLIAM R. STEWART II ROBERT S. STEWART
P O BOX 263
TECUMSEH OK 74873-0263

William T Crawford
Greg Haubrich
PO Box 890420
OKC OK 73189-0420

malody harrington
greg gaubrich
POB 890420
OKC, OK 73189-0420

Bryan J Wells
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

Chad J. Kutmas
McDonald, McCann, Metcalf & Carwile, LLP

Dana Bucko
Mulinix, Goerke, & Meyer
210 Park Ave.
Ste. 3030
Oklahoma City, OK 73102-5604

James Loftis
1806 Huntington Ave
Oklahoma City, OK 73116-5505

Jared D Giddens
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

John D. Mashburn
1616 E 19th Street, Suite 301A
Edmond, OK 73013-6519

Ross A. Plourde
McAfee & Taft
Two Leadership Square, 10th Floor
211 N Robinson
Oklahoma City, OK 73102-7109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company, LLC.
PO Box 62180
Colorado Springs, CO 80962

ARVEST BANK
ATTN TONY MCMURRY
P O BOX 1089
SHAWNEE OK 74802-1089

(d)Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Toyota Financial Services
P O Box 5855
Carol Stream IL 60197

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

DEAN AND LOUISE FISHER
22 HUNTINGTON KNOLLS
WOODWARD OK 73801

JOSHUA YOUNG
1810 HARRISON AVENUE, #C-216
SHAWNEE, OK  74804

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Benedictine Fathers of Sacred Heart Missio

(u)Catholic Order of Foresters

(u)Citizen Potawatomie Community Development

(u)Mabee-Gerrer Museum of Art, Inc.

(d)AACRO Distribution Center
One Dupont Circle, NW, Suite 520
Washington DC 20036-1148

(d)ACT FINANCE
P O BOX 4072
IOWA CITY IA 52243-4072

(u)ALAN STAAB

(u)AMANDA KASHWER

(u)ANGELA JAMES

(u)ANITA SEMTNER

(u)ANTHONY COLEMAN

(d)ASCAP
21678 Network Place
Chicago IL 60673-1216

(d)Affordable Construction Company
6401 N Interstate Drive, Suite 160
Norman OK 73069-9524

(du)Alan Staab

(d)Allied Elevator Services
P O Box 58
Newcastle OK 73065-0058

(du)Amanda Kashwer

(d)American DataBank Group
110 16th St, 8th Floor
Denver CO 80202-5210

(d)Andrew M. Leasau
10801 Hunters Pointe
Edmond OK 73034-1609

(du)Angela James

(du)Anita Semtner

(du)Anthony Coleman

(d)Archdiocese of Oklahoma City
P O Box 32180
Oklahoma City OK 73123-0380

(d)Archie Scott
1904 Flamingo Ave
Bethany OK 73008-5429

(d)Automatic Fire Control, Inc.
1708 S.E. 22nd St
Oklahoma City OK 73129-7512

(u)BENEDICTINE FATHERS OF SACRED HEART DBA ST
1900 WEST MACARTHUR STREET SHAWNEE OK 74

(u)BLACK DIAMOND IT SERVICES ATTN: GREG BLACK
1784 TALIAFERRO TRAIL MONTGOMERY AL 3611

(u)BRENT RAISLEY

(d)BSN Sports
P O Box 660176
Dallas TX 75266-0176

(d)Benedictine College
1020 North 2nd St
Atchison KS 66002-1499

(d)Borden Perlman Insurance Agency
250 Phillips Blvd, Suite 280
Trenton NJ 08618-1433

(du)Brent Raisley

(u)CAROL WENZL

(d)CHEA
P O Box 75387
Baltimore MD 21275-7387

(u)CITIZEN POTAWATOMI NATION C/O ROCKY BARRET
1601 GORDON COOPER BLVD. SHAWNEE OK 7480

(u)CITIZEN POTTAWATOMI NATION COMMUNITY DEVEL

(u)CLARKE III, LLC

(d)Cal Jax Graphics
2468 C.S. 2960
Blanchard OK 73010

(d)Campus Management
5201 Congress Ave Suite 220A
Boca Raton FL 33487-3600

(d)Carnell Skanes
1405 N. Council Rd #209
Oklahoma City OK 73127-4985

(d)Catholic Athletes for Christ
3073 Cameron Mills Rd
Alexandria VA 22302

(d)Catholic Charities of Archdiocese of OKC
1232 N. Classen Blvd
Oklahoma City OK 73106-6810

(d)Catholic Foresters
355 Shuman Blvd
Naperville IL 60563-8494

(d)Central Disposal LLC
4650 N. Harrison
Shawnee OK 74804-1416

(d)Chartwells Dining
1900 W MacArthur
Shawnee OK 74804-2403

(d)Citizen Potawatomi Nation
1601 Gordon Cooper Drive
Shawnee OK 74801-9002

(u)Citizen Potawatomie Community Development
130 E MacArthur,# 206,Shawnee,OK 74

(u)Citizen Pottawatomi Nation Community
Development Corp.

(du)Clarke III, LLC

(d)Clearwater Enterprises, LLC
5804 West Monastery Rd
Hulbert OK 74441-5698

(d)Counsey Enterprises, Inc.
12529 Lynn Lane
P O Box 683
Idabel OK 74745-0683

(d)DAVID COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804-2385

(u)DIOCESE - TULSA

(u)DONALD SKINNER-NOBLE

(u)DONOR

(u)DR. RON DIGGS

(d)Dave Thompson
2160 Argyle Dr
Plano TX 75023-5230

(d)Demco Printing
P O Box 367
Shawnee OK 74802-0367

(du)Diocese - Tulsa

(du)Donald Skinner-Noble

(d)Douglas McClure
500 Night Hawk Dr
Norman OK 73072-8180

(du)Dr. Ron Diggs

(u)EMILY COLEY

(u)ERIC GRANT

(u)ESTATE OF EVELYN GOODALL MR. & MRS. TOM GO
1831 DUKE NORFOLK QUAY VIRGINIA BEACH VA

(u)ESTATE OF JOHN GOODALL MR. & MRS. TOM GOOD
1831 DUKE NORFOLK QUAY VIRGINIA BEACH VA

(d)EasyPermit Postage
P O Box 371874
Pittsburgh PA 15250-7874

(d)Edspertise, LLC
1 Broadway, 14th Floor
Cambridge MA 02142-1187

(d)Educational Testing Service
660 Rosedale Rd
Princeton NJ 08540-2218

(d)Elliott Tillman
12013 Moon Beam Dr
Oklahoma City OK 73162-1057

(du)Emily Coley

(du)Eric Grant

(d)Estate of Greg Main
Barbara Main
9812 Ritter Rd
Oklahoma City OK 73162-7515

(d)Eurosport
Attn:  Acct Dept. B. Thomas
431 US Highway 70-A East
Hillsborough NC 27278-9262

(d)Ex Libris USA Inc.
4394 Solutions Center
Chicago IL 60677-4003

(d)Fan Cloth
P O Box 200577
Arlington TX 76006-0577

(d)Firelake Designs
41707 Hardesty Rd
Shawnee OK 74801-8917

(d)GIA Publications
7404 S. Mason Ave
Chicago IL 60638-6230

(u)GREATHOUSE UNRESTRICTED FOUNDATION

(d)General Printing and Design
144 Turnpike Rd, Suite 250
Southborough MA 01772-2122

(d)Graves Floral Company
1525 N. Broadway
Shawnee OK 74804-3700

(d)Gregory Martin
2609 Featherstone Rd, Apt 207
Oklahoma City OK 73120-2109

(d)Grey House Publishing
P O Box 56
Amenia NY 12501-0056

(d)Grissoms, LLC
321 S. Jim Thorpe Blvd
P O Drawer T
Prague OK 74864-1095

(d)Hardesty Team
400 N. Walnut Ave
Oklahoma City OK 73104-2207

(d)Harold Brooks
1012 Parsons St
Norman OK 73069-4523

(d)Higher Learning Commission
230 S. Lasalle St, Suite 7-500
Chicago IL 60604-1413

(d)ITHAKA
General Post Office
P O Box 30959
New York NY 10087-0959

(d)Imagenet Consulting, LLC
913 N. BRoadway Ave
Oklahoma City OK 73102-5810

(d)Inceptia
1300 O Street
Lincoln NE 68508-1511

(d)Indiana University
400 E 7th St
Poplars Rm 501
Bloomington IN 47405-3004

(d)Iris Dale Simmons
307 Diamond
Holdenville OK 74848-4023

(u)JAMES JOHNSON

(u)JOSEPH RAWDON

(u)JOSHUA YOUNG

(du)James Johnson

(d)James Loftis Architects
1806 Huntington Ave
Oklahoma City OK 73116-5505

(u)Jasmin Johnson

(u)Jason Fugikawa

(u)Jeffrey Johnson

(u)Jessica Vanoort

(d)Joe Rollins Hardwood Floors
15210
Tomahawk Dr
Yukon OK 73099-8660

(du)Joseph Rawdon

(du)Joshua Young

(u)KRISTINA ADAMS

(u)KRISTINA BOOKER

(d)Kaplan Higher Educatoin - NIT
Kaplan, Inc.
P O Box 203930
Dallas TX 75320-3930

(du)Kristina Booker

(u)LAURA FISCHER

(u)LISA ZARRELLA

(d)Landscapes USA LLC
3600 Bee Cave Rd, Suite 201
Austin TX 78746-5375

(du)Laura Fischer

(d)Lena E.Benzel
5727 S. Yorktown
Tulsa, OK 74105-8825

(d)Library & Information Resources Network
25400 US Highway 19 N, Suite 220
Clearwater FL 33763-2144

(d)Lisa Anderson Webb
4808 Lunow Dr
Oklahoma City OK 73135-3208

(du)Lisa Zarrella

(d)Litania Sports Group, Inc.
601 Mercury Dr
Champaign IL 61822-9675

(u)MADELINE RUGH

(u)MARCEL BROWN

(u)MARIA CARDEIRO

(d)MASSCO
1837 S. Meridian Ave
Wichita KS 67213-1923

(u)MAYDA SHORNEY

(d)MDF Instruments, Inc.
31416 Agoura Rd, Suite 180
Westlake Village CA 91361-5637

(u)MELODY HARRINGTON

(d)MOLTEN USA, INC.
1170 TRADEMARK DRIVE
SUITE 109
RENO, NV 89521-8949

(du)Madeline Rugh

(du)Marcel Brown

(d)Margo Juergens
6032 Smith Blvd
Oklahoma City OK 73112-4128

(du)Maria Cardeiro

(d)Marketing Communication Resource, Inc.
4800 East 3435th St
Willoughby OH 44094

(d)Masergy Cloud Communications
P O Box 671122
Dallas TX 75267-1122

(du)Mayda Shorney

(d)Megan Brands
6355 S 80th Ave, Apt J
Tulsa OK 74133

(du)Melody Harrington

(d)Michael M. Ziara
918 Silver Chase Dr
Choctaw OK 73020-7176

(d)Michael Scaperlanda
3816 Waverly Ct
Norman OK 73072-3218

(d)Midwest Library Service
11443 St Charles Rock Rd
Bridgeton MO 63044-2724

(d)Midwest Wrecking
P O Box 14668
Oklahoma City OK 73113-0668

(d)Molten USA Inc.
1170 Trademark Dr, Suite 109
Reno NV 89521-8949

(d)Mullin Plumbing
2936 N. Shields Blvd
Moore OK 73160-1003

(d)NACUBO
1110 Vermont Ave NW, Suite 800
Washington DC 20005-3593

(d)NRCCUA
3651 NE Ralph Powell Rd
Lees Summit MO 64064-2357

(d)National Catholic Register
P O Box 100699
Irondale AL 35210-0699

(d)OACRAO
Ramah Nation
1900 W. MacArthur St
Shawnee OK 74804-2403

(d)OASFAA
East Central University
1100 E 14th St
Ada OK 74820-6915

(u)OKLAHOMA CITY COMMUNITY FOUNDATION P O BOX

(u)OKLAHOMA COUNSELING ASSOCIATION

(u)OKLAHOMA STATE REGENTS FOR HIGHER ED
655 RESEARCH PARKWAY, SUITE 200

(d)OUHSC
BSEB Room 100
P O Box 26901
Oklahoma City OK 73126-0901

(d)OkAT
311 S Duck
Stillwater OK 74074-3219

(d)Oklahoma Baptist University
500 W. University St
Shawnee OK 74804-2522

(d)Oklahoma City University
2501 N. Blackwelder
Oklahoma City OK 73106-1402

(du)Oklahoma Counseling Association

(d)Oklahoma Gas and Electric
P O Box 24990
Oklahoma City OK 73124-0990

(d)Oklahoma Janitorial Supply
P O Box 347
Oklahoma City OK 73101-0347

(d)Oklahoma Janitorial Supply PO Box 347
Oklahoma City, OK 73101-0347

(d)Oklahoma Library Association
P O Box 6550
Edmond OK 73083-6550

(d)Oklahoma Natural Gas-ALMS
P O Box 219296
Kansas City MO 64121-9296

(d)Oklahoma Nursing Times
P O Box 239
Mustang OK 73064-0239

(d)Oklahoma Sports & Orthopedics
13800 Benson Rd, Suite 201
Edmond OK 73013-6424

(d)Olde Master Originals
244 Old LaGrange Rd, Suite 3
Crestwood KY 40014

(d)OneNet
655 Research Parkway, Suite 200
Oklahoma City OK 73104-6217

(d)Oohlala Mobile, Inc.
3713 Saint Laurent Blvd, Suite 301
Montreal QC H2X 2V7

(u)PAUL CARNEY

(d)Paradigm Realty Advisors, LLC
4500 S. Garnett Rd, Suite 600
Tulsa OK 74146-5211

(du)Paul Carney

(d)Peregrine Academic Services
P O Box 741
Gillette WY 82717-0741

(d)Phil Ledbetter
3300 Hunting Hawk Circle
Edmond OK 73013-6805

(d)Ping Manufacturing
2201 W Desert Cove
Phoenix AZ 85029-4912

(u)RONALD DIGGS

(u)RONALD FAULK

(d)RR Donnelley
P O Box 932721
Cleveland OH 44193-0015

(d)Regis University College
P O Box 173861
Denver CO 80217-3861

(du)Ronald Diggs

(du)Ronald Faulk

(d)Royall & Company
1920 E. Parham Rd
Richmond VA 23228-2206

(d)SACRAO
14049 Scenic Highway
Lookout Mountain GA 30750-4100

(u)SEAN DUPRE

(u)SHERYL COZAD

(d)SRP Consulting LLC
300 SE 5th Ave, Unit 5010
Boca Raton FL 33432-5061

(u)ST. GREGORY'S MINERALS LLC

(u)SUSAN KILLINGSWORTH

(du)Sean Dupre

(d)Shawnee Chamber of Commerce
P O Box 1613
Shawnee OK 74802-1613

(d)Shawnee Country Club
P O Box 1574
Woodward OK 73802-1574

(d)Shawnee News-Star
P O Box 1688
Shawnee OK 74802-1688

(d)Shawnee Public Schools
326 N. Union Street
Shawnee OK 74801-7053

(du)Sheryl Cozad

(d)Skeeter Kell Sporting Goods
1300 Industrial Dr
Kennett MO 63857-1344

(d)Slate Screen Print & Design
8405 N. Rockwell Ave, Suite #11
Oklahoma City OK 73132-4224

(d) Smith Hamilton
P O Box 53008
Lubbock TX 79453-3008

(d) Soccer USA
10637 N. May
Oklahoma City OK 73120-2612

(d) Sparks Heat & Air, Inc.
128 Summit Dr
Shawnee OK 74801-6667

(du) St. Gregory's Minerals LLC

(d) Staples Business Advantage
P O Box 83689
Dept Dal
Chicago IL 60696-3689

(d) Star Lighting & Supply
1429 West Main Street
Oklahoma City OK 73106-5225

(d) Stretch Internet
P O Box 2376
Gilbert AZ 85299-2376

(d) Stretch Internet LLC
PO Box 2376
Gilbert, AZ 85299-2376

(d) Superior Security & Investigations
4419 N. Bryan Ave
Shawnee OK 74804-2352

(du) Susan Killingsworth

(d) Synergy Sports Technology
1004 Commercial Ave, PMB 264
Anacortes WA 98221-4117

(d) TACRAO
Stan Demerritt, Secretary
1900 W 7th St, CMB 598
Plainview TX 79072-6900

(u) TASH SMITH

(u) THE MOLD CONSULTANT

(u) TRUSTEE OF THE ANDERSON FAMILY TRUST

(d) Tack Designs
2820 N Kickapoo
Shawnee OK 74804-1798

(du) Tash Smith

(d) The Idea Center Inc.
301 S Fourth St, Suite 200
Manhattan KS 66502-6233

(d) The Meadows
1000 S. Kelly
Edmond OK 73003-6081

(du) The Mold Consultant

(d) The Petroleum Club of Oklahoma City
100 N. Broadway Suite 3400
Oklahoma City OK 73102-8869

(d) Trinity Publications
P O Box 140285
Austin TX 78714-0285

(du) Trustee of the Anderson Family Trust

(u) VICKIE JEAN

(d) Van's Pig Stand
717 E Highland
Shawnee OK 74801-7159

(du) Vickie Jean

(d) Visa Corporation Card Center
P O Box 22116
Tulsa OK 74121-2116

(u) WANDA ROBINSON

(u) WILLIAM CRAWFORD

(du) Wanda Robinson

(d)eCampus
28312 Network Place
Chicago IL 60673-1283

(d)i2E
840 Research Parkway, Suite 250
Oklahoma City OK 73104-3618

(u)Britney Honsinger

(u)Cara Judd
Mulinix Goerke & Meyer, PLLC
210 Park Avenue, Suite 3030
Oklahoma City73102

(u)Gary M. McDonald
McDonald, McCann, Metcalf & Carwile, LLP

(u)Louis Dakil

(u)Mary E. Kindelt
McDonald, McCann, Metcalf & Carwile, LLP

End of Label Matrix
Mailable recipients    421
Bypassed recipients    226
Total                  647