## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re:<br><br>CATHOLIC UNIVERSITY OF OKLAHOMA,<br><br>Debtor. | Case No. 17-15134 SAH<br><br>Chapter 7 |

### TRUSTEE'S NOTICE OF PROPOSED SALE OF ESTATE'S INTEREST IN PROPERTY OF THE ESTATE (VEHICLES) NOT IN THE ORDINARY COURSE OF BUSINESS PURSUANT TO 11 U.S.C. §363(b), FED.R.BANKR.P. 6004(a) AND W.D.OKLA. LOCAL RULE 6004-1.A.

### AND

### BRIEF IN SUPPORT THEREOF

COMES NOW, John D. Mashburn, Trustee, and pursuant to 11 U.S.C. §363(b), Fed.R.Bankr.P. 6004(a) and W.D.Okla. Local Rule 6004-1.A., brings this Notice of Proposed Sale of Estate's Interest in Property of the Estate and respectfully represents and shows to the Court the following:

1.      The Court has jurisdiction to consider this Notice pursuant to 28 U.S.C. §1334.

2.      This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

3.      Venue is proper before the Court pursuant to 28 U.S.C. §§1408 and 1409.

4.      The Trustee is a member of the panel of private trustees established under 28 U.S.C. § 586(a)(1), was appointed by the United States Trustee to serve as the Chapter 7 Trustee in this case on December 22, 2017, and has acted as Trustee in this case since his appointment.

5.    This Bankruptcy Estate (the "Estate") includes property consisting of Debtor's interests in and to the following vehicles:

```
07 Merc 4d Lux  -  VIN# ...2354
07 Chev 4d M/L -  VIN# ...8748
06 Ford 4d 5DL  -  VIN# ...7975
06 Ford YY 3DC -  VIN# ...8321
97 Ford 3C F15   -  VIN# ...0958
05 Ford UT SPE  -  VIN# ...8248
97 Dodge SV RMW - VIN# ...2964
```

(Hereafter the "Property").

6.    The Trustee proposes, pursuant to 11 U.S.C. §363(b), Fed.R.Bankr.P. 6004(a) and W.D.Okla. Local Rule 6004-1.A., to sell said Property at PUBLIC AUCTION at the time and place and upon the terms set forth below.

7.    Potential bidders should conduct their own due diligence prior to buying or bidding upon the Property. The Trustee does not make or imply any warranties or guarantees whatsoever including, but not limited to, sufficiency of title, value, marketability, fitness for a particular purpose or usefulness of the Property, or the nature and extent of the Debtor's or Estate's interest in the Property. One or more listed items may be grouped and sold by the auctioneer as one sale lot. All Property will be sold AS IS.

8.    The Trustee intends to sell said Property at public auction to be held by Dakil Auctioneers, Inc., at **200 NW 114th Street, Oklahoma City, June 30, 2018, at 9:00 a.m.,** (the "**Sale Date**"). For additional property information or questions, contact Dakil Auctioneers, Inc., at 405-751-6179 and http://www.dakil.com/.

9.    **Objections to the proposed action (sales) of the above-described property must be filed and served not less than seven (7) days before the date set for the proposed action**

(sales). **If no objection is timely filed or served, the proposed action may be taken without further notice or hearing.** W.D.Okla. Local Rule 6004-1.A.; Fed.R.Bankr.P 6004(a).

10.    An Order authorizing the employment of Dakil Auctioneers, Inc., ("Dakil"), as auctioneer was entered April 17, 2018. Subject to approval of the Court, Dakil's compensation will be at the rates set forth in said Order and associated Application.

11.    The Trustee further prays that any order upon this Notice be made effective upon entry so that the Trustee shall not be required to await the expiration of the 14-day stay period of Bankruptcy Rule 6004(h).

WHEREFORE, premises considered, the Trustee provides this his Notice of Intent to Sell said Property.

Respectfully submitted,

/s/ John D. Mashburn
John D. Mashburn, OBA#12763
JOHN D. MASHBURN, ATTORNEY AT LAW, P.C.,
1616 E. 19th Street, Suite 301A
Edmond, OK 73013
john@mashburnlaw.net
(405) 726-9795 Telephone
(405) 726-9796 Facsimile
ATTORNEY FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

This is to certify that, on date of filing as set forth in the Clerk's filing stamp above, I mailed, first-class postage prepaid, a true and correct copy of the above and foregoing to all entities appearing on the mailing matrix attached to the original hereof.

s/ John D. Mashburn
JOHN D. MASHBURN

Label Matrix for local noticing
1087-5
Case 17-15134
Western District of Oklahoma
Oklahoma City
Thu May 31 14:31:13 CDT 2018

Affordable Construction Company
6401 N Interstate Drive
Norman, OK 73069-9515

Catholic University of Oklahoma
1900 W. MacArthur St
Shawnee, OK 74804-2403

Citizen Potawatomi Nation
1601 S. Gordon Cooper Dr.
Shawnee, OK 74801-9002

Compass Group USA, Inc.
2400 Yorkmont Rd.
Charlotte, NC 28217-4511

Finley & Cook, PLLC
1421 East 45th Street
Shawnee, OK 74804-1447

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Home Integration, Inc.
P.O. Box 722783
Norman, OK 73070-9112

Home Integration, Inc.
c/o Michael A. Rubenstein
1503 E. 19th St.
Edmond, OK 73013-6737

National Institute on Developmental Delays
P.O. Box 722783
Norman, OK 73070-9112

Oklahoma Baptist University
c/o Larry G. Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Toyota Motor Credit Corporation
c/o O. Clifton Gooding
The Gooding Law Firm, PC
204 N Robinson Ave
Suite 650
Oklahoma City, OK 73102-6807

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

AACRO DISTRIBUTION CENTER
ONE DUPONT CIRCLE, NW, SUITE 520
WASHINGTON DC 20036-1148

ACT
Finance
P O Box 4072
Iowa City IA 52243-4072

AFFORDABLE CONSTRUCTION COMPANY
6401 N INTERSTATE DRIVE, SUITE 160
NORMAN OK 73069-9524

ALAN R. STAAB AND SHARON D. VOSKUHL
2502 E. 21ST ST.
TULSA OK 74114-1756

ALBERT JULIUS SEMTNER TRUST MARY LOU COZZENS
P O BOX 60683
OKLAHOMA CITY OK 73146

ALLIED ELEVATOR SERVICES P O BOX 58
NEWCASTLE OK 73065-0058

AMANDA KASHWER
140 THACKER ROAD
CHANDLER, OK 74834-1838

AMERICAN DATABANK GROUP
110 16TH ST, 8TH FLOOR
DENVER CO 80202-5210

AMERICAN LIBRARY ASSOCIATION ALA MEMBER SERV
BOX 77-6499
CHICAGO IL 60678-6499

ANDREW M. LEASAU
10801 HUNTERS POINTE
EDMOND OK 73034-1609

ANGELA JAMES
3 TIMBERCREEK CIRCLE
SHAWNEE, OK 74804-1149

ANITA SEMTNER
103 ASHLEY DRIVE
SHAWNEE, OK 74804-9710

ANNA MARIE FORAL
3206 OTTERSON DR
OKLAHOMA CITY OK 73112-3340

ANTHONY COLEMAN
1 BELLTREE
PLYMOUTH, MA 02360-7794

ARCHDIOCESE OF OKLAHOMA CITY ATTN: SHARI CON
P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHDIOCESE OF OKLAHOMA CITY P O BOX 32180
OKLAHOMA CITY OK 73123-0380

ARCHIE SCOTT
1904 FLAMINGO AVE
BETHANY OK 73008-5429

ARTHUR L. DAVIS PUBLISHING AGENCY, INC. P O
CEDAR FALLS IA 50613

(p)ARVEST BANK
P O BOX 11110
FORT SMITH AR 72917-1110

ASCAP
21678 NETWORK PLACE
CHICAGO IL 60673-1216

ASSOCIATION OF BENEDICTINE COLLEGES P O BOX
COLLEGEVILLE MN 56321

AT&T WIRELESS MOBILITY P O BOX 6463
CAROL STREAM IL 60197-6463

AUTOMATIC FIRE CONTROL, INC.
1708 S.E. 22ND ST
OKLAHOMA CITY OK 73129-7512

Affordable Construction Company
Nichols Law Firm Attn: Affordable
104 East Main Street
Norman OK 73069-1301

Ahead
270 Samuel Barnet Blvd.
New Bedford, MA 02745-1219

Amanda Dawn Kashwer
PO Box 890420
Oklahoma City OK 73189-0420

American Library Association
ALA Member Services
Box 77-6499
Chicago IL 60678-6499

Angela James
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Angela James
c/o Greg Haubrich
PO Box 890420
Oklahoma City, OK 73189-0420

Anne Machado
greg haubrich
POB 890420
OKC, OK 73189-0420

Anthony P. Coleman
1 Belltree
Plymouth, MA 02360-7794

Archdiocese of Oklahoma City
Attn:  Shari Conrady
P O Box 32180
Oklahoma City OK 73123-0380

Arthur L. Davis Publishing Agency, Inc.
P O Box 216
Cedar Falls IA 50613-0017

Arvest Bank c/o James C. Cox
P.O. Box 891027
Oklahoma City, OK 73189-1027

Association of Benedictine Colleges
P O Box 2000
Collegeville MN 56321-2000

At&T
PO Box 1809
Paramus, NJ 07653-1809

Audrie Wilson
328 N 33rd
Muskogee, OK 74401-2005

BENEDICTINE COLLEGE
1020 NORTH 2ND ST
ATCHISON KS 66002-1499

BENEDICTINE FATHERS OF THE SACRED HEART ST.
1900 W. MACARTHUR ST SHAWNEE OK 74804

BETTY GADBOIS
543 S. 89TH E. AVE
TULSA OK 74112-3407

BORDEN PERLMAN INSURANCE AGENCY
250 PHILLIPS BLVD, SUITE 280
TRENTON NJ 08618-1433

BRENT RAISLEY
125 LOCHWOOD LANE
YUKON, OK  73099-6684

BSN SPORTS
P O BOX 660176
DALLAS TX 75266-0176

Benedictine Fathers of Sacred Heart
dba St. Gregory's Abbey
1900 West MacArthur Street
Shawnee OK 74804-2403

Benedictine Fathers of the Sacred Heart
St. Gregory's Abbey
1900 W. MacArthur St
Shawnee OK 74804-2499

Brent Raisley
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Britney Honsinger and others similarly situa
c/o Mary E. Olsen, Esq.
210 S. Washington Avenue
Post Office Drawer 3103
Mobile, Al 36652-3103

CAL JAX GRAPHICS
2468 C.S. 2960
BLANCHARD OK 73010

CAMPUS MANAGEMENT
5201 CONGRESS AVE SUITE 220A
BOCA RATON FL 33487-3600

CARNELL SKANES
1405 N. COUNCIL RD #209
OKLAHOMA CITY OK 73127-4985

CAROLINA BIOLOGICAL SUPPLY CO. P O BOX 60232
CHARLOTTE NC 28260-0232

CATHOLIC ATHLETES FOR CHRIST
3073 CAMERON MILLS RD
ALEXANDRIA VA 22302

CATHOLIC CHARITIES OF ARCHDIOCESE OF OKC
1232 N. CLASSEN BLVD
OKLAHOMA CITY OK 73106-6810

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC DAUGHTERS OF AMERICA COURT SANTA MA
C/O AMY OTTO
515 E. HARMON
OKLAHOMA CITY OK 73110-5818

CATHOLIC FORESTERS
355 SHUMAN BLVD
NAPERVILLE IL 60563-8494

CENTRAL DISPOSAL LLC
4650 N. HARRISON
SHAWNEE OK 74804-1416

CHARLES A. ROCKWOOD FAMILY CHARLES A. ROCKWO
7703 FLOYD CURL DR
SAN ANTONIO TX 78229-3901

CHARLES AND REV. MARGOT L. NESBITT
1703 N. HUDSON
OKLAHOMA CITY OK 73103-3428

CHARLES B. WALWORTH C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

CHARTWELLS DINING
1900 W MACARTHUR
SHAWNEE OK 74804-2403

CHEA
P O BOX 75387
BALTIMORE MD 21275-7387

CHRIS MAULDIN
316 NW 18TH ST
OKLAHOMA CITY OK 73103-1904

CITIZEN POTAWATOMI NATION
1601 GORDON COOPER DRIVE
SHAWNEE OK 74801-9002

CLEARWATER ENTERPRISES, LLC
5804 WEST MONASTERY RD
HULBERT OK 74441-5698

CLETUS DOLL
C/O GERANDINE DOLL
6801 N 215TH WEST, RR #1
COLWICH KS 67030

COL. EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

COLLEGE & UNIVERSITY PROFESSIONAL ASSOC ATTN
P O BOX 26706, SECTION 109
OKLAHOMA CITY OK 73126-0706

CORNISH FAMILY CLOYD A. CORNISH
9009 N. MAY AVE
OKLAHOMA CITY OK 73120-4491

CORT BUSINSES SERVICES CORP. P O BOX 17401
BALTIMORE MD 21297-1401

COUNCIL OF INDEPENDENT COLLEGES ONE DUPONT C
WASHINGTON DC 20036

COUNSEY ENTERPRISES, INC.
12529 LYNN LANE
P O BOX 683
IDABEL OK 74745-0683

CREHAN FOUNDATION MICKEY BANISTER
1901 WALKING SKY EDMOND OK 73013

CSC SERVICEWORKS, INC. P O BOX 758698
BALTIMORE MD 21275-0001

CSC Serviceworks, Inc.
P O Box 758698
Baltimore MD 21275-0001

Campus Management
Legal Dept
5201 Congress Ave
Boca Raton FL 33487-3600

Carolina Biological Supply Co.
P O Box 60232
Charlotte NC 28260-0232

Carolina Biological Supply Company
2700 York Rd
Burlington, NC 27215-3398

Catholic Order of Foresters
c/o Ben Guzman
355 Shuman Blvd.
Naperville, IL 60563-8494

Catholic Order of Foresters
c/o John B Heatly Esq
100 N Broadway Suite 1700
Oklahoma City OK 73102-8805

Catholic University of Oklahoma dba St. Greg
c/o Larry Ball
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Citizen Potawatomie Community Development Co
Spencer Fane LLP c/o Courtney D Powell
9400 N Broadway Extension Suite 600
Oklahoma City, OK 73114-7423

Clearwater Enterprises LLC
5637 N. Classen Blvd
Oklahoma City, OK 73118-4015

Cletus Doll
Geraldine Doll
6801 N. 215th West, RR#1
colwish, KS 67030

College & University Professional Assoc
Attn: Jeff Geis
P O Box 26706, Section 109
Oklahoma City OK 73126-0706

Compass Group USA, Inc.
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

Cort Businses Services Corp.
P O Box 17401
Baltimore MD 21297-1401

Council of Independent Colleges
One Dupont Circle, NW Suite 320
Washington DC 20036-1142

D. Gregory Main
c/o J. Patrick Mensching
2 W. 2nd Street, Suite 700
Tulsa, OK 74103-3117

D2L Ltd.
500 York Road
Towson, MD 21204-5110

DALE HALL
17401 SILVER CHASE
NORMAN OK 73026-0327

DANY DOUGHAN
1712 NW 181ST STREET
EDMOND, OK 73012-4148

DAVE THOMPSON
2160 ARGYLE DR
PLANO TX 75023-5230

DAVID COLEY
2216 CROOKED OAK DR
SHAWNEE, OK 74804-2385

(c)DEAN AND LOUISE FISHER
5210 HUNTINGTON KNLS LOT 22
WOODWARD OK  73801-4511

DELLA NICHOLAS FRED NICHOLAS, JR. LENA MOGAB
4701 NW 57TH ST
OKLAHOMA CITY OK 73122-7703

DEMCO PRINTING P O BOX 367
SHAWNEE OK 74802-0367

DEPARTMENT OF VETERANS AFFAIRS
DEBT MANAGEMENT CENTER
PO BOX 11930
ST. PAUL, MN 55111-0930

DONALD SKINNER-NOBLE
4330 N  INDIANA AVENUE
OKLAHOMA CITY, OK 73118-2220

DOUGLAS MCCLURE
500 NIGHT HAWK DR
NORMAN OK 73072-8180

DR. JOSEPH E. TARON AND JERRY VANDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

DR. PAUL CARNEY
2713 OLD TOWNE TRAIL
SHAWNEE OK 74804-5601

Dany Ian Doughan
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420

Donald Skinner Noble
Greg Haubrich
POB 890420
OKC, OK 73189-0420

Dr.& Mrs. Edmund Anthony Franken, Jr.
457 Hutchison
Iowa City, IA 52246-2410

EASYPERMIT POSTAGE P O BOX 371874
PITTSBURGH PA 15250-7874

EBSCO INFORMATION SERVICES PAYMENT PROCESSIN
P O BOX 204661
DALLAS TX 75320-4661

EBSCO Industries, Inc.
PO Box 1943
Legal Services
Birmingham, AL 35201-1943

ECAMPUS
28312 NETWORK PLACE
CHICAGO IL 60673-1283

ECKROAT SEED CO. P O BOX 17610
OKLAHOMA CITY OK 73136-1610

EDMUND A. FRANKEN
457 HUTCHISON
IOWA CITY IA 52246-2410

EDSPERTISE, LLC
1 BROADWAY, 14TH FLOOR
CAMBRIDGE MA 02142-1187

EDUCATIONAL TESTING SERVICE
660 ROSEDALE RD
PRINCETON NJ 08540-2218

EDWARD BOCK
C/O DEBRA WILLIAMS
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

EDWARD L. KERKER
10000 RHINELAND DR, APT 105
SAN ANTONIO TX 78239-3138

ELLIOTT TILLMAN
12013 MOON BEAM DR
OKLAHOMA CITY OK 73162-1057

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804-2385

EMILY COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK  74804
ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
245 RANCHWOOD MANOR DRIVE
OKLAHOMA CITY, OK 73139-8921

ERIC GRAY
Greg Haubrich
POB 890420
OKC, OK 73189-0420

ERIC MILATZ
C/O LAURIE MILATZ
2435 FORST DR
COLUMBIA SC 29204-2026

ESTATE OF CHARLES J. AND ROSEMARY KOLKER C/O
P O BOX 398
ELGIN OK 73538-0398

ESTATE OF EMMA SENESCHAL HASH C/O PHILLIP G.
509 COUNTRY WALK CT BEL AIR MD 21015

ESTATE OF GREG MAIN BARBARA MAIN
9812 RITTER RD
OKLAHOMA CITY OK 73162-7515

ESTATE OF JANE E. ECKROAT ECKROAT RANCH
9700 NORTH MIDWEST BLVD JONES OK 73049

ESTATE OF KATHLEEN F. ROUSH C/O PRESTON W. J
P O BOX 2667
MUSKOGEE OK 74402-2667

ESTATE OF KENNETH T. JONES C/O SHERLON RUSSE
124 VALLEY OAK SCHERTZ TX 78154

ESTATE OF LEO J. SEIKEL C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

ESTATE OF LOTTIE GREEWALD C/O LINDSAY PETERS
116 N. BELL SHAWNEE OK 74801

ESTATE OF MARGARET V. WILMORE
SAVAGE O'DONNELL SCOTT MCNULTY AFFE
1100 PETROLEUM CLUB BLDG
601 S. BOULDER
TULSA OK 74119-1300

ESTATE OF MAXINE DOUGHERTY C/O DEBORAH FAULK
P O BOX 5531
SEVIERVILLE TN 37864-5531

ESTATE OF MONSIGNOR A.A. ISENBART C/O MR. &
530 RIDGWAY RD ALVA OK 73717

EUREKA WATER COMPANY P O BOX 26730
OKLAHOMA CITY OK 73126-0730

EUROSPORT
ATTN: ACCT DEPT. B. THOMAS
431 US HIGHWAY 70-A EAST
HILLSBOROUGH NC 27278-9262

EX LIBRIS USA INC.
4394 SOLUTIONS CENTER
CHICAGO IL 60677-4003

EXPRESS SERVICES, INC. P O BOX 203901
DALLAS TX 75320-3901

Ebsco Informatoin Services
Payment Processing Center
P O Box 204661
Dallas TX 75320-4661

Eckroat Seed Co.
P O Box 17610
Oklahoma City OK 73136-1610

Edward H. and Sharon Goodin
3870 East Flamingo Road  # A2-285
Las Vegas, NV 89121-6228

Elton Johnson Jr.
205 West Shawnee
Tahlequah, OK 74464-3625

Eric Milatz
Laurie Milatz
2435 Forest Dr
Columbia, SC 29204-2026

Express Services, Inc.
P O Box 203901
Dallas TX 75320-3901

FAN CLOTH
P O BOX 200577
ARLINGTON TX 76006-0577

FATHER ELMER C. ROBNETT C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

FATHER FRANCIS E. MCGOLDRICK C/O JAMES E. SM
1900 W. MACARTHUR SHAWNEE OK 74804

FELIX AND HELEN K. ROY FAMILY TRUST C/O LAWR
1819 LINDA AVE STILLWATER OK 74075

FIRELAKE DESIGNS
41707 HARDESTY RD
SHAWNEE OK 74801-8917

FORD MOTOR CREDIT COMPANY P O BOX 790072
SAINT LOUIS MO 63179-0072

FRED SPELLMAN
2105 MELROSE DR
PONCA CITY OK 74604-2412

Ford Motor Credit Company
P O Box 790072
Saint Louis MO 63179-0072

Fr. Augustine Horn
1900 W. MacArthur
Shawnee, OK 74804-2403

Francis Stephen Zaborowski
1405 W Wallace St
Shawnee, OK 74801-4641

GARY PARKER
16609 RUGOSA ROSE DR
EDMOND OK 73012-8450

GENERAL PRINTING AND DESIGN
144 TURNPIKE RD, SUITE 250
SOUTHBOROUGH MA 01772-2122

GERALD G. PIERCE, M.D. CHARITABLE REMAINDER
R. DONAL MCCARTER
516 EAGLETON COVE TRACE
PALM BEACH GARDENS FL 33418-8496

GIA PUBLICATIONS
7404 S. MASON AVE
CHICAGO IL 60638-6230

GOLF TEAM PRODUCTS, INC. P O BOX 259
BEAVERTON OR 97075-0259

GRAINGER INC. P O BOX 419267
KANSAS CITY MO 64141-6267

GRAVES FLORAL COMPANY
1525 N. BROADWAY
SHAWNEE OK 74804-3700

GREGORY MARTIN
2609 FEATHERSTONE RD, APT 207
OKLAHOMA CITY OK 73120-2109

GREY HOUSE PUBLISHING P O BOX 56
AMENIA NY 12501-0056

GRISSOMS, LLC
321 S. JIM THORPE BLVD
P O DRAWER T
PRAGUE OK 74864-1095

Golf Team Products, Inc.
P O Box 259
Beaverton OR 97075-0259

Grainger Inc.
P O Box 419267
Kansas City MO 64141-6267

H.W. WILSON P O BOX 56
AMENIA NY 12501-0056

H.W. Wilson
4919 Route 22
PO Box 56
Amenia, NY 12501-0056

HARDESTY TEAM
400 N. WALNUT AVE
OKLAHOMA CITY OK 73104-2207

HAROLD BROOKS
1012 PARSONS ST
NORMAN OK 73069-4523

HARRY AND ROSEMARY KOELSCH
1714 LIONSGATE CIRCLE
BETHANY OK 73008-6167

HENRY BOECKER
13820 ROCKBEND PL
DALLAS TX 75240-3554

HENRY BOECKER, JR.
13820 ROCKBEND PL
DALLAS TX 75240-3554

HERFF JONES INC. COLLEGIATE CAP AND GOWN P O
CHICAGO IL 60693-9292

HIGHER LEARNING COMMISSION
230 S. LASALLE ST, SUITE 7-500
CHICAGO IL 60604-1413

Herff Jones Inc.
Collegiate Cap and Gown
P O Box 99292
Chicago IL 60693-9292

I2E
840 RESEARCH PARKWAY, SUITE 250
OKLAHOMA CITY OK 73104-3618

IMAGENET CONSULTING, LLC
913 N. BROADWAY AVE
OKLAHOMA CITY OK 73102-5810

INCEPTIA
1300 O STREET
LINCOLN NE 68508-1511

INDIANA UNIVERSITY
400 E 7TH ST
POPLARS RM 501
BLOOMINGTON IN 47405-3004

IRIS DALE SIMMONS
307 DIAMOND
HOLDENVILLE OK 74848-4023

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ITHAKA
GENERAL POST OFFICE
P O BOX 30959
NEW YORK NY 10087-0959

JAMES AND JO ANNE ZIEGLER
5734 E. 62ND ST
TULSA OK 74136-2713

JAMES E. AND DORI L. SMITH REV. RICHARD D. S
OKLAHOMA CITY OK 73156

JAMES H. BLOSSOMCHARITABLE REMAIDERTRUST R.
1406 TERRACE DR TULSA OK 74104

JAMES JOHNSON
5509 CLOVERLAWN DRIVE
OKLAHOMA CITY, OK 73135-5210

JAMES LOFTIS ARCHITECTS
1806 HUNTINGTON AVE
OKLAHOMA CITY OK 73116-5505

JAMES SUPPLIES & RENTAL CO. P O BOX 360
PAULS VALLEY OK 73075-0360

JANI-KING OF OKLAHOMA, INC. P O BOX 847609
DALLAS TX 75284-7609

JASMIN JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JASMIN JOHNSON JASON FUGIKAWA JEFFREY JOHNSO
JIM DECKER AND ROSE DRESHER RT. 3 BOX 29
SEMINOLE OK 74868

JASON FUGIKAWA
14906 ACME ROAD
SHAWNEE, OK 74804-9277

JEFFREY JOHNSON
13610 COKER ROAD
SHAWNEE, OK 74804-9229

JESSICA VANOORT
1524 N  BEARD
SHAWNEE, OK 74804-4402

JOE ROLLINS HARDWOOD FLOORS
15210
TOMAHAWK DR
YUKON OK 73099-8660

JOHN AND KAREN THUMANN
501 TERRACE PL
NORMAN OK 73069-5034

JOHN AND SUZIE LILJESTRAND
3509 WINDSOR BLVD
OKLAHOMA CITY OK 73122-1307

JOHN E. ROONEY CHARITABLE TRUST JOHN E. ROON
401 S. BOSTON AVE TULSA OK 74103

JOSEPH C. KOLB
C/O MARILYN SHOTWELL
3009 S. RIPLEY RD
AGRA OK 74824-6226

JOSEPH R. KILTZ
FR. EUGENE MARSHALL, O.S.B.
P O BOX 585
MCLOUD OK 74851-0585


JOSEPH RAWDON
5 DEL RANCHO COURT
SHAWNEE, OK 74804-3320

(c)JOSHUA YOUNG
1810 N HARRISON ST APT 216
SHAWNEE OK  74804-4005

James Johnson Jr
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420


James Loftis ARCHITECTS
1806 Huntington Avenue
Nichols Hills, OK 73116-5505

James Supplies & Rental Co.
P O Box 360
Pauls Valley OK 73075-0360

Jani-King of Oklahoma, Inc.
Attn: Daniel J. Moore
16885 Dallas Parkway
Addison, TX 75001-5215


Jani-King of Oklahoma, Inc.
P O Box 847609
Dallas TX 75284-7609

Jeff Johnson
13610 Coker Road
Shawnee, OK 74804-9229

Jessica Van Oort
Greg Haubrich
PO Box 890420
Oklahoma City OK 73189-0420


Jim Decker and Rose Dresher
Rt. 3 Box 294P
Seminole, OK 74868

KAPLAN HIGHER EDUCATOIN - NIT KAPLAN, INC.
P O BOX 203930
DALLAS TX 75320-3930

KATIE TERRELL SCHOFIELD
3705 WAPLES CREST CT
OAKTON VA 22124-2136


KNIGHTS OF COLUMBUS #5266
C/O MAURY CAMPBELL
4902 WILD TURKEY RD
STILLWATER OK 74075-8700

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK 73159-5632

KRISTINA ADAMS
2805 SW 83RD STREET
OKLAHOMA CITY, OK  73159
KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812


KRISTINA BOOKER
8209 NW 158TH
EDMOND, OK 73013-5812

Katie Terrell Shofield
3705 Waples Crest Ct.
Oakton, VA 22124-2136

Kristina Adams
Greg Haubrich
PO Box 8990420
OKC OK  73189


LANDSCAPES USA LLC
3600 BEE CAVE RD, SUITE 201
AUSTIN TX 78746-5375

LARRY BLANKENSHIP
D. KENT MYERS, TRUSTEE OF THE
ESTATE OF LARRY BLANKENSHIP TRUST
20 N. BROADWAY, SUITE 1800
OKLAHOMA CITY OK 73102-9213

LAURA (GAYLE) FISCHER
3701 EPPERLY DRIVE
DEL CITY, OK 73115-3609


LAURA (GAYLE) FISCHER
Greg Haubrich
POB 890420
OKC, OK 73189-0420

LAWRENCE F. ROY
1819 LINDA AVE
STILLWATER OK 74075-7311

LENA E. BENZEL
5727 S. YORKTOWN
TULSA OK 74105-8825


LIBRARY & INFORMATION RESOURCES NETWORK
25400 US HIGHWAY 19 N, SUITE 220
CLEARWATER FL 33763-2144

LISA ANDERSON WEBB
4808 LUNOW DR
OKLAHOMA CITY OK 73135-3208

LISA ZARRELLA
4018 N CHAPMAN AVENUE
SHAWNEE, OK 74804-1630

LITANIA SPORTS GROUP, INC.
601 MERCURY DR
CHAMPAIGN IL 61822-9675

LOCKE SUPPLY CO. P O BOX 24980
OKLAHOMA CITY OK 73124-0980

LOVE FAMILY
C/O THOMAS LOVE
3824 NW GRAND BLVD
OKLAHOMA CITY OK 73116

Locke Supply Co.
P O Box 24980
Oklahoma City OK 73124-0980

MADELINE RUGH
910 NEBRASKA STREET
NORMAN, OK 73069-6952

MARCEL BROWN
1605 HUNTERS RIDGE DRIVE
SHAWNEE, OK 74804-1833

MARGO JUERGENS
6032 SMITH BLVD
OKLAHOMA CITY OK 73112-4128

MARIA CORDEIRO
1300 OLDE NORTH PLACE
EDMOND, OK 73034-4942

MARKETING COMMUNICATION RESOURCE, INC.
4800 EAST 3435TH ST
WILLOUGHBY OH 44094

MARTHA MEIS AARON C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

MASERGY CLOUD COMMUNICATIONS P O BOX 671122
DALLAS TX 75267-1122

MASSCO
1837 S. MERIDIAN AVE
WICHITA KS 67213-1923

MASSERGY CLOUD COMMUNICATIONS, INC. P O BOX
DALLAS TX 75267-1122

MATTHEW ALEXANDER SCHIMPF
4612 DOVE TREE LN
OKLAHOMA CITY, OK 73162-1917

MATTHEW SCHIMPF
4612 DOVE TREE LANE
OKLAHOMA CITY, OK 73162-1917

MAYDA SHORNEY
36902 45TH STREET
SHAWNEE, OK 74804-8880

MDF INSTRUMENTS, INC.
31416 AGOURA RD, SUITE 180
WESTLAKE VILLAGE CA 91361-5637

MEDCO SURGICAL SUPPLY SERVICES P O BOX 21773
21773 NETWORK PLACE CHICAGO IL 60673-121

MEGAN BRANDS
6355 S 80TH AVE, APT J
TULSA OK 74133

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK 73106-1618

MELODY HARRINGTON
2012 N.W. 22ND STREET
OKLAHOMA CITY, OK  73106
ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

MEMBERS OF SAINT JOSEPH PARISH ST. JOSEPH CH
P O BOX 1585
ADA OK 74821-1585

MEN'S CLUB OF ST. BERNARD OF CLAIRVAUX
MSGR. PATRICK GAALAAS
4001 E. 101ST ST
TULSA OK 74137-5808

METLIFE
METROPOLITAN LIFE INSURANCE COMPANY
18210 CRANE NEST DR
TAMPA FL 33647-2748

MICHAEL M. ZIARA
918 SILVER CHASE DR
CHOCTAW OK 73020-7176

MICHAEL SCAPERLANDA
3816 WAVERLY CT
NORMAN OK 73072-3218

MIDWEST LIBRARY SERVICE
11443 ST CHARLES ROCK RD
BRIDGETON MO 63044-2724

MIDWEST WRECKING P O BOX 14668
OKLAHOMA CITY OK 73113-0668

MOLTEN USA INC.
1170 TRADEMARK DR, SUITE 109
RENO NV 89521-8949

MR. & MRS. LEON M. HOPCUS RT 2 BOX 1035
HARRAH OK 73045

MSGR. A.A. ISENBART
C/O MR. & MRS. FRED ISENBART
530 RIDGWAY RD
ALVA OK 73717-1766

MULLIN PLUMBING
2936 N. SHIELDS BLVD
MOORE OK 73160-1003

Mabee-Gerrer Museum of Art, Inc.
C/O Stuart & Clover
PO Box 1925
Shawnee, OK 74802-1925

Machado, Anne
2121 Phelps Drive
Seminole, Oklahoma 74868-2664

Madeline M. Rugh
910 Nebraska St.
Norman, OK 73069-6952

Martha Mauldin
9008 Lakeaire Dr.
Oklahoma city, OK 73132-2805

Massergy Cloud Communications, Inc.
P O Box 671122
Dallas TX 75267-1122

Medco Surgical Supply Services
P O Box 21773
21773 Network Place
Chicago IL 60673-1217

Mr.& Mrs. Henry C. Boecker
13820 Rockbend Pl.
Dallas, TX 75240-3554

NACUBO
1110 VERMONT AVE NW, SUITE 800
WASHINGTON DC 20005-3593

NATIONAL ASSOCIATION OF INDEPENDENT DEPT 200
WASHINGTON DC 20042-0001

NATIONAL CATHOLIC REGISTER P O BOX 100699
IRONDALE AL 35210-0699

NATIONAL FINANCIAL SERVICES, LLC FIDELITY/AM
1050 CROWN POINTE PKWY, SUITE 1700
ATLANTA GA 30338-7704

NRCCUA
3651 NE RALPH POWELL RD
LEES SUMMIT MO 64064-2357

NUMEROUS DONORS
C/O JERRY VENDEGRIFT
2427 WINDWARD WAY
NAPLES FL 34103-4760

NUMEROUS DONORS
C/O LAWRENCE STASYSZEN, O.S.B.
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

NUMEROUS DONORS C/O ANN ROBERTS
510 N. HIGHLAND ADA OK 74820

NUMEROUS DONORS C/O JOE TARON
17006 BETHEL RD SHAWNEE OK 74801

Nan G. Walters
4917 N. Quapah Place
Oklahoma City, OK 73112-2562

National Association of Independent
Dept 2000
Washington DC 20042-0001

National Financial Services, LLC
Fidelity/Ameritas
1050 Crown Pointe Pkwy, Suite  1700
Atlanta GA 30338-7704

OACRAO
RAMAH NATION
1900 W. MACARTHUR ST
SHAWNEE OK 74804-2403

OASFAA
EAST CENTRAL UNIVERSITY
1100 E 14TH ST
ADA OK 74820-6915

OKAT
311 S DUCK
STILLWATER OK 74074-3219

OKLAHOMA BAPTIST UNIVERSITY
500 W. UNIVERSITY ST
SHAWNEE OK 74804-2522

OKLAHOMA CITY UNIVERSITY
2501 N. BLACKWELDER
OKLAHOMA CITY OK 73106-1402

OKLAHOMA GAS AND ELECTRIC P O BOX 24990
OKLAHOMA CITY OK 73124-0990

OKLAHOMA JANITORIAL SUPPLY P O BOX 347
OKLAHOMA CITY OK 73101-0347

OKLAHOMA LIBRARY ASSOCIATION P O BOX 6550
EDMOND OK 73083-6550

OKLAHOMA NATURAL GAS-ALMS P O BOX 219296
KANSAS CITY MO 64121-9296

OKLAHOMA NURSING TIMES P O BOX 239
MUSTANG OK 73064-0239

OKLAHOMA SPORTS & ORTHOPEDICS
13800 BENSON RD, SUITE 201
EDMOND OK 73013-6424

OKLAHOMA TAX COMMISSION
LEGAL DIVISION
100 N BROADWAY AVENUE
SUITE 1500
OKLAHOMA CITY, OK 73102-8601

OLDE MASTER ORIGINALS
244 OLD LAGRANGE RD, SUITE 3
CRESTWOOD KY 40014

ONEAMERICA
AMERICAN UNITED LIFE INSURANCE COMPANY
ATTN: ACCT/CONTROL
5761 RELIABLE PARKWAY
CHICAGO IL 60686-0054

ONENET
655 RESEARCH PARKWAY, SUITE 200
OKLAHOMA CITY OK 73104-6217

OOHLALA MOBILE, INC.
3713 SAINT LAURENT BLVD, SUITE 301
MONTREAL QC H2X 2V7

ORVILLE B. NICHOLS C/O JOHN M. NICHOLS P O B
OKLAHOMA CITY OK 73101

OUHSC
BSEB ROOM 100
P O BOX 26901
OKLAHOMA CITY OK 73126-0901

Oklahoma Baptist University
c/o Larry Ball
100 N. Broadway, Suite 2900
Oklahoma City, OK 73102-8865

Oklahoma City Community Foundation
PO Box 1146
Oklahoma City, OK 73101-1146

Oklahoma Employment Security Commission
PO BOX 53039
OKLAHOMA CITY, OK 73152-3039

Oklahoma State Regents for Higher Ed
655 Research Parkway, Suite 200
Oklahoma City OK 73104-6217

Oklahoma State Regents for Higher Education
P.O. Box 108850
Oklahoma City, OK 73101-8850

Olde Master Originals, LLC
6244 Old LaGrange Rd
Ste 3
Crestwood, KY 40014-7537

Orville B. Nichols
PO Box 1096
Oklahoma City, OK 73101-1096

PARADIGM REALTY ADVISORS, LLC
4500 S. GARNETT RD, SUITE 600
TULSA OK 74146-5211

PAUL SCHEETZ
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

PEREGRINE ACADEMIC SERVICES P O BOX 741
GILLETTE WY 82717-0741

PHIL LEDBETTER
3300 HUNTING HAWK CIRCLE
EDMOND OK 73013-6805

PING MANUFACTURING
2201 W DESERT COVE
PHOENIX AZ 85029-4912

PO Box 56
Amenia, NY 12501-0056

PO Box 741
PO
Gillette, WY 82717

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pat O
13808 Wireless Way
Oklahoma City, OK 73134-2501

Paul Carney
2713 Old Towne Trail
Shawnee, OK 74804-5601

Paul Scheetz
c/o Ralph Saenz
Nicklas, Sanez & Lile Inc
521 C Avenue
Lawton, OK 73501-4307

Pitney Bowes Global Financial Services LLC
27 Waterview Dr, 3rd Fl
Shelton CT 06484-4301

Pitney Bowes Global Financial Services LLC
27 Waterview Drive
Shelton, CT 06484-4301

Pitney Bowes Inc
27 Waterview Dr, 3rd Fl
Shelton, CT 06484-4361

REGIS UNIVERSITY COLLEGE P O BOX 173861
DENVER CO 80217-3861

REV. DANIEL SUELLENTROP, O.S.B. C/O JAMES E.
1900 W. MACARTHUR SHAWNEE OK 74804

ROANLD FAULK
18430 ANGEL LANE
SHAWNEE, OK 74801-5748

ROBERT F. AND FRAN BIOLCHINI
1744 E. 29TH ST.
TULSA OK 74114-5402

ROBERT MARTIN CARTER
2314 HAVERHILL DR
HOUSTON TX 77008-3029

RONALD DIGGS
1004 HEARTHSTONE
NORMAN, OK 73072-3972

ROYALL & COMPANY
1920 E. PARHAM RD
RICHMOND VA 23228-2206

RR DONNELLEY
P O BOX 932721
CLEVELAND OH 44193-0015

Rev. Richard D. Stansberry
Christ the King Catholic Church
PO Box 20508
Oklahoma City, OK 73156-0508

Ronald H. Faulk
18430 Angel Ln.
Shawnee, OK 74801-5748

Ronald Wayne Diggs
1004 Hearthstone
Norman, OK 73072-3972

S. E. Hardesty Co Inc dba Hardesty Team
4001 N. Walnut Ave
Oklahoma City, OK 73105-3748

SACRAO
14049 SCENIC HIGHWAY
LOOKOUT MOUNTAIN GA 30750-4100

SCHOOLDUDE.COM, INC. P O BOX 200236
PITTSBURGH PA 15251-0236

SEAN DUPRE
1214 CAMBRIDGE DRIVE
SHAWNEE, OK 74804-2364

SEVERAL DONORS
C/O JAMES E. SMITH
1900 W. MACARTHUR
SHAWNEE OK 74804-2403

SEVERAL DONORS JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

SHAWNEE CHAMBER OF COMMERCE P O BOX 1613
SHAWNEE OK 74802-1613

SHAWNEE COUNTRY CLUB P O BOX 1574
WOODWARD OK 73802-1574

SHAWNEE LIGHTING SYSTEMS, INC. P O BOX 1146
SHAWNEE OK 74802-1146

SHAWNEE NEWS-STAR P O BOX 1688
SHAWNEE OK 74802-1688

SHAWNEE PUBLIC SCHOOLS
326 N. UNION STREET
SHAWNEE OK 74801-7053

SHERYL COZAD
3100 CLASSEN
NORMAN, OK 73071-4053

SHINGI N. GOTO
2 RICE RD
SHAWNEE OK 74804-3242

SKEETER KELL SPORTING GOODS
1300 INDUSTRIAL DR
KENNETT MO 63857-1344

SLATE SCREEN PRINT & DESIGN
8405 N. ROCKWELL AVE, SUITE #11
OKLAHOMA CITY OK 73132-4224

SMITH HAMILTON P O BOX 53008
LUBBOCK TX 79453-3008

SOCCER USA
10637 N. MAY
OKLAHOMA CITY OK 73120-2612

SPARKS HEAT & AIR, INC.
128 SUMMIT DR
SHAWNEE OK 74801-6667

SRP CONSULTING LLC
300 SE 5TH AVE, UNIT 5010
BOCA RATON FL 33432-5061

STAPLES BUSINESS ADVANTAGE P O BOX 83689
DEPT DAL
CHICAGO IL 60696-3689

STAR LIGHTING & SUPPLY
1429 WEST MAIN STREET
OKLAHOMA CITY OK 73106-5225

STEPHEN H. AND ONA DORSETT
2514 WEST CANTON STREET
BROKEN ARROW OK 74012-7327

STEPHEN KAPPES
5906 TIMBERLAKE BLVD
INDIANAPOLIS IN 46237-2283

STRETCH INTERNET P O BOX 2376
GILBERT AZ 85299-2376

SUPERIOR SECURITY & INVESTIGATIONS
4419 N. BRYAN AVE
SHAWNEE OK 74804-2352

SUSAN KILLINGSWORTH
17 POST OAK ROAD
SHAWNEE, OK 74801-3913

SUSAN M. DOWD
MR. & MRS. JOSEPH DOWD
2908 E 84TH ST
TULSA OK 74137-1462

SYNERGY SPORTS TECHNOLOGY
1004 COMMERCIAL AVE, PMB 264
ANACORTES WA 98221-4117

Schooldude.com, Inc.
P O Box 200236
Pittsburgh PA 15251-0236

Shawnee Lighting Systems, Inc.
P O Box 1146
Shawnee OK 74802-1146

Sheryl Ellen Cozad
3100 Classen Blvd.
Norman, OK 73071
Norman, OK 73071-4053

Smith Southern Equipment Inc. dba Smith Hami
PO Box 53008
Lubbock, TX 79453-3008

St. Joseph Church
PO Box 1585
Ada, OK 74821-1585

Staples Business Credit
PO Box105638
Atlanta, GA 30348-5638

TACK DESIGNS
2820 N KICKAPOO
SHAWNEE OK 74804-1798

TACRAO
STAN DEMERRITT, SECRETARY
1900 W 7TH ST, CMB 598
PLAINVIEW TX 79072-6900

TASH SMITH
1625 HOMELAND AVENUE
NORMAN, OK 73072-5742

TERRY W. WEST P.O. BOX 698
WOODWARD OK 73802

THE ESTATE OF MARILYN J. TULLY C/O EARLINE V
8000 NW 131ST CIR OKLAHOMA CITY OK 73142

THE ESTATE OF VIRGINIA KERLEY CADE THE VIRGI
2708 NW 59TH
OKLAHOMA CITY OK 73112-7026

THE IDEA CENTER INC.
301 S FOURTH ST, SUITE 200
MANHATTAN KS 66502-6233

THE LOY R. & MARIAN MORRIS REVOCABLE TRU C/O
HARTZOG CONGER CASON & NEVILLE
201 ROBERT S. KERR, SUITE 1600
OKLAHOMA CITY OK 73102-4210

THE LUCILLE M. KETCHER REVOCABLE LIVING TRUS
C/O ELI KETCHER
321 W. ROSE ST
TAHLEQUAH OK 74464

THE MEADOWS
1000 S. KELLY
EDMOND OK 73003-6081

THE OKLAHOMAN P O BOX 268880
OKLAHOMA CITY OK 73126-8880

THE PETROLEUM CLUB OF OKLAHOMA CITY
100 N. BROADWAY SUITE 3400
OKLAHOMA CITY OK 73102-8869

THE VIRGINIA G. PIPER CHARITABLE TRUST DR. J
1202 E. MISSOURI AVE PHOENIX AZ 85014

THOMAS J. KELLY & KAREN KELLY BATCHELOR
3400 N. LINCOLN
OKLAHOMA CITY OK 73105-5408

TONY AND MARIE HILLERMAN C/O JAMES E. SMITH
1900 W. MACARTHUR SHAWNEE OK 74804

TOYOTA FINANCIAL SERVICES P O BOX 5855
CAROL STREAM IL 60197-5855

TRAVELERS
BANKFIRST INS SERVICES INC.
5591 S. LEWIS AVE
TULSA OK 74105-7132

TRINITY PUBLICATIONS P O BOX 140285
AUSTIN TX 78714-0285

Tash Smith
greg haubrich
POB 890420
OKC, OK 73189-0420

The Benedictine Fathers of Sacred Heart Miss
c/o Conner & Winters, LLP
Jared Giddens/Bryan Wells
211 N. Robinson Ave., Suite 1700
Oklahoma City, OK 73102-7136

The Estate of Evelyn Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Estate of John H. Goodall
c/o Pat O'Hara
13808 Wireless Way
Oklahoma City, OK 73134-2501

The Oklahoman
P O Box 268880
Oklahoma City OK 73126-8880

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

United Healthcare Insurance Company
Attn: CDM/ Bankruptcy
185 Asylum Street -03B
Hartford, CT 06103-3402

United States Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3479

VAN'S PIG STAND
717 E HIGHLAND
SHAWNEE OK 74801-7159

VICKIE JEAN
4105 COPPER ROCK DRIVE
EDMOND, OK  73025-2913

VIRGINIA G. PIPER CHARITABLE TRUST DR. JUDY
1202 E. MISSOURI AVE PHOENIX AZ 85014

VISA CORPORATION CARD CENTER P O BOX 22116
TULSA OK 74121-2116

VISIT SHAWNEE INC. P O BOX 405
SHAWNEE OK 74802-0405

Vans Pig Stand #3
3815 N Harrison St
Shawnee, OK 74804-2242

Vickie M. Jean
4105 Copper Rock Dr
Edmond, OK 73025-2913

Visit Shawnee Inc.
P O Box 405
Shawnee OK 74802-0405

W.F. LAND & INVESTMENT COMPANY WALSH FAMILY
3201 LAMP POST LN
OKLAHOMA CITY OK 73120-5620

WANDA ROBINSON
121 E  FEDERAL
SHAWNEE, OK 74804-3703

WILLIAM AND LUCILLE ANDERSON THE ANDERSON FA
1900 W. MACARTHUR SHAWNEE OK 74804

WILLIAM CRAWFORD
4815 S. 190TH E  AVENUE
TULSA, OK 74134-7196

WILLIAM R. JEZERCAK PROF. MELODY HARRINGTON
1900 W. MACARTHUR ST SHAWNEE OK 74804

WILLIAM R. STEWART II ROBERT S. STEWART
P O BOX 263
TECUMSEH OK 74873-0263

William T Crawford
Greg Haubrich
PO Box 890420
OKC OK 73189-0420

malody harrington
greg gaubrich
POB 890420
OKC, OK 73189-0420

Bryan J Wells
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

Chad J. Kutmas
McDonald, McCann, Metcalf & Carwile, LLP

Dana Bucko
Mulinix, Goerke, & Meyer
210 Park Ave.
Ste. 3030
Oklahoma City, OK 73102-5604

James Loftis
1806 Huntington Ave
Oklahoma City, OK 73116-5505

Jared D Giddens
Conner & Winters
One Leadership Square
211 N. Robinson, Ste 1700
Oklahoma City, OK 73102-7136

John D. Mashburn
1616 E 19th Street, Suite 301A
Edmond, OK 73013-6519

Ross A. Plourde
McAfee & Taft
Two Leadership Square, 10th Floor
211 N Robinson
Oklahoma City, OK 73102-7109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Company, LLC.
PO Box 62180
Colorado Springs, CO 80962

ARVEST BANK
ATTN TONY MCMURRY
P O BOX 1089
SHAWNEE OK 74802-1089

(d)Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Toyota Financial Services
P O Box 5855
Carol Stream IL 60197

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

DEAN AND LOUISE FISHER
22 HUNTINGTON KNOLLS
WOODWARD OK 73801

JOSHUA YOUNG
1810 HARRISON AVENUE, #C-216
SHAWNEE, OK  74804

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Benedictine Fathers of Sacred Heart Missio

(u)Catholic Order of Foresters

(u)Citizen Potawatomie Community Development

(u)Mabee-Gerrer Museum of Art, Inc.

(d)AACRO Distribution Center
One Dupont Circle, NW, Suite 520
Washington DC 20036-1148

(d)ACT FINANCE
P O BOX 4072
IOWA CITY IA 52243-4072

(u)ALAN STAAB

(u)AMANDA KASHWER

(u)ANGELA JAMES

(u)ANITA SEMTNER

(u)ANTHONY COLEMAN

(d)ASCAP
21678 Network Place
Chicago IL 60673-1216

(d)Affordable Construction Company
6401 N Interstate Drive, Suite 160
Norman OK 73069-9524

(du)Alan Staab

(d)Allied Elevator Services
P O Box 58
Newcastle OK 73065-0058

(du)Amanda Kashwer

(d)American DataBank Group
110 16th St, 8th Floor
Denver CO 80202-5210

(d)Andrew M. Leasau
10801 Hunters Pointe
Edmond OK 73034-1609

(du)Angela James

(du)Anita Semtner

(du)Anthony Coleman

(d)Archdiocese of Oklahoma City
P O Box 32180
Oklahoma City OK 73123-0380

(d)Archie Scott
1904 Flamingo Ave
Bethany OK 73008-5429

(d)Automatic Fire Control, Inc.
1708 S.E. 22nd St
Oklahoma City OK 73129-7512

(u)BENEDICTINE FATHERS OF SACRED HEART DBA ST
1900 WEST MACARTHUR STREET SHAWNEE OK 74

(u)BLACK DIAMOND IT SERVICES ATTN: GREG BLACK
1784 TALIAFERRO TRAIL MONTGOMERY AL 3611

(u)BRENT RAISLEY

(d)BSN Sports
P O Box 660176
Dallas TX 75266-0176

(d)Benedictine College
1020 North 2nd St
Atchison KS 66002-1499

(d)Borden Perlman Insurance Agency
250 Phillips Blvd, Suite 280
Trenton NJ 08618-1433

(du)Brent Raisley

(u)CAROL WENZL

(d)CHEA
P O Box 75387
Baltimore MD 21275-7387

(u)CITIZEN POTAWATOMI NATION C/O ROCKY BARRET
1601 GORDON COOPER BLVD. SHAWNEE OK 7480

(u)CITIZEN POTTAWATOMI NATION COMMUNITY DEVEL

(u)CLARKE III, LLC

(d)Cal Jax Graphics
2468 C.S. 2960
Blanchard OK 73010

(d)Campus Management
5201 Congress Ave Suite 220A
Boca Raton FL 33487-3600

(d)Carnell Skanes
1405 N. Council Rd #209
Oklahoma City OK 73127-4985

(d)Catholic Athletes for Christ
3073 Cameron Mills Rd
Alexandria VA 22302

(d)Catholic Charities of Archdiocese of OKC
1232 N. Classen Blvd
Oklahoma City OK 73106-6810

(d)Catholic Foresters
355 Shuman Blvd
Naperville IL 60563-8494

(d)Central Disposal LLC
4650 N. Harrison
Shawnee OK 74804-1416

(d)Chartwells Dining
1900 W MacArthur
Shawnee OK 74804-2403

(d)Citizen Potawatomi Nation
1601 Gordon Cooper Drive
Shawnee OK 74801-9002

(u)Citizen Potawatomie Community Development
130 E MacArthur,# 206,Shawnee,OK 74

(u)Citizen Pottawatomi Nation Community
Development Corp.

(du)Clarke III, LLC

(d)Clearwater Enterprises, LLC
5804 West Monastery Rd
Hulbert OK 74441-5698

(d)Counsey Enterprises, Inc.
12529 Lynn Lane
P O Box 683
Idabel OK 74745-0683

(d)DAVID COLEY
2216 CROOKED OAK DRIVE
SHAWNEE, OK 74804-2385

(u)DIOCESE - TULSA

(u)DONALD SKINNER-NOBLE

(u)DONOR

(u)DR. RON DIGGS

(d)Dave Thompson
2160 Argyle Dr
Plano TX 75023-5230

(d)Demco Printing
P O Box 367
Shawnee OK 74802-0367

(du)Diocese - Tulsa

(du)Donald Skinner-Noble

(d)Douglas McClure
500 Night Hawk Dr
Norman OK 73072-8180

(du)Dr. Ron Diggs

(u)EMILY COLEY

(u)ERIC GRANT

(u)ESTATE OF EVELYN GOODALL MR. & MRS. TOM GO
1831 DUKE NORFOLK QUAY VIRGINIA BEACH VA

(u)ESTATE OF JOHN GOODALL MR. & MRS. TOM GOOD
1831 DUKE NORFOLK QUAY VIRGINIA BEACH VA

(d)EasyPermit Postage
P O Box 371874
Pittsburgh PA 15250-7874

(d)Edspertise, LLC
1 Broadway, 14th Floor
Cambridge MA 02142-1187

(d)Educational Testing Service
660 Rosedale Rd
Princeton NJ 08540-2218

(d)Elliott Tillman
12013 Moon Beam Dr
Oklahoma City OK 73162-1057

(du)Emily Coley

(du)Eric Grant

(d)Estate of Greg Main
Barbara Main
9812 Ritter Rd
Oklahoma City OK 73162-7515

(d)Eurosport
Attn: Acct Dept. B. Thomas
431 US Highway 70-A East
Hillsborough NC 27278-9262

(d)Ex Libris USA Inc.
4394 Solutions Center
Chicago IL 60677-4003

(d)Fan Cloth
P O Box 200577
Arlington TX 76006-0577

(d)Firelake Designs
41707 Hardesty Rd
Shawnee OK 74801-8917

(d)GIA Publications
7404 S. Mason Ave
Chicago IL 60638-6230

(u)GREATHOUSE UNRESTRICTED FOUNDATION

(d)General Printing and Design
144 Turnpike Rd, Suite 250
Southborough MA 01772-2122

(d)Graves Floral Company
1525 N. Broadway
Shawnee OK 74804-3700

(d)Gregory Martin
2609 Featherstone Rd, Apt 207
Oklahoma City OK 73120-2109

(d)Grey House Publishing
P O Box 56
Amenia NY 12501-0056

(d)Grissoms, LLC
321 S. Jim Thorpe Blvd
P O Drawer T
Prague OK 74864-1095

(d)Hardesty Team
400 N. Walnut Ave
Oklahoma City OK 73104-2207

(d)Harold Brooks
1012 Parsons St
Norman OK 73069-4523

(d)Higher Learning Commission
230 S. Lasalle St, Suite 7-500
Chicago IL 60604-1413

(d)ITHAKA
General Post Office
P O Box 30959
New York NY 10087-0959

(d)Imagenet Consulting, LLC
913 N. BRoadway Ave
Oklahoma City OK 73102-5810

(d)Inceptia
1300 O Street
Lincoln NE 68508-1511

(d)Indiana University
400 E 7th St
Poplars Rm 501
Bloomington IN 47405-3004

(d)Iris Dale Simmons
307 Diamond
Holdenville OK 74848-4023

(u)JAMES JOHNSON

(u)JOSEPH RAWDON

(u)JOSHUA YOUNG

(du)James Johnson

(d)James Loftis Architects
1806 Huntington Ave
Oklahoma City OK 73116-5505

(u)Jasmin Johnson                    (u)Jason Fugikawa                    (u)Jeffrey Johnson

(u)Jessica Vanoort                   (d)Joe Rollins Hardwood Floors       (du)Joseph Rawdon
                                     15210
                                     Tomahawk Dr
                                     Yukon OK 73099-8660

(du)Joshua Young                     (u)KRISTINA ADAMS                    (u)KRISTINA BOOKER

(d)Kaplan Higher Educatoin - NIT     (du)Kristina Booker                  (u)LAURA FISCHER
Kaplan, Inc.
P O Box 203930
Dallas TX 75320-3930

(u)LISA ZARRELLA                     (d)Landscapes USA LLC                (du)Laura Fischer
                                     3600 Bee Cave Rd, Suite 201
                                     Austin TX 78746-5375

(d)Lena E.Benzel                     (d)Library & Information Resources Network    (d)Lisa Anderson Webb
5727 S. Yorktown                     25400 US Highway 19 N, Suite 220             4808 Lunow Dr
Tulsa, OK 74105-8825                 Clearwater FL 33763-2144                     Oklahoma City OK 73135-3208

(du)Lisa Zarrella                    (d)Litania Sports Group, Inc.        (u)MADELINE RUGH
                                     601 Mercury Dr
                                     Champaign IL 61822-9675

(u)MARCEL BROWN                      (u)MARIA CARDEIRO                    (d)MASSCO
                                                                         1837 S. Meridian Ave
                                                                         Wichita KS 67213-1923

(u)MAYDA SHORNEY                     (d)MDF Instruments, Inc.            (u)MELODY HARRINGTON
                                     31416 Agoura Rd, Suite 180
                                     Westlake Village CA 91361-5637

(d)MOLTEN USA, INC.                  (du)Madeline Rugh                   (du)Marcel Brown
1170 TRADEMARK DRIVE
SUITE 109
RENO, NV 89521-8949

(d)Margo Juergens
6032 Smith Blvd
Oklahoma City OK 73112-4128

(du)Maria Cardeiro

(d)Marketing Communication Resource, Inc.
4800 East 3435th St
Willoughby OH 44094

(d)Masergy Cloud Communications
P O Box 671122
Dallas TX 75267-1122

(du)Mayda Shorney

(d)Megan Brands
6355 S 80th Ave, Apt J
Tulsa OK 74133

(du)Melody Harrington

(d)Michael M. Ziara
918 Silver Chase Dr
Choctaw OK 73020-7176

(d)Michael Scaperlanda
3816 Waverly Ct
Norman OK 73072-3218

(d)Midwest Library Service
11443 St Charles Rock Rd
Bridgeton MO 63044-2724

(d)Midwest Wrecking
P O Box 14668
Oklahoma City OK 73113-0668

(d)Molten USA Inc.
1170 Trademark Dr, Suite 109
Reno NV 89521-8949

(d)Mullin Plumbing
2936 N. Shields Blvd
Moore OK 73160-1003

(d)NACUBO
1110 Vermont Ave NW, Suite 800
Washington DC 20005-3593

(d)NRCCUA
3651 NE Ralph Powell Rd
Lees Summit MO 64064-2357

(d)National Catholic Register
P O Box 100699
Irondale AL 35210-0699

(d)OACRAO
Ramah Nation
1900 W. MacArthur St
Shawnee OK 74804-2403

(d)OASFAA
East Central University
1100 E 14th St
Ada OK 74820-6915

(u)OKLAHOMA CITY COMMUNITY FOUNDATION P O BOX

(u)OKLAHOMA COUNSELING ASSOCIATION

(u)OKLAHOMA STATE REGENTS FOR HIGHER ED
655 RESEARCH PARKWAY, SUITE 200

(d)OUHSC
BSEB Room 100
P O Box 26901
Oklahoma City OK 73126-0901

(d)OkAT
311 S Duck
Stillwater OK 74074-3219

(d)Oklahoma Baptist University
500 W. University St
Shawnee OK 74804-2522

(d)Oklahoma City University
2501 N. Blackwelder
Oklahoma City OK 73106-1402

(du)Oklahoma Counseling Association

(d)Oklahoma Gas and Electric
P O Box 24990
Oklahoma City OK 73124-0990

(d)Oklahoma Janitorial Supply
P O Box 347
Oklahoma City OK 73101-0347

(d)Oklahoma Janitorial Supply PO Box 347
Oklahoma City, OK 73101-0347

(d)Oklahoma Library Association
P O Box 6550
Edmond OK 73083-6550

(d)Oklahoma Natural Gas-ALMS
P O Box 219296
Kansas City MO 64121-9296

(d)Oklahoma Nursing Times
P O Box 239
Mustang OK 73064-0239

(d)Oklahoma Sports & Orthopedics
13800 Benson Rd, Suite 201
Edmond OK 73013-6424

(d)Olde Master Originals
244 Old LaGrange Rd, Suite 3
Crestwood KY 40014

(d)OneNet
655 Research Parkway, Suite 200
Oklahoma City OK 73104-6217

(d)Oohlala Mobile, Inc.
3713 Saint Laurent Blvd, Suite 301
Montreal QC H2X 2V7

(u)PAUL CARNEY

(d)Paradigm Realty Advisors, LLC
4500 S. Garnett Rd, Suite 600
Tulsa OK 74146-5211

(du)Paul Carney

(d)Peregrine Academic Services
P O Box 741
Gillette WY 82717-0741

(d)Phil Ledbetter
3300 Hunting Hawk Circle
Edmond OK 73013-6805

(d)Ping Manufacturing
2201 W Desert Cove
Phoenix AZ 85029-4912

(u)RONALD DIGGS

(u)RONALD FAULK

(d)RR Donnelley
P O Box 932721
Cleveland OH 44193-0015

(d)Regis University College
P O Box 173861
Denver CO 80217-3861

(du)Ronald Diggs

(du)Ronald Faulk

(d)Royall & Company
1920 E. Parham Rd
Richmond VA 23228-2206

(d)SACRAO
14049 Scenic Highway
Lookout Mountain GA 30750-4100

(u)SEAN DUPRE

(u)SHERYL COZAD

(d)SRP Consulting LLC
300 SE 5th Ave, Unit 5010
Boca Raton FL 33432-5061

(u)ST. GREGORY'S MINERALS LLC

(u)SUSAN KILLINGSWORTH

(du)Sean Dupre

(d)Shawnee Chamber of Commerce
P O Box 1613
Shawnee OK 74802-1613

(d)Shawnee Country Club
P O Box 1574
Woodward OK 73802-1574

(d)Shawnee News-Star
P O Box 1688
Shawnee OK 74802-1688

(d)Shawnee Public Schools
326 N. Union Street
Shawnee OK 74801-7053

(du) Sheryl Cozad

(d) Skeeter Kell Sporting Goods
1300 Industrial Dr
Kennett MO 63857-1344

(d) Slate Screen Print & Design
8405 N. Rockwell Ave, Suite #11
Oklahoma City OK 73132-4224

(d) Smith Hamilton
P O Box 53008
Lubbock TX 79453-3008

(d) Soccer USA
10637 N. May
Oklahoma City OK 73120-2612

(d) Sparks Heat & Air, Inc.
128 Summit Dr
Shawnee OK 74801-6667

(du) St. Gregory's Minerals LLC

(d) Staples Business Advantage
P O Box 83689
Dept Dal
Chicago IL 60696-3689

(d) Star Lighting & Supply
1429 West Main Street
Oklahoma City OK 73106-5225

(d) Stretch Internet
P O Box 2376
Gilbert AZ 85299-2376

(d) Stretch Internet LLC
PO Box 2376
Gilbert, AZ 85299-2376

(d) Superior Security & Investigations
4419 N. Bryan Ave
Shawnee OK 74804-2352

(du) Susan Killingsworth

(d) Synergy Sports Technology
1004 Commercial Ave, PMB 264
Anacortes WA 98221-4117

(d) TACRAO
Stan Demerritt, Secretary
1900 W 7th St, CMB 598
Plainview TX 79072-6900

(u) TASH SMITH

(u) THE MOLD CONSULTANT

(u) TRUSTEE OF THE ANDERSON FAMILY TRUST

(d) Tack Designs
2820 N Kickapoo
Shawnee OK 74804-1798

(du) Tash Smith

(d) The Idea Center Inc.
301 S Fourth St, Suite 200
Manhattan KS 66502-6233

(d) The Meadows
1000 S. Kelly
Edmond OK 73003-6081

(du) The Mold Consultant

(d) The Petroleum Club of Oklahoma City
100 N. Broadway Suite 3400
Oklahoma City OK 73102-8869

(d) Trinity Publications
P O Box 140285
Austin TX 78714-0285

(du) Trustee of the Anderson Family Trust

(u) VICKIE JEAN

(d) Van's Pig Stand
717 E Highland
Shawnee OK 74801-7159

(du) Vickie Jean

(d) Visa Corporation Card Center
P O Box 22116
Tulsa OK 74121-2116

(u)WANDA ROBINSON                    (u)WILLIAM CRAWFORD                    (du)Wanda Robinson

(d)eCampus                           (d)i2E                                (u)Britney Honsinger
28312 Network Place                  840 Research Parkway, Suite 250
Chicago IL 60673-1283                Oklahoma City OK 73104-3618

(u)Cara Judd                         (u)Gary M. McDonald                   (u)Louis Dakil
Mulinix Goerke & Meyer, PLLC         McDonald, McCann, Metcalf & Carwile, LLP
210 Park Avenue, Suite 3030
Oklahoma City73102

(u)Mary E. Kindelt                   End of Label Matrix
McDonald, McCann, Metcalf & Carwile, LLP    Mailable recipients    423
                                     Bypassed recipients   226
                                     Total                 649