**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-15134 SH Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| For Period Ending: 06/21/18 | | Claims Bar Date: | 03/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANCFIRST 7756 | 5,116.82 | 8.97 | | 0.00 | 8.97 |
| 2. ARVEST 1343 | 1,978.27 | 23,196.97 | | 44,775.06 | FA |
| 3. ARVEST (Restricted Funds) 1330 | 121,093.00 | 1,726.26 | | 3,280.23 | FA |
| (A general deposit account as shown by Bank statments - not restricted funds) | | | | | |
| 4. ARVEST 1011 | 10,526.81 | 18.08 | | 72.32 | FA |
| 5. ARVEST 0011 | 3,659.55 | 1,367.85 | | 4,430.65 | FA |
| 6. BANCFIRST 3878 | 4,852.88 | 45.25 | | 0.00 | 45.25 |
| 7. BANCFIRST 0285 | 502.60 | 0.00 | | 0.00 | FA |
| 8. BANK OF OKLAHOMA | 1,157.41 | 1,157.41 | | 0.00 | 1,157.41 |
| 9. FNB 6148 | 1,090.48 | 0.00 | | 0.00 | FA |
| 10. PREPAYMENT TO BANCFIRST INSURANCE SERVICES TO PURCHASE A ONE YEAR POLICY ELS201700143100 | 25,175.00 | Unknown | | 0.00 | Unknown |
| 11. ACCOUNTS RECEIVABLE STUDENT ACCOUNTS | 197,585.21 | Unknown | | 4,961.08 | Unknown |
| 12. AMERITAS | 5,821,900.00 | Unknown | | 0.00 | Unknown |
| 13. 100% OF THE MEMBER INTEREST IN ST GREGORY'S MINERALS, LLC | Unknown | Unknown | | 0.00 | Unknown |
| 14. OFFICE FURNITURE CLASSROOM DESKS, OFFICE FURNITURE, COMPUTERS, FITNESS AND CARDIO EQUIPMENT, FREE WEIGHTS, POOL TABLES, NURSING EQUIPMENT, LIBRARY BOOKS | Unknown | Unknown | | 0.00 | Unknown |
| 15. 2007 MERCURY, 2007 CHEVROLET, 2006 FORD, 2006 FORD, 1997 FORD, 2005 FORD | Unknown | Unknown | | 0.00 | Unknown |
| 16. UNIVERSITY CAMPUS PROPERTY APPRAISAL | 28,500,000.00 | Unknown | | 0.00 | Unknown |
| 17. REFUNDS (u) | Unknown | Unknown | | 2,804.74 | Unknown |
| 18. DONATIONS (u) | Unknown | Unknown | | 52,148.80 | Unknown |

LFORM1

Ver: 20.00e

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Case No:   17-15134   SH   Judge: SARAH A. HALL
Case Name: CATHOLIC UNIVERSITY OF OKLAHOMA

Trustee Name:   John Mashburn
Date Filed (f) or Converted (c):   12/22/17 (f)
341(a) Meeting Date:   01/23/18
Claims Bar Date:   03/27/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. MINERAL ROYALTIES | Unknown | Unknown | | 0.52 | Unknown |
| 20. MINERAL INTERESTS | Unknown | Unknown | | 0.00 | Unknown |
| 21. STUDENT TUITION REFUND/OVERPMT (u) | Unknown | Unknown | | 693.62 | Unknown |
| 22. ACCOUNTS RECEIVABLE - GENERAL (u) | Unknown | Unknown | | 2,112.82 | Unknown |
| 23. EXCESS RETAINER-ATTY FEES REFUNDED (u) | Unknown | Unknown | | 7,961.00 | Unknown |
| 24. ARVEST 2014 (u) | 5,915.39 | 5,915.39 | | 5,915.39 | FA |
| 25. ARVEST 5883 (u) | 176,447.58 | 176,447.58 | | 176,447.58 | FA |
| 26. Smuckers/Computershare Stock (u) | Unknown | Unknown | | 0.00 | Unknown |
| 27. Smuckers/Computershare dividends (u) | Unknown | Unknown | | 31.20 | Unknown |
| 28. ESTATE OF A DECEDENT - GILBERT STOCKINGER, SR. (u)  Deceased Beneficiary Payout | Unknown | 265,000.00 | | 67,647.22 | 197,352.78 |

TOTALS (Excluding Unknown Values)   $34,877,001.00   $474,883.76      $373,282.23   

Gross Value of Remaining Assets
$198,564.41
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/26/17 Motion to employ Atty FILED

12/26/17 Req to file claims FILED

12/29/17 Motion for approval to provide property preservation services FILED

1/4/18 124 Collection letters mailed

1/4/18 Motion to Employ McDonald FILED

1/15/18 Received several checks from St Gregorys.

1/17/18 Order on Motion for approval to provide property preservation services FILED

1/19/18 Interim report FILED

1/22/18 Order on App to employ Professional FILED

1/22/18 Order on App to hire Atty JDM FILED

LFORM1

Ver: 20.00e

| | | | |
|---|---|---|---|
| Case No: | 17-15134  SH  Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| | | Claims Bar Date: | 03/27/18 |

1/23/18 Interim report FILED

1/25/18 Meeting of creditors held FILED

1/25/18 Interim report FILED

1/31/18 Interim report FILED

2.16/18 Interim report FILED

2/26/18 Interim report FILED

3/6/18 Interim report FILED

3/7/18 Objection to Motion for relief CPN (related to 44) FILED

3/20/18 Interim report FILED

3/30/18 Order on App for Admin expenses (related to 53) FILED

4/2/18 App to employ Dakil FILED

4/12/18 Interim report FILED

4/17/18 Interim report FILED. Order to hire Dakil FILED

4/18/18 First Interim Atty Fee App and Notice FILED. 368 notices mailed

4/18/18 Motion for Use of cash Collateral FILED

4/19/18 Amended Motion for Use of cash Collateral FILED

5/4/18 Order on Motion to Use cash collatral FILED

5/18/18 Motion to seel interests in oil and gas FILED. Notices mailed to matrix

5/31/18 App to hire CPA FILED

6/1/18 Notices to sell vehicles and personal property FILED. Mailed to matrix

6/15/18 Order on Motion to sell FILED

Initial Projected Date of Final Report (TFR): 12/22/18     Current Projected Date of Final Report (TFR): 12/22/18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Bank Name: | First National Bank of Vinita |
| | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | |
| For Period Ending: | 06/21/18 | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/18 | 17 | Imerial LLC<br>2020 N Mingo Road<br>Tulsa, OK 74116 | Refund | 1229-000  97.40 | | 97.40 |
| 01/09/18 | 19 | Blue Star Energy, LLC<br>PO Box 1594<br>Shawnee. OK 74802 | Royalties | 1123-000  0.52 | | 97.92 |
| 01/09/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590 | 1229-000  100.00 | | 197.92 |
| 01/09/18 | 18 | Howard Petschel<br>70 Cedar Dr<br>Sandpoint, ID 83864-8057 | Donation<br>Howard Petschel Check #6575 | 1229-000  50.00 | | 247.92 |
| 01/09/18 | 18 | Margaret Schroeder<br>3 Stoll CT.<br>Dix Hills, NY 11746 | Donation<br>M. Schroeder check # 4335 | 1229-000  100.00 | | 347.92 |
| 01/09/18 | 11 | Bruse & Rosalind Fowler<br>3409 Derek Ln<br>Norman, OK 73069 | Pmt of Student Acct<br>Bruce Fowler Chk#1069 Paid Joselyn Fowler Student Acct | 1121-000  498.35 | | 846.27 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Chk #4030 79871136 | 1229-000  406.15 | | 1,252.42 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Check # 4030 79870488 | 1229-000  287.47 | | 1,539.89 |
| 01/16/18 | 18 | Jose Marquez<br>5772 South Havana Court<br>Englewood, CO 8011-3928 | Donation<br>check #8611 | 1229-000  100.00 | | 1,639.89 |
| 01/16/18 | 18 | T.G. Theban<br>6712 E 102nd St | Donation<br>Check # 1944 | 1229-000  50.00 | | 1,689.89 |

Page Subtotals   1,689.89   0.00

LFORM24   Ver: 20.00e

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/18 | 18 | Tulsa, OK 74133-6743<br>The Moran Foundation<br>PO Box 2160<br>Hobbs, NM 88241-2160 | Donation<br>Check # 1649 | 1229-000    500.00 | | 2,189.89 |
| 01/16/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590<br><br>Shell check #128576 dated 1/4/18 | 1229-000    100.00 | | 2,289.89 |
| 01/16/18 | 18 | Panda Restaurant Group, Inc<br>Panda Express-Panda Inn-Hibachi San<br>1683 Walnut Grove Ave<br>Rosemead, California 91770-3711 | Donation<br>Check #1446246 | 1229-000    17.40 | | 2,307.29 |
| 01/16/18 | 17 | MB OKC LLC<br>OKC Dodgers<br>4751 Wilshire Blvd 3rd Fl<br>Los Angeles, CA 90010 | Refund<br>Check #014975 | 1229-000    100.00 | | 2,407.29 |
| 01/16/18 | 17 | Southern New Hampshire University<br>Transcript Account<br>2500 North River Road<br>Manchester, NH 03104 | Refund<br>Check #183247 | 1229-000    10.00 | | 2,417.29 |
| 01/19/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund | 1229-000    672.86 | | 3,090.15 |
| 01/19/18 | 18 | Archdiocese of Oklahoma City<br>PO Box 32180<br>OKC, OK 73123 | Donation | 1229-000    19,577.32 | | 22,667.47 |
| 01/22/18 | 23 | McAfee & Taft<br>211 N Robinson Ave., Ste 1000<br>Oklahoma City, OK 73102-7103 | Refund of excess fees<br>Check #5359 | 1229-000    7,961.00 | | 30,628.47 |
| 01/22/18 | 11 | Garrett Bannister | Pmt of student acct | 1121-000    320.00 | | 30,948.47 |

Page Subtotals    29,258.58    0.00

LFORM24    Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/18 | 11 | 4916 Byron Circle<br>Yukon, OK 73099<br>Tracy Hensley | Cashiers chk #103386<br><br>Pmt of student acct | 1121-000 | 38.73 | | 30,987.20 |
| 01/22/18 | 11 | 8910 N Harrison<br>Shawnee, OK 74804<br>Ginger Richardson | MO# 20780065788<br><br>Pmt on student acct | 1121-000 | 100.00 | | 31,087.20 |
| 01/25/18 | 18 | 13506 Valley View Rd<br>Shawnee, OK 74804-1556<br>William Broussard<br>1705 Mark Wood St<br>Midwest City, OK 73130-8455 | Check # 0000005995<br><br>Donation<br>Check #2854 | 1229-000 | 300.00 | | 31,387.20 |
| 01/25/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | Refund<br>Check # 013367 | 1229-000 | 95.44 | | 31,482.64 |
| 01/25/18 | 22 | Blue Bell Creameries, L.P.<br>PO Box 1807<br>Brenham, Tx 77834-1807 | Electricity reimbursement<br>Check #2054773 | 1229-000 | 1,650.00 | | 33,132.64 |
| 01/25/18 | 11 | Kevin Cantrell<br>20812 Landmark Cir<br>Harrah, OK 73045 | Payment of student acct<br>Check # 1001 | 1121-000 | 1,800.00 | | 34,932.64 |
| 02/06/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | License fee<br>Check # 013367<br><br>Check # 013700  1/26/18 | 1229-000 | 19.53 | | 34,952.17 |
| 02/06/18 | 22 | Imperial LLC<br>2020 N Mingo Rd<br>Tulsa, OK 74116 | Vendor commission<br>Check #196643  1/10/18 | 1229-000 | 69.99 | | 35,022.16 |
| 02/06/18 | 11 | Preston Western<br>2810 S 74th E Ave<br>Tulsa, OK 74129 | Pmt of student acct<br>Check #55022893  1/29/18 | 1121-000 | 1,440.00 | | 36,462.16 |
| 02/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 11.74 | 36,450.42 |
| 02/15/18 | 5 | Arvest Bank | Balance to close acct | 1129-000 | 886.13 | | 37,336.55 |

Page Subtotals  6,399.82  11.74

LFORM24

Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/18 | 4, 5 | PO Box 1670<br>Lowell, AR 72745<br>Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Check #6500000007 dated 2/14/18<br>Balance to close acct<br>Check #6500000006 dated 2/14/18 | 1129-000 | 18.08 | | 37,354.63 |
| 02/15/18 | 2, 4, 5 | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000003 dated 2/14/18  $14,925.02 | 1129-000 | 14,925.02 | | 52,279.65 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000004 dated 2/14/18  $5915.39<br>* NOTE *  Properties 2, 4, 5, 24 | 1229-000 | 5,915.39 | | 58,195.04 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000005 dated 2/14/18  $176,447.58<br>* NOTE *  Properties 2, 4, 5, 25 | 1229-000 | 176,447.58 | | 234,642.62 |
| 02/19/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995 | 1121-000 | 100.00 | | 234,742.62 |
| 02/26/18 | 17 | Oklahoma Tax Commission, OKC | Check # 0000005997  dated 2/16/18<br>Special Tag Fee refund<br>Check #1030  dated 2/12/18  Agency 695 Acct 1695 | 1229-000 | 40.00 | | 234,782.62 |
| 02/26/18 | 17 | Advanced Graphic Products<br>750 Gateway Blvd<br>Coppell, Tx 75019 | refund<br>Check #014226 dated 2/8/18 | 1229-000 | 94.94 | | 234,877.56 |
| 02/26/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18 | 1229-000 | 8.93 | | 234,886.49 |
| 02/26/18 | 17 | W. W. Grainger, Inc.<br>Accounts payable<br>847-647-3422<br>Palatine, IL. 60038 | refund<br>Check #1004127103 dated 2/12/18 | 1229-000 | 696.13 | | 235,582.62 |
| 03/05/18 | 18 | Oklahoma City Community Foundation<br>PO Box 1146 | Donation | 1229-000 | 431.00 | | 236,013.62 |

Page Subtotals         198,677.07         0.00

LFORM24                                                                                                                  Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/18 | 27 | OKC, OK 73101<br>Smuckers/Computershare<br>PO Box 505000<br>Louisville, KY 40233 | Dividend payment | 1223-000 | 15.60 | | 236,029.22 |
| 03/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 122.97 | 235,906.25 |
| 03/15/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18<br><br>Check #0001955771 dated 3/7/18 | 1229-000 | 8.93 | | 235,915.18 |
| 03/15/18 | 18 | Kathleen Saxton<br>2003 S Harrah Rd<br>Harrah, OK 73045 | Donation<br>Check #0000995155  dated 3/8/18 | 1229-000 | 25.00 | | 235,940.18 |
| 03/19/18 | 17 | Oklahoma Tax Commission, OKC | Special Tag Fee refund<br>Check #1030 dated 2/12/18  Agency 695 Acct 1695<br><br>Check warrant #001846 dated 3/12/18 | 1229-000 | 20.00 | | 235,960.18 |
| 03/19/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995<br><br>Check # 0000005997  dated 2/16/18<br><br>Check # 0000006001  dated 3/19/18 | 1121-000 | 100.00 | | 236,060.18 |
| 03/22/18 | 18 | Laddie Trojan Trust<br>14008 Aston Falls Drive<br>Haslet, TX 76052 | Donation<br>Check #1011 dated 3/20/18 | 1229-000 | 29,643.08 | | 265,703.26 |
| 04/05/18 | 17 | Advanced Graphic Products<br>750 Gateway Blvd<br>Coppell, Tx 75019 | refund<br>Check #014226 dated 2/8/18<br><br>Check #015019  dated 3/14/18 | 1229-000 | 4.86 | | 265,708.12 |
| 04/05/18 | 18 | ConocoPhillips Company<br>Houston, TX | Donation<br>Check #00046361 dated 3/20/18 | 1229-000 | 1,000.00 | | 266,708.12 |
| 04/06/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 259.60 | 266,448.52 |

Page Subtotals    30,817.47    382.57

LFORM24    Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
| --- | --- | --- | --- | --- |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/09/18 | 11 | S&S Recovery, Inc., 4210 Altruria Rd. Ste 131 PO Box 34787 Memphis, TN 38184 | Pmt on student accts  Check #58088 dated 4/2/18 Pmt on student accts from S&S Recovery | 1121-000 | 78.75 | | 266,527.27 |
| 04/12/18 | 3 | Arvest Bank PO Box 1670 Lowell, AR 72745 | Balance to close account  Check #6500000249 Bal to close acct | 1129-000 | 3,280.23 | | 269,807.50 |
| 04/12/18 | 17 | Board of Education Shawnee School Dist I-93 Pottawatomie County 326 N union Shawnee, OK 74801 | refund  Check #6434 dated 4/3/18 | 1229-000 | 250.00 | | 270,057.50 |
| 04/12/18 | 17 | Automatic Data Processing 400 W Covina Blvd San Dimas, CA 91773 | refund  Check #10170335 dated 4/5/18 for stale payroll checks | 1229-000 | 227.79 | | 270,285.29 |
| 04/13/18 | 28 | Estate of Gilbert Stockinger 3131 Northwest 63rd Street Oklahoma City, OK 73116 | Deceased Beneficiary payout  Check #042644 dated 4/13/18 RE: Gilbert Stockinger Deceased beneficiary payout | 1229-000 | 67,647.22 | | 337,932.51 |
| 04/16/18 | 22 | St. Gregorys Univ 1900 West Macarthur Street Shawnee, OK 74804 | Petty Cash  Money Order #20780069095 dated 4/12/18 | 1229-000 | 277.86 | | 338,210.37 |
| 04/23/18 | 11 | Ginger Richardson 13506 Valley View Rd Shawnee, OK 74804-1556 | Pmt on student acct  Check # 0000005995  Check # 0000005997 dated 2/16/18  Check # 0000006001 dated 3/19/18  Check #0000006006 dated 4/19/18 | 1121-000 | 100.00 | | 338,310.37 |
| 05/04/18 | 11 | S&S Recovery, Inc., 4210 Altruria Rd. Ste 131 PO Box 34787 Memphis, TN 38184 | Pmt on student accts  Check #58088 dated 4/2/18 Pmt on student accts from S&S Recovery  Check #58228 dated 5/1/18 from S&S Recovery | 1121-000 | 172.50 | | 338,482.87 |

Page Subtotals       72,034.35       0.00

LFORM24

Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 310.89 | 338,171.98 |
| 05/10/18 | 100001 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Atty for Trustee Fees per Order<br>of the Court 5/10/18<br>First Interim App for Atty Fees | 3110-000 | | 42,906.40 | 295,265.58 |
| 05/10/18 | 100002 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Atty For Trustee Costs per Order<br>of the Court 5/10/18<br>First Interim Atty Fee App | 3120-000 | | 336.15 | 294,929.43 |
| 05/11/18 | 18 | ONEOK INC<br>PO Box 871<br>Tulsa, OK 74102 | Donation<br>Check #509372 dated 4/30/18 | 1229-000 | 100.00 | | 295,029.43 |
| 05/16/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18<br><br>Check #0001955771 dated 3/7/18<br><br>Check #0001965987 dated 5/9/18 | 1229-000 | 8.93 | | 295,038.36 |
| 05/16/18 | 17 | Automatic Data Processing<br>400 W Covina Blvd<br>San Dimas, CA 91773 | Refund<br>5/16/18 Prepetition stale checks bank refund Check #10171457 | 1229-000 | 480.09 | | 295,518.45 |
| 05/21/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995<br><br>Check # 0000005997 dated 2/16/18<br><br>Check # 0000006001 dated 3/19/18<br><br>Check #0000006006 dated 4/19/18<br><br>Check #0000006010 dated 5/18/18 | 1121-000 | 100.00 | | 295,618.45 |
| 06/05/18 | 100003 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE | Bond Payment Bond # 016018042 | 2300-000 | | 110.79 | 295,507.66 |

Page Subtotals     689.02     43,664.23

Ver: 20.00e

LFORM24

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 06/21/18 | | Blanket Bond (per case limit): | $ 8,354,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/18 | 18 | 701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139<br>Wells Fargo<br>Foundation Education Matching Gift Prog.<br>6111 W. Plano Parkway, Ste 1000YC<br>Plano, TX 75093 | Donation<br>Wells Fargo Check #1000090800 $30.00 dated 5/29/18 | 1229-000    30.00 | | 295,537.66 |
| 06/06/18 | 17 | Follett<br>Higher Education Group<br>PO Box 3488<br>Oak Brook, IL 60522 | refund<br>Follett Check #2387327 dated 5/21/18 $16.92 | 1229-000    16.92 | | 295,554.58 |
| 06/06/18 | 27 | Smuckers/Computershare<br>PO Box 505000<br>Louisville, KY 40233 | Dividend payment<br>Check #0001425927 dated 6/1/18 $15.60 | 1223-000    15.60 | | 295,570.18 |
| 06/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | 328.29 | 295,241.89 |
| 06/18/18 | 18 | Kathleen Saxton<br>2003 S Harrah Rd<br>Harrah, OK 73045 | donation<br>Check #0000995216 dated 6/7/18 | 1229-000    25.00 | | 295,266.89 |
| 06/18/18 | 17 | Automatic Data Processing<br>400 W Covina Blvd<br>San Dimas, CA 91773 | refund | 1229-000    66.96 | | 295,333.85 |
| 06/18/18 | 11 | S&S Recovery, Inc<br>4210 Altrurian Rd Ste 131<br>PO Box 34787<br>Memphis, TN 38184 | Pmt on students acct<br>Check #58364 | 1121-000    78.75 | | 295,412.60 |
| 06/21/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee. OK 74804 | Pmt on student acct<br>Check #0000006014 dated 6/19/18 | 1121-000    34.00 | | 295,446.60 |

Page Subtotals      267.23      328.29

LFORM24                                                                                             Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-15134 -SH | |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | |
| Taxpayer ID No: | *******5198 | |
| For Period Ending: | 06/21/18 | |

| | | |
|---|---|---|
| Trustee Name: | John Mashburn | |
| Bank Name: | First National Bank of Vinita | |
| Account Number / CD #: | *******2958 Checking Account | |
| Blanket Bond (per case limit): | $ 8,354,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 339,833.43 | 44,386.83 | 295,446.60 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 339,833.43 | 44,386.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 339,833.43 | 44,386.83 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - ********2958 | | 339,833.43 | 44,386.83 | 295,446.60 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 339,833.43 | 44,386.83 | 295,446.60 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 20.00e

LFORM24