# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 17-15134 SH Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| For Period Ending: 09/30/18 | | Claims Bar Date: | 03/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANCFIRST 7756 | 5,116.82 | 8.97 | | 0.00 | 8.97 |
| 2. ARVEST 1343 | 1,978.27 | 23,196.97 | | 14,925.02 | FA |
| 3. ARVEST (Restricted Funds) 1330 | 121,093.00 | 1,726.26 | | 3,280.23 | FA |
| (A general deposit account as shown by Bank statments - not restricted funds) | | | | | |
| 4. ARVEST 1011 | 10,526.81 | 18.08 | | 18.08 | FA |
| 5. ARVEST 0011 | 3,659.55 | 1,367.85 | | 886.13 | FA |
| 6. BANCFIRST 3878 | 4,852.88 | 45.25 | | 0.00 | 45.25 |
| 7. BANCFIRST 0285 | 502.60 | 0.00 | | 0.00 | FA |
| 8. BANK OF OKLAHOMA | 1,157.41 | 1,157.41 | | 1,157.41 | FA |
| 9. FNB 6148 | 1,090.48 | 0.00 | | 0.00 | FA |
| 10. PREPAYMENT TO BANCFIRST INSURANCE SERVICES TO PURCHASE A ONE YEAR POLICY ELS201700143100 | 25,175.00 | 0.00 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE<br>STUDENT ACCOUNTS | 197,585.21 | Unknown | | 5,197.33 | Unknown |
| 12. AMERITAS | 5,821,900.00 | Unknown | | 0.00 | Unknown |
| 13. 100% OF THE MEMBER INTEREST IN ST GREGORY'S MINERALS, LLC | Unknown | 0.00 | | 0.00 | FA |
| 14. OFFICE FURNITURE<br>CLASSROOM DESKS, OFFICE FURNITURE, COMPUTERS, FITNESS AND CARDIO EQUIPMENT, FREE WEIGHTS, POOL TABLES, NURSING EQUIPMENT, LIBRARY BOOKS | Unknown | 250,000.00 | | 327,531.28 | FA |
| 15. 2007 MERCURY, 2007 CHEVROLET,<br>2006 FORD, 2006 FORD, 1997 FORD, 2005 FORD, VEHICLES | Unknown | 20,680.00 | | 20,680.00 | FA |
| 16. UNIVERSITY CAMPUS PROPERTY<br>APPRAISAL | 28,500,000.00 | 3,100,000.00 | | 0.00 | 3,100,000.00 |
| 17. REFUNDS (u)<br>Refunds and rebates | Unknown | Unknown | | 2,899.27 | Unknown |

Case No:    17-15134    SH    Judge: SARAH A. HALL                                       Trustee Name:              John Mashburn
Case Name:  CATHOLIC UNIVERSITY OF OKLAHOMA                                              Date Filed (f) or Converted (c):  12/22/17 (f)
                                                                                         341(a) Meeting Date:       01/23/18
                                                                                         Claims Bar Date:           03/27/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 18. DONATIONS (u) | Unknown | Unknown | | 52,218.80 | Unknown |
| 19. MINERAL ROYALTIES (u) | 0.00 | Unknown | | 136,533.80 | Unknown |
| 20. MINERAL INTERESTS (u) | 0.00 | 8,720,692.30 | | 10,184,810.00 | FA |
| 21. STUDENT TUITION REFUND/OVERPMT (u) | Unknown | Unknown | | 693.62 | Unknown |
| 22. ACCOUNTS RECEIVABLE - GENERAL (u) | Unknown | Unknown | | 7,352.15 | Unknown |
| 23. EXCESS RETAINER-ATTY FEES REFUNDED (u) | Unknown | Unknown | | 7,961.00 | Unknown |
| 24. ARVEST 2014 (u) | 5,915.39 | 5,915.39 | | 5,915.39 | FA |
| 25. ARVEST 5883 (u) | 176,447.58 | 176,447.58 | | 176,447.58 | FA |
| 26. Smuckers/Computershare Stock (u) | Unknown | Unknown | | 0.00 | Unknown |
| 27. Smuckers/Computershare dividends (u) | Unknown | Unknown | | 48.20 | Unknown |
| 28. ESTATE OF A DECEDENT - GILBERT STOCKINGER, SR. (u)<br>Deceased Beneficiary Payout | Unknown | 265,000.00 | | 67,647.22 | 197,352.78 |
| 29. Claim for Earthquake Damage to Campus (u)<br>Class action or separate new suit against multiple defendants for earthquake damage arising from injection wells | Unknown | Unknown | | 0.00 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,877,001.00 | $12,566,256.06 | | $11,016,202.51 | $3,297,407.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/26/17 Motion to employ Atty FILED

12/26/17 Req to file claims FILED

12/29/17 Motion for approval to provide property preservation services FILED

1/4/18 124 Collection letters mailed

1/4/18 Motion to Employ McDonald FILED

1/15/18 Received several checks from St Gregorys.

LFORM1                                                                                                                                          Ver: 20.00e

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

| | |
|---|---|
| Case No: 17-15134 SH Judge: SARAH A. HALL | Trustee Name: John Mashburn |
| Case Name: CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): 12/22/17 (f) |
| | 341(a) Meeting Date: 01/23/18 |
| | Claims Bar Date: 03/27/18 |

1/17/18 Order on Motion for approval to provide property preservation services FILED

1/19/18 Interim report FILED

1/22/18 Order on App to employ Professional FILED

1/22/18 Order on App to hire Atty JDM FILED

1/23/18 Interim report FILED

1/25/18 Meeting of creditors held FILED

1/25/18 Interim report FILED

1/31/18 Interim report FILED

2.16/18 Interim report FILED

2/26/18 Interim report FILED

3/6/18 Interim report FILED

3/7/18 Objection to Motion for relief CPN (related to 44) FILED

3/20/18 Interim report FILED

3/30/18 Order on App for Admin expenses (related to 53) FILED

4/2/18 App to employ Dakil FILED

4/12/18Interim report FILED

4/17/18 Interim report FILED. Order to hire Dakil FILED

4/18/18 First Interim Atty Fee App and Notice FILED. 368 notices mailed

4/18/18 Motion for Use of cash Collateral FILED

4/19/18 Amended Motion for Use of cash Collateral FILED

5/4/18 Order on Motion to Use cash collatral FILED

5/18/18 Motion to seel interests in oil and gas FILED. Notices mailed to matrix

5/31/18 App to hire CPA FILED

6/1/18 Notices to sell vehicles and personal property FILED. Mailed to matrix

6/15/18 Order on Motion to sell FILED

8/2/18 Report of sale FILED (vehicles)

8/2/18 Motion to pay secured claim FILED mailed to matrix

8/21/18 Mineral interests, personal property and vehicles sold. Pursuing liquidation of real property and recovery for
endowment deficiency and 2011 earthquake damage to campus.

8/22/18 Fee Apps for Dakil for mineral/personal property and vehicle sale FILED. Second interim App for Atty fees FILED.
Notices mailed to matrix on all FILED Apps.

9/11/18 Motion for Second Interim Fee App Gary McDonald FILED

9/13/18 Orders FILED on Autioneer Fee Apps and Trustee second interim App

10/5/18 Order on Finley & Cook App FILED. Check mailed

10/10/18 Hearing held on Second Interim Atty Fee App Gary McDonald. No apperance by objecting party. Order FILED

LFORM1     Ver: 20.00e

| | | | |
|---|---|---|---|
| Case No: | 17-15134   SH   Judge: SARAH A. HALL | Trustee Name: | John Mashburn |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | Date Filed (f) or Converted (c): | 12/22/17 (f) |
| | | 341(a) Meeting Date: | 01/23/18 |
| | | Claims Bar Date: | 03/27/18 |

10/10/18 Motion to abandon FILED

10/11/18 Second Interim Atty Fee App check cut and mailed

10/25/18 Order on Motion to abandon FILED

Initial Projected Date of Final Report (TFR): 12/22/18    Current Projected Date of Final Report (TFR): 12/31/19

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/09/18 | 17 | Imerial LLC<br>2020 N Mingo Road<br>Tulsa, OK 74116 | Refund | 1229-000 / 97.40 | | 97.40 |
| 01/09/18 | 19 | Blue Star Energy, LLC<br>PO Box 1594<br>Shawnee. OK 74802 | Royalties | 1223-000 / 0.52 | | 97.92 |
| 01/09/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590 | 1229-000 / 100.00 | | 197.92 |
| 01/09/18 | 18 | Howard Petschel<br>70 Cedar Dr<br>Sandpoint, ID 83864-8057 | Donation<br>Howard Petschel Check #6575 | 1229-000 / 50.00 | | 247.92 |
| 01/09/18 | 18 | Margaret Schroeder<br>3 Stoll CT.<br>Dix Hills, NY 11746 | Donation<br>M. Schroeder check # 4335 | 1229-000 / 100.00 | | 347.92 |
| 01/09/18 | 11 | Bruse & Rosalind Fowler<br>3409 Derek Ln<br>Norman, OK 73069 | Pmt of Student Acct<br>Bruce Fowler Chk#1069 Paid Joselyn Fowler Student Acct | 1121-000 / 498.35 | | 846.27 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Chk #4030 79871136 | 1229-000 / 406.15 | | 1,252.42 |
| 01/16/18 | 21 | Dept of Veterans Affairs<br>VA Regional Office<br>PO Box 8888<br>Muskogee, OK 74402-8888 | Student tuition refund/overpmt<br>Check # 4030 79870488 | 1229-000 / 287.47 | | 1,539.89 |
| 01/16/18 | 18 | Jose Marquez<br>5772 South Havana Court<br>Englewood, CO 8011-3928 | Donation<br>check #8611 | 1229-000 / 100.00 | | 1,639.89 |
| 01/16/18 | 18 | T.G. Theban | Donation | 1229-000 / 50.00 | | 1,689.89 |

Page Subtotals    1,689.89    0.00

LFORM24

Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6712 E 102nd St<br>Tulsa, OK 74133-6743 | Check # 1944 | | | | |
| 01/16/18 | 18 | The Moran Foundation<br>PO Box 2160<br>Hobbs, NM 88241-2160 | Donation<br>Check # 1649 | 1229-000 | 500.00 | | 2,189.89 |
| 01/16/18 | 18 | Shell and Motiva Employee Giving Program<br>PO Box 8687<br>Princeton, NJ 08543-8687 | Donation<br>Imperial LLC Check #195683<br>Blue Star Energy Check # 62845<br>Shell Check # 127590<br><br>Shell check #128576 dated 1/4/18 | 1229-000 | 100.00 | | 2,289.89 |
| 01/16/18 | 18 | Panda Restaurant Group, Inc<br>Panda Express-Panda Inn-Hibachi San<br>1683 Walnut Grove Ave<br>Rosemead, California 91770-3711 | Donation<br>Check #1446246 | 1229-000 | 17.40 | | 2,307.29 |
| 01/16/18 | 17 | MB OKC LLC<br>OKC Dodgers<br>4751 Wilshire Blvd 3rd Fl<br>Los Angeles, CA 90010 | Refund<br>Check #014975 | 1229-000 | 100.00 | | 2,407.29 |
| 01/16/18 | 17 | Southern New Hampshire University<br>Transcript Account<br>2500 North River Road<br>Manchester, NH 03104 | Refund<br>Check #183247 | 1229-000 | 10.00 | | 2,417.29 |
| 01/19/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund | 1229-000 | 672.86 | | 3,090.15 |
| 01/19/18 | 18 | Archdiocese of Oklahoma City<br>PO Box 32180<br>OKC, OK 73123 | Donation | 1229-000 | 19,577.32 | | 22,667.47 |
| 01/22/18 | 23 | McAfee & Taft<br>211 N Robinson Ave., Ste 1000<br>Oklahoma City, OK 73102-7103 | Refund of excess fees<br>Check #5359 | 1229-000 | 7,961.00 | | 30,628.47 |

Page Subtotals   28,938.58   0.00

LFORM24

Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/18 | 11 | Garrett Bannister<br>4916 Byron Circle<br>Yukon, OK 73099 | Pmt of student acct<br>Cashiers chk #103386 | 1121-000 | 320.00 | | 30,948.47 |
| 01/22/18 | 11 | Tracy Hensley<br>8910 N Harrison<br>Shawnee, OK 74804 | Pmt of student acct<br>MO# 20780065788 | 1121-000 | 38.73 | | 30,987.20 |
| 01/22/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995 | 1121-000 | 100.00 | | 31,087.20 |
| 01/25/18 | 18 | William Broussard<br>1705 Mark Wood St<br>Midwest City, OK 73130-8455 | Donation<br>Check #2854 | 1229-000 | 300.00 | | 31,387.20 |
| 01/25/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | Refund<br>Check # 013367 | 1229-000 | 95.44 | | 31,482.64 |
| 01/25/18 | 22 | Blue Bell Creameries, L.P.<br>PO Box 1807<br>Brenham, Tx 77834-1807 | Electricity reimbursement<br>Check #2054773 | 1229-000 | 1,650.00 | | 33,132.64 |
| 01/25/18 | 11 | Kevin Cantrell<br>20812 Landmark Cir<br>Harrah, OK 73045 | Payment of student acct<br>Check # 1001 | 1121-000 | 1,800.00 | | 34,932.64 |
| 02/06/18 | 22 | Advanced Graphic Products Inc<br>750 Gateway Blvd<br>Coppell, TX 75019 | License fee<br>Check # 013367<br><br>Check # 013700  1/26/18 | 1229-000 | 19.53 | | 34,952.17 |
| 02/06/18 | 22 | Imperial LLC<br>2020 N Mingo Rd<br>Tulsa, OK 74116 | Vendor commission<br>Check #196643  1/10/18 | 1229-000 | 69.99 | | 35,022.16 |
| 02/06/18 | 11 | Preston Western<br>2810 S 74th E Ave<br>Tulsa, OK 74129 | Pmt of student acct<br>Check #55022893  1/29/18 | 1121-000 | 1,440.00 | | 36,462.16 |
| 02/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 11.74 | 36,450.42 |

Page Subtotals    5,833.69    11.74

LFORM24

Ver: 20.00e

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/15/18 | 5 | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000007 dated 2/14/18 | 1129-000 | 886.13 | | 37,336.55 |
| 02/15/18 | 4, 5 | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000006 dated 2/14/18 | 1129-000 | 18.08 | | 37,354.63 |
| 02/15/18 | 2, 4, 5 | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000003 dated 2/14/18  $14,925.02 | 1129-000 | 14,925.02 | | 52,279.65 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000004 dated 2/14/18  $5915.39<br>* NOTE *  Properties 2, 4, 5, 24 | 1229-000 | 5,915.39 | | 58,195.04 |
| 02/15/18 | * NOTE * | Arvest Bank<br>PO Box 1670<br>Lowell, AR 72745 | Balance to close acct<br>Check #6500000005 dated 2/14/18  $176,447.58<br>* NOTE *  Properties 2, 4, 5, 25 | 1229-000 | 176,447.58 | | 234,642.62 |
| 02/19/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995<br><br>Check # 0000005997  dated 2/16/18 | 1121-000 | 100.00 | | 234,742.62 |
| 02/26/18 | 17 | Oklahoma Tax Commission, OKC | Special Tag Fee refund<br>Check #1030  dated 2/12/18  Agency 695 Acct 1695 | 1229-000 | 40.00 | | 234,782.62 |
| 02/26/18 | 17 | Advanced Graphic Products<br>750 Gateway Blvd<br>Coppell, Tx 75019 | refund<br>Check #014226 dated 2/8/18 | 1229-000 | 94.94 | | 234,877.56 |
| 02/26/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18 | 1229-000 | 8.93 | | 234,886.49 |
| 02/26/18 | 17 | W. W. Grainger, Inc.<br>Accounts payable<br>847-647-3422<br>Palatine, IL. 60038 | refund<br>Check #1004127103 dated 2/12/18 | 1229-000 | 696.13 | | 235,582.62 |
| 03/05/18 | 18 | Oklahoma City Community Foundation | Donation | 1229-000 | 431.00 | | 236,013.62 |

Page Subtotals    199,563.20    0.00

LFORM24    Ver: 20.00e

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/06/18 | 27 | PO Box 1146<br>OKC, OK 73101<br>Smuckers/Computershare<br>PO Box 505000<br>Louisville, KY 40233 | Dividend payment | 1223-000 | 15.60 | | 236,029.22 |
| 03/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 122.97 | 235,906.25 |
| 03/15/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18<br><br>Check #0001955771 dated 3/7/18 | 1229-000 | 8.93 | | 235,915.18 |
| 03/15/18 | 18 | Kathleen Saxton<br>2003 S Harrah Rd<br>Harrah, OK 73045 | Donation<br>Check #0000995155  dated 3/8/18 | 1229-000 | 25.00 | | 235,940.18 |
| 03/19/18 | 17 | Oklahoma Tax Commission, OKC | Special Tag Fee refund<br>Check #1030  dated 2/12/18  Agency 695 Acct 1695<br><br>Check warrant #001846 dated 3/12/18 | 1229-000 | 20.00 | | 235,960.18 |
| 03/19/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee, OK 74804-1556 | Pmt on student acct<br>Check # 0000005995<br><br>Check # 0000005997  dated 2/16/18<br><br>Check # 0000006001  dated 3/19/18 | 1121-000 | 100.00 | | 236,060.18 |
| 03/22/18 | 18 | Laddie Trojan Trust<br>14008 Aston Falls Drive<br>Haslet, TX 76052 | Donation<br>Check #1011 dated 3/20/18 | 1229-000 | 29,643.08 | | 265,703.26 |
| 04/05/18 | 17 | Advanced Graphic Products<br>750 Gateway Blvd<br>Coppell, Tx 75019 | refund<br>Check #014226 dated 2/8/18<br><br>Check #015019  dated 3/14/18 | 1229-000 | 4.86 | | 265,708.12 |
| 04/05/18 | 18 | ConocoPhillips Company<br>Houston, TX | Donation<br>Check #00046361 dated 3/20/18 | 1229-000 | 1,000.00 | | 266,708.12 |

Page Subtotals     30,817.47     122.97

LFORM24

Ver: 20.00e

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 259.60 | 266,448.52 |
| 04/09/18 | 11 | S&S Recovery, Inc., 4210 Altruria Rd. Ste 131 PO Box 34787 Memphis, TN 38184 | Pmt on student accts Check #58088 dated 4/2/18 Pmt on student accts from S&S Recovery | 1121-000 | 78.75 | | 266,527.27 |
| 04/12/18 | 3 | Arvest Bank PO Box 1670 Lowell, AR 72745 | Balance to close account Check #6500000249 Bal to close acct | 1129-000 | 3,280.23 | | 269,807.50 |
| 04/12/18 | 17 | Board of Education Shawnee School Dist I-93 Pottawatomie County 326 N union Shawnee, OK 74801 | refund Check #6434 dated 4/3/18 | 1229-000 | 250.00 | | 270,057.50 |
| 04/12/18 | 17 | Automatic Data Processing 400 W Covina Blvd San Dimas, CA 91773 | refund Check #10170335 dated 4/5/18 for stale payroll checks | 1229-000 | 227.79 | | 270,285.29 |
| 04/13/18 | 28 | Estate of Gilbert Stockinger 3131 Northwest 63rd Street Oklahoma City, OK 73116 | Deceased Beneficiary payout Check #042644 dated 4/13/18  RE: Gilbert Stockinger Deceased beneficiary payout | 1229-000 | 67,647.22 | | 337,932.51 |
| 04/16/18 | 22 | St. Gregorys Univ 1900 West Macarthur Street Shawnee, OK 74804 | Petty Cash Money Order #20780069095 dated 4/12/18 | 1229-000 | 277.86 | | 338,210.37 |
| 04/23/18 | 11 | Ginger Richardson 13506 Valley View Rd Shawnee, OK 74804-1556 | Pmt on student acct Check # 0000005995  Check # 0000005997 dated 2/16/18  Check # 0000006001 dated 3/19/18  Check #0000006006 dated 4/19/18 | 1121-000 | 100.00 | | 338,310.37 |
| 05/04/18 | 11 | S&S Recovery, Inc., 4210 Altruria Rd. Ste 131 PO Box 34787 | Pmt on student accts Check #58088 dated 4/2/18 Pmt on student accts from S&S Recovery | 1121-000 | 172.50 | | 338,482.87 |

Page Subtotals   72,034.35   259.60

LFORM24

Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memphis, TN 38184 | Check #58228 dated 5/1/18 from S&S Recovery | | | | |
| 05/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 310.89 | 338,171.98 |
| 05/10/18 | 100001 | JOHN MASHBURN  1616 E. 19th Street  Suite 301  Edmond, OK 73013 | Atty for Trustee Fees per Order  of the Court 5/10/18  First Interim App for Atty Fees | 3110-000 | | 42,906.40 | 295,265.58 |
| 05/10/18 | 100002 | JOHN MASHBURN  1616 E. 19th Street  Suite 301  Edmond, OK 73013 | Atty For Trustee Costs per Order  of the Court 5/10/18  First Interim Atty Fee App | 3120-000 | | 336.15 | 294,929.43 |
| 05/11/18 | 18 | ONEOK INC  PO Box 871  Tulsa, OK 74102 | Donation  Check #509372 dated 4/30/18 | 1229-000 | 100.00 | | 295,029.43 |
| 05/16/18 | 17 | WageWorks  PO Box 2998  Alpharetta, GA 30023-2998 | Refund  Check #0001951829 dated 2/12/18  Check #0001955771 dated 3/7/18  Check #0001965987 dated 5/9/18 | 1229-000 | 8.93 | | 295,038.36 |
| 05/16/18 | 17 | Automatic Data Processing  400 W Covina Blvd  San Dimas, CA 91773 | Refund  5/16/18 Prepetition stale checks bank refund  Check #10171457 | 1229-000 | 480.09 | | 295,518.45 |
| 05/21/18 | 11 | Ginger Richardson  13506 Valley View Rd  Shawnee, OK 74804-1556 | Pmt on student acct  Check # 0000005995  Check # 0000005997 dated 2/16/18  Check # 0000006001 dated 3/19/18  Check #0000006006 dated 4/19/18  Check #0000006010 dated 5/18/18 | 1121-000 | 100.00 | | 295,618.45 |

Page Subtotals   689.02   43,553.44

LFORM24

Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
| --- | --- | --- | --- | --- |
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/18 | 100003 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE. 420<br>NEW ORLEANS, LA 70139 | Bond Payment Bond # 016018042 | 2300-000 | | 110.79 | 295,507.66 |
| 06/06/18 | 18 | Wells Fargo<br>Foundation Education Matching Gift Prog.<br>6111 W. Plano Parkway, Ste 1000YC<br>Plano, TX 75093 | Donation<br>Wells Fargo Check #1000090800 $30.00 dated 5/29/18 | 1229-000 | 30.00 | | 295,537.66 |
| 06/06/18 | 17 | Follett<br>Higher Education Group<br>PO Box 3488<br>Oak Brook, IL 60522 | refund<br>Follett Check #2387327 dated 5/21/18 $16.92 | 1229-000 | 16.92 | | 295,554.58 |
| 06/06/18 | 27 | Smuckers/Computershare<br>PO Box 505000<br>Louisville, KY 40233 | Dividend payment<br>Check #0001425927 dated 6/1/18 $15.60 | 1223-000 | 15.60 | | 295,570.18 |
| 06/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 328.29 | 295,241.89 |
| 06/18/18 | 18 | Kathleen Saxton<br>2003 S Harrah Rd<br>Harrah, OK 73045 | donation<br>Check #0000995216 dated 6/7/18 | 1229-000 | 25.00 | | 295,266.89 |
| 06/18/18 | 17 | Automatic Data Processing<br>400 W Covina Blvd<br>San Dimas, CA 91773 | refund | 1229-000 | 66.96 | | 295,333.85 |
| 06/18/18 | 11 | S&S Recovery, Inc<br>4210 Altrurian Rd Ste 131<br>PO Box 34787<br>Memphis, TN 38184 | Pmt on students acct<br>Check #58364 | 1121-000 | 78.75 | | 295,412.60 |
| 06/21/18 | 11 | Ginger Richardson<br>13506 Valley View Rd<br>Shawnee. OK 74804 | Pmt on student acct<br>Check #0000006014 dated 6/19/18 | 1121-000 | 34.00 | | 295,446.60 |
| 07/05/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023-2998 | Refund<br>Check #0001951829 dated 2/12/18 | 1229-000 | 8.93 | | 295,455.53 |

Page Subtotals         276.16        439.08

LFORM24

Ver: 20.00e

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/18 | 17 | Follett<br>Higher Education Group<br>PO Box 3488<br>Oak Brook, IL 60522 | Check #0001955771 dated 3/7/18<br><br>Check #0001965987 dated 5/9/18<br><br>Check # 0001970634 dated 6/8/18<br>refund<br>Follett Check #2387327 dated 5/21/18  $16.92<br><br>Follett Check #2390496 dated 6/20/18  $15.42 | 1229-000 | 15.42 | | 295,470.95 |
| 07/05/18 | 22 | United States Post Office<br>Eagan, MN 55121-9640 | refund<br>Check #0271531836 dated 6/28/18 | 1229-000 | 2,444.56 | | 297,915.51 |
| 07/05/18 | 22 | United States Post Office<br>Eagan, MN 55121-9640 | refund<br>Check #0271531836 dated 6/28/18<br><br>Check #0271531835 dated 6/28/18 | 1229-000 | 885.43 | | 298,800.94 |
| 07/09/18 | 11 | S&S Recovery, Inc<br>4210 Altrurian Rd Ste 131<br>PO Box 34787<br>Memphis, TN 38184 | Pmt on students acct<br>Check #58364<br><br>Check #58498 | 1121-000 | 78.75 | | 298,879.69 |
| 07/09/18 | 100004 | Gary McDonald<br>McDonald & Metcalf, LLP<br>15 East 5th Street, Suite 1400<br>Tulsa, OK 74103 | Atty for Trustee Fees per Order<br>of Court 7/9/18 | 3210-000 | | 47,815.20 | 251,064.49 |
| 07/09/18 | 100005 | Gary McDonald<br>McDonald & Metcalf, LLP<br>15 East 5th Street, Suite 1400<br>Tulsa, OK 74103 | Atty For Trustee Costs per Order<br>of the Court 7/9/18 | 3220-000 | | 1,705.29 | 249,359.20 |
| 07/09/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 303.50 | 249,055.70 |
| 07/10/18 | 100006 | CITIZEN POTAWATOMI NATION<br>George Wright, Esq.<br>1601 S. Gordon Cooper Dr.<br>Shawnee, OK 74801 | Property preservation/maintenance<br>claim per court order of 3/30/18 | 2420-000 | | 126,908.00 | 122,147.70 |

Page Subtotals       3,424.16       176,731.99

LFORM24

Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/18 | 17 | Automatic Data Processing<br>400 W Covina Blvd<br>San Dimas, CA 91773 | Refund<br>5/16/18 Prepetition stale checks bank refund  Check #10171457 | 1229-000    13.39 | | 122,161.09 |
| 07/23/18 | 19 | Centenial Land Company<br>Trust Acct<br>2561 South Kelley Ave.<br>Edmond, OK 73013 | | 1223-000    8.61 | | 122,169.70 |
| 07/25/18 | 15 | DAKIL AUCTIONEERS, INC.<br>200 NW 114TH<br>OKLAHOMA CITY, OK  73114 | sale of vehicles<br>Dakil chk #2143 Gross $18,800.00 Buyers premium $1,880.00 total $20,680.00 | 1129-000    20,680.00 | | 142,849.70 |
| 07/25/18 | 17 | WageWorks<br>PO Box 2998<br>Alpharetta, GA 30023 | refund<br>Chk #0001975792 $8.93 | 1229-000    8.93 | | 142,858.63 |
| 07/25/18 | 18 | YourCause LLC Trustee for<br>Wells Fargo Community Support Campaign<br>6111 W. Plano Parkway, Ste. 1000YC<br>Plano, TX 75093 | donation<br>chk#1000113989  $35.00 | 1229-000    35.00 | | 142,893.63 |
| 07/25/18 | 18 | YourCause LLC Trustee for<br>Wells Fargo Community Support Campaign<br>6111 W. Plano Parkway, Ste. 1000YC<br>Plano, TX 75093 | donation<br>chk#1000117188  $35.00 | 1229-000    35.00 | | 142,928.63 |
| 07/25/18 | 17 | Amerinst Insurance Group LTD.<br>C/O MUFG Fund Services (Bermuda) Limited<br>The Belvedere Bldg<br>69 Pitts Bay Road<br>Pembroke HM 08<br>Bermuda | refund/rebate<br>Chk #023429  $30.00 | 1229-000    30.00 | | 142,958.63 |
| 08/07/18 | 22 | Blue Bell Creameries, L.P.<br>PO Box 1807<br>Brenham, Tx 77834-1807 | Electricity reimbursement<br>Check #2104623 dated 7/25/18 | 1229-000    1,650.00 | | 144,608.63 |
| 08/07/18 | 11 | S&S Recovery, Inc<br>4210 Altrurian Rd Ste 131 | Pmt on students acct<br>Check #58364 | 1121-000    78.75 | | 144,687.38 |

Page Subtotals     22,539.68     0.00

LFORM24

Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 34787 | Check #58498 | | | | |
| | | Memphis, TN 38184 | | | | | |
| | | | Check # 58640 | | | | |
| 08/07/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 217.29 | 144,470.09 |
| 08/08/18 | 20 | DAKIL AUCTIONEERS, INC. | mineral sales | 1229-000 | 2,684,810.00 | | 2,829,280.09 |
| | | 200 NW 114TH | Dakil chk # 2149 | | | | |
| | | OKLAHOMA CITY, OK 73114 | | | | | |
| 08/09/18 | 14 | DAKIL AUCTIONEERS, INC. | Personal property sales | 1129-000 | 327,531.28 | | 3,156,811.37 |
| | | 200 NW 114TH | | | | | |
| | | OKLAHOMA CITY, OK 73114 | | | | | |
| 08/14/18 | 8 | Bank of Oklahoma | Funds from closed account | 1129-000 | 1,157.41 | | 3,157,968.78 |
| | | PO Box 2300 | | | | | |
| | | Tulsa, OK 74192 | | | | | |
| 08/20/18 | 19 | Farmers National COmpany | mineral royalties | 1223-000 | 89,294.34 | | 3,247,263.12 |
| | | ATTN: Mineral Management | | | | | |
| | | P.O. Box 3480 | | | | | |
| | | Omaha, NE 68103-0480 | | | | | |
| 08/24/18 | 100007 | The Clarke III, LLC | Payment of secure claim | 4110-000 | | 1,464,117.70 | 1,783,145.42 |
| | | PO Box 1117 | per Order of the Court 8/24/18 | | | | |
| | | Shawnee, OK 74802 | | | | | |
| 08/30/18 | 100008 | INTERNATIONAL SURETIES, LTD. | Bond Payment Bond # 016215819 | 2300-000 | | 24,000.00 | 1,759,145.42 |
| | | ONE SHELL SQUARE | Case bond #016215819 | | | | |
| | | 701 POYDRAS STREET, STE. 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 09/04/18 | 22 | In re: Stericycle, Steri-Safe Litigation | Acct receivable - general | 1229-000 | 259.34 | | 1,759,404.76 |
| | | c/o GCG | Check #00133317 | | | | |
| | | PO Box 10515 | | | | | |
| | | Dublin, OH 43017-1515 | | | | | |
| 09/04/18 | 17 | WageWorks | refund | 1229-000 | 8.93 | | 1,759,413.69 |
| | | PO Box 2998 | Chk #0001975792 $8.93 | | | | |
| | | Alpharetta, GA 30023 | | | | | |

Page Subtotals  3,103,061.30  1,488,334.99

LFORM24  Ver: 20.00e

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958  Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/07/18 | 27 | Smuckers/Computershare<br>PO Box 505000<br>Louisville, KY 40233-5000 | Chk #0001980407  $8.93<br>dividend pmt<br>Check #0001440132 dated 9/4/18  $17.00 | 1223-000 | 17.00 | | 1,759,430.69 |
| 09/10/18 | 11 | S&S Recovery, Inc.<br>4210 Altruria Rd, Ste 131<br>PO Box 34787<br>Memphis, TN 38184 | Pmt on student acct<br>Check # 58781 dated 9/4/18  $78.75 | 1121-000 | 78.75 | | 1,759,509.44 |
| 09/10/18 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 2,345.21 | 1,757,164.23 |
| 09/13/18 | 17 | WageWorks<br>PO Box 34740<br>Louisville, KY 40232-4740 | refund<br>CHeck #0001985866 dated 9/6/18  $8.93 | 1229-000 | 8.93 | | 1,757,173.16 |
| 09/13/18 | 19 | Farmers National Company<br>ATTN: Mineral Management<br>PO Box 3480<br>Omaha, NE 68103-0480 | mineral royalties | 1223-000 | 47,230.33 | | 1,804,403.49 |
| 09/13/18 | 100009 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Atty for Trustee Fees per Order<br>of the Court 9/13/18 | 3110-000 | | 32,898.40 | 1,771,505.09 |
| 09/13/18 | 100010 | JOHN MASHBURN<br>1616 E. 19th Street<br>Suite 301<br>Edmond, OK 73013 | Atty For Trustee Costs per Order<br>of the Court 9/13/18 | 3120-000 | | 4,184.46 | 1,767,320.63 |
| 09/13/18 | 100011 | DAKIL AUCTIONEERS, INC.<br>200 NW 114TH<br>OKLAHOMA CITY, OK  73114 | Auctioneer for Trustee Fees<br>per Order of the Court 9/13/18 | 3610-000 | | 32,753.12 | 1,734,567.51 |
| 09/13/18 | 100012 | DAKIL AUCTIONEERS, INC.<br>200 NW 114TH<br>OKLAHOMA CITY, OK  73114 | Auctioneer for Trustee Expenses<br>per Order of the Court 9/13/18 | 3620-000 | | 21,357.66 | 1,713,209.85 |
| 09/13/18 | 100013 | DAKIL AUCTIONEERS, INC.<br>200 NW 114TH | Auctioneer for Trustee Fees<br>per Order of the Court 9/13/18 | 3610-000 | | 1,880.00 | 1,711,329.85 |

Page Subtotals    47,335.01    95,418.85

LFORM24

Ver: 20.00e

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-15134 -SH | | Trustee Name: | John Mashburn |
|---|---|---|---|---|
| Case Name: | CATHOLIC UNIVERSITY OF OKLAHOMA | | Bank Name: | First National Bank of Vinita |
| | | | Account Number / CD #: | *******2958 Checking Account |
| Taxpayer ID No: | *******5198 | | | |
| For Period Ending: | 09/30/18 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 12,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/13/18 | 100014 | DAKIL AUCTIONEERS, INC. 200 NW 114TH OKLAHOMA CITY, OK 73114 | Auctioneer for Trustee Expenses per Order of the Court 9/13/18 | 3620-000 | | 2,066.82 | 1,709,263.03 |
| 09/13/18 | 100015 | DAKIL AUCTIONEERS, INC. 200 NW 114TH OKLAHOMA CITY, OK 73114 | Auctioneer for Trustee Fees per Order of the Court 9/13/18 | 3610-000 | | 609,588.60 | 1,099,674.43 |
| 09/13/18 | 100016 | DAKIL AUCTIONEERS, INC. 200 NW 114TH OKLAHOMA CITY, OK 73114 | Auctioneer for Trustee Expenses per Order of the Court 9/13/18 | 3620-000 | | 56,262.29 | 1,043,412.14 |
| 09/26/18 | 100017 | L3 Resources, LLC 1113 Vine St., Ste-100 Houston, TX 77002 | Return of auction funds per Order of the Court 9/21/18 Return of funds from mineral auction | 1229-000 | -25,000.00 | | 1,018,412.14 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,491,202.51 | 2,472,790.37  1,018,412.14 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 3,491,202.51 | 2,472,790.37 |
| Less: Payments to Debtors | | 0.00 |
| Net | 3,491,202.51 | 2,472,790.37 |

Page Subtotals        -25,000.00      667,917.71

Ver: 20.00e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No.: 17-15134
Case Name: CATHOLIC UNIVERSITY OF OKLAHOMA
Taxpayer ID #: *******5198
For Period Ending: 09/30/18

Trustee Name: John Mashburn
Bank Name: Bank of Oklahoma
Account #: *******2958 Checking -Sweep Act
Blanket Bond (per case limit):
Separate Bond (if applicable): $12,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/15/18 | 20 | Dakil Auctioneers, Inc. 200 NW 114th, Okc. OK 73114 | Sale of Mineral Interests Dakil Chk # 2148 | 1129-000 | 7,500,000.00 | | 7,500,000.00 |
| 08/17/18 | | Transfer out to Bank of Oklahoma acct. *******7235 | Buy Treas Bill - 11/15/18 Maturity | 999-000 | -1,874,290.18 | | 5,625,709.82 |
| 08/17/18 | | Transfer out to Bank of Oklahoma acct. *******7235 | Buy Treas Bill - 02/14/19 Maturity | 999-000 | -1,874,614.91 | | 3,751,094.91 |
| 08/17/18 | | Transfer out to Bank of Oklahoma acct. *******7235 | Buy Treas Bill - 05/23/19 Maturity | 999-000 | -1,874,139.63 | | 1,876,955.28 |
| 08/17/18 | | Transfer out to Bank of Oklahoma acct. *******7235 | Buy Treas Bill - 08/15/19 Maturity | 999-000 | -1,874,845.00 | | 2,110.28 |
| | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 7,500,000.00 | 0.00 | 2,110.28 |
| | | | Less Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,500,000.00 | 0.00 | |
| | | | Less Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | 7,500,000.00 | 0.00 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 17-15134  
Case Name: CATHOLIC UNIVERSITY OF OKLAHOMA  
Taxpayer ID #: *******5198  
For Period Ending: 09/30/18  

Trustee Name: John Mashburn  
Bank Name: Bank of Oklahoma  
Account #: *******7235 Treasury Investment Acct  
Blanket Bond (per case limit):  
Separate Bond (if applicable): $12,000,000.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/18 | | Transfer in from Bank of Oklahoma acct.*******2958 | Buy Treas Bill - 11/15/18 Maturity Par Amount - $1,883,000.00 | 999-000 | 1,874,290.18 | | 1,874,290.18 |
| 08/17/18 | | Transfer in from Bank of Oklahoma acct.*******2958 | Buy Treas Bill - 02/14/19 Maturity Par Amount - $1,894,000.00 | 999-000 | 1,874,614.91 | | 3,748,905.09 |
| 08/17/18 | | Transfer in from Bank of Oklahoma acct.*******2958 | Buy Treas Bill - 05/23/19 Maturity Par Amount - $1,905,000.00 | 999-000 | 1,874,139.63 | | 5,623,044.72 |
| 08/17/18 | | Transfer in from Bank of Oklahoma acct.*******2958 | Buy Treas Bill - 08/15/19 Maturity Par Amount - $1,918,000.00 | 999-000 | 1,874,845.00 | | 7,497,889.72 |
| | | | **ACCOUNT TOTALS** | | 7,497,889.72 | 0.00 | 7,497,889.72 |
| | | | Less Bank Transfers | | 7,497,889.72 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | Net Deposits | Net Disbursements | Account Balances |
|---|---|---|---|
| FNBV Checking # *******2958 | 3,491,202.51 | 2,472,790.37 | 1,018,412.14 |
| BOK Checking #*******2958 | 7,500,000.00 | 0.00 | 2,110.28 |
| BOK Treas. #*******7235. | 0.00 | 0.00 | 7,497,889.72 |
| | 10,991,202.51 | 2,472,790.37 | 8,518,412.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | (Total Funds On Hand) |